EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUES RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>REYNALDO GUEVARA, STEVE GAWRYS, DANIEL NOON, JOHN GUZMAN, JOSEPH FALLON, JOSEPH SPARKS, PAUL ZACHARIAS, GILLIAN MCLAUGHLIN, JOHN LEONARD, EDWARD MINGEY, RUSSEL WEINGART, the ESTATE OF ROCCO RINALDI, Chicago Police Detectives, and the CITY OF CHICAGO,<br><br>    Defendants. | Case No. 12 C 4428<br><br>Judge Joan B. Gottschall<br><br>JURY TRIAL DEMANDED |

### DEFENDANT CITY OF CHICAGO'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES.

NOW COMES Defendant City of Chicago (the "City"), by and through its undersigned attorneys, and for its answer to Plaintiff's first set of interrogatories.

### INTERROGATORIES

14. State whether or not the City had at the time of the Valentin homicide investigation policies or practices that prohibited its detectives from documenting the results of lineup identifications where the eyewitness viewing the lineup chose a "filler" as opposed to the suspect. If the City denies that its policies or practices required detectives not to document eyewitness identifications of fillers, please (a) provide the complete basis for that denial, including any and all evidence, witnesses, or documents that support that denial, and (b) produce any example of a lineup report within 20 years of the Valentin murder that documents that an eyewitness did in fact choose a filler. When Plaintiff uses the term "filler" in this interrogatory, Plaintiff refers to a person who is inserted by the detectives into the lineup other than the person suspected of having committing the crime.

**ANSWER**: Defendant City objects to this interrogatory. This interrogatory is unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. *See* Defendant City's Motion for Protective Order Barring Plaintiff's Request for Admission.

7

Date:   February 11, 2013                                             Respectfully Submitted,
                                                                      CITY OF CHICAGO


                                                                      /s/ Erin N. Bybee
                                                                      One of its attorneys

Eileen E. Rosen
Stacy A. Benajamin
Erin N. Bybee
ROCK FUSCO & CONNELLY, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60602
(312) 494-1000

8

## PROOF OF SERVICE

The undersigned, an attorney, states that a true and correct copy of **Defendant City of Chicago's Response to Plaintiff's First Set of Interrogatories** was served upon the attorneys listed on the attached Service List, on February 11, 2013, by electronic mail and by depositing a copy of the same in the U.S. Mail at 321 North Clark Street, Suite 2200, Chicago, Illinois 60654 before the hour of 5:00 p.m. on Monday, February 11, 2013.

                                                                                                               /s/ Erin N. Bybee
                                                                                                                Erin N. Bybee

Eileen E. Rosen
Stacy A. Benjamin
Erin N. Bybee
ROCK FUSCO & CONNELLY, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60602
(312) 494-1000
(312) 494-1001

## SERVICE LIST

Loevy & Loevy
Attn: Arthur Loevy
312 North May Street, Ste. 100
Chicago, Illinois 60607
loevylaw@loevy.com
jon@loevy.com
elizabethm@loevy.com
russell@loevy.com
mike@loevy.com
steve@loevy.com
anand@loevy.com

Roderick MacArthur Justice Center
Northwestern University School of Law
Attn: Locke E. Bowman
375 East Chicago Ave.
Chicago, Illinois 60611
l-bowman@law.northwestern.edu
a-vanbrunt@law.northwestern.edu

Bluhm Legal Clinic
Northwestern University School of Law
Attn: J. Samuel Tenenbaum
375 East Chicago Avenue
Chicago, Illinois 60611
s-tenenbaum@law.northwester.edu

The Sotos Law Firm
Attn: James G. Sotos
550 East Devon Ave., Ste. 150
Itasca, Illinois 60143
jsotos@jsotoslaw.com
cgolden@jsotoslaw.com
eekl@jsotoslaw.com
jgiven@jsotoslaw.com