UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Jacques Rivera
                                  Plaintiff,

v.                                                            Case No.: 1:12−cv−04428
                                                                  Honorable Joan B. Gottschall

Reynaldo Guevara, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2013:

        t finds good cause to extend the deposition to 8 hours in this matter. Mailed notice(gel, )MINUTE entry before Honorable Mary M. Rowland: Motion and Status hearing held on 3/12/2013. Defendant's Motion for a Protective Order Quashing Plaintiff's Deposition Subpoena of Orlando Lopez [51] is denied because of lack of standing. Mr. Lopez's deposition to be conducted in Cleveland, Ohio on a mutually agreed date. Deposition to be video taped with expenses of video taping and Court Reporter to be paid by Plaintiff. Because Plaintiff has burden of proof and, at this point, Mr. Lopez is unwilling to appear for trial, Plaintiff will have the first opportunity to question Mr. Lopez. The parties to split the time allowed for the deposition evenly so that Defendants have the same amount of time to question Mr. Lopez. The Cour

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.