Detective Division  
Area One Violent Crimes      .Page Two      Homicide/Murder  
HICKMON & SMITH

| | |
|---|---|
| WANTED: | Four offenders. |
| | # 1 male black, 21 to ?? ?? ., 5-10 to 6-0, medium build, last ?? wearing a blue jogging suit and ?? ?? skull cap. |
| | # 2 male black, 20 to 2? ?rs., 5-7 to 5-9, medium build, last ?en wearing a dark colored jacket and ?? dark colored skull cap. Hair worn lor & had an earring. |
| | # 3 & 4 subjects unknown. Both stayed in the vehicle described below. |
| WANTED VEHICLE: | 1979 (approx. year) Cadillac Coup de Ville, 2 door, all medium blue in color, license number unknown. |
| INJURIES: | Victim # 1 Talmon Hickmon: Gun shot wound above left ear. Gun shot wound back of neck. Gun shot wound right top of head. Gun shot wound right side of head near ear. (Fatal) |
| | Victim # 2 Jerome Smith: Gun shot wound to right rear base of skull. (Fatal) |
| TAKEN TO: | Both victims transported to Michael Reese hospital and pronounced DOA by Dr. Michael Puchalsky on 28 Apr 84 at 1140 hours. |
| | Victim # 1, Talmon Hickmon, was transported to Michael Reese by Beat 273. |
| | Victim # 2, Jerome Smith, was transported to Michael Reese by Beat 272. These units then removed the remains to the Forensic Institute. |
| WEAPONS: | See EVIDENCE catagory this report. |
| LOCATION: | On the sidewalk in front of 706 E. 39th Street, a CHA high-rise building |
| DATE & TIME: | 28 Apr 84, Saturday, 1017 hours. |

RD # R-151 922

CONTINUED ON PAGE THREE



CITY-NF-001045

EXHIBIT F

Detective Division                                    Homicide/Murder
Area One Violent Crimes          Page Three          HICKMON & SMITH

WEATHER & LIGHTING:     Warm, high 60's, and ____    Good natural
                        lighting.

MANNER/MOTIVE:          Victims shot for unknown reasons.

IDENTIFIED BY:          Both victims identified at the scene by
                        Otha HICKMON, M/B 26 yrs., of 706 E. 39th
                        St. Apt. 1406, brother of Talmon Hickmon.

                        Formal identification to be made at the
                        Forensic Institute by the respective
                        families on 29 Apr 84.

PROPERTY TAKEN:         Unknown at this time.

EVIDENCE:               Homicide # 84-196

                        Evidence Inventory # 7972 - Scene processing
                        by Mobile Crime unit 9601 including photographs
                        of the scene and the recovery of seven
                        .9mm casings.

RECOVERED PROPERTY:     Inventory 091143 - 2nd District
                        One Skanka AM/FM cassette radio.
                        Inventoried by Beat 213, owner unknown
                        but belived to belong to one of the victims.

NOTIFICATIONS:          Cook County Medical Examiner, Inv. Draus
                        # 21 responded to the scene.

PERSONNEL ASSIGNED:     Beat 210 Sgt. McCarthy # 949

                        Beat 213 P.O. Mickel # 10974

                        Beat 212 P.O. Bailey # 13296

                        Beat 221 P.O. Rawls # 12862

                        Beat 222 P.O. Watson # 13364

                        Beat 272 P.O. Kostro # 13365
                               P.O. McLaughlin # 7313

                        Beat 273 P.O. Jiminez # 13798
                               P.O. Kolnik # 10516

                        Beat 2163B P.O. Droba # 16244
                                   P.O. Golon # 7009

RD # F-151 922

CONTINUED ON PAGE FOUR



CITY-NF-001046

EXHIBIT F

Detective Division                                    Homicide/Murder
Area One Violent Crimes          Page Four            JOHNSON & SMITH

PERSONNEL ASSIGNED:(CONT.) Beat 4114 G.S. Rich___ __ # 3385
                                     G.S. Will___ __ # 12571

                           Beat 4192 G.S. Duff__ __ __734
                                     G.S. Toma__ __ __5610

                           Beat 4521 P.O. Felke__ __ 11987
                                     P.O. Miska__ __ # 15258

                           Beat 9601 Tech. McKe__ __ # 7668
                                     Tech. Bach__ ___ # 12680

                           Beat 5110 Sgt. McCrae # 2207

                           Beat 5113 Det. Fields # 6424

                           Beat 5115 Det. Carroll # 5043
                                     Det. VanBerschot # 2552

                           Beat 5114 Det. Hood # 11885
                                     Det. Evans # 12754

WITNESSES:                           BENSON, Eric, M/B 9 yrs of age,
                                     of 706 E. 39th St. Apt. 307, no phone.
                                     (Eye-Oral)

                    "Shorty"  →  BALL, Cleveland, M/B 19 yrs of age,
                                 of 706 E. 39th St. Apt. 309, 373-2601.
                                 (Circ-Oral)

INTERVIEWED:                         ROBINSON, Martha F/B 49 yrs of age,
                                     of 706 E. 39th St. Apt. 109, 373-5606.
                                     (Heard two gun shots but did not look
                                     out of window)

                                     ROBINSON, Kenya F/B 11 yrs of age,
                                     of 706 E. 39th St. Apt. 109, 373-5606.
                                     (Heard four gun shots and saw two
                                     subjects run North from under the
                                     breezeway then West around building)

                                     WATTS, Inetter F/B 46 yrs of age,
                                     of 706 E. 39th St. Apt. 108, 285-8579.
                                     (Heard numerous shots looked out her
                                     window and saw two men she knew from
                                     her building laying on the sidewalk)

                                     LANGSTON, Willie Mae F/B 38 yrs of age,
                                     of 706 E. 39th St. Apt. 106, 373-4592.
                                     (Heard some shots looked out and saw
                                     two men laying on the ground)

CITY-NF-001047              CONTINUED ON PAGE FIVE

RD # F-151 922

EXHIBIT F

Detective Division
Area One Violent Crimes          Page Five          Homicide/Murder
                                                    HICKMON & SMITH

INTERVIEWED:(CONT.)          BENSON, Dorthy F/B 28 yrs of age,
                             of 706 E. 39th St. Apt., no phone.
                             (Heard shots went to window because
                             her son Eric was playing out in front
                             and saw two men laying on the ground)

                             CARTER, Louis J. M/B yrs of age,
                             of 652 W. Garfield Blvd., no phone.
                             (See INVESTIGATION category this report)

                             EDWARDS, Delbert Q. M/B 19 yrs of age,
                             DOB 7 May 64, of 730 E. 39th St. Apt.
                             709, phone 924-1110.
                             (See INVESTIGATION category this report)

INVESTIGATION:               On 28 Apr 84 at about 1017 hours the
                             R/Dets. monitered a zone five simulcast
via City Wide II radio of two men shot on the street at 706 E. 39th
St.  Upon arrival the R/Dets. observed several uniformed police
vehicles on the scene and a crowd gathered around two male black
subjects laying on the ground in pools of blood. Victim # 1,
now known to be Talmon Hickmon, was laying on his left side, head
to the North and feet to the South.  Hickmon was laying on the
sidewalk at the South breezeway entrance to the fourteen story
CHA high-rise building addressed 706 E. 39th St.  There was a
quantity of blood on the sidewalk under and around his head.
Hickmon was noted as wearing a red zippered jacket, beige striped
button shirt, brown denium type slacks, white high top gym shoes,
and a white T shirt.  Hickmon was clutching a Jet magazine in
his right hand.

                             Victim # 2, now know to be Jerome Smith,
was laying on his stomach, head to the East feet to the West.  Smith
was laying just East of Hickmon, off the sidewalk, in a puddle of
water.  There was a quantity of blood noted around Smith's head
in this water. Smith was noted as wearing a grey and blue checked
sport jacket, a black button long sleve shirt, blue corduroy
slacks, white socks, and black suede shoes tie type.  There was
a black corduroy cap laying just East of Smith's body.

                             Chicago Fire Dept. Ambulance # 19 arrived
on the scene but found no signs of life in either victim.  Officers
from various units were utilized for crowd control and crime scene
protection.

                             The R/Dets. then notified Sgt. McCrae of this
command   about   this incident who then responded to the scene
along with Detectives Carroll, VanBerschot and Fields.

RD # F-151 922

CONTINUED ON PAGE SIX



CITY-NF-001048

EXHIBIT F

Detective Division                                          Homicide/Murder
Area One Violent Crimes            Page Six                 ANG MON & SMITH

INVESTIGATION:(CONT.)        Otha Hickman stepped into the crowd
                             and identified himself as Palmon
Hickmon's brother.  At this time Otha Hickman the identified
the second victim as Jerome Smith.  Otha Hickman knew of no reason
why his brother was shot and was then informed as how to make
formal identification at the Forensic Institute.

          The R/Dets. then proceeded to Jerome
Smith's apartment and notified the victim's family of this
incident and of formal identification proceedure. Jeweline Smith,
F/B 33 yrs of age, DOB 27 Oct 50, of 706 E. 39th St. Apt. 805,
no phone, was interviewed re: circumstances of her brother's death
and she related that her brother was active in gang activity.
This information was confirmed by several residents of the area
who related that Jerome Smith was the leader of the "Goon Squad"
street gang.

          Investigator Draus of the Medical
Examiner's office then arrived on the scene and authorized removal
after the scene was processed by Crime Lab unit 9601.  It should
be noted that seven 9mm casings   were recovered from the scene
along with two metal fragments by Beat 9601.

          Cleveland BALL was interviewed and
related in essance that he heard some shots and then looked out
his apartment window and observed the two subjects listed in the
format of this report running from the breezeway across the play
lot to the parking lot.  These two subjects were carrying handguns
attempting to put them into their pockets while they ran.  Upon
reaching the parking lot they got into a blue Cadillac which
contained two other occupants.  This vehicle then went Northbound
on Langley.  Cleveland Ball further related that yesterday, 27 Apr 84,
there was an incident involving some "Goon Squad" members and
a Delbert Edwards of 730 E. 39th St. Apt. 709.  Ball added that
Edwards' younger brother got into it with some "Goon Squad" members
and then Delbert Edwards later came out and fired a gun at the
gang members.  Cleveland Ball then related that the woman who lived
in apartment 307 might have seen something also.

          Dorthy BENSON, of apartment 307, was
interviewed and related that she heard some gun shots and then
went to the front window because her son was playing out in
front of the building and at this time she saw two men laying in
the ground.

          Eric BENSON was then located and interviewed
by Detectives Caroll and VanBerschot.  Eric Benson related in essance

CONTINUED ON PAGE SEVEN

RD # F-151 922



CITY-NF-001049

EXHIBIT F

Detective Division                                          Homicide/Murder
Area One Violent Crimes              Page Seven              NICHOLSON & SMITH

INVESTIGATION:(CONT.)        that he was out in front of the building
                             playing and saw the two offenders (shooters)
come through the breezeway from the rear of the building. Each
had a gun in his hand and without saying anything walked up behind
the victims and shoot each of them in the back of the head. These
two subjects then ran back through the breezeway from the way they
came.

                   Several other building residents were
interviewed and the results are noted in the format section of
this report.

                   A flash message was sent of the description
of the wanted offenders and vehicle.

                   Detectives Carroll, VanBerschot and
Fields went to the apartment of Delbert Edwards however he was
not at home and a business card was left with the instructions
for him to contact this office.

                   The R/Dets. then toured the area for the
wanted vehicle however this met without success.

                   The R/Dets. then proceeded to the Forensic
Institute where a cursory examination of the victims revealed the
wounds listed in the format of this report. A more thorough
examination of the victims' injuries will be noted at time of autopsy.

                   Upon returning to Area One Headquarters
the R/Dets. learned that members of the Gang Crime South unit had Louis
J. Carter who was driving a vehicle similar to the wanted vehicle
and admitted to being in the area at the time of the shootings.
It was also learned that Delbert Edwards was in the offices of
Gang Crime South and that his father brought him in voluntarilly.

                   Louis J. CARTER was then interviewed
and he related that he was driving his father's blue Coup de Ville
Cadillac (bearing Illinois License XVT 144) on this date from
his sister's house, 625 E. 38th place, to 4037 S. Federal where
he dropped off three friends. Then he picked up his mother from
652 W. Garfield and brought her back to his sister's house. This
being around 1100 hours. The R/Dets. checked with Carter's mother
and sister who confirmed his account of his actions. Carter was
then released.

                   Delbert EDWARDS was interviewed and related
that he was shot at by members of the "Goon Squad" and that he
reported this to the police; ref: RD # F-150899, and that two
gang members were arrested on 27 Apr 84 at about 1530 hours. Edwards
related further that he was then sent to his aunts house on

CONTINUED ON PAGE EIGHT

CITY-NF-001050

EXHIBIT F

Detective Division                                        Homicide/Murder
Area One Violent Crimes            Page Eight              WICKMON & SMITH

INVESTIGATION:(CONT.)      51st and Lowe by his father and that
                           he spent the night there.  Edwards added
that he did not get up this morning until 1130 hours and that
the first he heard of the shootings    from his father who
picked him up at his aunt's house and brought him to the police
station.  The R/Dets. verified this through Edwards family members.
It should be noted that Delbert Edwards denies any gang affiliation.
Delbert Edwards was then released to his father.

                    This investigation continues..........


Det. Robert Evans # 12754,
                          of Area One Violent Crimes
Det. Stephen Hood # 11885,

RD # F-151 922



CITY-NF-001051

EXHIBIT F

24 HOURS    HOOD 8June PY    P.O. BOX 740
ONTARIO, CALIFORNIA 91761
(714) 987-5005 Business Office

(800) 73-CRIME
(800) 78-CRIME    TOLL FREE NATIONWIDE    TOLL FREE CALIFORNIA

PLEASE ADVISE WE T.I.P. OF ARRESTS / CONVICTIONS / DISPOSITIONS

PRIMARY AGENCY ___CHICAGO POLICE DEPT.___    CASE # MC 55329

ADDRESS _____ PHONE ( ) _____

CITY _____ COUNTY _____ STATE ____ ZIP _____

SECONDARY AGENCIES ___COOK CO. SHERIFF/ILLINOIS STATE POLICE___

DATE CALL RECEIVED __5-24-84__ TIME __1600 PDST__ REFERRAL MEDIA __WIS-TV__

DATE AGENCY CALLED _____ TIME _____ PHONE ( ) _____

SPOKE TO _____ AGENCY _____

SUSPECT #1 NAME __UNK__ AKA __SABASH__

ADDRESS __4100 BLOCK OF __DREXEL__ PHONE ( ) __UNK__

CITY __CHICAGO__ COUNTY __COOK__ STATE __IL__ ZIP _____

SEX __M__ RACE __BLK__ AGE __27__ DOB __UNK__ HAIR __BLK__ EYES __BLK__ HGT __6'__ WGT __170__

MARKS __HAS A   TATTOO ON LEFT ARM__ USER __YES__ DRUG __COCAINE__

VEH: YR __1979__ MAKE __CADILLAC__ MODEL __COUPE DE VILLE__ COLOR __BLUE__ LIC # __UNK__

MARKS/OTHER VEH __UNK__

WORK/SCHOOL/HANGOUTS __UNK/UNK/UNK__

PRIOR ARREST DATES __YES__ CHARGE __ATTEMPTED MURDER__ WHERE __CHICAGO__

crime: __HOMICIDE__ QUANTITIES __UNK__

CRIME LOCATION __706 E. 39TH ST. CHICAGO__ DATE/TIME __MAY 84 @ DAYTIME__

PROPERTY TAKEN _____ STASHED _____

M.O. SPECIAL INFORMATION __VICTIMS TOMMY & FUDDY (UNK LAST NAMES) WERE SHOT IN THE__
__HEAD WITH EITHER A .9mm OR .38 HANDGUN.  ACCORDING TO THE INFORMANT, THE__
__SUSPECT KILLED THE VICTIMS FOR GANG REVENGE.__

_Steve, need report by 11Jun84._

GANG RELATED __YES/BLACK P STONE__ WEAPONS/DOGS __HANDGUNS/UNK__ STASHED __PERSON__

SUSPECT #2 NAME _____ AKA _____

ADDRESS _____ PHONE( ) _____

CITY _____ COUNTY _____ STATE ____ ZIP _____

SEX ____ RACE ____ AGE ____ DOB ____ HAIR ____ EYES ____ HGT ____ WGT ____

MARKS _____ USER ____ DRUG ____

HOW INVOLVED W/ SUSP #1 & CRIME _____

SUGGESTED TIME/METHOD OF APPROACH _____

INF WILL CALL BACK __YES__ CALLED BEFORE __NO__ REFERRAL # _____ REWARD __NO__

INFORMATION 1st HAND FROM INFORMANT _____ HEARSAY _____

THE ABOVE INFORMATION MAY BE INCOMPLETE, BE ADVISED THAT ALL QUESTIONS HAVE BEEN ASKED. IT IS WE TIP
PERSONS P INFORMATION WITHOUT SCREENING. WE TIP, INC.    OPERATOR ____ #29 ____

CITY-NF-001052

EXHIBIT F

# VICE CASE REPORT
## CHICAGO POLICE

| 1. OFFENSE-PRIMARY CLASSIFICATION | 2. SECONDARY CLASSIFICATION |
| --- | --- |
| ☐ 1 GAMBLING ☐ CONSPIRACY ☐ PUBLIC INDECENCY/PUBLIC | Prost. Cont. Sub. - Cocaine |
| ☐ 2 PROSTITUTION ☐ NARCOTICS | |
| ☐ 3 LIQUOR LAW VIOLATION | |

4. ADDRESS OF OCCURRENCE (NO.-DIR.-STREET-APT. NO.)
820 East 79th Street

5. DATE OF OCCURRENCE: 2 May 84

6. TIME OF OCCURRENCE: 8 May 84 1240

7. BEAT: 2131

8. UNIT ASSIGNED: 620

9. R.D. NO.: B-260-59

UCR OFFENSE CODE: J.R.D. NO.

10. TYPE OF LOCATION WHERE OFFENSE OCCURRED
☐ 101 DRUG STORE ☐ 102 APPT/RESTAURANT/APT ☐ OTHER-SPECIFY & ENTER CODE
☐ 240 TAVERN/LIQUOR STORE ☐ 106 POOL ROOM
☐ 292 RESTAURANT ☐ 107 BARBER SHOP

LOCATION C

11. LICENSEE'S NAME (LAST-FIRST, IF APPLICABLE)
Does Not Apply

12. BUSINESS LICENSE NO(S).

50. VICTIM/COMPLAINANT'S NAME (LAST-FIRST-M.I.)
City of Chicago

30. PERSON ☐ DISCOVERED ☐ WITNESSED ☐ REPORTED OFFENSE

31.

21. HOME ADDRESS (NO.-DIR.-STREET-APT.NO.)
300 East 29th Street

42. NICKNAME/A.K.A.

41. HOME ADDRESS

23. SEX-RACE-AGE: M 52

24. BUSINESS PHONE: Any

26. TIME AVAIL.

RACE CODES
1-BLACK
2-BLACK-HISPANIC
3-WHITE
4-WHITE-HISPANIC
5-AMER. IND/ALASK.
6-ASIAN/PACIFIC ISL.

40. NO. OFF.
☐
41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.)
Haywood, Morris NMI
48.I.R./C.B. NO.
56-M-4402

42. NICKNAME/A.K.A.
Indie

41. HOME ADDRESS
3941 So. Indiana

43. SEX-RACE-AGE
M A L 29

44. SEX-RACE-AGE

25. HEIGHT

26. WEIGHT: 157

EYES: Brn

HAIR: Blk

OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.)
DNA

NICKNAME/A.K.A.

HOME ADDRESS

SEX-RACE-AGE

SEX-RACE-AGE

HEIGHT

WEIGHT

EYES

HAIR

49. NO. OF ARRESTEES

50. TYPE OF ARREST

51. ADDRESS OF ARREST

93. PROPERTY INVENTORY NO(S).
0366353

| 49. VEHICLE USED BY OFF/DEFENSE | YEAR MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE | EXPIR. MO/YEAR |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 84-252 | 2-dr | Blue | GH4785G123914 | AppliedFor | | |

54. OTHER VEHICLE IDENTIFIERS
None Viewed

55. VEHICLE CONFISCATED
☐ YES ☐ NO

96. MOTOR VEHICLE INV/INVENTORY NO.

80. NARRATIVE (Do not duplicate or repeat information — for explanation or additional information only)

Theft Asst ... On View Narcotics arrest ... Inventory # 0366353 One brown envelope
Type ... On View Narcotics arrest ... containing 15 folding paper
Date/Time/Location: 2 May 84 / 1240hr. /820 East 79th St. containing white powder
... Invt #0672-CO 429
... Est. wght 1 grams
... wt ... Cocaine

UNIT NOTIFIED: CRGU

PERSON NOTIFIED: Word

STATE LICENSE NO.

97. DATE INVEST. COMPLETED-TIME: 2 May 84 1545

98. SUPERVISOR APPROVING (PRINT NAME): 2 May 84

91. REPORTING OFFICER'S NAME (PRINT)
G. E. Drozla
STAR NO. 16244

94. REPORTING OFFICER'S NAME (PRINT)
W. Goian
STAR NO. 7008

SIGNATURE

APPROVAL SIGNATURE

CITY-NF-001053

EXHIBIT F

The description of offenders, possible weapons and conduct which are used by offenders, contained within this report are approximations or estimates unless otherwise indicated. The sobriety of victims, witnesses and offenders is their apparent condition when reported. Witnesses' location at time of offense and distance from scene are the best approximation obtainable. All statements of victims, witnesses and offenders unless otherwise indicated.

**CONTINUATION OF NARRATIVE**

Case History: R/os observed a light blue Cadillac had been bound on east 79th street at 820 east 79th. The car fit the description of a Cadillac used in a double homicide which happened a week earlier. This location where the observed the car is approximately one block away from the scene of the homicide. The car did not have any plates, and no city sticker. R/os observed that vehicle to ascertain why he did not have plates or a city sticker.

R/os asked for a license but he only produced an Illinois driver's license.

R/os asked him if he would assist as which time he stated yes and he continued to pull the hood latch. R/os proceeded to pull the hood latch. R/os continued to push with the pulling motion, but upon impact with the floor spilled several white panel came off with the handle marked level. R/os inspected the folding papers and found that these contained white powders. The offender was placed under arrest and placed in custody. No valid drivers license. No plates and possession of controlled substance. R/os filled out inventory.

CB-7105-465

I.R. 450034

Subject was Driving a
Light Blue 1975 Cadillac
Coop-DeVille - No Plates
May Be Connected With
Double Homicide From 706 E.
39th St.

**CITY-NF-001054**

**CIRCUIT COURT OF COOK COUNTY · MORGAN M. FINLEY, Clerk of Court**
Facsimile/Telephone REQUEST FOR BAIL - Felony, Misdemeanor, Traffic
**& ORDER SETTING BAIL**

Complaint/Ticket No.(s) _____, Time Out _____ Char~e(s) _____, _____ Sheets)

To: THE COMMANDING OFFICER OF THE _____ POLICE DISTRICT

I HAVE EXAMINED: ☐ The Arrest Report; ☐ The I.R. Report; ☐ Other _____

I HAVE REVIEWED THE TELEPHONE APPLICATION FOR BAIL. FACTS AS FOLLOWS:

Narrative on Charge: _____

Warrants Outstanding, Community Ties, Remarks _____

Requestor _____, Star No. _____, Police District _____

IT IS HEREBY ORDERED that bail on the accused _____

amount of $ _5,000,0,0____ at (Time) _____ ☐ a.m. ☐ p.m. (Judge) _____, Star No. _____
on (Date) _5/21/07__

BAIL SET FIGURE ABOVE, ☐ given on phone to _____
Police District _____, and or ☐ confirmed by a copy of this form sent to the requesting district.

Entered by (Deputy Clerk) _____

Accused _MAYWOOD INDIANA MORRIS_   Age _25_
Address _56½-2-N02/6-101/2-7-2/3-4/3_   Illinois
_021_   IR. Report No. _45024_, _3_

CITY-NF-001055

EXHIBIT F

CHICAGO POLICE

MOTOR MAINTENANCE
1988
54 00



CITY-NF-001056

-- EXHIBIT F

CITY OF CHICAGO DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION      Chicago, Illinois   60605

CRIMINAL HISTORY OF   HAYWOOD, Morris        M/N

DATE              18 Sept. 75

DATE OF BIRTH     ▓▓▓▓▓▓▓▓▓

| I.R. NO. 450324 | | FBI NO. | | | I.S.B. NO. | |
|---|---|---|---|---|---|---|
| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | | DISPOSITION |
| Morris HAYWOOD 3911 S. Indiana 10 July 58 | 7105465 | —02 May 84, | Off, Droba, 21st. Dist, | Poss. Cont. Sub. | | |

126—

6071

CITY-NF-001057

*CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33)*

TP

P-31.903 (REV. 10/75)

EXHIBIT F

CITY OF CHICAGO DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION        Chicago, Illinois  60605

CRIMINAL HISTORY OF  HAYWOOD , Morris      M/N

DATE        18 Sept 1975

DATE OF BIRTH

I.R. NO. 450324

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| | SEE CB 4818728 | 28 Jul 77, Arm Robbery(76-6102) Finding Not guilty Judge Close. |
| orris HAYWOOD 3911- S. Indiana | 5132676 | -15 Dec 77, Off. Medici 002nd Dist. S/A Robb 15 Dec 77, Released without Charging. |
| orris HAYWOOD 3911 S. Indiana | 5256114 | -6 June 78, Off. Zborec, 002nd Dist., Battery 29 Sep 78 Bttry(2)(38-12-3a) PG FG, 1 Yr. PROBATION Judge McDonnell |
| Morris HAYWOOD 3911 S. Indiana | 5519713- | -16 May 79, Off. Alfred 2nd. Dist. Agg. Battery 19 Sept 79, S/Battery (38-12-3) SOL, Judge Whitaker. |
| Morris HAYWOOD 3911 S. Indiana | 5576708 | -19 July 79, Off. McNichols 2nd Dist. Burglary. 20 Jul 79, Burglary (38-19-1a)FPC-Trans to Chief Judge. Judge Moran 07 Aug 79, INFO#79-4806, Burglary |
| | | 21 Feb 80, Joliet CC# N-00883 Burglary(79-4806) PG/FG 4yrs, Judge Stillo. Rec'd 23 Feb 80, 18 Jun 81, PAROLED from Vienna Corr Cntr. |
| Louis HAYWOOD 5911 S. Indiana 10 Jul 58 | 6407293 | -28 Mar 82 Off. Roby 2nd Dist. Battery 20 Apr 82, Battery, (38-12-1), (2 chgs), SOL, Judge Moran |
| Morris HAYWOOD 3911 S. Indiana 10 Jul 58 | 6489021 | - 9 Jul 82, Off Steen, GCED-S (2) Battery |
| Norris HAYWOOD 3911 S Indiana 10 Jul 58 | 6498085 | -16 Jun 82, Off. Parker 2nd Dist. Battery 9 Aug 82, Battery (38-12-3) MS SOL, Judge Manning. |
| | SEE CB# 5576708 | Ret'd 01 Sept 82, Joliet CC#N-00883, Viol of Parole 18 Nov 82, DISCHARGED from Parole (Logan Corr Cntr) |
| Morris HAYWOOD 3911 S. Indiana 10 Jul 58 | 6759970 | -10 Feb 83 Off. GrazianoGCED S (7th) Theft 2 Mar 83, Theft (38-16-1a) SOL, Judge Manning |

FBI NO.  293 376 P 5      I.S.B. NO.  1706945

CITY-NF-001058

CONFIDENTIAL —Further dessamination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations 1-31.903 (REV. 10/75) S.S. 20.33).

EXHIBIT F

CITY OF CHICAGO / DEPARTMENT OF POLICE   1121 South State Street   Chicago, Illinois   60605
IDENTIFICATION SECTION

CITY-NF-001059

CRIMINAL HISTORY OF   HAYWOOD, Morris   M/N

DATE   18 Sept 75   IR#450324

DATE OF BIRTH

23 100
20 OMI

14

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| Morris HAYWOOD 3911 S Indiana | 4500317 | -18 Sept 75, Off Stephen, 002nd Dist., Assault 29 Oct 75, Asslt(38-12-1)1 Yr. Ct. Superv, Judge Meier. | | |
| Morris HAYWOOD 3911 S. Indiana | 4600582 | -13 Jan 76, Off. Marhsll 007th Dist. Unlawful Poss. Veh. 10 Feb. 76,Unlaw Poss Motor Veh(95½-4-103), MS-SOL Jdg Strzalka | | |
| Morris MAYWOOD 3911 S Indiana | 4657876 | -25 Mar 76, Off Tock, A/1Burg, 002nd Dist., Burglary 26 Mar 76, Released W/O Charging | | |
| Morris HAYWOOD 3911 S. Prairie | 4666259 | -3 Apr 76 Off. Tock 2nd Dist. Burglary 12 Apr 76, Burglary (38-19-1) PG.FG. Info# 76-15049. 4 Yrs Felony PROBATION, Judge Meier. | | |
| Louis HAYWOOD 3711 S. Indiana | 4775665 | -9 Aug 76 Off. Dwyer 2d Dist. Theft 27 Aug. 76,Burglary(38-19-1)S.O.L.,Judge Meier | | |
| Morris HAYWOOD 3911 Indiana | 4818728 | -1Oct76- Off. Rachal 02nd dst Robbery 14 Oct 76,Robbery(38-18-1)FPC Trans. to Presiding Judge,Criminal Division,Judge Meier | | |
| | | 27 Oct 76, INFO#76-6102, Robbery, etc. 27 Jul 77. Viol of Prob(76-6102) Find Glty, Recommitted to Probation, Judge Close. | | |
| Morris HAYWOOD 3911 S Indiana | 4908873 | -17 Feb 77, Off. Welborn, A/1 GA, (2nd) Battery 3 Mar 77, Batt (38-12-3) MS-S.O.L, Judge Moran. | | |
| Louis HATWOOD 3911 Indiana | 4919636 | -4 Mar 77 Off. Richardson 2d Dist. Robbery | | |
| Morris HAYWOOD 3911 Indiana | 4983845 | -1 June 77, Off Simmons, 002nd Dist., Disorder 1 Jun 77,Diso(MCC)LFD,Jdg Carey. | | |
| Morris HAYWOOD 3911 S. Indiana | 5063304 | -10 Sept 77 Off. Kulkia 002nd Dist. Theft 22 Sep 77, Theft(38-16-1A1)-SOL, Judge Thomas. | | |
| Morris HAYWOOD 3911 South Indiana | 5081191 | -3 Oct 77, Off. Rosiak, 2nd Dst. Armed Robery 11 Oct 77, Armed Robb(38-18-2)-MS SOL, Judge Moran. | | |

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF CHICAGO POLICE:

CPD - 31.903 (8/71)

1p

EXHIBIT F

*KD# F-151 922*

CITY OF CHICAGO / DEPARTMENT OF POLICE    1121 South State Street Chicago, Illinois 60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF    SMITH, Jerome          M/N

DATE         12 Aug 1971       IR#314142

DATE OF BIRTH ████████

*BASED ON INQUIRY* IOO (18
*APR 27 1984* IIO
BY NAME CHECK ONLY

314142

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Jerome SMITH<br>1353 So. Fairfield | 3339355 | – 12 Aug 71, Off. Bartosik TF#4 (10thdst)<br>3 Nov 71, Batt. (38-12-3), Strong Robb. (38-1S-1<br>S.O.L., Judge Crowley. |
| Jerome SMITH<br>1353 S. Fairfield | 3620216 | –25 Aug 72, Ruskey 10th Dist.<br>11 Oct 72. Petty Theft (38-16-1a1) SOL, Judge Strza |
| Jerome SMITH<br>706 E. 39th St. | 5115006 | –18 Nov 77, Off. Sveintek, 21st Dist, Theft.<br>02 Feb 78, Retail Theft (38-16-32a) FG/JW/FG 1yr<br>superv., Judge Cusack |
| Jerome SMITH<br>706 E. 39th<br>15 Sept 53 | 6903466 | –17 Aug 80 Off. Jones 002nd Dist. (CD) Crim Tres to Land<br>Dis.<br>3 Feb 81, CTTL (38-21-3a) St. Diso. Cond. (38-26-1a1) MS/SOL<br>Judge Manning. |
| Jerome SMITH<br>706 So. Pershing<br>15 Sept 1953 | 6771092 | –21 Feb 83. Off. Cooley, PHD-S, 2nd Dist, Battery<br>16 Mar 83, PFC transf to Chief Judge, Judge Manning<br>(Docket No. 83 100018)<br>6 Apr. 83, INFO#83-3540, Agg Battery, A/Viol.<br>28 Apr 83, Agg. Batt (83-3540) Plea Glty 30 Mos PROBATION,<br>60 days HOC, Judge Bailey |
| Jerome SMITH<br>706 E. 39th St.<br>15 Sept 53 | 6953282 | –4 Oct. 83 Off. Bone PHD S (02) Dis Cond<br>5 Oct 83, Disord (MCC) Non Suit, Judge McCormick (Doc No.<br>83284386) |
| Jerome SMITH<br>706 E. 39th St.<br>15 Sept. 53 | 6994466 | – 27 Nov. 83 Off. Mann GCED-S (002) Dam. to Prop. |
| Jerome SMITH<br>706 E. 39th St.<br>15 Sept. 53 | 7000554 | – 06 Dec 83 Off. Wilindez GCED-S (002) Battery |
| Jerome SMITH<br>706 E. 39th St.<br>15 Sept 53 | 7073804 | –20 Mar 84 Off. Peck 2nd dist Battery |
| Jerome SMITH<br>706 E. 39th #806<br>16 Sept. 59 | 7074731 | –21 March 84 Off. Garner GCB S. (02) Battery Wrt. ████████ |
| Jerome SMITH<br>706 E. 39th St.<br>15 Sept 53 | 7096217 | –19 Apr 84 Off. Mann GCED-S (2) Agg. Assault |

CITY-NF-001060

cts

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEP...........  ........... THE F.B.I. OR
OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE
CHICAGO POLICE.

CPD-22.466 (REV.6/70)

370

EXHIBIT F

SIMEON JOHNSON "CAMEO"
M/B/18 ~~Bots~~
5'8-160 BRN BLK MED
~~_____~~ - PHONE- 624 6080
1236 E 46ᵗʰ 1ST. APT A7.
BORN CHICAGO, SINGLE
EMPLOYED CHURCH'S CHICKEN 3 1E 35ᵗʰ ST
DLN-J325-7906-5162        PH-324-2400


FRITZ, JOSEPH NMI (Both hands crippled)
~~20____22~~
12755 ST. LOUIS
427 E OAKWOOD 2.
~~_____~~
BORN CHICAGO,


JOHN ROGERS ~~20~~ ~~_____~~
~~_____~~ 48 - 8637 S. YATES, HSE. / 5153 MLK
437 E OAKWOOD                    FORMER ADD.
PH 624-7418        B.P.S. RIGHT ARM
5'9-150 BRN B)M 0 150        CHAMPAYNE GLASS LEFT CHEST
                                              ~~_____~~

CITY-NF-001061

Faye Baldwin  3732 So Prairie  373-4886
[ mother of Ricky Baldwin (Hom Vic 29?? 83
                          )  3823 So Langley
                             Hom 83-86 ]

Girl friend of offender Jimmie Greene in Baldwin
                        (GOON SQUAD)
hom is Linda Smith, 706 E 39th St Apt. 806,
sister of Jerome Smith (our victim)

Chico - 40th + Drexel

Carrico



CITY-NF-001062

EXHIBIT F

77

| JAN.-FEB.-MAR. | | APR.-MAY-JUNE | | JULY-AUG.-SEPT. | | | OCT.-NOV.-DEC. | | |
|---|---|---|---|---|---|---|---|---|---|

| NAME (LAST) | (FIRST) | (MIDDLE) | SEX M/F | RACE W/J/C/O | DATE OF BIRTH DAY, MONTH, YEAR | I.O. NO. |
|---|---|---|---|---|---|---|
| Brown | Mark | | M X | W X | ▉▉▉ | 133248 |

| ADDRESS | DISTRICT OF RES. | PRINTS & PHOTOS |
|---|---|---|
| ~~5100 S. State St. - 2605 So. Indiana Ave.~~ | 21 | 15 APR 75 |
| AREA 5100 S. STATE ST. --801 | NICKNAME | |

| FATHER'S NAME | MOTHER'S NAME |
|---|---|
| Earl (Dec.) | Mary 538-2736 |

| REPORT DATE | OFFENSE | DIST. OF OFF. | YOUTH OFFICER/STAR NO. | POLICE | | | COURT | | | | DOCKET NUMBER | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CA | REF | OCT | DIS | PRE | DOD | YEAR | NUMBER | | |
| 6 Aug72 | Dis. cond. | 02 | Moore 4824 | X | | CSO | | | | | | | |
| 8 Aug72 | Dis. cond. | 01 | Norris 12049 | X | | | CSO | Area #1 | | | | | |
| 29 Sep72 | Dis. conduct | 02 | Dammons 7268 | X | | CSO | | | | | | | |
| 2 Dec72 | Att.S/A robb. | 02 | M-488276 Mohrs 2850 | | X | | | | | | | | |
| 2 Dec72 | S/A robbery | 02 | M-488581 Walker 12184 | | X | | | | | | | | |
| Jan-73 | Armed Robbery/Gun | 21 | N-014778 Fuller 4725 | | X | | Cook Cir.C. | | | | | | 23 Jan73 |
| 7 Feb73 | Theft of Serv.CTA | 1 | Mulcahy 11781 | X | | CSC | | | | | | | |

CFD-24.484 (6/71)  ⬤ 370  **JUVENILE RECORD SUMMARY/** YOUTH DIVISION CHICAGO POLICE

CITY-NF-001063

EXHIBIT F

| REPORT DATE | OFFENSE | DIST. OF OFF. | YOUTH OFFICER/STAR NO. | DISPOSITION POLICE | | | | | COURT | | | DOCKET NUMBER | | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CA | RET | DET | DIS | PRB | DOC | T. JR | | NUMBER | | | | |
| 0Mar73 | S/A Robbery | 2 | N-084235 Drake 10082 | | X | | | | | | | | | | | 1Jun73 |
| 2 Feb73 | Curfew | | | X | | | | | | | | | | | | |
| Mar73 | Curfew | | | X | | | | | | | | | | | | |
| 0Mar73 | Curfew | | | X | | | | | | | | | | | | |
| 7Mar73 | Curfew Invest. | 02 | Moody 2299 | No Citation Issued | | | | | | | | | | | | |
| -May-73 | Burglary(Res.) | 02 | Fuller 4725 | | | | X | | DOC | 72 | 2 | 0 | 5 | 8 | 6 | 22May73 |
| -Jun74 | S/A/Robbery | 2 | P 232764 How 11 7147 | | X | | | | 6Oct74 | | DWP | | | | | |
| 5 Apr75 | S/A Robbery | 2 | T139479 Lis 11636 | | | | X | | Chil75 | | 2 3 5 | | | | | 3 |
| 5-Jun76 | Victim-Gunshot | 2 | Mohrs 2850 | X | | | | | | | | | | | | |
| 0-Jan76 | Victim-Gun Shot | 2 | X 209220 Butts 9255 | X | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

CITY-NF-001064

EXHIBIT F

CITY OF CHICAGO / DEPARTMENT OF POLICE ·1121 South State Street  Chicago, Illinois. 60605
IDENTIFICATION SECTION

CRIMINAL HISTORY OF   BALDWIN, Paul D    M/N

DATE ████████ 5        IR#427822                    32 000 0
                                                     32 0II
DATE OF BIRTH        16 ██████

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Paul D BALDWIN<br>4130 S Calumet | 4277212 | -17 Jan 75, Off Koegel, L-3-B, 002nd Dist., Poss marijuana |
| Paul D BALDWIN<br>4130 S Calumet | 4286574 | -28 Jan 75, Off Boyd, 002nd Dist.<br>13 Feb 75, Batt.(38-12-3) SOL., S/A.Robb.(38-18-1<br>3 Yr. PROBATION., Judge Pompey. |
| Paul BALDWIN<br>4130 S. Calumet | 4310490 | -26 Feb.75, Off.Roberts 7th.Dist.(2nd.Dist.)<br>Asslt.,Tresp.<br>10 Mar 75, Asslt (38-12-1) Trespass (38-21-2)<br>BFW, Judge Pompey |
| Paul D. BALDWIN<br>4130 S. Calumet | 4339661 | -31 Mar 75, Off White 002nd Dist. Batt. Warrant<br>17 Apr. 75,Assault Wrt.(BF)(38-12-1)PG/FG 10 days<br>H/C C.S.#A.S., Judge Higgins |
| BALDWIN, Paul D.<br>4130 S. Calumet | 4344228 | - 6 April 75 Off. WIKSTEN 002 Poss. Stolen Veh.<br>5 May 75, Poss Stln Mtr Veh(95½-4-103A)CTTV<br>(38-21-2)State Curfew(23-2371)MS-SOL, Judge<br>Skrzalka |
| Paul BALDWIN<br>4130 S. Calumet | 4405438 | -9 Jun 75; Off.Flyn 2nd Dst; Robbery<br>10 June 75, Robb.(38-18-1)Held to the Grand Jury.<br>Judge Higgins.<br>16 Jul 75. G.J. Ind#75-4746, Robbery. |
| | | 20 Feb. 76, Joliet ISP,C-60689  Robbery(75-4746)<br>Plea Glty 1-2 yrs., Judge Mackoff Rec'd 27 Feb 76<br>30 Dec 76, PAROLED from Pontiac C.C.#C-60689 |
| Paul D. BALDWIN<br>3833 So. Langley<br>Apt. #703 | 5198947 | -27 Mar 78, Off. Block 051-TS-S.; (02) U.U.W.<br>18 Apr 78, UUW (38-24-1a1o), UUW (MCC), State ID (38-83-2a),<br>Fail to reg (MCC) FPC Transf to chief judge, Judge Sodini |
| | | 27 Apr 78, INFO#78-2034, UUW<br>22 May 78, Joliet CC# C-60689    UUW(78-2034) Plea<br>Glty, 2yrs, Judge Wendt.<br>Rec'd 11 Jul 78, Joliet CC#C-60689 |
| Paul BALDWIN<br>3833 S. Langley | 5561148 | -02 July 79, Off. Hayes A2/Robb (11) Dist. Armed Robb.<br>10 July 79, Armed robbery(38-18-2)Burglary(38-19-2) Home<br>Invasion(38-12-11-al)FPC Transf to Chief Judge, Judge Shield |
| | | 26 Jul 79. INFO#79-4489, Armed Robbery. |

CITY-NF-001065

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD - 31.903 (8/71)

1p

EXHIBIT F

$IR \ 427802$

**WANTED**

BY C.C.S.P.

UNIT C.C.S.P.        DATE 4 FEB 1976

CHARGE

WARRANT REGISTER 75-102

**CANCELLED**

DATE FEB 18 1977 BY

**WANTED**

BY

UNIT         JUL 2 1979

CHARGE

WARRANT REGISTER NO.

**CANCELLED**

DATE 79 BY

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

CITY-NF-001066

EXHIBIT F



638827

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois   60605

CRIMINAL HISTORY OF     EDWARDS, Delbert          M/B

21) 9 T IM (14
1 R IOO

DATE          13 May 82

DATE OF BIRTH          ▓▓▓▓▓▓

I.R. NO.          638827          FBI NO.          I.S.B. NO.

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| Delbert EDWARDS 730 E. 39th Street 07 May 64 | 6456905 | -13 May 82, Off. Zbella, (CD), 01st Dist., Assault, Dam to Prop. | | |
| | | 10 Jun 82, Aslt (38-12-1) CDTP (38-21-1) SOL, Judge Sodini. | | |
| Delbert EDWARD 730 East 39th St. 7 Mayy 64 | 6485426 | - 6 Jun 82  Off.  Tallman   2nd Dist.  Poss. cont. Subst | | |
| | | 17 June 82. Poss cannabis M. (56½-704c) BFW Judge Zelezinsk | | |
| | | 9 Sep 82, Poss Cannabis (56½-704) PG/6 Mos 710 PROBATION Judge Zelezineki | | |
| Delbert EDWARDS 730 E. 39th St. 07 May 64 | 7013358 | - 28 Dec 83 Off. Davis 007 Dist. Battery | | |
| | | 29 Dec 83, Batt., (38-12-3a), SOL, Judge Woods, (Dock #8337& 44) | | |

CITY-NF-001067

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this rec
has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulati
S.S. 20.33).

CPO-31,903 (REV. 10/75)          KK

EXHIBIT F



ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY



CITY-NF-001068

EXHIBIT F

| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT<br>DAY   MONTH   YEAR | DATE OF THIS REPORT<br>DAY   MONTH   YEAR   WATCH |
|---|---|---|---|
| | | 28 Apr 84 | 29 Apr 84  2 |
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | | BEAT/UNIT ASSIGNED |
| HOMICIDE / Murder | HICKMAN, Talman | | DESK |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

R/O received a phone call from a male/black who stated that RODELL BANKS was the person who had shot the people on 39th St. This caller refused to give and further info about himself and BANKS. Call received at 1305 Hrs.

CITY-NF-001069

R.D. NO. T-151922

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|
| Davis    9532 | | | |

CPD-23.122 (Rev. 2/83)

EXHIBIT F

| ARRESTEE NAME (LAST - FIRST - MI) | | DISTRICT OF ARREST | | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|
| B ANKS, Rodell V. | | 002 | | 10 | | 1 | 002 |

| ADDRESS-ARRESTEE | | | PHONE | DATE ARRESTED | | TIME ARRESTED |
|---|---|---|---|---|---|---|
| 5417 S. Kenwood #202 | | | | 20 May 82 | | 1210 |
| 8253 S. MARSHFIELD | | | | | | |

| ALIASES | | | | R.C. NO. | C.B. NO. |
|---|---|---|---|---|---|
| "H. San" | | | | D- 39470 | 6467-229 |

| | | | | BIRTHPLACE | I.R. NO. |
|---|---|---|---|---|---|
| | | | | Chicago | 322345 |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | M | B | heavy | 5'11 | 230 | brn | black | med/brn | no | american |

| MARITAL STATUS | EMPLOYER OR SCHOOL | | OCCUPATION | | SOC. SEC. NO. |
|---|---|---|---|---|---|
| | el Ruhkins | | | | 341 46 9449 |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| dna | dna | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| ROGERS, Brian (deceased) | 3904 S. Calumet 2nd fl | dna |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 3901 S. Calumet (street) | MURDER | ☐ YES ☑ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| PO A. LETT #5563 GCS | | 66 | 24MAY82 | |
| POR. PECK #5254 GCS | | | | Ref Blvd |
| PO G. RODRIGUEZ #13882 GCS | | | | 6847-16-P |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| WALKER#12475 ROBERTS#4987 | |

CPD - 11,430 (11/72)

**ARREST INFORMATION/ CHICAGO POLICE**

CITY-NF-001070

EXHIBIT F

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION       Chicago, Illinois   60605

CRIMINAL HISTORY OF    BALDWIN, Shawn        M/N

DATE         09 Feb 80

DATE OF BIRTH

I.R. NO.           571461          FBI NO.    877   223       I.S.B. NO.    2145221

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Shawn BALDWIN<br>3833 S. Langley | 5745701 | 09 Feb 80- Off. Marrato 12th Dist. Inv Robb, D/C<br>11 Feb 80, Disord Cond (MCC) Non-Suit, Judge Devine | | | |
| Shawn BALDWIN<br>3833 S. Langley | 5776754 | 26 March 80, Off. Woten, 3rd dist. C.T.T.V.<br>27 Mar 80, C.T.T.V(38-21-2) PG/FG 1 Yr PROBATION, Judge Sodini | | | |
| Shawn BALDWIN<br>3833 S. Langley<br>10 Sep 62 | 6383544 | -03 Mar 82- Off. Ryan 2nd UUW.<br>11 April 82,Damage to prop(38-21-1a),UUW(38-24-1a10<br>SOL(2),Sate Firearm ID(38-83-2a),Fail to reg(MCC)Non<br>Suit(2),Judge Manning | | | |

CITY-NF-001071

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record
has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation
S.S. 20.33).

CPD-31.903 (REV. 10/75)

EXHIBIT F



CITY-NF-001072

EXHIBIT F

BALDWIN, Timothy I.

M B

5100 So Wentworth     APT. NO.   AGE 20

District Station   #99    DIST./AREA 02    3522 So Rhodes

D 347 970

Il/ Chgo    No Dr. Lic.

HEIGHT 6'00   WEIGHT 175   EYES Brn   HAIR Brn   COMPLEXION Light

MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.: None visible

Illinois State

Student

REFERENCES: Ch. 38 Sec. 12-3   OFFENSES   Battery

DATE OF ARREST 26 Sep 82   TIME 2945

TIME FINGERPRINTED 2300

DISPOSITIONS: Released w/o charging

OFFICER NOTIFYING INVESTIGATIVE UNIT: MORRISSETTE, G.   PERSON NOTIFIED: Sgt. FITZGERALD   UNIT NOTIFIED A1/VC   TIME 2100   DATE CHARGED

COMPLAINANT NAME: HILL, Mark, R.

ARRESTEE TRANSPORTED TO / BY: D   N

NARRATIVE

This is an arrest by Beat 262 C :

The above named arrested in regards to a Aggravated Battery which occurred tha 26 Sep 82 at app. 1500 hours. This incident reported under CPD RD# D347 970.

The arrestee while armed with a B B Gun discharge that weapon causing a pallet forced through the weapon striking the victim complainant in the head and the arm. The arrestee advised of his U. S. Constitutional rights in the presents of his mother Mary BALDWIN.

Det. Romo 18170

CITY-NF-001073

DATE RECEIVED: 26 Sep 82 2330

ARRESTING/APPEARING OFFICER: MORRISSETTE, G?   STAR NO. 3593   UNIT NO. 002   BEAT NO. 2620   D.O. GRP. 2   ARRESTING OFFICER: UNDERWOOD, C.   STAR NO. 15118   UNIT NO. 002   BEAT NO. 262C

BOOKING OFFICER STAR NO. 7439   002

CQURT SERGEANT/PERMANENT RECORD COPY

EXHIBIT F

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY



CITY-NF-001074

EXHIBIT F

To:                    Hood and Evans

From:                  Minogue and Bogdalek

Subject:               Smith and Hickman Murder


1.  No time to leave a supp.  We interviewed LANGSTON, James M/B/Age 14,
of 706 E. 39th St. apt. #106.  He witnessed the murders.  He was playing
baseball across the street from the scene.  He said that the offenders
were wearing skull caps pulled over their faces to conceal their idenity.
He saw the offenders fleeing in a blue cadillac.  He said the car went south
on Langley then west on 39th.  He said that there were four men in the
car.  The person setting next to the driver in the front seat was the
brother of Ricky Baldwin, aka: "Rick Dog" who was murdered last summer.
(File #83-86, RD# E 274304).  See our notes for more details.


2.  We showed photos of two Baldwin brothers Shawn and Paul.  He recognized
Shawn as one of the Baldwins but not the person in the car.


3.  Sandra Langston F/B/Age 19, (same as above), said she was talking
to Fuddy just before the shooting.  She was speaking to him from her
2nd fl. bedroom window.  He walked into the breezway.  She saw two
M/B follow him. #1. M/B/Age 20s, red ski hat, white jacket, lt. complex-
ion.  #2. M/B/20s, blue jacket, lt. complexion. She then heard series
of shots.

4.  Rnady Langston M/B/Age 15 (same as above).  He was also playing ball
and saw the shooting.  Saw one offender with red mask shooting the victims.
He saw him roll up the mask (hat) and flee.

5.  Minnie White F/B/Age 50. She heard the shots.  Ahe saw the vitims
laying on the ground and called the police.

6.  Baldwin photos and sheets in the file.  Call one of us at home if
you need more details.

Carlos Willis

Shirley Allen  285-3628



EXHIBIT F

Willis, Carlos M/B 14yrs
3846 So Langley 2nd flr Apt 635
Ph. 548-6029



CITY-NF-001076

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

| | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| | DAY 28  MONTH Apr  YEAR 84 | DAY 1  MONTH May  YEAR 84  WATCH 3rd |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Homicide/Murder | Smith & Hickman | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes; and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

TO:     All Watches

From:   Det's. Minogue & Bogdalek

Subject:  Smith & Hickman Homicide

The following information was provided to the R/Ds by Mr. David Minnifield M/B/Age 26, who is the utility janitor at Dearborn Homes, 2960 S. Federal, ph. 791 8573. On 29 Apr 84, 2010 hrs. he received an anonymous phone call from a youthful M/B. The called said he saw a phone number on television (791 8573) for persons with information regarding this homicide. The caller told Minnifield that Edward Stewart was driving the car used in the murder and that Stewart was in the company of Darryl Baldwin and "Chico". He also said that Stewart was living with Olivia Wallace at 4716 S. Cottage Grove, apt. #220. He had no further information.

Olivia Wallace F/B/Age 20 ▓▓▓▓▓▓▓, 4716 S. Cottage Gr. apt. #20, no phone, IR# 631685. Olivia Wallace stated that she has not seen Stewart since January of 1984. Sha has obtained a paternity warrant against him (see attached computer print out). She said that Darryl Baldwin lives at 3833 S. Langley, he is about 28 yrs. of age. She knows "Chico" on sight but does not know his name. She says that all three men hang togethe5. She thinks that Stewart and Chico are livng at 1255 N. Central with Stewart's aunte, Carmen and Duchie, at 1255 NO. Central Ave. She said that Stewart drives a Chevrolet Camero, a 73.

Edward Stewart was located at 1255 N. Central, 1st fl. This is his sisters apartment. Her name is Carmen Bradley F/B/Age28, ph. 378 2676. Stewart lives at 703 No. Central, 1st fl. He lives with his girlfriend Bettina Davis F/B/Age 21 and another friend by the name of Jackie Cramer M/B/Age 21. On the date and time of the murder he left his apartment at about 0930 hrs. and went to work. He works at the McDonalds in Water Tower Place, Chicago & Michigan. He took the El to work and began his shift at 1030 hrs. We could not verify his alibi; McDonalds was closed. He said that he has not seen Darryl Baldwin in 7or 8 months nor has he seen Chico. He does not know Chico's real name. He said that he lives in the vicinity of 40th & Drexel. As far as he knows neither Chico or Darryl own a Cadillac. He owns a 73 Camero, white in color. No plates.

The other anonymous call that alleged that Lawrence and Marshall Edwards were the killers was checked out. Both were interviewed and stated they were home at the time of the shooting in the company of other family members. Their photos with their dob, address and description are in the file.

Stewars photo and sheet are also in the file. There is not a record for Darryl Baldwin in the alpha file.

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|
| _Minogue_   13871 | | | |

CPD-23.123 (Rev. 2/81)

R/D NO. F 151 922

CITY-NF-001077

EXHIBIT F

Detective Division
Area One Violent Crimes

5 May 1984

TO:       Firearms Identification Unit, Crime Laboratory Division
          Attention Sgt. Lomoro

FROM:     Det. Robert Evans # 12754, Area One Violent Crimes

SUBJECT:  Request for Firearms Evidence Comparison

          The undersigned requests that the firearms evidence
recovered in the shootings of Jerome Smith and Talmon Hickmon recorded
under R.D. number F-151922, Firearms Unit Crime Lab number 84-560, be compared
against the firearms evidence recovered in the shooting of Lee McCollum
recorded under R.D. number F-070217 and Firearms Unit Crime Lab number
84-352.

                                    Detective _Robert Evans_____
                                              Robert Evans # 12754



CITY-NF-001078

EXHIBIT F

| ARRESTEE NAME | (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|---|
| GREEN Andre NMI | | 002 | 614 | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 3833 So. LANGLEY #504 | 624- | 14 JUN 83 | 0355 |

ALIASES

| | R.D. NO. | C.B. NO. |
|---|---|---|
| | E-09 857 | 6860351 |
| | BIRTHPLACE | I.R. NO. |
| | IL | |

| D.O.B. | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | COMPLEX. | GL. | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | 24 | M | B | THN | 5'7" | 150 | BRN | MED | | |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Sngl | Not | | 552 616 |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Alone | 73 Buick LeSabre 4 | ☐ YES ☒ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Theresa Johnson | 3833 So. Langley | 73-612 |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 3833 S. Langley 504 | | ☐ YES ☐ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| C. Johnson | 15739 | 66 | 15 Jun | |
| C. Paluch | 12148 | 66 | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| Wilkosz | |

CPD - 11.430 (11/72)

**ARREST INFORMATION/ CHICAGO POLICE**

---

| ARRESTEE NAME | (LAST - FIRST - MI) | DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|---|
| GREEN, Gerald | | 002 | 4121 | 1 | 002 |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 622 East 38th St. | | 7 May 81 | 2245 |

ALIASES

| | R.D. NO. | C.B. NO. |
|---|---|---|
| | C-165 616 | 6111351 |
| | BIRTHPLACE | I.R. NO. |
| | | 575262 |

| D.O.B. | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | M | N | med | 5-9 | 158 | brn | blk | med | | |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| | | | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 36 |
|---|---|---|
| Alone | | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| A/Os | SOG | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 706 E. 39th St. | Felony UUW (sawed off shotgun) | ☐ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Bogdalek | 14674 | 48-4 | 12 May 81 | |
| Murphy | 14857 | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| | |

CPD - 11.430 (11/72)

**ARREST INFORMATION/ CHICAGO POLICE**

CITY-NF-001079

EXHIBIT F

| ARRESTEE NAME | (LAST - FIRST - MI) | | DISTRICT OF ARREST | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|
| GREEN, Gerald | | | 002 | 002 | | 1 | 002 |

ADDRESS ARRESTEE: 706 E. 39th Apt#1109
PHONE
DATE ARRESTED: 20 Aug 81
TIME ARRESTED: 1715

ALIASES
R.D. NO.: C 316016
C.B. NO.: 6209 677
BIRTHPLACE
I.R. NO.: #578262

| D.O.B | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 18 | M | N | med | 5'9 | 140 | brn | bl | med | no | Amer. Neg |

MARITAL STATUS: single
EMPLOYER OR SCHOOL: Unemployed
OCCUPATION
SOC. SEC. NO.

ARRESTED WITH: self
VEHICLE USED (DESCRIBE): dna
ARTICLE 36 ☐ YES ☐ NO

COMPLAINANT NAME: LANG, Dorothea
COMPLAINANT ADDRESS: 706 E. 39th #602
PHONE: 548-5081

LOCATION OF ARREST (COMPLETE ADDRESS): 622 E. 38th St.
CHARGES PLACED: Battery
RELEASED ☑ YES ☐ NO

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| D. DeYoung | 4742 | Br. 34-2 | 25 Aug 81 | |
| D. Novak | 7053 | | | |

INVESTIGATING OFFICER: Dorociak & Bolda
STAR NO.

CPD - 11.430 (11/72)

**ARREST INFORMATION / CHICAGO POLICE**

---

| ARRESTEE NAME | (LAST - FIRST - MI) | | DISTRICT OF ARREST | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|
| GREEN | Gerald | | 002 | R 2/3 | | 1 | 002 |

ADDRESS ARRESTEE: 622 E 38TH ST
PHONE: 268-2513
DATE ARRESTED: 13 Nov 83
TIME ARRESTED: 0500

ALIASES: 2354 E 70 KST
R.D. NO.: E-478999
C.B. NO.: 6954045
BIRTHPLACE
I.R. NO.: 578262

| D.O.B | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 21 | M | B | MED | 5'9" | 155 | Brn | Blk | Med | | Blk Am |

MARITAL STATUS: Single
EMPLOYER OR SCHOOL: None
OCCUPATION: None
SOC. SEC. NO.

ARRESTED WITH: Alone
VEHICLE USED (DESCRIBE): None
ARTICLE 36 ☐ YES ☐ NO

COMPLAINANT NAME: Dolores Travel
COMPLAINANT ADDRESS: 653 E 38th St
PHONE

LOCATION OF ARREST (COMPLETE ADDRESS): 730 E 38th
CHARGES PLACED: Home Invasion
RELEASED ☐ YES ☐ NO

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| P.O. Roland | 8870 | Br 48 | 18 Nov 83 | |
| P.O. Denn | 13432 | | | |

INVESTIGATING OFFICER: Uttich
STAR NO.: 10870

CPD - 11.430 (11/72)

**ARREST INFORMATION / CHICAGO POLICE**

CITY-NF-001080

EXHIBIT F

ARREST INFORMATION / CHICAGO POLICE

PD - 11.430 (11/72)

INVESTIGATING OFFICER

Percy Julie

R. Grimes

J. LAYNE

ARRESTING OFFICERS

300 E. 43rd

LOCATION OF ARREST (COMPLETE ADDRESS)

3510 S. Rhodes

COMPLAINANT NAME

Mcghee Catheran

ARRESTED WITH

Self One

BROWN, SHARD

ARRESTEE NAME (LAST - FIRST - MI)

ARRESTEE NAME (LAST - FIRST - MI)

**BALDWIN, Timothy I.**

| DISTRICT OF ARREST | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|
| 002 | 002 | 1 | 002 |

ADDRESS ARRESTEE
3522 South Rhodes

PHONE
548-1989

| DATE ARRESTED | TIME ARRESTED |
|---|---|
| 26. Sep 82 | 2045 |

ALIASES

| R.D. NO. | C.B. NO. |
|---|---|
| D-347970 | 6623965 |

| BIRTHPLACE | I.R. NO. |
|---|---|
| Chgo, Il. | None |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 | M | B | Med. | 6'1" | 175 | Brn. | Blk. | Light | No | Afro-Amer. |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Single | Illinois State | Student | UNK. |

ARRESTED WITH
Self

VEHICLE USED (DESCRIBE)
DNA

ARTICLE 36
DNA NO

COMPLAINANT NAME
HILL, Mark R.

COMPLAINANT ADDRESS
3510 S. Rhodes #301

PHONE
373-3214

LOCATION OF ARREST (COMPLETE ADDRESS)
5101 S. Wentworth

CHARGES PLACED
None

RELEASED
YES  NO

ARRESTING OFFICERS

| | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Underwood, C. | 15118 | | | Victim Refused to Sign Complaints |
| Morrissette, C. | 3553 | | | |
| Nomic, J. | 18770 | | | |

INVESTIGATING OFFICER                STAR NO.

CPD - 11.430 (11/72)        ARREST INFORMATION / CHICAGO POLICE

CITY-NF-001081

EXHIBIT F

CITY OF CHICAGO / DEPARTMENT OF POLICE  1121 South State Street  Chicago, Illinois  60605
IDENTIFICATION SECTION

| | |
|---|---|
| CRIMINAL HISTORY OF | BANKS, Rondell  M/N |
| DATE | 2 Nov. 71  IR#322345 |
| DATE OF BIRTH | |

ISSUED ON INQUIRY
6  15 R 000    24
1964  26 R III
BY NAME CHECK ONLY

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST., CHARGE, DISPOSITION |
|---|---|---|
| Rondell BANKS<br>730 E. 39th St. | 3406292 | -2 Nov. 71,Off. Stahl,R61,2nd Dist.<br>4 Jan. 72,Armed Robbery(38-18-2)BFW,Judge White<br>18 Apr. 72,G.J. IND#72-868,Robbery<br>21 May 73,Armed Robbery etc(72-868)plea glty plai<br>robbery and agg. Asslt,4 yrs. PROBATION,1st year,<br>6 months and 19 days County Jail,Served,Judge<br>Strayhorn |
| Rodell BANKS<br>7116 S. Harvard | 3822144 | -6 Jun 73,Off. Chase,7th Dist.<br>6 Jun  73,Released W/O Charging |
| James HENDERSON<br>8718 S. Burley | 3952798 | -12 Nov. 73,Off. Crowley,R-61,7th Dist.<br>5 Feb. 74,Armed Robb(38-18-2),Robb(38-18-1)NPC/<br>Disch.,Judge Casey<br>27 Feb. 74,Burg. Wrt.(38-19-1)S.O.L.,Judge Durham |
| Rob BLACK<br>6757 S. Marshfield | 4066775 | -25 Apr. 74,Off. Davis,21st Dist.<br>12 Jul 74,G.J. IND#74-3665,Armed Robb. etc. |
| Rhodell BANK<br>6601 S. Damen | 4248452 | -10 Dec. 74,Off. Glynn,R61,2nd Dist.<br>30 Dec. 74,Murder Wrt.(38-9-1a1)Held to the Grand<br>Jury,Judge Machala |
| | | 21 Jan.75,G.J. IND#75-393,Murder<br>8 Sept 75, Murder(75-393)find not glty.  Judge<br>Garippo. |
| | SEE CB<br>3406292 | 10 Feb 75, Joliet ISP#80285 ,Viol of Probation<br>(72-868)find glty, 2-6 years.  Judge Strayhorn.<br>Rec'd 29 May 75.<br>Out on Writ from Pontiac#34478 1 Oct. 75 |
| | SEE CB<br>4066775 | 1 Oct 75. Joliet ISP#80285  Arm Robbery(74-3665)<br>Plea Glty. 2-6yrs cc with 72-868, Judge Massey.<br>1 Oct. 75 Returned from Writ to Pontiac#34478<br>20 Apr 77, PAROLED from Menard C.C.#C-10176 |
| Rodell BANKS<br>730 E. 39th St. | 5057415 | -03 Sep 77, Off. Eichler GCID-S(002nd Dist.)Poss<br>Cont Sub<br>12 Oct 77,Poss. Cont. Subs(56½-1402)SOL, Judge<br>Zelezinski. |
| Rodell BANKS<br>2056 E. 73rd St. | 5145158 | -5 Jan 78 Off. Smith 002nd Dist. Dis<br>25 Jan 78, Disorderly Conduct(MCC)Leave to File<br>Complaint Denied, Judge Houtsma. |
| Rodell BANKS<br>2056 E. 73rd | 5209137 | -8 Apr 78 Off. Betts 902nd Dist. Poss Cont Sub<br>10 Apr 78, Poss. Cont. Sub. (56½-1402) S.O.L., Judge<br>Zelezinski. |

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR
OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE
CHICAGO POLICE.

CPD - 31.903 (8/71)

CITY-NF-001082

EXHIBIT F

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION            Chicago, Illinois 60605

CRIMINAL HISTORY OF   BANKS, Rondell   M/N       6

DATE   02 Nov 71    IR#322345    15 R 00?
                                 26 R II?

**ISSUED ON INQ...**
**APR 20 1984**
**BY NAME CHECK ONLY**

DATE OF BIRTH   0?

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 322345 | 512 975 J2 | 1588994 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| Rodell BANKS<br>2056 E. 73rd Street | 5239171 | – 16 May 78. Off. Medici 002nd Dist. Unlawful Use of Weapon<br>9 June 78, UUW.Fel (38-24-1a4) PG.FG. Info#78-<br>16460. 3 Years Ill.Dept of Corr., Fail to Regis<br>F/A (MCC), Fail to Produce (MCC) Non Suit, | | |
| | | Unlawful.Poss F/A & Ammo. (38-83-2a),Theft-Misd<br>(38-16-1d3) S.O.L, Judge Moran.<br>Rec'd 14 Jul 78, Jol et C.C.#C-10176<br>17 Jan 80, PAROLED from Menard CC#A-10176 | | |
| Rodell BANKS<br>3243 S. Marshfield<br>01 Dec 53 | 6244521 | – 25 Sep 81- Off. Ratcliff 6th Battery Wrt.<br>15 Oct 81, Battery Wt (38-12-3) SOL, Judge Manning | | |
| Rondell V BANKS<br>6417 S. Kenwood<br>01 Dec 53 | 6467229 | –21 May 82 Off. Lett GCED S (2nd) Inv. Murder<br>17 June 82, INFO#/82-4887, Murder, A/Viol. | | |
| Rodell BANKS<br>8243 S. Marshfield 2nd fl<br>1 Dec 53 | 6911768 | –15 Aug. 83 Off. Williams GSU S (02) Robbery<br>12 Dec 83, Poss Marij (56½-704a), SUPERCEDED BY IND#, TRANSFER<br>TO CHIEF JUDGE, Judge Zelezinski, Doc#83-1259329 | | |
| Rodell BANKS<br>8243 S. Marshfield<br>1 Dec 53 | 6981431 | –9 Nov 83 Off. Spencer 6th dist Agg. Assault<br>19 Jan. 84, Agg. Assault(38-12-1a)Damage Prop.(38-21<br>1a)SOL,Judge Macellaio | | |
| odell V. BANKS<br>056 E. 73St.<br>Dec 53 | 7013254 | 28 Dec. 83 Off. Garner GCID-S (02 Dist) Agg Assault<br>16 Feb. 84,Agg. Ass. WRT.SOL,Judge Sherard | | |
| | See CB#<br>6911768 | 03 Jan84, GJ IND#/83C-12987, Poss of Cannabis with intent to<br>deliver | | |

CITY-NF-001083

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).

D-31.903 (REV. 10/75)

EXHIBIT F

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois   60605

CRIMINAL HISTORY OF   GREEN, Gerald C.     M/N

DATE          15 May 80

DATE OF BIRTH

I.R. NO.   578262          FBI NO.     48   337   W7          2176094

**ISSUED ON INQUIRY**
**APR 20 1984**
**BY NAME CHECK ONLY**

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Gerald C. GREEN 8033 St. Lawrence | 5818371 | -15 May 80, Off. Hartfield, 4th Dist., Poss Stolen Auto 16 May 80, Poss Stolen Veh. Red 95½-4-103a) PG/FG 1 yr. SS Superv. Judge Devine |
| Gerald K. GREEN 8033 St. Lawrence 22 Sep 61 | 5843446 | - 12 Jun 80, Fischer 6, Theft. 27 Jun 80, Theft Of Service(38-16-3a) BFW, Judge Casey. |
| Gerald E. GREEN 8033 S. St Lawrence 22 Sept 1961 | 5844490 | -13 June 80. Off. Fischer, 6th Dist, Criminal Tresp to Vehicle 1 Jul 80, C.T.T.V.(38-21-2) BFW, Judge Casey 29 Jul 80, Crim tresp to veh (38-21-2) SOL, Judge Joyce |
| Freeman GREEN 706 E. 39th #1109 22 Sep 59 | 5852581 | -21 Jun 80, Off. Roberson, 02nd Dist., CDTP 2 Jul 80, CDTP (38-21-1a) BF/SOL, Judge Moran |
| Gerald GREEN 8033 S. St. Lawrence 22 Sept. 62 | 5871515 | - 12 Jul. 80 Campbell 622-06th. Burg. 29 Jul 80, BF theft wrt (38-16-1a1), BF crim tresp wrt (38-21-1) SOL, Judge Joyce |
| Gerald K. Green 8033 S. St. Lawrence 22 Sep 61 | 6010096 | 31 Dec 80, Off. Kieth, 003, Theft. 18 Feb 81, Theft (38-16-a3a) Wrt. SOL, Judge Handy. |
| Gerald GREEN 622 E. 38th St 22 Sep 62 | 6111351 | -07 May 81- Off. Murphy SOG-S (02) UUW. 12 May 81 UUW Sawed Off(F)(38-24-1a7) INFO#81-16870, 2 Yrs (F) PROBATION 7 Days HC Judge Moran |
| Gerald GREEN 706 E. 39th St 22 Sep 62 | 6209677 | -20 Aug 81- Off. Novak 2nd Rape. |
| Gerald GREEN 77 Drexel Sept 61 | 6671557 | -11 Nov 82 Off. Fecke Pat. Div Adm (02) Viol Prob |
| Gerald GREEN 3816 S. King Dr. 22 Sep 61 | 6847692 | - 29 May 83, Off. Basile APVC (05) Rape Attempt 10 Jun 83, Sim Battery(38-12-3)PG/FG 20 days tcs, Judge Sheridan(Docket No 83 312095) |
| ray GREEN 354 E. 70th. St. 2 Sep 60 | 6984048 | -13 Nov 83, Off. Dean 02nd. Dist. Home Inv. Robb. 14 Nov 83, Home Inv. Robbery(12-11-82)FPC Transfer to Chief Judge,Judge Moran(Docket No 83 340567) 5 Dec 83, INFO#83-12006, Home Inv., Res. Burg, Agg. Batt., A/Viol |

CITY-NF-001084

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20(33).)

PD-31.903 (REV. 10/75)

EXHIBIT F

Chico    40th & Drexel    Courtway Building
Poncho   40th & Drexel    3rd floor

CITY-NF-001085

EXHIBIT F

PRIMARY CLASSIFICATION

ASSAULT

AGGRAVATED-HANDGUN

E REPORT

CHA GROUNDS

CHUNDELA, T.

TRANS. PAUL

HALA

706 E. 39TH ST APT 805

730 E. 39TH ST

EDWARDS, DELBERT

INVESTIGATION SOUTH INCIDENT 84-S-1530

DATE & TIME OF INCIDENT

LOCATION OF INCIDENT

730 E. 39TH ST

THIS IS A CRT CRISIS INVESTIGATION SOUTH INCIDENT 84-S-1530

VICTIM

CITY-NF-001086

EXHIBIT F

OFFENDERS
HALEY, PAUL M/B/23YRS. 9706 E.39TH ST.APT 805.UNEMPL.

TEXAS,CHANDELL M/B/MOYRS. 9837 SO. ELLIS.APT 404. UNEMPL.
61+0,140.MED COMPL.IN/P#6641.

GANG AFFILIATION
BLACK GANGSTER GOON SQUAD/ ROOM AND MEMBERS OF THE AFOREMENTIONED GANG.

ARRESTING OFFICERS
OFF. A. WOODS           #15648      002
OFF. F. BARNES          #32296      002
OFF. E. MCCAIN          #3449       715
OFF. J. BROCK           #4056       715
OFF. J. FELKER          #9700       715
DET. MANN               #16770      1413
DET. WILINDEZ           #8140       1413

PLACE OF ARREST
750 E. PERSHING

DATE & TIME OF ARREST
FRI. 27APR84. 1600HRS.

COURT & CHARGES
34-2 3(A)(4)(A) AGG ASSAULT

SEE CONTINUATION SHEET

CITY-NF-001087

EXHIBIT F

GANG INVESTIGATION SECTION SOUTH   84-S-1330
F150899  AGG ASSAULT                                                    27APR84

NOTIFICATIONS                          SGT. KUROWSKI
                                       SGT. MURPHY

NARRATIVE                          IN SUMMARY R/I'S RESPONDED TO C.O.S. ALERT

OF MAN WITH A GUN AND LEARNED FROM THE VICTIM THAT HE HAD JUST BEEN SHOT AT BY TWO
SUBJECTS NAMED PAUL HALEY, AND CHUNDELL LEAKS.  VICTIM SAID THAT HE HAS BEEN HAVING
PROBLEMS WITH THESE SUBJECTS WHO ARE MEMBERS OF THE BLACK GANGSTER GOON SQUAD BE-
CAUSE OF PENDING COURT CASES AGAINST OTHER MEMBERS OF THE SAID GANG.

                                     R/I'S PLACED THE OFFENDERS UNDER ARREST FOR
AGG ASSAULT ON COMPLAINTS SIGNED BY THE VICTIM, HOWEVER NO WEAPON WAS RECOVERED.
OFFENDERS WANTED TO SIGN COMPLAINTS AGAINST SUBJECT EDWARDS ALLEGING THAT HE FIRED
AT THE OFFENDERS INITIALLY.  R/I'S INTERVIEWED WITNESSES IN THE AREA WHO WISHED TO
REMAIN ANONYMOUS BUT SAID THAT EDWARDS DID NOT FIRE SHOTS AT THE OFFENDERS BUT RAN
INTO THE BUILDING WHEN HE WAS FIRED UPON.

CITY-NF-001088

EXHIBIT F

E. REPORT

CHA GROUNDS

ASSAULT

AGGRAVATED-HANDGUN

VICTIM

EDWARDS, DELBERT M/B/19YRS. 730 E. 39TH ST. APT 709, 924-1110.

IVANS, GUNDIA, L.>

HALEY, PAUL

DATE & TIME OF INCIDENT

LOCATION OF INCIDENT

730 E. 39TH ST.

CITY-NF-001089

EXHIBIT F

**OFFENSES**

HALEY, PAUL, M/B/23YRS, , 706 E.39TH ST.APT 805,UNEMPL.
5'2",155#,MED CONPL.,IR#F02050.

DEMAS,CHURDELL,M/B/B/16YRS,  5637 SO. ELLIS,APT 401, UNEMPL.
6'1,140,MED CONPL,IR#F46641.

**GANG AFFILIATION**

BLACK GANGSTER GOON S,JAD/ BOTH ARE MEMBERS OF THE AFOREMENTIONED GANG.

**ARRESTING OFFICERS**

| | | |
|---|---|---|
| OFF. A. WOODS | #15648 | 002 |
| OFF. F. BARNES | #9226 | 002 |
| OFF. E. MCCANN | #5419 | 715 |
| OFF. J. BROCK | #4026 | 715 |
| OFF. J. FELKER | #9700 | 715 |
| DET. MANN | #18770 | 141S |
| DET. WILINDES | #8140 | 141S |

FHL.27APR84. 1600HRS.

**PLACE OF ARREST**

730 E. FURBUING

**DATE & TIME OF ARREST**

3142 31MAY84.AGG ASSAULT

**OFFENSE & CHARGES**

**CPD. CONTINUATION SHEET**

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

CITY-NF-001090

EXHIBIT F

GANG INVESTIGATION SECTION SOUTH  84-S-1330
F150899  AGG ASSAULT

27APR84

NOTIFICATIONS

SGT. KUROWSKI
SGT. MURPHY

NARRATIVE

IN SUMMARY R/I'S RESPONDED TO C.O.S. ALERT
OF MAN WITH A GUN AND LEARNED FROM THE VICTIM THAT HE HAD JUST BEEN SHOT AT BY TWO
SUBJECTS NAMED PAUL HALEY, AND CHUNDELL LEAKS.  VICTIM SAID THAT HE HAS BEEN HAVING
PROBLEMS WITH THESE SUBJECTS WHO ARE MEMBERS OF THE BLACK GANGSTER GOON SQUAD BE-
CAUSE OF PENDING COURT CASES AGAINST OTHER MEMBERS OF THE SAME GANG.

R/I'S PLACED THE OFFENDERS UNDER ARREST FOR
AGG ASSAULT ON COMPLAINTS SIGNED BY THE VICTIM, HOWEVER NO WEAPON WAS RECOVERED.
OFFENDERS WANTED TO SIGN COMPLAINTS AGAINST SUBJECT EDWARDS ALLEGING THAT HE FIRED
AT THE OFFENDERS INITIALLY.  R/I'S INTERVIEWED WITNESSES IN THE AREA WHO WISHED TO
REMAIN ANONYMOUS BUT SAID THAT EDWARDS DID NOT FIRE SHOTS AT THE OFFENDERS BUT RAN
INTO THE BUILDING WHEN HE WAS FIRED UPON.

CITY-NF-001091

EXHIBIT F

I#103004

**ARREST INFORMATION / CHICAGO POLICE**

| ARRESTEE NAME | (LAST - FIRST - MI) | | DISTRICT OF ARREST | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|
| HAWKINS, | Earl | nm1. | 003 | 091 | | one | |

| ADDRESS ARRESTEE | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 345 E. 134 Th Street | None | 09 Oct 1981 | 2245 |

ALIASES

| | | | | | | | | R.D. NO. | | C.B. NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | C-217-651 | | 6257-650 |

BIRTHPLACE: Chicago   I.R. NO.: 444722

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | M | B | Med. | 5-08 | 140 | Brn | Blk | Lt. Brn | No | Americanegro |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | | SOC. SEC. NO. |
|---|---|---|---|---|
| Single | Unemployed | Laborer | | Unk |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | | ARTICLE 36 |
|---|---|---|---|
| TWENTY THREE OTHERS RD#C382-507 I#103002 | na | | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Willie BIBBS(Deceased) State of I'LL | Heaven?????? | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 6417 S. Kenwood ave. | Murder Warrent CC-018134 | ☐ YES ☑ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Sgt. J. Halpin#1411 | | 66-3 | 13Oct 1981 | |
| Det. C. Steen | | | | |
| Assisting Third Watch 091 | | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| | |

CPD - 11.430 (11/72)     **ARREST INFORMATION / CHICAGO POLICE**

---

**GANG ARREST INFORMATION / CHICAGO POLICE**

| ARRESTEE'S NAME (LAST - FIRST - MI) | BEAT OF ARREST | ARRESTING UNIT | R.D. NO. |
|---|---|---|---|
| DOYLE, William A. III | 1023 | 710 | NONE |

| ARRESTEE'S ADDRESS | PHONE | DATE ARRESTED | FILE NO. |
|---|---|---|---|
| 8314 S. Indiana | NONE | 8 Feb 83 | DNA |

ALIASES

| NICKNAME | | | | | | | BIRTHPLACE | C.B. OR J. NO. |
|---|---|---|---|---|---|---|---|---|
| Sun Down | | | | | | | Chicago,Ill | 6756-231 |

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS | I.R. OR Y.D. NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | B | Med | 5'11 | 180 | Brn | Blk | Med | No | NV | 332820 |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SECURITY NO. |
|---|---|---|---|
| S | unempl. | dope dealer | |

| ARRESTED WITH | HOME ADDRESS | |
|---|---|---|
| DNA | | |

| ARRESTEE'S GANG AFFILIATION | GANG LOCATION/DISTRICT | PHOTO |
|---|---|---|
| El Rukn | City Wide | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | | BOOK |
|---|---|---|
| 2640 S. California | | |

| VEH. YR. MAKE | BODY STYLE | Top   COLOR   Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR. | PAGE/NO. |
|---|---|---|---|---|---|
| DNA | | | | | |

| COMPLAINANT | ADDRESS | CHARGES |
|---|---|---|
| R.I.s | 5101 S. Wentworth | D/C & Traffic Violati |

| ARRESTING OFFICER - STAR NO. | ARRESTING OFFICER - STAR NO. | COURT BR. COURT DATE |
|---|---|---|
| Cullom # 14685 | O'Neill # 12128 | Br. 27-2 - |

CPD-45.105 (Rev. 1/82)     **GANG ARREST INFORMATION / CHICAGO POLICE**

CITY-NF-001092

EXHIBIT F

Brown,

CITY-NF-001093

EXHIBIT F

HAWKINS EARL VMB

CR NO 6848 456

ADDRESS OF ARREST 205 So LANGLY   APT NO 6 AGE 27

APT 003   6417 SO KENWOOD   #526

ILLINOIS   ILL 444 722

5-09 150 BRN BLK MED   031 MIC I 28 001

BEARD   3/2/31 MAY 30
95V2 4-102.2   TAMP AUTO

Released after
Clearing B of I

37 TIME FINGERPRINTED 0300

38 REFERENCES

MAKE 71 DODGE   STATE LICENSE NO 120 818 R/V   DISPOSITION OF VEHICLE TOWED TO POUND

NAME A/O S

ARRESTEE TRANSPORTED TO BY 03 DIS CRITTLE + CO   HOW TRANSPORTED BEAT 372 02 30

THE ABOVE SUBJECT WAS ARRESTED BY R/O
FOR BEING IN CONTROL OF A POSSIBLE STOLEN
VAN. THE ABOVE NAME SUBJECT WAS SEEN
INSIDE AND AROUND THE VEHICLE AND ALSO
TAMPERING UNDER THE HOOD. WHEN ASKED TO
PRODUCE OWNERSHIP DOCUMENTS THE SUBJECT
WAS UNABLE TO DO SO. HE WAS THEN PLACED
UNDER ARREST ADVISED OF HIS RIGHTS AND
TRANSPORTED TO THIRD DISTRICT FOR PROCESSING
R-84 TO F.B.I.

INSUFFICIENT EVIDENCE TO BE RELEASE R
CLEARING B of I

POSTED 30 R RELEASE   667-919 0800

50 DESIRED COURT DATE   52 DATE RECEIVED 30-MAY-83 0300

STAR NO 948 UNIT NO 03 BEAT NO 314 O.O. GRP 21   ARRESTING OFFICER W BREEN UNIT 03 BEAT NO 314

BOOKING OFFICER H. MILLER 16361 UNIT 03   57 PROPERTY RECEIPT NO P691044   APR 27 1984

STAR NO C. HILL 345488   ANNE CHECK ONLY

CITY-NF-001094

EXHIBIT F

DOYLE WILLIAM A.

ADDRESS OF ARREST: 6400 S. WOODLAWN    APT. NO.    AGE 28

STER LOCATION CODE FOR NATURE OF PREMISES: HALLWAY    006    12. RESIDENCE ADDRESS 8314 S. INDIANA    NONE

19. STATE/PLACE OF BIRTH: ILL    DRIVERS LICENSE NO    332820

22. HEIGHT 5'11"  23. WEIGHT 180  24. EYES BRN  25. HAIR BLK  26. COMPLEXION DARK    17W MII

30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.    31. BEAT OF ARREST 315  DAY 20  MONTH OCT  YEAR    17 U III

193-1A ✓    DISORDERLY

WHERE EMPLOYED: UNEMPLOYED
OCCUPATION: LABOR

OFFENSES    BLANCHE MANNING  NOV 3 1982

42. PERSON NOTIFIED: N — A

NAME: R/O's

ARRESTEE TRANSPORTED TO BY: 003  J.J. THOMAS  14137  BT-373  1715

ABOVE SUBJECT WAS ARRESTED FOR DISORDERLY CONDUCT WHEN HE WAS OBSERVED CREATING A DISTURBANCE BY YELLING LOUD OBCENITIES AND GANG SLOGANS. SUBJECT REFUSED TO MOVE ON WHEN ASKED TO BY R/O's. SUBJECT IS AN ADMITTED MEMBER OF THE "EL RUKIN'S STREET GANG. REQUEST PRINTS FOR I.D.

BLANCHE MANNING  NOV 3 1982

C3806.26

TEL. NO. CALLED 373-6915  20K

CITY-NF-001095

50. DESIRED COURT DATE 3-NOV 82  BRANCH 343  52. DATE RECEIVED

POSTED TO J. RECORDS

VENILE: 61. I.D. NO.    62. RELIGION    COURT SERGEANT/PERMANENT RECORD COPY

EXHIBIT F.

CITY OF CHICAGO / DEPARTMENT OF POLICE · 1121 South State Street · Chicago, Illinois
IDENTIFICATION SECTION

CRIMINAL HISTORY OF **Earl HAWKINS** **M/N**

FPC:O 31 MIO 19
I 28 OOI

DATE 24 Jul 75

DATE OF BIRTH 15 Aug 55 IR#444722

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. / CHARGE / DISPOSITION |
|---|---|---|
| Earl HAWKINS 345 E. 134th St. | 4446871 | -24 Jul 75, Off Smith 5th Dist., Inv. Burg. 24 July 75, Released W/O charging |
| Earl HAWKINS 345 East 134th St. | 4470473 | -17 Aug 75, Off. Love, 21st Bist., Intimidation 15 Sept. 75, Intimidation(38-12-6a1)Held to the Grand Jury, Judge Higgins 8 Oct 75. G.J. Ind#75-6485, Intimidation. |
| Earl HAWKINS 915 E 42nd Pl. | 4526239 | -15 Oct 75;Off.Murphy TSA A-1 (21st Dst)Agg.Battery 22 Jan 76,Battery(38-12-3)FNPC Disch. Judge Meier. |
| Earl HAWKINS 345 E 154th St | 4563909 | 25 Nov 75, Off. Murphy, TSA A/1, 2nd Dist., Intimidation 4 Dec 75, Intimidation(38-12-6)Batt(38-12-4)FPC Trans to Chief Judge, Judge Meier |
| Earl HAWKINS 324 E. 39th St. | 4895044 | - 26 Jan 77, Off. Conwell 2nd dist. - Disord. 14 Feb 77, Disorderly(MCC)LFD, Judge Palmer |
| Earl HAWKINS 345 E. 135th St. | 4911729 | - 21 Feb 77, Off. Breckenridge GCID-S (002) Disord. 8 Mar 77, Disord Cond(MCC)Non suit, Judge Zelezinski. |
| | SEE CB 4470473 | 24May 77, Intimidation(75-6485) Finding Not Guilty, Judge Watt. |
| Earl HAWKINS 345 E. 134th St. | 5148064 | -9 Jan 78, Off. Williams 002nd Dist, UUW 11 Apr 78, Fail to Prod (MCC), Fail to Reg (MCC) Theft (38-16-2) Discharge, UUW (MCC), UUW (38-24-1a10) PNG/FNG, Judge Sodini |
| Earl HAWKINS 345 E. 134th St. | 5173645 | -20 Feb. 78, Off. Brannigan, GCID-South, (002)Dis. 20 Feb 78, Disord Cond(MCC)LFD, Judge DiVito. |
| Earl HAWKINS 6724 Stony Island | 5196262 | -22 Mar 78 Off. Alexander VCD-N (CD) Del Cont Subst & Poss Cont Subst 19 May 78, Del. cont subs(56½-1401)Poss cont subs(56½-1402) SOL, Judge Zelezinski |
| Earl HAWKINS 345 E. 134th St. | 5205355 | -4 April 78, Off. Bonner VCD-G (CDS) Patron 17 Apr 78, Patron (MCC) Non-Suit, Judge Zelezinski. |
| Earl HAWKINS 6724 S Stony Island | 5413784 | -16 Dec 78, Off Roland ISSUED ON INQUIRY Poss cont sub 22 Mar 79 Poss Cont Sub(56¹-1402) SOL Viol Cont Sub Act(56½-1106) PG FG 2 Days IIC TS Judge Zelezinski BY NAME CHECK ONLY 1984 |

ENTRIES PRECEDED BY AN ASTERISK* REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

CPD - 31.903 (8/71)

Continued on Page 2



CITY-NF-001096

EXHIBIT F

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION    Chicago, Illinois  60605

CRIMINAL HISTORY OF   HAWKINS, Earl    M/N

DATE   24 Jul 75

DATE OF BIRTH

| I.R. NO. | | FBI NO. | | I.S.B. NO. | |
|---|---|---|---|---|---|
| 444722 | | 453 218 L5 | | 1908225 | |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST / ARRESTING OFFICER & DIST. | CHARGE | | DISPOSITION |
|---|---|---|---|---|---|
| .1 HAWKINS<br>24 S Stony Island | 5718390 | -02 Jan 80, Off Brooks, 021stDist., UUW<br>16 Jan 80 UUW(38-24-1a10) Fail Prod(38-83-2a)<br>Fail Reg(MCC) BFW Judge Whitaker | | | |
| 1 HAWKINS<br>4 Stony Island<br>Aug 55 | 5959746 | -22 Oct 80- Off. Williams 21st Dist UUW Wrt<br>31 Oct. 80, UUW Wrt. PG/FG. 2 Days Time Cons. Served,<br>Judge Manning | | | |
| Earl HAWKINS<br>545 E 134th St.<br>15 Aug 55 | 6257650 | -10 Oct 81, Off. Steen GC-S-2nd Dist. Murder.<br>3 Nov 81. G.J. Ind#81-C7743, Murder, Arm Violence.<br>10 Sep 82, Murder, A/Viol. (81-7743) FINDING NOT GUILTY<br>Judge Joyce | | | |
| rl  HAWKINS<br>17 Kenwood<br>5 Aug 53 | 6649292 | - 20 Oct 82  Off.  Parks  3rd Dist.  Disorderly<br>03 Nov 82, Dis Cond., (MCC), Non Suit, Judge Manning | | | |
| .1 HAWKINS<br>17 S Kenwood<br>Aug 55 | 6848456 | - 30 May 83 Off Willis 3 dist Tamp w/auto<br>30 May 83, RELEASED WITHOUT CHARGING | | | |

CITY-NF-001097

ISSUED ON INQUIRY

APR 27 1984

BY NAME CHECK ONLY

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record
has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations
I.903 (REV. 10/75)  S.S. 20.33).

EXHIBIT F

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION       Chicago, Illinois   60605

CRIMINAL HISTORY OF   DOYLE, William A   M/N       17 W MII     5
                                                   17 U III
DATE                  03 Mar 72

DATE OF BIRTH         [redacted]

| I.R. NO.  332820 | FBI NO. 799 641 J 5 | I.S.B. NO. 1887013 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. — CHARGE — DISPOSITION |
|---|---|---|
| William DOYLE<br>8314 S Indiana | 5194619 | -20 Mar 78, Off Cahan, 003rd Dist., Disorderly<br>5 Apr 78, Diso.Cond(MCC)LFD. Judge Houtsma. |
| William DOYLE<br>8314 S. Indiana | 5253194 | -02 June 78, Off. Davino 021st Dist. Poss. Marij.<br>20 Jul 78, Poss Cannabis(56½-704) MS SOL Judge Zelezinski<br>28 Jul 78, Fail Reg Weap(38-83-2a) SOL, Fail Reg & FailCarry<br>ID(MCC) Non Suit, Judge Petrarca |
| William DOYLE<br>8314 S. Indiana | 5291510 | -18 July 78 Off. Kuffel GCID S (02) Dis (State)<br>30 Aug 78, Diso.Cond.(38-26-1A1)SOL.Judge Whitaker. |
| William DOYLE<br>8724 Stoney Island<br>30 Sep 54 | 5991808 | -04 Dec 80, Off Shelton, 021st Dist., Battery<br>12 Jan 81, Battery(38-12-3)SOL, Judge Manning |
| William A. DOYLE<br>8314 S. Indiana<br>8 Sept 54 | 6046867 | -20 Feb 81 Off. Bauer GCSS (02) Poss Marij<br>10 Aug 81, Poss Marij. (56½-704) PG/FG 2 Days Time Cons.<br>Served & $90 Fine, Judge McNulty |
| William DOYLE<br>8314 S. Indiana<br>20 Sept. 54 | 6356300 | -01 Feb. 82, Off. Schmidt GCED-West (011) Diso. Cond. |
| William A. DOYLE<br>8314 S Indiana<br>20 Sep 54 | 6461614 | -17 May 82, Off. Gricus 9th Dist. Poss. Cont. Sub. (felony<br>26 Jul 82, Poss Of Cont Subs., (56½-1402), FNPC, Judge Campion |
| William DOYLE<br>8314 S. Indiana<br>20 Sept. 54 | 6641345 | -12 Oct. 82 Off. Pamon 21st. Poss. Marij.<br>30 Dec.82, Poss. Marij.(56½-704a) SOL,Judge Zelezinski |
| William DOYLE<br>8314 Indiana<br>30 Sep 54 | 6649294 | - 20 Oct 82 Off Brady 3 dist Dis.<br>03 Nov 82, Diso. (MCC) Non Suit, Judge Manning. |

*Doing Time w/ Jeff Fort*
*for Drug Deal*
*in*
*Mississippi*

ISSUED ON INQUIRY
APR 27 1984
BY NAME CHECK ONLY

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record
has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations
S.S. 20.33).

—.903 (REV. 10/75)       dm       dn

CITY-NF-001098

EXHIBIT F

... OF POLICE   1121 South State Street Chicago, Illinois 60605

IDENTIFICATION SECTION

CRIMINAL HISTORY OF   DOYLE,William A.   M/N

17 W MII (5
17 U III

DATE   3 Mar 1972   IR#332820

DATE OF BIRTH   ~~redacted~~

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST — ARRESTING OFFICER & DIST. — CHARGE — DISPOSITION |
|---|---|---|
| William A. DOYLE 8314 So. Indiana | 3491822 | - 3 Mar 72,Off. Boston Intell. Div.(5thdst) 11 May 72,Agg.Batt.(38-12-4a)(2cts)SOL,Judge Casey |
| William A. DOYLE 8314 S Indiana | 3651705 | -4 Oct 72 Off. Wallace YDA#2 Dist. 005 9 Feb 73. UUW(38-24-1a4) SOL; Fail to Reg(MCC)(2dts Fail to Carry Cert(MCC) Fail to Carry Cert(MCC) Non Suit., Judge Walton. |
| William A. DOYLE 8314 S. Indiana | 3656043 | -10 Oct. 72 Pylman  SOG#2  05th Dist. 20 Jan 73,Burg.(38-19-1)SOL Judge Walton |
| William A DOYLE 8314 Indiana | 3818184 | -1 Jun 73  Dostal 5th dst 1 June 73, Released Without Charging. |
| William A. DOYLE 2710 E.83rd St. | 4089805 | -24 May74- Zelazo 4th dst Poss of Marijuana 24 May 74, Poss.Marij.(56½-704)9 mos.PROBATION.Judge Murphy |
| William A. DOYLE 631 E. 92nd St. | 4269449 | -7 Jan 75 Off. Mahon 5th Dist. 7 Jan 75, Released without chargeing |
| William A DOYLE 2710 E 83rd St | 4295669 | -8 Feb 75 Off Springer O4th Dist. Agg Assault 22 Oct 75,Agg Asslt(38-12-2a1)Reckless Cond(38-12-5) Disord(MCC)Discharged,Fail to Reg(MCC)Non Suit,Fail to Carry(38-83-2a)SOL,Judge McDonnell |
| William A.DOYLE 2710 E.83rd St. | 4304263 | -18 Feb.75, Off.McQuaid (O4), Robbery. 18 Feb 75, Released W/O Charging |
| William A. DOYLE 2710 E. 83rd St. | 4340098 | -31 Mart 75, Off. Sigler GCID (O6st Dist.) UUW-Poss. of Marij. 15 May 75, UUW(38-24-1a10) Unl. Poss(38-83-2a)Poss Marij.(56½-704) Fail to Reg.(MCC) SOL, Judge Murphy |
| William A. DOYLE 8314 S. Indiana | 4503735 | -22 Sept 75, Off Wiggins, O2 Dist, Dis Conduct 7 Oct 75,Disord Wt.,DWP,Jdg Jordan |
| William DOYLE 8314 S Indiana | 4791313 | -28 Aug 76, Off. Eckles, 6th Dist, State Disorderly 13 Sept 76, Diso.Conduct (38-26-1a1)SUPV. Judge Garnett. ISSUED ON INQUIRY |
| William DOYLE 8314 S. Indiana | 5088010 | -12 Oct 77 Off. May 3d UUW  APR 27 1984 3 Aug 78, UUW(3 -24-1a4).PG PG l Yr PROBATION & 2 Days HC TS, No State ID(38-83-2a)-SOL Fail Reg,Fail Carry(MCC) Non Suit, Judge Bunge |

cts
D - 31.903 (8/71)

ENTRIES PRECEDED BY AN ASTERISK REPRESENT INFORMATION SUPPLIED TO THIS DEPARTMENT BY THE F.B.I. OR OTHER GOVERNMENTAL AGENCIES. THESE ENTRIES ARE NOT SUPPORTED BY FINGERPRINTS IN THE FILES OF THE CHICAGO POLICE.

(CONTINUED ON NEXT PAGE)



CITY-NF-001099

EXHIBIT F





CITY-NF-001100

EXHIBIT F





CITY-NF-001101

EXHIBIT F

**ARREST REPORT**
CPD-11.420 (Rev. 2/83)

1 OF 2   STEWART   EDWARD   W   M B   DAY MONTH

5. ADDRESS OF ARREST: 5400 W. LAKE   APT NO: 21   6 AGE   7 ALIAS (LAST) (FIRST) (MIDDLE)   6 9 13 06   & C.B. NO.

10. ENTER LOCATION CODE FOR NATURE OF PREMISES: 09   11 DISTRS: 15   12 RESIDENCE ADDRESS: 6139 S. KIMBARK   13 TIME PHOTO: HRS   14 I.D. NO.

15. RESISTED ARREST   16. ASSAULTED OFFICER   17. OFFICER INJURED   18. SOBRIETY   19. STATE/PLACE OF BIRTH: ILL.   DRIVERS LICENSE NO.   STATE   20. I.R. NO. 650810

21. WEAPON: PISTOL-REVOLVER / RIFLE SHOT-GUN / KNIFE / OTHER (SPECIFY)   D.N.A   22. HEIGHT 5'9"   23. WEIGHT 137   24. EYES BRN   25. HAIR BLK   26. COMPLEXION MED   FINGERPRINT CLASSIFICATION   21 I T O

28. GLASSES   29. SEX: M   SLENDER / MEDIUM / HEAVY   33. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.   31. BEAT OF ARREST 1321   32. DATE OF ARREST DAY 30 / MONTH NOV / YEAR 83   38. FINAL CT. DATE & BRANCH FEB 14 1984   27,000

34. WHERE EMPLOYED: UNEMPLOYED   562-704   1. POSS. OF MARIJ.   1.

35. OCCUPATION: LABORER   2.   2.   2.   N.S

36. NO. ARRESTED: 1   37. TIME FINGERPRINTED: 1605   3.   3.   3.

38. REFERENCES (CHAPTER ARTICLE SECTION)   4.   4.   4.

5.   OFFENSES   5.   40.   DISPOSITIONS

41. OFFICER NOTIFYING INVESTIGATIVE UNIT: N   42. PERSON NOTIFIED: N.A   UNIT NOTIFIED   TIME   43. DATE CHARGED 1 DEC 83   TIME 0011   44. APPROVAL OF CHARGES GDC

45. VEHICLE OF ARRESTEE: YEAR 1973   MAKE CHEV.   STATE LICENSE NO.   APP. FOR WARRANT's   DISPOSITION OF VEHICLE TURNED OVER TO 750 N LOREL STAR # 13481 - 6 DIST

46. NAME VICTIM-COMPLAINANT: WARRANT'S   SEX   RACE   HOME ADDRESS   PHONE NO.

47. ARRESTEE TRANSPORTED BY: G. ALM #10007   TIME 1515   HOW TRANSPORTED 6633   TIME 1515   PROPERTY INVENTORY NO(S). D.N.A

48. NARRATIVE:
ON VIEW SQUAD #6633 ARREST OF ABOVE FOR
A CRIMINAL WARRANT & TRAFFIC WARRANT'S
WARRANT: # C D025682
DOCKET: # 82552083
CHARGE: # 562-704 - POSS: OF MARIJUANA - FELONY
BOND: $10,000.00
COURT: BRANCH #25

ISSUED ON INQUIRY
APR 20 1984
BY NAME CHECK ONLY

POSTED TO I. R. RECORDS

A/O'S HAVE NO KNOWLEDGE OF WARRANT.
GANG CRIMES NORTH ARREST

TEL. NO. CALLED: 373-2965   TIME OF TELEPHONE CALL: 1610

FOR NARCOTIC ARREST   APPROX. WEIGHT/NO PILLS   EST. STREET VALUE - CALL NICE CONTROL, FAX 9-4193   FOR COURT USE - COURT DOCKET NO.
☐ Cannabis   ☐ Controlled Substance   $

49. VEHICLE ASSIGNED: ☐ ONE MAN CAR / 2 TWO MAN CAR / 3 OTHER   50. DESIRED COURT DATE: 2 DEC 83   BRANCH 25   51. COURT SGT TO HANDLE: ☐ YES ☒ NO   52. DATE RECEIVED LOCKUP BUILDING 30 NOV 83   TIME 1350   53. FINAL JUDGE'S NAME: WREN N

55. ARRESTING/APPEARING OFFICER: J. O'CONNELL   12699   961   6633   3   ARRESTING OFFICER: G. ALM   10007   961   6633

56. BOOKING OFFICER:   10313   015   57. PROPERTY RECEIPT NO.: NONE   58. INITIAL COURT DATE: 1 DEC 83   BRANCH 25

59. ARRESTEE SEARCHED BY: KACZKO   4652   011   60. BONDED BY:   10   TIME

JUVENILE DATA   61. Y.D. NO.   62. RELIGION   63. DETAINED 1 / RELEASED 2   64. VOL/DURES ARRESTED   65. DATE OF OFFENSE DAY/MO/YEAR   TIME   70. COMM AREA NO.   71. JUVENILE CODE

CITY-NF-001102

EXHIBIT F

1121 South State Street
Chicago, Illinois 60605

STEWART Edward                    M/B

13 Sept. 82

650810

| Edward STEWART<br>8042 S. Ellis<br>7 Sept. 63 | 6563247 | - 7 Aug. 82, Off. Compton. 006th. Dist. Poss Marij. |
| Edward STEWART<br>6139 S. Kimbark<br>7 Sept. 63 | 6607631 | - 13 Sept. 82, Off. Fressett 021st. Dist. BFW Poss Marij. |
| Edward W. STEWART<br>226 N. Pine<br>7 Sept 63 | 6996066 | -30 Nov 83 Off. Alm GSU N (15) Wtts CC025682<br>14 Feb. 84, Poss. of Marij.(561-704)Non Suit,Judge<br>Wrenn |

ISSUED ON INQUIRY

APR 30 1984

BY NAME CHECK ONLY

CITY-NF-001103

adg

N5134  49498NZXCX LDS/W8407392 WANTED
OFF/3899 FAMILY OFFENSE DOW/012484
NAM/STEWART,EDWARD  SEX/M RAC/B POB/MS
███████████ AGE/20 HGT/507 WGT/152 HAI/XXX EYE/BRU SKN/LGT
DLS/IL DLN███████████ DLY/00
MIS/PATERNITY,83M1905510,$1000 D BOND
LKA/226 N PINE,CHGO    SHF NR 061091 JUDGE LIPNICK BR 33
312/580-3171
OCA/W84004
ORA/SO COOK CO CHILD SUPP ENF ENT/KAY OPR/EJ TME/1344 DTE/012684

*print OB- 6563247 (RED LINED No 12)*
*1R 6JO810* ████████

CITY-NF-001104

| ARRESTEE NAME (LAST - FIRST - MI) | | | | | DISTRICT OF | | | ARRESTING UNIT | | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Steward, Edward | | | | | 1123 | | | 003/015 | | 1 | |
| ADDRESS ARRESTEE | | | | | PHONE | | | YR ARRESTED | | TIME ARRESTED | |
| 1310 E. 64th St. | | | | | 555-1234 | | | Jun 30 | | 20:0 | |
| ALIASES | | | | | | | | I.NO. | | C.B. NO. | |
| | | | | | | | | 92085 | | | |
| | | | | | | | | BIRTHPLACE | | I.R. NO. | |
| | | | | | | | | Ill. | | Y# 162260 | |

| DOB | AGE | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | NATIONALITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 16 | M | | Mec. | 5-10 | 175 | Brn | Bl. | Med. | none | American |

| MARITAL STATUS | EMPLOYER OR SCHOOL | | OCCUPATION | | SOC. SEC. NO. |
|---|---|---|---|---|---|
| Single | Hyde Pk Acad'y | | Student | | |

| ARRESTED WITH | VEHICLE USED (DESCRIBE) | ARTICLE 38 |
|---|---|---|
| Derrick LICKETT & John HAYES | | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Sanders, Richard | 640 W. Sheridan | none |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 1310 E.64th St. | Robbery | ☐ YES ☑ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Inv. D. Mulcahy | 13850 | Juv. Ct. | | T.C.T.V.D. |
| Inv. R. Contino | 14741 | | | |
| (Star Order) | | | | |

INVESTIGATING OFFICER          STAR NO.

CPD - 11.430 (11/72)     ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001105

EXHIBIT F

| ARRESTEE NAME | (LAST - FIRST - MI) | | | | | DISTRICT | 00 | | ARRESTING UNIT | AREA | DISTRICT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stewart | Eddie | | | | | | | | 261A | 1 | 002 |

| ADDRESS ARRESTEE | | | | | | | PHONE | TE ARRESTED | TIME ARRESTED |
|---|---|---|---|---|---|---|---|---|---|
| 6620 S.Harper | | | | | | | None | 10 Aug 81 | 1210 |

| ALIASES | | I.R. NO. | C.B. NO. |
|---|---|---|---|
| "Sarra Baka" | | C299375 | 6200317 |

| | | | BIRTHPLACE | I.R. NO. |
|---|---|---|---|---|
| | | | Chgo. | 416 417 |

| DOB | AGE 24 | SEX M | RACE B | BUILD Med | HEIGHT 5'9 | WEIGHT 170 | EYES Brn | HAIR Blk | COMPLEXION Med | GLASSES Yes | NATIONALITY Negro |
|---|---|---|---|---|---|---|---|---|---|---|---|

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOC. SEC. NO. |
|---|---|---|---|
| Single | 210 E.51st St.--Jewelry Store | Salesman | |

| ARRESTED WITH | VEHICLE USED (DESCRI.) | ARTICLE 38 |
|---|---|---|
| D N A | D N A | ☐ YES ☐ NO |

| COMPLAINANT NAME | COMPLAINANT ADDRESS | PHONE |
|---|---|---|
| Katrina Moore | 223 E.59th Street | None |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | RELEASED |
|---|---|---|
| 210 E.51st Street | Ind.Lib.With a Child | ☐ YES ☒ NO |

| ARRESTING OFFICERS | STAR NO. | COURT BRANCH | DATE | DISPOSITION |
|---|---|---|---|---|
| Freeman | 16530 | 66 | 11Aug | |
| Boyd | 8602 | | | |

| INVESTIGATING OFFICER | STAR NO. |
|---|---|
| Jack Stewart | 13029 |

CPD - 11.480 (11/72)    ARREST INFORMATION/ CHICAGO POLICE

CITY-NF-001106

EXHIBIT F

| ARRESTEE'S NAME (LAST - FIRST - MI) | | | | | BEAT OF ARREST | ARRESTING UNIT | FILE NO. |
|---|---|---|---|---|---|---|---|
| Prince Damien | | | | | 933 | 181 | 82-5-490 |

| ARRESTEE'S ADDRESS | PHONE | DATE ARRESTED | TIME ARRESTED |
|---|---|---|---|
| 1148 W. 51st ST. | NONE | 1 MAR 82 | 2145 HRS |

| ALIASES | R.D. NO. | C.B. OR J. NO. |
|---|---|---|
| | 279972 | |

| NICKNAME | BIRTHPLACE | I.R. OR Y.D. NO. |
|---|---|---|
| Chico | 10. | |

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 Nov 55 | M | B | med | 6'2 | 170 | BRN | BLK | M 20 | | |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOCIAL SECURITY NO. |
|---|---|---|---|
| Single | Unemployed | O — N — A | |

| ARRESTED WITH | HOME ADDRESS |
|---|---|
| Carl T. Davis | 7312 S Halsted |

| ARRESTEE'S GANG AFFILIATION | GANG LOCATION/DISTRICT | PHOTO |
|---|---|---|
| | | BOX |

| LOCATION OF ARREST (COMPLETE ADDRESS) | CHARGES PLACED | |
|---|---|---|
| 1148 W. 51st ST. | Released Per ASA | PAGE/NO. |

| VEH. YR. MAKE | BODY STYLE | Top COLOR Bottom | STATE LICENSE NO. | STATE | MO./YR. EXPIR. |
|---|---|---|---|---|---|
| | | | | | A |

REMARKS

9th Dist.
Show up
#75        9

| ARRESTING OFFICER - STAR NO. | | ARRESTING OFFICER - STAR NO. | |
|---|---|---|---|
| J. Lynch | 6323 | J. O'Marrah | 8696 |

CPD-45.105 (11/81)          GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001107

EXHIBIT F

NICKNAME

Chico

FULL NAME (LAST)          (FIRST)          (M.I.)

Prince, Damien

ADDRESS

1148 W. 51st St.

DATE OF BIRTH
DAY     MONTH     YEAR     ☐ LEADER     ☐ MEMBER

ASSOCIATE OF

ADDRESS

DATE OF BIRTH
DAY     MONTH     YEAR

CPD-41.504 (3/71)     NICKNAME INDEX/ CHICAGO POLICE

---

NICKNAME

Chico                    (B.C.D)

FULL NAME (LAST)          (FIRST)          (M.I.)

Rey, Mertel

ADDRESS

3833 So Langley, 406

DATE OF BIRTH
DAY     MONTH     YEAR     ☐ LEADER     ☒ MEMBER

ASSOCIATE OF

ADDRESS

DATE OF BIRTH
DAY     MONTH     YEAR

CPD-41.504 (3/71)     NICKNAME INDEX/ CHICAGO POLICE

---

8

"Chico" = Greg, Cousin to Darryl Baldwin

28/29, 5-00, 180, Lt. comp.

3833 Lang #709

CITY-NF-001108

EXHIBIT F

WALLACE, Olivia      F/B

22 Feb 1982

28

631685      617 913 X 10     235 2837

Olivia WALLACE    6374016   –21 Feb 82. Off. Howard, 7th District (2nd) Battery.
4716 Cottage Grove           31 Mar 82, Battery (38-12-3a) PG/FG $55.00 Fine &$35.00 Cost
28 Oct 1964                 Judge Ellis

ISSUED ON INQUIRY

APR 20 1984

BY NAME CHECK ONLY

CITY-NF-001109

ES

EXHIBIT F

**ARREST REPORT**
CPD-11.420 (REV. 9/80)

17-J Wallace, Olivia

| 5. ADDRESS OF ARREST | | 6. AGE | 7. ALIAS (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|---|---|---|
| 5629 So Wood | | 17 | | | |

Street

| 10. NATURE OF PREMISES | 11. DIST | 12. RESIDENCE ADDRESS | APT | TELE PHONE | 14 I.D. NO. |
|---|---|---|---|---|---|
| | 007 | 4716 So. Cottage Gr | 1138 | IDK | |

| 15. RESISTED ARREST | 16. ASSAULTED OFFICER | 17. | 18. | 19. SECURITY | 20. STATE/PLACE OF BIRTH | DRIVERS LICENSE NO. | STATE | 20a. I.R. NO. |
|---|---|---|---|---|---|---|---|---|
| YES NO | YES NO | | | | MISS | NONE | | 631685 |

| 21. WEAPON | | | 22. HEIGHT | 23. WEIGHT | 24. EYES | 25. HAIR | 26. COMPLEXION | FINGERPRINT CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|
| PISTOL-REVOLVER | | | 5-3 | 128 | BRN | BLK | MED | IV |

| 28. GLASSES | 29. BUILD | 30. MARKS, SCARS, DEFORMITIES, ETC. | 31. SEAT OF | 32. DATE OF ARREST | 33. TIME |
|---|---|---|---|---|---|
| | SLENDER MEDIUM HEAVY | N/V | 7TS | 01 FEB 82 | 31 MAY 82 |

| 34. WHERE EMPLOYED | | | 32. | | |
|---|---|---|---|---|---|
| | Ch 38 12-3A | Battery | | PC/56 | |

| 35. OCCUPATION | | | ISSUED ON INQUIRY | |
|---|---|---|---|---|
| | | | $55 + 35 | + Stay Away |

| 36. NO. ARRESTED | 37. TIME FINGERPRINTED | 38. REFERENCES CHAPTER | ARREST | SECTION | 39. OFFENSES | ADR 00 564 | DISPOSITIONS |
|---|---|---|---|---|---|---|---|
| 1 | 2135 | | | | | | |

| 41. OFFICER NOTIFYING INVESTIGATIVE UNIT | 42. PERSON NOTIFIED | UNIT NOTIFIED | 43. DATE/TIME OF | 44. APPROVAL OF CHARGES |
|---|---|---|---|---|
| | | *BY NAME CHECK ONLY* | | |

| 45. VEHICLE OF ARRESTEE | MAKE | STATE LICENSE NO. | |
|---|---|---|---|
| Mother Emma Clay | | D N A | |

| 46. VICTIM-COMPLAINANT | | SEX | | HOME ADDRESS | |
|---|---|---|---|---|---|
| Olivia Wallace | | F B | | 5649 So Wood | H-737-6481 W-484-0915 |

| 47. ARRESTEE TRANSPORTED TO | BY | STAR NO | HOW TRANSPORTED | TIME |
|---|---|---|---|---|
| 007 | Monegain & Co | 9154 | Via 772 | CR 67 |

**48. NARRATIVE**

Above subject arrested on signed complaint from victim for battery, in that subject accosted victim as they alighted from a CTA Bus, and replied "that victim had told lies about her, during the brief struggle victim sustained a cut over her right eye, as a result of the fight.

POSTED TO L.B RECORDS          82-416595

Beat 773 transported arrestee from 007 to 002 nd.
Dist. Women Lockup

Transport to 002 Lock-up 1910          CITY-NF-001110

CHECKED I.DEPT 0610HRS

NO PURSE

| 49. VEHICLE ASSIGNED | 50. DESIRED COURT DATE | BRANCH | 51. COURT SGT. TO HANDLE | 52. DATE RECEIVED | TIME |
|---|---|---|---|---|---|
| | 5 Mar 82 | 482 | YES NO | 21 Feb 82 | 2125 |

| | STAR NO | UNIT NO | BEAT NO | ARRESTING OFFICER | | STAR NO | UNIT NO | BEAT NO |
|---|---|---|---|---|---|---|---|---|
| Megan | 9154 | 007 | 714 | Howard | | 3839 | 007 | 714 |

| 56. BOOKING OFFICER | STAR NO | UNIT | 57. PROPERTY RECEIPT NO. | 58. INITIAL COURT DATE |
|---|---|---|---|---|
| Novak | 1053 | 02 | NONE | |

| 59. ARRESTEE SEARCHED BY | STAR NO | 60. BONDING OFFICER | TIME |
|---|---|---|---|
| Campbell / Jeffries | | | 1905 Mar 11 82 |

| JUVENILE DATA | | | 61. TEMP RELEASE | A1 NO. ADULTS ARRESTED | 62. DATE OF OFFENSE | NO. | AVE | 72. JUVENILE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | N/A | | |

EXHIBIT F

| | | | |
|---|---|---|---|
| ✱ KAY MARTEL | 213 | 6116 | D 446 927 |

| ARRESTEE'S ADDRESS | PHONE | DATE ARRESTED | FILE NO. |
|---|---|---|---|
| ✱ 3833 S. LANGLEY 709 | 6243406 | DEC 82 | 82-5-292 |

| ALIASES | TIME ARRESTED | C.B. OR J. NO. |
|---|---|---|
| ✱ AKA "Chico" | 1000 | |

| NICKNAME | BIRTHPLACE | I.R. OR Y.D. NO. |
|---|---|---|
| ✱ TATTOO LEFT ARM (C) | CHICAGO | |

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| ✱ | ✱ M | ✱ N | SM | ✱ 500 | ✱ 100 | ✱ BRN | ✱ BLK | DARK | ✱ NO | ✱ LEFT ARM DISCOLOR |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOCIAL SECURITY NO. |
|---|---|---|---|
| Single | Phillips H.S. | Student | |

| ARRESTED WITH | HOME ADDRESS |
|---|---|
| 6 others | |

| ARRESTEE'S GANG AFFILIATION | GANG LOCATION/DISTRICT | PHOTO BOOK |
|---|---|---|
| ✱ BGDN (CNOTES) | ✱ 0022 DIST. | |

| LOCATION OF ARREST (COMPLETE ADDRESS) | PAGE/NO. |
|---|---|
| 324 E 39 ST | |

| VEH. YR. | MAKE | BODY STYLE | Top | COLOR | Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR. |
|---|---|---|---|---|---|---|---|
| ✱ | ✱ | ✱ | | | | ✱ | ✱ |

| COMPLAINANT | ADDRESS | CHARGES |
|---|---|---|
| | | Trancy |

| | COURT BR. - COURT DATE |
|---|---|

| ARRESTING OFFICER - STAR NO. | ARRESTING OFFICER - STAR NO. |
|---|---|
| McCarthy 15218 | Jack 525Y |

CPD-45.105 (Rev. 1/82)    GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001111

| ARRESTEE'S NAME (LAST - FIRST - MI) | BEAT OF ARREST | ARRESTING UNIT | R.D. NO. |
|---|---|---|---|
| ✱ KAY, MARTEL | 214 | 710/6112 | D-29294 |

| ARRESTEE'S ADDRESS | PHONE | DATE ARRESTED | FILE NO. |
|---|---|---|---|
| ✱ 3833 So. LANGLEY APT 406 | | 19 AUG 82 | 82-5-1819 |

| ALIASES | TIME ARRESTED | C.B. OR J. NO. |
|---|---|---|
| ✱ | 1030 | |

| NICKNAME | BIRTHPLACE | I.R. OR Y.D. NO. |
|---|---|---|
| ✱ CHICO - C.NOTES | CHGO | ✱ |

| DOB | SEX | RACE | BUILD | HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | GLASSES | TATTOO/MARKS |
|---|---|---|---|---|---|---|---|---|---|---|
| ✱ | ✱ M | ✱ B | MED | ✱ 4-6 | ✱ 110 | ✱ BRN | ✱ BLK | DARK | ✱ No | ✱ NONE |

| MARITAL STATUS | EMPLOYER OR SCHOOL | OCCUPATION | SOCIAL SECURITY NO. |
|---|---|---|---|
| SINGLE | WENDELL PHILLIPS | STUDENT | |

| ARRESTED WITH | HOME ADDRESS |
|---|---|
| KAY, DERRICK | 3833 So. LANGLEY ING |

| ARRESTEE'S GANG AFFILIATION | GANG LOCATION/DISTRICT | PHOTO BOOK |
|---|---|---|
| ✱ B.G.D. | ✱ 730 E. 39 ST | ✱ 22 |

| LOCATION OF ARREST (COMPLETE ADDRESS) | PAGE/NO. |
|---|---|
| 3830 So COTTAGE GROVE | |

| VEH. YR. | MAKE | BODY STYLE | Top | COLOR | Bottom | STATE LICENSE NO. | STATE - MO./YR. EXPIR. |
|---|---|---|---|---|---|---|---|
| ✱ | ✱ | ✱ | | | | ✱ | ✱ |

| COMPLAINANT | ADDRESS | CHARGES |
|---|---|---|
| STEPHANIE WATSON | 730 E. 39 ST | BATTERY |

| | COURT BR. - COURT DATE |
|---|---|
| | JUV. CT. |

| ARRESTING OFFICER - STAR NO. | ARRESTING OFFICER - STAR NO. |
|---|---|
| | 0218 |

EXHIBIT F

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|
| DAY 28 | MONTH Aug | YEAR 84 | DAY 1 | MONTH Aug | YEAR 84 | WATCH 3ᴸ |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Hom/Mur. | Smith & Hileman | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Clifford Marshall - spent night with grandmother, Fanny Dantzler, Apt #606, Cousin - Joanne Marshall - 19

Aunt - Juanita Tollett

Lawrence Edward - Home at time of shooting, with mother Barber

5732 S. Lowe

Darryl Baldwin - Not seen in 7/8 mo., 3833 Langley

"Chico" 24/25 - 5-10, Stocky, 40th & Drexel

703. No. Central 1ˢᵗ ph. N/P 378-2676 Common Bee Laz?e lives w/ Jackie Cramer 21, & Bettina Davis - 21 2 left apt. went to work, Brenda Tony McDonald, Water Tower started at 1030 hrs.

73 White Camero (Lic appl. for)

CITY-NF-001112

R.D. No. F 157 822

REPORTING OFFICER'S SIGNATURE—STAR NO.    13871

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME

CPD-23.122 (Rev. 2/83)

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | | | DATE OF THIS REPORT | | | |
|---|---|---|---|---|---|---|
| DAY | MONTH | YEAR | DAY | MONTH | YEAR | WATCH |
| 28 | Apl | 84 | 29 | Apl | 84 | 3 |

| OFFENSE CLASSIFICATION–LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| HOM | Smith & Hickman | 5134 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

FRITZ, Joseph M/B/22 - ~~appr 20 2nd fl~~
1225 So. St. Louis - HSE - 427 Oakwood #2 N/P
Mechanic/ ~~###  ##~~ | 624-7418
                        | Jimmie Rogers
Simeon owns Blue Cad.    | 437 Oakwood

AT 64th & Normal from 2030/2100 on Fri 27 Apr to
0800-0900, Sat 28 Apr. Went 67 Normal with Eddie 21 &
Arnold 19 McKeson, 64th & Normal.

Head that Stones wearing horse's killed some coons.

Rogers, John ("Boy")        Auntie, Barbra Cook-41,
                            Lived 706 E. 39, 708, 2 yrs
                            ago. Now at 65th Blackstone
Stayed at bros. up at 0800 - Went to 49 Mich at about
0800, Gave $20 to Michelle Rogers, grand mother, Left
HSE at 0915/0930. Went to sister, Jackie Rogers, 4
4937 Mich, 2nd fl, 2 rings had breakfast, left his
Went bros on Oakwood - arrived 1045

| REPORTING OFFICER'S SIGNATURE–STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE–STAR |
|---|---|
| J. Minogue, 13871 | |

CPD-23.122 (Rev. 2/80)

CITY-NF-001113

EXHIBIT F

| ARRESTEE'S NAME (LAST - FIRST - MI) | | | | BEAT OF ARREST | | ARRESTING UNIT | | R.D. NO. |
|---|---|---|---|---|---|---|---|---|
| ‡ RAY DERRICK | | | | 214 | | 710/6112 | | D-292943 |
| ARRESTEE'S ADDRESS ‡ 3833 So. LANGLEY APT 403 | | | | PHONE | | DATE ARRESTED 19 AUG 82 | | FILE NO. 82-S#18 |
| ALIASES ‡ | | | | | | TIME ARRESTED 1030 | | C.B. OR J. NO. |
| NICKNAME ‡ BOLO | | | | | | BIRTHPLACE CHGO | | I.R. OR Y.D. NO. ‡ |
| DOB ‡ JUN 66 | SEX ‡ M | RACE ‡ B | BUILD MED | HEIGHT ‡ 4-4 | WEIGHT ‡ 98 | EYES ‡ BRN | HAIR ‡ BLK | COMPLEXION DARK | GLASSES ‡ NO | TATTOO/MARKS ‡ NONE |
| MARITAL STATUS SINGLE | EMPLOYER OR SCHOOL M.L. KING, H.S. | | | OCCUPATION STUDENT | | | | SOCIAL SECURITY NO. |
| ARRESTED WITH MARTEL RAY | | | | HOME ADDRESS 3833 So. LANGLEY ING- | | | | |
| ARRESTEE'S GANG AFFILIATION ‡ B.G.D | | | | GANG LOCATION/DISTRICT ‡ 730 E. 39 | | | | PHOTO BOOK #2 |
| LOCATION OF ARREST (COMPLETE ADDRESS) 3700 So. VINCENNES | | | | | | | | PAGE/NO. |
| VEH. YR. | MAKE ‡ | BODY STYLE ‡ | Top | COLOR Bottom | STATE LICENSE NO. | | STATE - MO./YR. EXPIR. | |
| COMPLAINANT STEPHANIE WATSON | | | | ADDRESS 730 E. 39th ST | | | CHARGES BATTERY | |
| | | | | | | | COURT BR. COURT DATE JUV. CT | |
| ARRESTING OFFICER - STAR NO. P. DUKIRI 14498 | | | | | ARRESTING OFFICER - STAR NO. R. MAXWELL 9348 | | | |

CPD-45.105 (Rev. 1/82)  GANG ARREST INFORMATION/CHICAGO POLICE

CITY-NF-001114

EXHIBIT F

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its description (include Property Inventory numbers). If property taken as scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes & hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE—TIME
* DAY   MO.   YR.

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | | 1 UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | | 3. BEAT OF OCCUR. |
|---|---|---|---|---|---|

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | 1 CORRECT ☐1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☐2ND | 7.BEAT/UNIT ASSIGNED |
|---|---|---|---|---|

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|

| CIRCUM-STANCES | 11. ☐ VERI-FIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | | 17. SAFE BURGLARY METHOD | | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CODE NO. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | | CODE NO. | | CODE NO. |

**PROPERTY** ☐ VERIFIED ☐ UPDATE TO

DESCRIBE PROPERTY IN NARRATIVE.
T = TAKEN;     R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| 20. NAME (LAST—FIRST—M.I.) | 21. 1-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL. COD |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

**OFFENDERS UPDATE ONLY**

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COM |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY (BOXES 21 & 50 THROUGH 55)

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐1 FIELD ☐3 SUMMARY | 1 UNIT NO. | 53. STATUS ☐0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|

| STATUS CONT'D. | 3 CLRD. CLOSED | 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. |

☐ADULT ☐JUV

55. ☐FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

CITY-NF-001115

☐ CONTINUED OTHER SIDE

56. R.D. NO.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY   MO.   YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY–MO.–YR.)   TIME |

CPD-11,411 (REV. 2/84  TEMP. B.I.S. USE ONLY)

*MUST BE COMPLETED IN ALL CASES

EXHIBIT F

CITY-NP-001116



The guy driving car was
Ed. Stewart. w/ Darryl Baldwin
and Chico.
      Baldwin has girl Olivia Wallace
4716 Catd. Gr. 220. Apt 30

David Mennefield - 26 - 2 rew.
791-8573 - 2960 Fed.;
C. H. A. Desitown, Utility janitor
Call recieved at 2010 hrs. 29 Apr 78
M/B/teenager

021 TACT. SGT. GILTMEYER. INVESTIGAT-
ING THIS TIP. NOTIFIED BY ZONE #4.
OFF. VARALLO, Zone #4.

ANONYMOUS TIP

EXHIBIT F

```
Y5114  48399NZXCX LDS/W76222962 WANTED
OFF/50T5 FAILURE TO APPEAR (SEE MIS) DOW/00C0779
NAM/BROWN,MARK R     SEX/M RAC/U
DOB/120759 HGT/24 WGT/107 HAI/XXX EYE/XXX
MNU/O4-W76AT200088
MIS/FAILED TO APPEAR, CAPIAS HELD WILL CO JOLIET IL BOND 2000 DOLLARS OR
19 PER CENT LKA 5100 STATE ST CHICAGO IL

ORA/ZP JOLIET IL ENT/DPD UPR/MG IME/1802 DTE/061176
```

```
Y5114  48425EN
SQS  042984  1616
SQS20 NO VALID IL ILLINOIS LICENSE
BROWN,MARK R
STA/NO VALID IL LIC
5100 S STATE  CHICAGO  60609
SEX/M
OLN/B6550-55565-9348
RES/ADDR
NO STOPS IN EFFECT
NO CONV LAST 12 MO
END
```



CITY-NF-001117

EXHIBIT F