Detective Division			19 Oct 89
Area 6

To:		Olivia Russell, Director
		Records Division

From:		William M. Callaghan, Commander
		Area 6 Detective Division

Subject:	SUBPOENA FOR "STREET FILES"

		Re:	People v.	Manuel Rivera

A check of Area 6 Detective Division files revealed the attached reports which would not be part of the RD file for the below listed case.

| OFFENDER'S NAME | IR # | VICTIM'S NAME | RD # | CHARGE |
|---|---|---|---|---|
| Manuel Rivera | 844881 | Marlon Wade | M449853 | Murder |

William M. Callaghan, Commander
Area 6 Detective Division

JR-JJ 010135

EXHIBIT H