# CONFIDENTIAL