# EXHIBIT B

DETECTIVE DIVISION STREET FILE

(PART 2)

Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, age, etc. Indicate whether offender is in custody. ☐ "In" Custody." ☐ "Not In" Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
DAY: 27  MO: Aug  YR: 1988  1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☒2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | (3320) W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| (ALLEY) | (092) | 1 | 2 |

CIRCUM. STANCES: 11. ☒ VERIFIED  ☐ UPDATE TO

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|
| CODE NO. | CODE NOS. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. PROPERTY
☒ VERIFIED  ☐ UPDATE TO

DESCRIBE PROPERTY IN NARRATIVE.   T = TAKEN;   R = RECOVERED

dna

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|
| ☐ T $  ☐ R | ☐ T $  ☐ R | ☐ T $  ☐ R | ☐ T $  ☐ R | ☐ T $  ☐ R | ☐ T $  ☐ R |
| 9 HOUSEHOLD GOODS | 10 CONSUM. GOODS | (-) FIREARMS | 8 NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE |
| ☐ T $  ☐ R | ☐ T $  ☐ R | ☐ T $  ☐ R | ☐ T $  ☐ R | ☐ T $  ☐ R | ☐ T  ☐ R |

VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. INJURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO./Y.D. NO. OR J.D.A. NO. | OFFENDER IREL. CODE | C.B. NO. | I.R. NO./Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | 'ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | OFF. 2 | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|

34. SERIAL NOS. OR IDENTIFICATION NOS.   ☒1 DNA   ☐2 VERIFIED   ☐3 CORRECTED       LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE.

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒1 FIELD  ☐3 SUMMARY | 652 | ☒0 PROGRESS  ☐1 SUSPENDED  ☐2 UNFOUNDED |

STATUS CONT'D.
☐3 CLRD. CLOSED  ☐4 CLRD. OPEN  ☐5 EXC. CLRD. CLOSED  ☐6 EXC. CLRD. OPEN  ☐7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
☐1 ARREST & PROSEC.  ☐2 DIRECTED TO JUV. CRT.  ☐3 COMPL. RFUSD. TO PROSECUTE  ☐4 COMMUNITY ADJUSTMENT  ☐5 OTHER EXCEPT.     ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

Victim:    VALENTIN, Felix/█████████/1458 N. Campbell
           235-1821/ Student Diego School/CAMPBELL BOY

Wanted:    #1-M/WH/18-22/brn eyes/dk hair/black jean
           type jacket/dark pants/gym shoes

           #2-M/WH/18-22-no further description at
           this time (driver)

Injuries:  10 GSW in back/2 exit wounds front chest
           6 pellets lodged in chest cavity
           Critical Condition

Taken To:  Norwegian American Hospital where victim

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 27 August 1988 | 2355 | S.Stru | 2056 |
| 93. REPORTING OFFICER (PRINT NAME) STAR NO. | 94. REPORTING OFFICER (PRINT NAME) STAR NO. | | SIGNATURE | |
| Gillian McLaughlin  8086 | John A. Leonard  5629 | | | |
| SIGNATURE | SIGNATURE | | 95. DATE APPROVED (DAY–MO.–YR.) | TIME |
| | | | 30 AUG 1988 | 1625 |

CPD-11.41-B (Rev. 8/85)        *MUST BE COMPLETED IN ALL CASES

35. R.D. NO.  K 371 955

Wron 00031        CRC ☐ 228

Detective Division        Page 2        27 August, 1988
Area 5 Violent Crimes                                      K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Taken To:   cont.                 was stabilized and then transfered to Cook
                                      County Hospital.  Victim taken to Hospital
                                      by brother, Israel.  Dr. Perez treated victim
                                      at Norwegian American Hospital.

Weapon:                          Unknown type handgun

Location:                      ALLEY adjoining 3320-22 N. Cortland

Date & Time:                  27 August, 1988/1545 hours

Weather & Lighting:         Overcast-Raining/Natural

Manner/Motive:               Multiple Gun Shot Wounds/Gang Retaliation

Vehicle Used:                 Older Model GM type car (medium-full size)
                                        copper color

Evidence:                      None at this time   (victim's car not processed)

Personnel Assigned:         M.B.  1413  P.O. E. Crawford   15602
                                           P.O. S. Machain     7963
                               M.B.  4629  GCSP D. Noon       5410
                                           GCSP J. Guzman      8728
                               M.B.  4626  GCSP J. Sparks     14879
                                           GCSP P. Zacharias 15994

Interviewed:                  VALENTIN, Israel/1458 N. Campbell/235-1821
                               DOB ████████ /CAMPBELL BOYS

Investigation:              On today's date at approximately 1715hrs, R/D's
                                      received a radio assignment to go to Norwegian
                                      American Hospital on a man shot.  The undersigned
responded accordingly and upon arrival located beat personnel who informed R/D's that
they had been called to the hospital and had not been to the original scene.  It should
be noted that an Evidence Tech was not called to the scene because the victim's car is
missing;  Family members may have relocated car but this cannot be confirmed.  The beat
personnel also indicated that the victim was in critical condition and unable to verba-
lize but was motioning yes and not to questions.

                                      R/D's went into the emergency room and spoke with
                                      Dr. Perez who informed R/D's that in his opinion,
                                      the victim had ten (10) GSW in back; two (2)
exit wounds in chest (front left) and six (6) pellets remained in chest cavity.  Dr.
Perez showed R/D's the X-Ray of victim and the pellets appeared in upper center chest
cavity.  Dr. Perez further indicated that the victim had to be relocated to another
facility for further treatment due to the not-trauma status of Norwegian American Hospital.

Detective Division                     Page 3                        27 August 1988
Area 5 Violent Crimes                                                K 371-955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation:                          Dr. Perez further indicated that if the victim
                                        survived his injures he would most likely be
                                        paralyzed from the waist down.  The victim was
spoken to briefly concerning identification and number of offenders.  Victim indicated
by nodding  to simple questions.  Victim was transfered to Cook County Hospital where
he is presently undergoing surgery.

                                        R/D's then interviewed the brother of the victim
VALENTIN, Israel                        who stated in essance but not verbatim that on
                                        date and time of incident ISRAEL and victim had
driven to ISRAEL's girlfriends home (3320 N. Cortland) to pick her up in order to at-
tend a friend's wedding.  ISRAEL indicated that the victim was driving.  Upon arrival
at 3320 N. Cortland; ISRAEL exited the vehicle and went inside of same address.  A few
minutes later; not more than five (5), ISRAEL came back outside to the car.  As he ap-
proached the vehicle, ISRAEL noted that the victim was not visible.  ISRAEL then ascer-
tained that his brother had been shot.  ISRAEL indicated that ISRAEL did not hear any
gun shots and ISRAEL was on first floor apartment.  ISRAEL told his girlfriend to call
the police and ISRAEL pushed his way into the car and attempted to drive his brother
to the hospital.  At approximately 1200-1300 N. Kedzie ISRAEL encountered a few parked
cars and was unable to transport his brother to the hospital (RD K875 233).  ISRAEL
abandoned the vehicle and an unknown citizen took ISRAEL and his brother to the hospital.
It should be noted that as of this time the victim's car has not been located to be
processed.

Investigation Continues.........

Wron 00033

Case: 1:12-cv-04428 Document #: 99-3 Filed: 05/27/14 Page 5 of 40 PageID #:1479

inventory numbers; if property taken was scribed on Operation Identification, indicate I.O. number at end of Narrative. Offender's approximate description if possible; include time if known. nickname, sex, physical characteristics, clothing, peculiarities, etc. If offender is in custody, state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 27 MO. Aug YR. 1988 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Alley | 092 | 1 | 2 |

**CIRCUMSTANCES**

| 11. VERIFIED ☒ | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|
| ☐ UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. dna

**PROPERTY**

| | DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED | | | FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT. | | |
|---|---|---|---|---|---|
| ☐ VERIFIED | 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| ☐ UPDATE TO | 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | (-) FIREARMS ☐T $ ☐R | & NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

**VICTIMS UPDATE ONLY**

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

**OFFENDERS UPDATE ONLY**

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | | OFF. 2 | | |

| 33. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| ☐USED ☐STOLEN | | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA ☐2 VERIFIED ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER SAME) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒1 FIELD ☐3 SUMMARY | 652 ☒0 PROGRESS | ☐1 SUSPENDED ☐2 UNFOUNDED |

**STATUS CONT'D.**

| | 5 EXC. | 6 EXC. | 7 CLSD. | 54. IF CASE CLEARED, HOW CLEARED | | | |
|---|---|---|---|---|---|---|---|
| ☐3 CLRD. CLOSED | ☐4 CLRD. OPEN | ☐ CLRD. CLOSED | ☐ CLRD. OPEN | ☐ NON-CRIM. | ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT | ☐5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

In Custody:

RIVERA, Jacques/M-WH-████/AKA-ACE/4238 W. Division/5'10/180/brn/brn/med/Employeed: Humboldt Park Inst-Maintenance IR#614 010 CB# 8101-323

RODRIGUEZ, Jose Antonio/AKA-Chequin/2040 N. Spaulding 1st South/5'10/120/brn/blk/light IR# 861-858 CB# 8101-405

Arresting Officers:  RIVERA:  Det. John Leonard  5629
Det. G. McLaughlin  8086
GCSP R. Guevara  16345
GCSP J. Fallon  5351
GCSP J. Sparks  14879
GCSP P. Zacharias  15994

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 1 Sept 1988 | 0100 | | 273 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Gillian McLaughlin 8086 | | John Leonard 5629 | | |
| SIGNATURE | | SIGNATURE | | DATE APPROVED (DAY –MO.–YR.) 02 SEP 1988 |

CPD-11.418 (Rev. 8-85) *MUST BE COMPLETED IN ALL CASES

Wron 00034

CRC ☐ 228

Detective Division                      Page 2                                    1 Sept, 1988
Area 5 Violent Crimes                                                             K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Arresting Officers:                     RODRIGUEZ:   P.O. LETRICH 6198   014
                                                     P.O. MORIARITY 16633 014
                                                     P.O. VERGARA   14416 014
                                                     P.O. WOJCIK     4408 014

Date, Time & Location of Arrest:        RIVERA:     30 Aug, 1988/2300/3300 N. Beach

                                        RODRIGUEZ:  31 Aug, 1988/0100/2040 N. Spaulding

Evidence:                               544008 (652)  Photos

Investigation:                          The undersigned detectives were assigned to
                                        the continuing investigation of the above cap-
                                        tioned incident.  Efforts to locate suspect
RIVERA, Jose were successful and subject was taken into custody, advised of his Miranda
Warnings and transported to Area 5.  Due to the lateness of the hour, the parents of the
witness  indicated that the daytime hours would be better for viewing of a line-up.
In light of this fact, a hold was placed on RIVERA for line-up purposes.

                                        The undersigned had been informed that another
                                        suspect was in custody (014) and hold papers
                                        had been placed on that subject, RODRIGUEZ, by
1st watch personnel in order to have witness view RODRIGUEZ in line-up.  The lateness
of the hour also prevented an interview with victim who is in surgicial intensive care.

                                        On today's date, attempts were made to locate
                                        the eye witness, LOPEZ, Orlondo, in order to
                                        have subject view a line-up.  Numerous visits
to witnesses residence proved negative and family indicated that they were unaware of
his whereabouts but that subject may have been visiting his father, address unknown.
R/D's went to Cook County Hospital and attempted to converse with victim;  Verbal com-
munication was next to impossible due to ventilator hook up through mouth and throat.
Victim appeared to understand questions of a yes and no nature.  R/D's inquired of the
physcians staff if photos could be shown to victim and staff indicated yes but that the
victim is regularly medicated, and response would be dependent of that medication.  R/D's
returned to Area Five and requested 014 personnel to locate persons fitting description
of both in-custody suspects to produce a photo spread for purposes of victim identification
if possible at this time.

                                        R/D's returned to Cook County Hospital with six
                                        photos (Inv. #544-008 652).  It should be noted
                                        that the photos were numbered from one to six
but the were not shown numerically to the victim.  The victim does not have use of his
limbs and is basically paralyzed from the neck down.  Therefore photos were individually
held for victim to view (random order).  As photo's were being shown to victim it appeared

Wron 00035

Detective Division                Page 3                    1 Sept., 1988
Area 5 Violent Crimes                                       K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation Cont.:                      that the victim was having a difficult time
                                          focusing of the photos.  Victims eyes were con-
                                          stantly tearing and R/D's inquired of the staff
of victim's medication at the time.  R/D's learned that victim had been placed on a
morphine drip for the pain.  It should also be noted that the victim was in constant
motion (side to side) as the whole bed moved to help keep lungs from filling with fluid
staff indicated that victim presently in danger of contracting pneumonia.  It was then
decided to cease the photo identification until later in the week; when the physcian
indicated that the tubes would be removed from victim's throat.

                                          The following is the numerical order and names
                                          of subjects in photos.



#1   VILLAFANE, Angel/M-WH/23          ▮▮▮▮▮ / 1619 N. California

#2   OLIVERO, Carlos/M-WH/18           ▮▮▮▮ / 2478 N. Albany

#3   RIVERA, Jacques/M/WH/23           ▮▮▮▮ / 4238 W. Division

#4   RUIZ, George/M-WH/19             ▮▮▮▮ / 2453 N. Francisco

#5   RAMON, Lopez/M-WH/20             ▮▮▮▮ / 1424 N. Washtenaw

#6   RODRIGUEZ, Jose/M-WH/23          ▮▮▮▮ / 2040 N. Spaulding

                                          Due to the above facts and circumstances both
                                          subjects were released.  This investigation con-
                                          tinues.......



Wron 00037



Wron 00038

# SUPPLEMENTARY REPORT

CHICAGO POLICE

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OF ORIG. OCCURRENCE | TIME |
|---|---|
| 27 Aug 88 | 1545 |

| 1. INCIDENT OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | IUCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT OFFENSE | VERIFIED | CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|---|
| BATTERY: Aggravated, Handgun | 041A | 3324 W. Cortland | | | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN, Felix | X 1 YES  2 NO | 1 YES  X 2 NO | 1464B |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Street | 304 |

10. DESCRIBE PROPERTY IN NARRATIVE  T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

**PROPERTY**

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV RADIO, STEREO | PROPERTY INVENTORY NO(S) |
|---|---|---|---|---|---|---|
| T $  R | T $  R | T $  R | T $  R | T $  R | T  R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC/DANGEROUS DRUGS | 5 OTHER | 6 NONE | |
| T $  R | T $  R | T $  R | T $  R | T $  R | T  R | |

**OFFENDERS**

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1 RODRIGUEZ, Jose | 2040 N. Spaulding  1st | M/4/22 | 5-10 | 120 | Brn | Blk | Lt |
| 2 NIEVES, Felipe | Unk | M/4/24 | 5-06 | 150 | Brn | Brn | Lt |

| 14. C.B. NO. | I.R. NO., Y.D. NO OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | |

| 16. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| X USED  STOLEN | Unk | Toyota | 2dr | Brn | UNK | UNK | |

80. NARRATIVE

IN SUMMARY: R/O's had occassion to interview above victim regarding above RD#. Victim related that the person who shot him and the driver were members of the Imperial Gangster street gang. R/O's returned to show the victim the Imperial Gangster photo album. Above ~~victim picked out offender#1 as the person who shot him and offender#2 as the driver of~~ the vehicle used. Offender#1 taken into custody, advised rights per Miranda in Spanish and English and processed in 014.

~~Additional Arresting Ofcrs:WOJCIK#4408,VERGARA#14416~~

K-271955  17 RD NO

CONTINUED OTHER SIDE

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY  MO. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO |
|---|---|---|---|---|
| | 31  Aug  88 | 0230 | | |
| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
| C.LETRICH | 6198 | J.MORIARTY | 16633 | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY-MO.-YR.) | TIME |

CPD-11.411-A (REV. 8/85)  *MUST BE COMPLETED IN ALL CASES

Wron 00039

# SUPPLEMENTARY REPORT

CHICAGO POLICE DEPARTMENT                                                    1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS RE | 1 UCR-OFF CODE | 2. ADDRESS OF ORIG. INCIDENT ? | NSE ☐ 1 VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|
| Murder/Homicide | 0110 | 3320 W. Cortland | | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN,Felix | ☒ YES ☐ 2 NO | ☐ 1 YES ☒ 2 NO | 4627 |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Alley | 092 |

10. PROPERTY

DESCRIBE PROPERTY IN NARRATIVE  T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | PROPERTY INVENTORY NO(S) |
|---|---|---|---|---|---|---|
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | (-) FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE | |
| ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T | |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | |

OFFENDERS

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1 RIVERA,Jacquez | 4231 W. Division | M | 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF 8112-639 | 614010 | 24 OFF 2 | | | | | |

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | | |

## 80. NARRATIVE

**VICTIM:** VALENTIN,Felix;M/WH/16;1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

**DATE,TIME,LOC. OF INC:** 27 Aug 88;1545 hrs.;3320 W. Cortland,Alley

**LATE,TIME,LOC. OF ARREST:** 15 Sep 88;1930 hrs.;5555 W. Grand,A/5 VC

**OFFENDER:** RIVERA,Jacquez;M/WH/23;30 Apr 65;5-9,160;

AKA. RIOS,Jose;4231 W. Division 3rd. flr.

nickname, ACE;member of Latin Kings/014

**CHARGES:** Murder 1st. Degree;38-9-1a

**COURT DATE & BRANCH:** 16 Sep 88;66-2

**INVESTIGATION:** Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D,page 40

☒ CONTINUED OTHER SIDE

17. RD NO. K-371955

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | DAY 16 | MO Sep | YR 88 | 0030 | Sgt. Mingey | 1731 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 | |

| SIGNATURE Gawrys | SIGNATURE Guevara | 95. DATE APPROVED (DAY—MO.—YR.) 16 Sep 88 | TIME 0030 |
|---|---|---|---|

CPD-11.411-A (REV. 8/85) ●MUST BE COMPLETED IN ALL CASES

Wron 00040

INVESTIGATION CON'T:   photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqcuez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder.  Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88.  Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

R.D. NO.

K-371955

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

SUPERVISOR'S SIGNATURE

STAR NO. | DATE (DAY-MO-YEAR)

Wron 00041

Det. Dorsey

A/R V.C.

Wron 00042

**1. OFFENSE/INCIDENT – PRIMARY CLASSIFICATION:** BATTERY

**OFFENSE / POLICE:** 0.4.1.A AGGRAVATED: HANDGUN

**TYPE OF LOCATION OR PREMISE WHERE OFFENSE OCCURRED:** STREET

**Location of Occurrence DIR / STREET:** 3324 W CORTLAND

**5. FIRE RELATED:** □ Yes ☒ No

**6. DATE OF OCCURRENCE – TIME:** DAY 27 MO Aug YR 88 1545

**10. LOCATION CODE:** 304

**11. DATE & / ARRIVED – TIME:** 27 Aug 88 1638

**8. BEAT OF OCCUR:** 1422

**& BEAT/UNIT ASSIGN:** 1413

**22 ASSIGNED BY:**

☐ ON VIEW ☐ 3 SUPERVISOR

**21. NAME (LAST–FIRST–M.I.):** VALENTIN, FELIX

**22. HOME ADDRESS (NO., DIR., STREET, APT. NO.):** 1458 N CAMPBELL

**23. SEX:** M  **RACE CODE:** 4

**AGE:** 22

**24. HOME PHONE:** NONE

**25. BUSINESS PHONE:** NONE

**26. TIME AVAIL:**

**27. OCCUPATION:** A/N

**IDENTITY VERIFIED:** ☒

**OF GUARDIAN, IF JUVENILE:**

**41. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.):** VALENTIN, ISRAEL

**42. HOME ADDRESS:** 1458 N CAMPBELL

**43. SEX:** M  **RACE CODE:** 4  **AGE:** 16

**24. HEIGHT:** 235  **WEIGHT:** 182  **EYES:** NONE  **HAIR:** AN/

**COMPL:**

**RACE CODES:** 1–BLACK 2–WHITE 3–BLACK/HISP 4–WHITE HISP 5–AMER. IND./ALASK. NAT 6–ASIAN/PACIFIC ISLANDER

**44. C.B./I.R. NO.:** 24

**Discovered / Witnessed / Reported Offense:** VALENTIN

**57. IF RESIDENCE, WHERE WERE OCCUPANTS:** LATIN KING

**USED / DISPLAYED / JUNK:**
- 08 EXPLOSIVE
- 09 LIQUID/GAS
- 10 BOTTLE/GLASS
- 11 RAZOR
- 12 PRY TOOL
- 13 HAND, FEET
- 14 OTHER
- 15 DNA

**51. SEC'T/WEAPON ☐ USED ☐ DISPLAYED ☐ JUNK:**
- 08 KNIFE
- 09 RIFLE
- 10 SHOTGUN
- ☒ HAND GUN

**52. FIREARM FEATURES:**
- 01 CHROME/NICKEL
- 02 BLUE STEEL
- 03 SHORT BARREL
- 04 LONG BARREL
- 05 SAWED OFF
- 06 OTHER
- 06 UNKNOWN
- 06 DNA

**53. POINT/ENTRY:**
- 01 FRONT DOOR
- 02 REAR DOOR
- 03 WINDOW
- 04 ROOF
- 05 FLOOR
- 06 SIDE DOOR
- 07 OTHER
- 08 UNKNOWN
- 09 DNA

**54. POINT/EXIT:**
- 01 FRONT DOOR
- 02 REAR DOOR
- 03 WINDOW
- 04 ROOF
- 05 FLOOR
- 06 SIDE DOOR
- 07 OTHER
- 08 UNKNOWN
- 09 DNA

**55. BURGLAR ALARM:**
- ☒ NONE
- ON PREMISE ☐ YES ☐ NO
- ALARM CIRCUMVENTED ☐ YES ☐ NO

**56. SAFE BURGLARY METHOD:**
- 01 PUNCH
- 02 TORCH
- 03 OPEN
- 04 DRILL
- 05 REMOVED
- 06 EXPLOSIVE
- 08 UNKNOWN
- 09 DNA

**58. UNUSUAL CHARACTERISTICS OF OFFENSE:** SEE NARRATIVE

**59. OFFENDER/VICTIM RELATIONSHIP CODES:**
(Same Family?)
- 01 WIFE
- 02 HUSBAND
- 03 EX-WIFE
- 04 FORMER HUSBAND
- 05 MOTHER
- 06 FATHER
- 07 SON
- 08 DAUGHTER
- 09 BROTHER
- 10 SISTER
- 11 UNCLE
- 12 AUNT
- 13 BOYFRIEND
- 14 FATHER-IN-LAW
- 15 SON-IN-LAW
- 16 DAUGHTER-IN-LAW
- 17 BROTHER-IN-LAW
- 18 OTHER RELATIVE
- 19 NON-FAMILY
- 20 GIRL FRIEND
- 21 FRIEND/ACQUAINTANCE
- 22 FRIEND/ACQUAINTANCE
- 23 NEIGHBOR
- 24 NO RELATIONSHIP

**59. GANG RELATED – AFFILIATION:** ☒ OFFENDER
☐ VICTIM

**I.1 FIREARMS:**

**73. PROPERTY INVENTORY NO(S).:**

**74. VEH. INVENTORY NO. POUND:**

**T = TAKEN, R = RECOVERED:**
- I. CLOTHING $
- I. JEWELRY $
- I. FURS $

**92. OFFICER NOTIFYING FOLLOW-UP INVESTIG. UNIT:**

**UNIT NOTIFIED:** 27 Aug 88

**PERSON:** ☐ NOTIFIED

**97. SUPERVISOR APPROVING (PRINT NAME):**

**81. SOBRIETY OF VICTIM:** ☐ SOBER ☐ HBD

**87. FLASH MESSAGE SENT?** ☐ YES ☐ NO

---

**SUMMARY:** VICTIM AND WITNESS VALENTIN, ISRAEL, went to a wedding. Witness VALENTIN was going to a wedding. Witness VALENTIN went to the above address to pick up his girlfriend, as they were going to a wedding. Witness VALENTIN stops to pick up his girlfriend, VICTIM was in cab above stating reason culture wheel with witness's girlfriend. Offenders and above acct – see his brother.

---

**REPORTING OFFICER'S NAME (PRINT):** E.M. CRAWFORD  **STAR NO.:** 15602

**REPORTING OFFICER'S NAME (PRINT):** S. MCLAIN  **STAR NO.:** 7963

**MAKE:** TOYOTA  **BODY STYLE/COLOR:** 2DR/WHI/GR

**STAR NO.:** 7963

Wron 00043

Wron 00044

**EVIDENCE REPORT**
CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | | | OTHER NO. | | RD NO. K 371 9554 |

| OFFENSE OR INCIDENT | IUCR | AREA-DIST.-BEAT | | DATE RECEIVED | TIME |
|---|---|---|---|---|---|
| HOMICIDE/ 1st DEGREE | 0110 | 5th | 025 | 5548 | 15 Sep 88 | 1710 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | TIME |
|---|---|---|---|---|
| LINE UP PHOTOS | 652 | MILLER | 15 Sep 88 | 1915 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | TIME |
|---|---|---|---|
| AREA FIVE VIOLENT CRIMES | BOYLE | 15 Sep 88 | 1920 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTIN, FELIX | M WH 16 | 1458 N Campbell | NONE |

ELIM. PRINTS
☐ DNA ☐ NO   IN CUSTODY ☑ YES ☐ NO   NAME   D.O.B.   CB NO.   IR NO.

**FINGERPRINTS**

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

POSSIBLE SUSPECT INFORMATION   ☐ MALE ☐ FEMALE   RACE   ☐ ADULT ☐ JUVENILE   IDENT. SECTION   ☐ SUITABLE ☐ NOT SUITABLE   INITIAL   DATE

**PHOTOS TAKEN**

| A E.I. BOARD | E DIRECT | I RIGHT PROFILE |
|---|---|---|
| B EII. BOARD | F LEFT PROFILE | J RIGHT PROFILE |
| C DIRECT | G LEFT PROFILE | K |
| D | H | L |

**VEHICLE(S)**

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| | | | | |
| | | | | |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DETAILS OF CASE**

| POSITION | NAME | C.B.# |
|---|---|---|
| 1 | SANCHEZ, SANTIAGO | NONE |
| 2 | CRUZ, EFRAM | NONE |
| 3 | RIVERA, JACQUES | |
| 4. | TORRES FELIX | NONE |
| 5. | DELGADO, ISRAEL | NONE |

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Det. John Boyle | 6945 | 652 | DNA | | |

| REPORTING TECHNICIAN'S NAME | | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|---|
| P.O. John Miller | | 5482 | Sgt. A. Wemgart | 865 |

RD NO. K 371 955

CPD-33.103 (Rev. 11/85)

Wron 00045

**DETECTIVE DIVISION AREA COPY**

Wron 00046

66 -2        16 September 1988
_____     _____
**(Court Branch)**      **(Court Date)**

FELONY                                                (1-82) CCMC1-216

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois          COMPLAINT FOR PRELIMINARY EXAMINATION
          Plaintiff

         v.                 NO. .....................................

JACQUES RIVERA
...........................
        Defendant

Felix Valentin
............................................................... complainant, now appears before
       **(Complainant's Name Printed or Typed)**

The Circuit Court of Cook County and states that

JACQUES RIVERA ............................................................. has, on or about
                        **(defendant)**

27 August 1988         3320 W Cortland
......................... at .....................................
    **(date)**                        **(place of offense)**

committed the offense of HOMICIDE/ 1st Degree Murder ...................................... in that he

Killed Felix Valentin without legal justification by shooting him Felix

Valentin 10 times with a hand gun with the intent to kill Felix Valentin

...................................................................................

...................................................................................

...................................................................................

in violation of Chapter .... 38 .................................... Section .. 9-1(a)(1)

ILLINOIS REVISED STATUTES

                                *William P. Dorsch*
                                **(Complainant's Signature)**

                    5555W Grand          744-8364

STATE OF ILLINOIS            **(Complainant's Address)**          **(Telephone No.)**
              ss.          Det. William Dorsch
COUNTY OF COOK                   **(Complainant's Name Printed or Typed)**

being first duly sworn, on .......... his ...................... oath, deposes and says that he has read the foregoing
complaint by him subscribed and that the same is true.

                    *William P. Dorsch*
                       **(Complainant's Signature)**

Subscribed and sworn to before me ...................................... 15 September, 19 88

                                   **(Judge or Clerk)**

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that
there is probable cause for filing same. Leave is given to file said complaint.

Summons issued,      Judge ..................................................
       or
Warrant Issued,      Bail set at .............................................
       or
Bail set at ............................................ Judge ..........................

                                           Judge's No.

**MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY** Wron 00047

FELONY MINUTE SHEET – FORM 101

ASSISTANT STATE'S ATTORNEY:          (For State's Attorney Use Only)
Enter each continuance here. In cases of multiple defendants indicate which
defendants, if any, did not join in the continuance. Also indicate dates of
all demands for trial, and by whom demands were made.

COURT BRANCH: 66                              R.D.# K 371 955

| IR NUMBER | DEFENDANTS | AGE | DATE OF ARREST | CHARGE |
|---|---|---|---|---|
| 614 010 | Jacques Rivera | 23 | 15 Sept 1988 | 38-9-(1)(a) |
| | | | | |
| | | | | |
| | | | | |

DATE OF OFFENSE: 27 Aug 1988 TIME: 03:45 ( )am ⊗pm PLACE: 3320 W Cortland Ave
                                                            Chicago/Cook County, Illinois
The facts briefly stated are as follows: The victim while seated in his
vehicle at 3320 W Cortland was attacked by the arrestee Jacques Rivera who
shot him ten times. The victim died of his wounds on 14 September 1988.
The arrestee was identified by photos by the witness Orlando Lopez. On
15 September Jacques Rivera accompanied the arresting officers into Area Five
where a line up was conducted. RIVERA was positively identified by the
witness as the subject who shot the victim.

WITNESSES: Spell out first & last name; First name first. Also furnish
address & phone number of each witness.

| PROSECUTING WITNESS | ADDRESS | HOME PHONE | BUS. PHONE |
|---|---|---|---|
| Orlando Rivera | | | |
| GCSP R. GUEVARA | 2452 W Belmont | 744-8260 | |
| GCSP S. Gawrys | 2452 W Belmont | 744-8260 | |
| Det. W. Dorsch | 5555 W Grand | 744-8260 | |
| Det. J. Boyle | 5555 W Grand | 744-8260 | |
| | | | |

A.S.A. Rosner _____ APPROVED FELONY CHARGE(S)

Wron 00048

BOND, $_____    _____ ASST. STATE'S ATTY. _____ DATE

Case: 1:12-cv-04428 Document #: 99-3 Filed: 05/27/14 Page 20 of 40 PageID #:1494

# SUPPLEMENTARY REPORT
CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

**4. DATE OF ORIG. OCCURRENCE - TIME**
27 AUGUST 1988 1545

1. OFFENSE CLASSIFICATION-LAST PREVIOUS REPORT

**HOMICIDE/ 1st DEGREE** 0110

3320 W Cortland

3. BEAT OF OCCUR. 1422

5. VICTIM'S NAME AS SHOWN ON CASE REPORT

**VALENTIN, FELIX**

7. BEAT ASSIGNED 5548

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED

**ALLEY** 092

9. NO. OF VICTIMS 1

10. NO. OF OFFENDERS 2

PROPERTY: MONEY, DNA

STATUS: DNA FIELD PROGRESS

UNIT NO. 652

---

80. NARRATIVE

THIS IS A LINE UP REPORT

DATE TIME & LOCATION OF LINE UP: 15 September 1988, 1915 hours, Area Five Violent Crimes Office

PHOTOGRAPHER: P.O. John Miller # 5482 UNIT # 650

R.D. #: K 371 955

PERSONS CONDUCTING LINE UP Det William Dorsch #4257

Det John Boyle #6945

CONTINUED ON PAGE TWO

90. EXTRA COPIES REQUIRED: NORMAL

91. DATE THIS REPORT SUBMITTED 15 SEPTEMBER 1988 2030

92. SUPERVISOR APPROVING: SGT. R. WEINGART #865

93. REPORTING OFFICER: Det. John Boyle 6945

94. REPORTING OFFICER: Det. William Dorsch 4257

95. DATE APPROVED 16 SEP 1988

CPD-11.411-B (Rev. 8-85)

Wron 00049

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES

15 SEPTEMBER 1988

HOMICIDE/1st DEGREE MURDER
VALENTIN, FELIX

PAGE TWO

| | |
|---|---|
| PERSONS PRESENT DURING LINE UP: | 1. Det. William Dorsch #4257 Area Five Violent Crimes |
| | 2. Det. John Boyle #6945 Area Five Violent Crimes |
| | 3. GCSP. Ray Guevara #16345 Gang Crimes North |
| | 4. GCSP. Steve Gawrys # 16899 Gang Crimes North |
| PERSONS VIEWING LINE UP: | 1. Orlando LOPEZ  RD# K 371 955 |
| PERSONS PARTICIPATING IN LINE UP: | 1. SANCHEZ, Santiago M/WH/19 ▮▮▮▮▮ Volunteer. |
| | 2. CRUZ, Efram M/WH/20 ▮▮▮▮▮ Volunteer |
| | 3. RIVERA, Jacques M/WH/23 5'9" 160 CB# |
| | 4. TORRES, Felix M/WH/22 ▮▮▮▮▮ Volunteer |
| | 5. DELGADO, Israel M/WH/21 ▮▮▮▮▮ Volunteer |
| PERSONS IDENTIFIED IN LINE UP: | Position # 3 RIVERA, Jacques |

INVESTIGATION:                    The Reporting Detectives conducted a line-up in the
                                  offices of Area Five Violent Crimes pursuant to this
                                  investigation.  Subject #3  Jacques RIVERA was positively
identifed by the  witness.  RIVERA was allowed to select his position in the line-up.
RIVERA was not requested to repeat any statements nor did he make any statement.


Det. John Boyle #6945
Det. William Dorsch #4257
DDA FIVE VIOLENT CRIMES.

Wron 00050

ARREST REPORT
CPD-11.420 (Rev. 5/88)

| | | | | |
|---|---|---|---|---|
| 5. ADDRESS OF ARREST | | 6. | 7. ALIAS (LAST) | RIVERA Jack ez M WH 30 Apr 65 |

RIOS Jose

5555 W. Grand — 23 — 025

| 10. ... NATURE OF OFFENSES | 11. DIST. BES. | 12. RESIDENCE ADDRESS | 13. TIME PHOTO'D | 14. R.D. NO |
|---|---|---|---|---|
| 292 | 025 | 4231 W Division | | K-371-955 |

| 19. STATE/PLACE OF BIRTH | DRIVERS LICENSE NO. | STATE | 20. I.R. NO |
|---|---|---|---|
| IL. | R160-4206-5123 | | 614010 |

| 22. HEIGHT | 23. WEIGHT | 24. EYES | 25. HAIR | 26. COMPLEXION | 27. FINGERPRINT CLASSIFICATION |
|---|---|---|---|---|---|
| 5'9 | 160 | Brn | Brn | Med | |

30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.: Ace/on left arm

| 31. BEAT OF ARREST | 32. DATE OF ARREST | TIME | 33. FINAL CT. DATE & BRANCH |
|---|---|---|---|
| 2522 | 15 Sept. 88 | 1930 | |

34. WHERE EMPLOYED: 1. 38-9-1a ........ 1. MURDER First Degree

| 38. REFERENCES (CHAPTER ARTICLE SECTION) | 39. OFFENSES | 40. | DISPOSITIONS |
|---|---|---|---|

| PERSON OR INVESTIGATIVE UNIT NOTIFIED | UNIT NOTIFIED | TIME | 42. INITIAL APPROVAL OF PROBABLE CAUSE | 43. DATE CHARGED | TIME | 44. APPROVAL OF CHARGES |
|---|---|---|---|---|---|---|
| SGT. Weingart | A/5VC 1630 | | Lt. A Wynicki #4100 | DAY MONTH YEAR | | |

45. VEHICLE ... STATE LICENSE NO ... DISPOSITION OF VEHICLE

VICTIM-COMPLAINANT: VALETIN, Felix ( DECEDANT)

47. ARRESTEE TRANSPORTED TO BY: A/5VC GUEVARA & GAWRYS — STAR NO 16345

| HOW TRANSPORTED | TIME | PROPERTY INVENTORY NO(S). |
|---|---|---|
| 4627 | 1500 | DNA |

48. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)

This is a gang crimes north arrest by 4627 and
5548 A/5VC. for Murder. Above subject arrested for Murder after being placed
in a line-up and pick out by the witness as the shooter in this Homicide.

CHARGES APPROVED PER ASA ROSNER

ADDITIONAL ARRESTING OFFICERS: DET. B. DORSCH 4257 & Det. J. BOYLE 6945 Beat

5548 and GCSP. S. GAWRYS # 16899 Beat 4627

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE: [signature] — DEPUTY CLERK

| 50. DESIRED COURT DATE | BRANCH | 51. COURT SGT TO HANDLE | 52. DATE RECEIVED LOOKUP | TIME | 53. FINAL JUDGE'S NAME |
|---|---|---|---|---|---|
| 16 Sept. 88 | 66-2 | YES XX NO | | | |

| FIRST ARRESTING/APPEARING OFFICER PRINT | STAR NO | UNIT NO | BEAT NO | | | |
|---|---|---|---|---|---|---|
| GCSP. R. GUEVARA | 16345 | 760 | 4627 | 7 | [signature] Gcsp R Guevara 16345 760 4627 | |

Wron 00051

RELEASE OF PERSON IN CUSTODY    CHICAGO POLICE

INSTRUCTIONS: Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| | TODAY'S DATE | C.B. NO. |
|---|---|---|
| | 31 Aug 1933 | 3301 323 |

| NAME OF ARRESTEE | AGE | ADDRESS | | DISTRICT OF DETENTION |
|---|---|---|---|---|
| RIVERA, Jacques | 23 | 4233 W. Division | | 025 |

| DATE OF ARREST | TIME OF ARREST | ARRESTED BY | | STAR NO. | ASSIGNMENT |
|---|---|---|---|---|---|
| 30 Aug 1933 | 2300 HRS | Guevara | | 16345 | Gang Crimes North |

### REASON FOR ARREST

Identified in a photo by witness as the person that shot Felix

Valentin.

### REASON FOR RELEASE

the undersigned were unable to locate the witness for a line-up.

### CHECK ACCOMPLISHED PROCEDURES

| | | | |
|---|---|---|---|
| ☒ PRINTS TAKEN | ☐ VIEWED BY VICTIM | ☐ WEAPONS TESTED | ☐ OTHER (SPECIFY) |
| ☒ PHOTO TAKEN | ☐ VIEWED BY COMPLAINANT | ☐ TOOLS TESTED | |
| ☐ LINE-UP | ☐ ALIBI CHECKED | ☐ VEHICLE TESTED | |

### PERSONS WHO VIEWED SUBJECT

| | NAME | ADDRESS | PHONE NO. |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. | ASSIGNMENT |
|---|---|---|
| | 5629 | Area 5 Violent Crimes |

| APPROVAL/SIGNATURE DETECTIVE DIVISION WATCH COMMANDER | RANK | STAR NO. | ASSIGNMENT |
|---|---|---|---|
| | Sgt. | 2056 | 2nd Watch Comm. |

ADDITIONAL COMMENTS:

| This form was presented to the desk sergeant at the 25th district on: | DATE | TIME |
|---|---|---|
| | 31 Aug 1933 | 2230 HRS. |

| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED |
|---|---|---|---|
| | | | HRS. |

CPD-11.519 (Rev. 11/82)

Wron 00052

**GENERAL PROGRESS REPORT**
DETECTIVE DIVISION/CHICAGO POLICE

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
| DAY MONTH YEAR | DAY MONTH YEAR WATCH |
| 28 AUG 88 | 27 AUG 88 3 |

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED

AGG BATT | VALENTIN, Felix | 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

LOPEZ, ORLANDO
12 — 5ft MAY 7-76
Mozart
STANDING 3324
Shooting -3322.
18 yoa — KINGS - HAS seen BEFORE
235-3373 - Neighbor

#1 BLACK Jacket —
Dark PANTS
gym shoes

#2 By store - CAR came through
Alley - TURNED EAST AND STOPPED shooter
GOT OUT STARTED TO walk THEN
RAN - VICTIM BENT OVER IN CAR to Pick LEANED up man
AND WAS shot - Possible
SILENCED - E ON CORT - South on Spaulding
BRONZE
COPPER COLOR MED SIZE CAR - Chev,

PRINTED CP
581 5 12 - 7355106
558 - 145 -

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY MONTH YEAR |
| 8088 | | 29 AUG 1988 |

CPD-23.122 (Rev. 2/83)

John J. Leonard #8679

R.D.
NO.

Wron 00053

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 28 Aug 88

DATE OF THIS REPORT: 27 Aug 88 WATCH 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: AGG BATTERY

VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX

BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

9601
D. KEATING #8788
J. McDONALD #6989

3300 — 3318 — ABANDON BUILDING
3322 — 1, 2, 3, HEARD OR SEEN
NOTHING
3301 — 3319 — VACANT LOT

3321 — SEEN NOTHING —

5 RECOVERED 22 CAL
SITE CASINGS
MOUTH OF ALLEY

PHOTO'S OF SCENE
PHOTO'S OF VICTIMS CAR

REPORTING OFFICER'S SIGNATURE—STAR NO.: John Fionard 5629

RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.

DAY—MO.—YR.—TIME: 29 AUG 1988

CPD-23.122 (Rev. 2/83)

R.D. NO. X 371 955

Wron 00054

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION          Chicago, Illinois   60605



CRIMINAL HISTORY OF **RIOS, Jose**    M/WH

DATE          **29 July 1981**

DATE OF BIRTH          ▮▮▮▮▮▮

I.R. NO.   **614010**      FBI NO  970150 AA5      I.S.B. NO 2423829

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| **Jose RIOS** **3449 W. North** | 6187986 | –28 Jul 81. Off. Rogers, 14th Dist, Disorderly Conduct. | | |
| **Jacques RIVERA** **3335 W. Beach** | 6776065 | – 27 Feb 83 Off Chavez 14 dist Robbery 28 Feb 83, S/A Robb., (38-18-1a), Poss Stl Veh., (95½-4-103a) FPC,TRANSFER TO CHIEF JUDGE, Judge Sodini 14 Mar. 83, INFO#83-2690, Robbery, Theft, Poss Stolen Veh. | | |
| **Jack RIVERA** **335 W Beach** | 6851273 | – 02 Jun 83 Off Gruber Summer Mobile Force (14) UUW 24 June 83, UUW Gun (38-24-1a4) Fail Exib Reg. (MCC) Fail Poss. I.D. (38-83-2a) LFW, Judge Laurie (Docket No. 83235069) | | |
| | SEE CB 6776065 | 28 June 83. Robbery(83-2690) Nolle Prosse, Theft, Poss Stln Mtr Veh, PG/FG, 2yrs PROBATION, Judge Hall. | | |
| | SEE CB# 6851273 | –20 Aug 83. UUW (38-24-1a10) Fail to Exhibit Reg (MCC) Fail Poss ID Card (38-83-2a) SOL, Judge Macellaio (Docket No. 8323 5019) | | |
| **Jaques RIVERA** **032 W. Division** | 7355806 | –20 May 85, Off. Fnuelly GCU-North (014th) Poss. Cocaine 17 Jul 85, Poss Cocaine, (56½-1402), No FOID Card., (38-83-2), SOL, Judge Kowalski, (Dk#85-1172594) | | |
| **Jacques RIVERA** **032 W. Division** | 7849197 | –23 Jul 87, Off. Clark, 14th Dist., Batt.       vmd 10 Aug 87, Battery(38-12-3) SOL Judge Chrones (Doc# 8718 1956) | | |
| **Jacques RIVERS** **4448 W. Cortez** | 8034413 | –24 May 88, Off. RRamirez, 14th dist. Poss. Cann. | | |

ISSUED ON INQUIRY
AUG 27 1988
BY NAME CHECK ONLY

Wron 00055

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was loaned it must be destroyed. (U.S. Dept. of Justice Rules & Regulations

P. [   ] CLEARLY — — This is the **official** Department rec___.

**CHICAGO POLICE**
**ARREST REPORT**
CPD-11.420 (Rev. 11/87)

| | MISDEM./ORDIN. COURT KEY | 1. NAME (LAST) | (FIRST) | (MIDDLE) | 2. SEX | 3. RACE | 4. DATE OF BIRTH |
| | | RIVERA | Jacques | | M | WH | DAY / MONTH / YEAR |

| ADDRESS OF ARREST | APT. NO. | 6. AGE | 7. ALIAS (LAST) | (FIRST) | (MIDDLE) | 8. C.B. NO. | | B. NO. OF OWNERS |
| 3300 BEACH | | 23 | ACE | | | 8 1 0 1 3 3 3 | 1 |

| ENTER LOCATION CODE FOR NATURE OF PREMISES | 11. DIST./RES. | 12. RESIDENCE ADDRESS | | 13. TIME PHOT'D. | 14. R.D. NO. |
| 304 | 025 | 4238 W. Division | | | K-371-955 |

| 15. RESISTED ARREST YES | 16. ASSAULTED OFFICER YES | 17. OFFICER INJURED YES | 18. SOBRIETY SOBER / HBD / INTOX | 19. STATE/PLACE OF BIRTH | DRIVERS LICENSE NO. | STATE | 20. I.R. NO. |
| X | X | X | X | Chicago | Unk | | 614 010 |

| 1. WEAPON PISTOL-REVOLVER | RIFLE / SHOT-GUN | OTHER (SPECIFY) | KNIFE | Bna | 22. HEIGHT 5'10 | 23. WEIGHT 180 | 24. EYES Brn | 25. HAIR Brn | 26. COMPLEXION Med. | 27. FINGERPRINT CLASSIFICATION |

| 1. GLASSES NO | 29. BUILD SLENDER / MEDIUM / HEAVY | 30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. | 31. BEAT OF ARREST | 32. DATE OF ARREST DAY / MONTH / YEAR | TIME | 33. FINAL CT. DATE & BRANCH |
| | X | Goatee | 4522 | 27 Aug. 88 | 2:00 | |

Ch. 38 Sec. 12-4   Agg. Battery

| 1. WHERE EMPLOYED | 1. | 2. | 3. | 4. | 5. |
| Imblt. Park Inst | | | | | |

| 5. OCCUPATION | 2. | 2. | 3. |
| Maintenance | 3. | 3. | |

| 5. NO. ARRESTED | 37. TIME FINGERPRINTED | 5. | 4. | 5. |
| 1 | | | | |

| 38. REFERENCES (CHAPTER  ARTICLE  SECTION) | 39. | OFFENSES | 40. | DISPOSITIONS |

| 1. PERSON IN INVESTIGATIVE UNIT NOTIFIED | UNIT NOTIFIED | TIME | 42. INITIAL APPROVAL OF PROBABLE CAUSE | 43. DATE CHARGED DAY / MONTH / YEAR | TIME | 44. APPROVAL OF CHARGES |
| Sgt. Czarnecki | A/5 V.C. | 2:00 | Capt. | | | |

| 5. VEHICLE OF ARRESTEE | YEAR | MAKE | STATE LICENSE NO. | DISPOSITION OF VEHICLE | | Apply |
| Does | | | | Not | |

| 6. VICTIM/COMPLAINANT | NAME Felix VALENTIN | | | SEX M | RACE WH | HOME ADDRESS 1458 N. Campbell | PHONE NO. |

| 7. ARRESTEE TRANSPORTED TO/BY | | STAR NO. | HOW TRANSPORTED | TIME | PROPERTY INVENTORY NO(S). |
| A/5 V.C. | Sparks & Fallon | | Bt. 4626 | 2255 | D N/A |

| 8. NARRATIVE | (The facts for probable cause to arrest include, but are not limited to, the following:) | DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME? YES / NO | IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED |

Above subject arrested after being identified by a witness as the person who
shot the victim, Felix VALENTIN, on 27 Aug. 88 at 3320 W. Cortland.

Additional Arresting Officers: G.C.Sps.Paul Zacharias # 15994, Joseph Sparks
# 44879, Joseph D. Fallon # 5351
Dets. John Leonard # 5629, Gillian McLaughlin #8086

Hold papers submitted to Capt. Duggan due to the fact that the witness is not
available to view a physical line-up which will be held on 31 Aug. 88.

| I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge. | DEPUTY CLERK | |
| ARRESTING/APPEARING OFFICER'S SIGNATURE | Sgt. T. Czarnecki | 2056 |

| OR NARCOTIC ARREST ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE | APPROX. WEIGHT/NO. PILLS | EST. STREET VALUE— CALL ORG. CRIME. PAX 0-662 | $ | TEL. NO. CALLED | TIME OF CALL | FOR COURT USE – COURT DOCKET NO. |

| 9. VEHICLE ASSIGNED ONE MAN / TWO MAN / OTHER | 3 | 50. DESIRED COURT DATE | BRANCH | 51. ARREST SGT. TO HANDLE YES / NO X | 52. DATE RECEIVED LOCKUP | TIME | 53. FINAL JUDGE'S NAME |

| 5. ARRESTING/APPEARING OFFICER - PRINT | STAR NO. | UNIT NO. | BEAT NO. | D.O. GRP. | ARRESTING OFFICER'S SIGNATURE | STAR NO. | UNIT NO. | BEAT NO. |
| Reynaldo Guevara | 16345 | 760 | 4627 | 7 | R. Guevara | 16345 | 760 | 4627 |

| 6. BOOKING OFFICER | STAR NO. | UNIT | 57. PROPERTY RECEIPT NO. | 58. INITIAL COURT DATE | BRANCH |

| 9. ARRESTEE SEARCHED BY | STAR NO. | UNIT | 60. BONDED DATE | TIME | Wron 00056 |

| JUVENILE | 61. YD. NO. | 62. RELIGION | 63. | TEMP. | 64. NO. ADULTS | 65. DATE OF OFFENSE | TIME | 73. COMM. | 74. JUVENILE CODE |

Detective Division
Area Five Violent Crimes

30 Aug 88

To: Watch Commander, ___1st___ Watch, ___025___ District.

From: Det. ~~J. Leonard #5629~~ , Area Five Violent Crimes

Subject: Request to hold prisoner(s) past regular court call.

1. The undersigned respectfully requests that:

~~Jacques Rivera~~ CB#

_____ CB#

_____ CB#

be held in the lock-up of the ___025___ District past the regularly scheduled court call.

2. The reason for this request is: **the witness to this case will not be available until tomorrows date, and Felony review will not approve charges until they can interview the witness.**

3. This investigation is recorded under RD# ___K 371 955___ and the victim is ~~Felix Valentin~~ . It is expected that the prisoner will be charged with ___Aggravated Battery___ upon completion of the investigation at ___1900 s___ hours on ___31 Aug 88___

4. Presented to the ___025 7h___ District Watch Commander at ___2-8-4-___ hours on ___3 A   18___

Det. _____

APPROVED: _____

Wrent 00057

# CHICAGO POLICE ARREST REPORT
CPD-11.420 (Rev. 11/87)

| MISDEM./ORDIN. COURT KEY | 1. NAME (LAST) | (FIRST) | (MIDDLE) | 2. SEX | 3. RACE | 4. DATE OF BIRTH |
|---|---|---|---|---|---|---|
| :lony | RODRIGUEZ | Jos | Antonio | | | DAY / MONTH / YEAR |

**5. ADDRESS OF ARREST:** 2040 N Spaulding 1st South  **APT. NO.** **6. AGE** 22

**7. ALIAS (LAST)** "Chequin"  **(FIRST)** **(MIDDLE)** **8. C.B. NO.** 8101405  **9. NO. OF CHARGES** 1

**10. ENTER LOCATION CODE FOR NATURE OF PREMISES** 290  **11. DIST./RES.** 014  **12. RESIDENCE ADDRESS** 2040 N Spaulding 1st South  **13. TIME PHOTO.** **14. R.D. NO.** K-371-955

**15. RESISTED ARREST** NO X  **16. ASSAULTED OFFICER** YES / NO X  **17. OFFICER INJURED** YES / NO X  **18. SOBRIETY SOBER X** HBD / INTOX  **19. STATE/PLACE OF BIRTH** P.R.  **DRIVERS LICENSE NO.** **STATE** **20. I.R. NO.** 861-858

**21. WEAPON:** PISTOL / REVOLVER / RIFLE / SHOT-GUN / KNIFE / OTHER (SPECIFY) DNA

**22. HEIGHT** 5-10  **23. WEIGHT** 120  **24. EYES** Brn  **25. HAIR** Blk  **26. COMPLEXION** Lt  **27. FINGERPRINT CLASSIFICATION**

**28. GLASSES** YES / NO X  **29. BUILD** SLENDER X / MEDIUM / HEAVY  **30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.**  **31. BEAT OF ARREST** 1413  **32. DATE OF ARREST** DAY 31 / MONTH AUG / YEAR 88  **TIME** 0100  **33. FINAL CT. DATE & BRANCH**

**34. WHERE EMPLOYED** Great America  **1.** Ch. 38:12-4a  Agg. Battery  **1.**

**35. OCCUPATION** Laborer

**36. NO. ARRESTED** one  **37. TIME FINGERPRINTED**

**38. REFERENCES (CHAPTER ARTICLE SECTION)**  **39. OFFENSES**  **40. DISPOSITIONS**

**41. PERSON IN INVESTIGATIVE UNIT NOTIFIED** LAWLER  **UNIT NOTIFIED** A/5 VC  **TIME** 0115  **42. INITIAL APPROVAL OF PROBABLE CAUSE** J. S Villanue /#3/2  **43. DATE CHARGED** DAY / MONTH / YEAR  **TIME**  **44. APPROVAL OF CHARGES**

**45. VEHICLE OF ARRESTEE** YEAR N—O——N——E  **MAKE**  **STATE LICENSE NO.**  **DISPOSITION OF VEHICLE**

**46. VICTIM/COMPLAINANT** VALENTIN, Felix  **SEX** M  **RACE** 4  **HOME ADDRESS** 1458 N Campbell  **PHONE NO.** 235-182

**47. ARRESTEE TRANSPORTED TO** 014  **BY** LETRICH  **STAR NO.** 6198  **HOW TRANSPORTED** 1464 B  **TIME** 0105  **PROPERTY INVENTORY NO(S).**

**48. NARRATIVE** (The facts for probable cause to arrest include, but are not limited to, the following:)  **DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME** YES / NO X  **IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED**

This is an arrest / investigation by Bts. 1464 BC
Of the 014th District Tactical Unit.

Above taken into custody after he was tentatively identified by the victim/compla-
ant as the individual who shot the victim (5) times. This occured on 27 AUG 88
under above RD#. Identification made from photos in the "Imperial Gangster" photo-
book.

Arresting Officers:     MORIARITY 16633, VERGARA 14416, WOJCIK 4408

---

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

**ARRESTING/APPEARING OFFICER'S SIGNATURE** LETRICH  **DEPUTY CLERK**

**FOR NARCOTIC ARREST** ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE  **APPROX. WEIGHT/NO. PILLS** DNA  **EST. STREET VALUE — CALL ORG. CRIME, PAX 0-662** $  **TEL. NO. CALLED**  **TIME OF CALL**  **FOR COURT USE — COURT DOCKET NO.**

**49. VEHICLE ASSIGNED** 1 ONE MAN CAR / 2 TWO MAN CAR X / 3 OTHER  **50. DESIRED COURT DATE**  **BRANCH**  **51. COURT SGT. TO HANDLE** YES / NO  **52. DATE RECEIVED LOCKUP**  **TIME**  **53. FINAL JUDGE'S NAME**

**55. ARRESTING/APPEARING OFFICER - PRINT** LETRICH  **STAR NO.** 6198  **UNIT NO.** 14  **BEAT NO.** 64B  **D.O. GRP** S/M  **ARRESTING OFFICER'S SIGNATURE**  **STAR NO.** 6198  **UNIT NO.** 14  **BEAT NO.** 64B

**56. BOOKING OFFICER**  **STAR NO.**  **UNIT**  **57. PROPERTY RECEIPT NO.**  **58. INITIAL COURT DATE**  **BRANCH**

**59. ARRESTEE SEARCHED BY**  **STAR NO.**  **UNIT**  **60. BONDED-DATE**  **TIME**

**JUVENILE DATA**  **61. Y.D. NO.**  **62. RELIGION**  **63. DETAINED** 1 ☐  **TEMP. RELEASE** 2 ☐  **64. NO. ADULTS ARRESTED**  **65. DATE OF OFFENSE** DAY / MO. / YEAR  **TIME**  **73. COMM. AREA NO.**  **74. JUVENILE CODE**

Wron 00058

Detective Division                                    Date: 31 Aug 88
Area Five Violent Crimes

**To:**      Watch Commander, 1st    Watch, 014    District

**From:**    Detective P. Boyle 14633 R. Tapkowski 15665
         Area Five Violent Crimes

**Subject:** Request To Hold Prisoner(s) Past Regular Court Call

1.  It is requested that the below listed prisoner(s) be held past the regularly scheduled court call.

RODRIGUEZ, Jose _____, CB Number 8101 405

_____, CB Number _____

_____, CB Number _____

2.  The reason for this request is: A line-up must be viewed by the witness in this case.

3.  This investigation is recorded under RD Number K 371 955 , and the victim is VALENTIN, Felix . It is expected that the prisoner will be charged with Agg. Battery when the investigation is completed at 0100 hours on 2 Sep 88 (date).

Detective _B̶o̶y̶l̶e̶ 14633 Tapkowski 1566

Wron 00059

Approved: _____

# PROPERTY INVENTORY NO.

**CHICAGO POLICE**
CPD-34.523 (Rev. 8/87)

**524226**

| DATE RECOVERED | MONTH | DAY | YEAR | R.D. NO. |
|---|---|---|---|---|

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY ☐ NONE

CRIME LABORATORY NO.

UNIT

INVEN-TORY NO. **524226**

CROSS REFERENCE

## NOTICE TO PROPERTY OWNER OR CLAIMANT

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE OF FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER OR CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION. THE PROPERTY WILL BE LEGALLY DISPOSED OF ACCORDING TO THE DIRECTION OF THE LAW.

## NOTICE TO FINDER
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT. PRESENT THIS FORM TO THE EVIDENCE & RECOVERED PROPERTY SECTION:

2650 SOUTH CALIFORNIA, ROOM B804 8:00 A.M. TO 4:00 P.M., MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

CALL 744-6224 OR 744-6225 TO ARRANGE TO PICK UP BULKY ITEMS.

## ARRESTEE INFORMATION

☐ SEIZURE WITHOUT SEARCH WARRANT (III. Rev. Stat. Chap. 38, Sec. 108-2):

☐ GIVE THIS COPY TO ARRESTEE. IF NONE ACCEPTED, ATTACH TO COPY 5.

☐ SEIZURE WITH SEARCH WARRANT— (III. Rev. Stat. Chap. 38, Sec. 108-10):

☐ ATTACH THIS COPY TO SEARCH WARRANT.

## DESCRIPTION OF PROPERTY

| LINE NO. | QUANTITY | DESCRIPTION OF PROPERTY | U.S.C. ONLY DOLLARS | CENTS |
|---|---|---|---|---|
| 1 | 1 | Sealed Evidence Envelope | | |
| 2 | | Containing: (5) Split U | | |
| 3 | | Bond Cartridge Cases | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | Rec. Bond-3704 | | |
| 7 | | Victim Felix Valentine | | |

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

TOTAL CASH U.S.C.

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY  ☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM — DO NOT DEPOSIT —
☐ TO BE DEPOSITED

☐ MISDEMEANOR  STATE CHARGE(S)  ☐ JUVENILE

☐ C.P.D. CONTINGENCY FUND MONEY

☐ FELONY

RECOVERED/SEIZED FROM – NAME
☐ DECEASED  ☐ ARRESTED

☐ HOMICIDE  ☐ MANSLAUGHTER  ☐ ARSON

☐ GAMBLING RAID SEIZURE  ☐ NARCOTICS & RELATED

☐ MEDICAL EXAMINER'S PROPERTY

OWNER'S NAME  Unknown

ADDRESS  AT  3330 W Roosevelt

TELEPHONE NO.

FOUND BY – NAME  Ronald J McDonald
☐ CHECK  ☐ F.C.P.D.

ADDRESS

STAR NO.  UNIT

APPROVED BY (Recovering Finder)  Clark

STAR NO.

TELEPHONE NO.

☐ HOLD FOR INVESTIGATION ☐ AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE)

INVESTIGATING OFFICER  Ronald J McDonald

STAR NO. 11816  DAY  MONTH  YEAR

1st OFFICER'S NAME  Ronald McDonald

STAR NO. 5639  UNIT

☐ PROPERTY OWNER NOTIFIED  ON ☐ TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF

HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL

SIGNATURE  A.J. VC

STAR NO. 652

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME

SIGNATURE

STAR NO.  UNIT

INITIAL DESTINATION OF PROPERTY  ☐ MEDICAL EXAMINER  ☐ AUTO POUND NO.:
☐ EVIDENCE & RECOVERED PROPERTY SECTION  ☒ CRIME LABORATORY

PROPERTY RECOVERED BY  SIGNATURE

STAR NO.  DATE  TIME

APPROVING DESK SERGEANT

VIA  ☐ POLICE MAIL  ☐ RECOVERING UNIT PERSONNEL
☐ E. & R.P.S. PICKUP  ☒ EVID./LAB. TECHNICIAN

Wron 00060

**EVIDENCE REPORT**
CRIME LABORATORY DIVISION/CHICAGO POLICE

| OTHER NO. | | RD NO. K 371 955 |
|---|---|---|

| OFFENSE OR INCIDENT | IUCR | AREA-DIST.-BEAT | DATE RECEIVED | TIME |
|---|---|---|---|---|
| Aggravated Battery | 0 4 4 0 | 5 014 1422 | 28 | 1932 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | TIME |
|---|---|---|---|---|
| CS | 9601 | McDonald | Aug | 1955 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | TIME |
|---|---|---|---|
| 3320 W. Cortland & 2732 W. Wabansia | 5537 | 88 | 2200 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTINE, Felix | M/WH/16 | 1458 N. Campbell | |

| ELIM. PRINTS | IN CUSTODY | NAME | D.O.B. | CB NO. | IR NO. |
|---|---|---|---|---|---|
| ☐YES ☐NO | ☐YES ☐NO | | | | |

**FINGERPRINTS**

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |

| POSSIBLE SUSPECT INFORMATION | ☐MALE ☐FEMALE | RACE | ☐ADULT ☐JUVENILE | IDENT. SECTION | ☐SUITABLE ☐NOT SUITABLE | INITIAL | DATE |
|---|---|---|---|---|---|---|---|

**PHOTOS TAKEN**

| A | O/A exterior of auto (5)E | | I |
|---|---|---|---|
| B | O/A interior of auto (2)F | | J |
| C | north alley at O/A 3320 W. Cortland (5) | G | K |
| D | O/A cartridge cases (4) | H | L |

**VEHICLE(S)**

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| 73 | Mazda RX3 | Red | None | S124A162930 |
| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
| | | | | |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| 524 226 177 | (1) sealed evidence envelope containing (5) cartridge cases recovered from the northwest corner of the mouth of the alley at 3320 W. Cortland. All cases are marked with the letter "U". | FA |

DETAILS OF CASE Reporting Technicians were requested to process the above listed vehicle, in which the victim was allegedly sitting when shot. The auto was processed for all pertinent physical evidence as was the scene of the shooting with the above listed results.

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Leonard | 5629 | A/5/VC | | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| J. McDonald | 6989 | | |
| D. Keating | 8788 | | |

CPD-33.103 (Rev. 11/85)

Wron 00061

PROPERTY INVENTORY - NO.
CHICAGO POLICE
CPD-34.523 (Rev. 8/87)

| INVEN-TORY NO. | 544008 |

544008

R.D. NO.

| DATE RECOVERED: | DAY 21 | MONTH | YEAR 88 |

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY

DATE [ ] NONE

CRIME LABORATORY NO.

UNIT

CROSS REFERENCE

**DESCRIPTION OF PROPERTY**

U.S.C. ONLY
CENTS

| LINE NO. | QUANTITY | | |
| --- | --- | --- | --- |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

TOTAL CASH U.S.C.

CHECK ALL BOXES APPLICABLE
[ ] U.S. CURRENCY
[ ] TO BE DEPOSITED
[ ] U.S. CURRENCY TO BE HELD IN ORIGINAL FORM DO NOT DEPOSIT —
[ ] C.P.D. CONTINGENCY FUND MONEY
[ ] GAMBLING RAID SEIZURE
[ ] MEDICAL EXAMINER'S CASE

[ ] MISDEMEANOR [ ] FELONY
STATE CHARGE(S)
[ ] JUVENILE
[ ] HOMICIDE [ ] MANSLAUGHTER
[ ] ARSON
[ ] NARCOTICS & RELATED

RECOVERED/SEIZED FROM – NAME
[ ] DECEASED [ ] ARRESTED

AT

ADDRESS

TELEPHONE NO.

OWNER'S NAME

ADDRESS

TELEPHONE NO.

FOUND BY – NAME
[ ] CHECK
[ ] IF C.P.D.

SEE COPY 4 FOR NOTICE TO FINDER

[ ] HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)
[ ] OR PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF

INVESTIGATING OFFICER – STAR NO. – UNIT

1st OFFICER'S NAME

STAR NO. – UNIT

PROPERTY OWNER NOTIFIED ON DAY MONTH YEAR
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

HOW NOTIFIED
[ ] IN PERSON
[ ] PHONE [ ] MAIL

SIGNATURE

2nd OFFICER'S NAME

STAR NO. – UNIT

[ ] TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
[ ] PROPERTY OWNER

SIGNATURE

INITIAL DESTINATION OF PROPERTY
[ ] EVIDENCE & RECOVERED PROPERTY SECTION

[ ] MEDICAL EXAMINER
[ ] CRIME LABORATORY
[ ] AUTO POUND NO.:

APPROVING DESK SERGEANT

STAR NO. DATE

VIA [ ] POLICE MAIL
[ ] E. & R.P.S. PICKUP
[ ] RECOVERING UNIT PERSONNEL
[ ] EVID./LAB. TECHNICIAN

PROPERTY RECOVERED BY

TIME

**NOTICE TO PROPERTY OWNER OR CLAIMANT**

[ ] PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE OF FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER OR CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION OR THE PROPERTY WILL BE LEGALLY DISPOSED OF ACCORDING TO THE DIRECTION OF THE LAW.

**NOTICE TO FINDER**
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT. PRESENT THIS FORM TO THE EVIDENCE & RECOVERED PROPERTY SECTION:

2650 SOUTH CALIFORNIA, ROOM BB04
8:00 A.M. TO 4:00 P.M., MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

CALL 744-6224 OR 744-6225 TO ARRANGE TO PICK UP BULKY ITEMS.

**ARRESTEE INFORMATION**

SEIZURE WITHOUT SEARCH WARRANT—
(Ill. Rev. Stat. Chap. 38, Sec. 108-2):

GIVE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 5.

SEIZURE WITH SEARCH WARRANT—
(Ill. Rev. Stat. Chap. 38, Sec. 108-10):

ATTACH THIS COPY TO SEARCH WARRANT

COPY 4 – GIVE OR SEND TO FINDER, ARRESTEE OR OWNER

Wron 00062

RELEASE OF PERSON IN CUSTODY   CHICAGO POLICE

INSTRUCTIONS: Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| TODAY'S DATE | C.B. NO. |
|---|---|
| 31 Aug 1983 | 8101 405 |

| NAME OF ARRESTEE | AGE | ADDRESS | DISTRICT OF DETENTION |
|---|---|---|---|
| RODRIGUEZ  Jose  Antonio | 22 | 2040 N. Spaulding | 014 |

| DATE OF ARREST | TIME OF ARREST | ARRESTED BY | STAR NO. | ASSIGNMENT |
|---|---|---|---|---|
| 31 Aug 1983 | 0100 HRS | Detrich | 6193 | 14th District |

### REASON FOR ARREST

identified in a photo by the victim, from his hospital bed.

### REASON FOR RELEASE

victim was unable to identify the defendant, due to being heavily

sedated for pain.

### CHECK ACCOMPLISHED PROCEDURES

| | | | |
|---|---|---|---|
| [X] PRINTS TAKEN | [ ] VIEWED BY VICTIM | [ ] WEAPONS TESTED | [ ] OTHER (SPECIFY) |
| [X] PHOTO TAKEN | [ ] VIEWED BY COMPLAINANT | [ ] TOOLS TESTED | |
| [ ] LINE-UP | [ ] ALIBI CHECKED | [ ] VEHICLE TESTED | |

### PERSONS WHO VIEWED SUBJECT

| NAME | ADDRESS | PHONE NO. |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. | ASSIGNMENT |
|---|---|---|
| | 5629 | Area 5 Violent Crimes. |

| APPROVAL SIGNATURE-DETECTIVE DIVISION WATCH COMMANDER | RANK | STAR NO. | ASSIGNMENT |
|---|---|---|---|
| | Sgt. | 2056 | 3RD WATCH COMM. |

ADDITIONAL COMMENTS:

| This form was presented to the desk sergeant at the 014 district on: | DATE | TIME |
|---|---|---|
| | 31 Aug 1983 | HRS. |

| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED |
|---|---|---|---|
| | | | HRS. |

CPD-11.519 (Rev. 11/82)

Wron 00063

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|
| DAY 27 MONTH AUG YEAR 88 | DAY 31 MONTH AUG YEAR 88 WATCH 3 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| 1166 BATTERY | VALENTIN, FELIX | 5537 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, in-cluding: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

#1 VILLAFANE, ANGEL M/WH/23
▓▓▓▓▓ 1619 N. CALIFORNIA

#2 OLIVERO, CARLOS M/WH/18
▓▓▓▓▓ 2478 N. ALBANY

#3 RIVERA, JACQUES M/WH/23
▓▓▓▓▓ 4238 W. DIVISION

#4 RUIZ, GEORGE M/WH/19
▓▓▓▓▓ 2453 N. FRANCISCO

#5 RAMON, LOPEZ, M/WH/20
▓▓▓▓▓ 1424 N. WASHTENAW

#6 RODRIGUEZ, JOSE M/WH/30 APRIL 66
2B 2040 N. SPAULDING

R.D.
NO.

K 371 955

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY—MO.—YR. | TIME |
|---|---|---|---|
| Leonard 5607 | | | |

CPD-23.122 (Rev. 2/83)

Wron 00064

PRELIMINARY
CRIME LABORATORY DIVISION/CHICAGO P

R.D. NO.

| OFFENSE OR INCIDENT | | | IUCR | AREA-DI..BEAT | DATE OF THIS REPORT |
|---|---|---|---|---|---|
| | Battery | | | 5-014 | |

| LOCATION OF OFFENSE/INCIDENT | LOC. CODE | INVESTIGATOR | STAR NO. | UNIT |
|---|---|---|---|---|
| 3320 W. Portland | | Leonard | 5629 | 1514C |

| VICTIM(S) NAME | OFFENDER(S) NAME |
|---|---|
| 1. Felix Valentine | |
| 2. | |

| INVENTORY DISTRICT/AREA | DESCRIPTION | | CLASS CHARACTERISTICS | S/NS |
|---|---|---|---|---|
| 524/226 | SUBMITTED BY—NAME | STAR NO. DATE | | |
| | NO. REC'D. | EXHIBIT(S) | 22 L&R C/C | N/S |
| 88.965 | 5 FIRED BULLETS | | | |
| EXHIBIT NO. | DISCHARGED CART. CASES | m.n.r.e. | | |
| 30 aug 88 | SHOTGUN SHELLS | | | |
| DATE REC'D. | WADDING | | | |
| | SUBMITTED BY—NAME | STAR NO. DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | FIRED BULLETS | | | |
| | DISCHARGED CART. CASES | | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | | |
| DATE REC'D. | WADDING | | | |
| | SUBMITTED BY—NAME | STAR NO. DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | FIRED BULLETS | | | |
| | DISCHARGED CART. CASES | | | |
| EXHIBIT NO. | SHOTGUN SHELLS | | | |
| DATE REC'D. | WADDING | | | |

CONCLUSIONS—IN THE OPINION OF THE EXAMINER

m.n.r.e. Not suitable

| FIREARMS EXAMINER (PRINT) | FIREARMS EXAMINER (SIGNATURE) |
|---|---|
| Comoro 1168 | |
| Mc Laughlin | |

CPD-33.405 (Rev. 3/86)

PAGE

Wron 00065

ASVC

Wron 00066

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION   Chicago, Illinois   60605

CRIMINAL HISTORY OF RIOS, Jose    M/WH

DATE    29 July 1981

DATE OF BIRTH    ▓▓▓▓▓▓▓

I.R. NO.   614010    FBI NO. 970150 AA5    I.S.B. NO. 24 23829

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST, ARRESTING OFFICER & DIST., CHARGE | DISPOSITION |
|---|---|---|---|
| Jose RIOS 3449 W. North | 6187986 | —28 Jul 81. Off. Rogers, 14th Dist. Disorderly Conduct. | |
| Jacques RIVERA 3335 W. Beach | 6776065 | – 27 Feb 83 Off Chavez 14 dist Robbery 28 Feb 83, S/A Robb., (38-18-1a), Poss Stl Veh., (95½-4-103a), FPC, TRANSFER TO CHIEF JUDGE, Judge Sodini 14 Mar. 83, INFO#83-2690, Robbery, Theft, Poss Stolen Veh. | |
| Jack RIVERA 3335 W Beach | 6851273 | – 02 Jun 83 Off Gruber Summer Mobile Force 14) UUW 24 June 83, UUW Gun (38-24-1a4) Fail Exib Reg. (MCC) Fail Poss. I.D. (38-83-2a) BFW, Judge Laurie (Docket No. 8▓▓▓ 83235069) | |
| | SEE CB 6776065 | 28 June 83. Robbery(83-2690) Nolle Prosse, Theft, Poss Stln Ntr Veh, PG/FG, 2yrs PROBATION, Judge Hall. | |
| | SEE CB# 6857271 | —29 Aug 83, UUW (38-24-1a10) Fail to Exhibit Reg (MCC) Fail Poss ID Card (38-83-2a) SOL, Judge Magellaio (Docket No. 8323 5089) | |
| Jaques RIVERA 4032 W. Division | 7355806 | —20 May 85, Off. Fnuelly GCU-North (014th) Poss. Cocaine 17 Jul 85, Poss Cocaine, (56½-1402), No FOID Card., (38-83-2) SOL, Judge Kowalski, (D#85-1172594) | |
| Jacques RIVERA 4032 W. Division | 7849197 | –23 Jul 87, Off. Clark, 14th Dist., Batt. 10 Aug 87, Battery(38-12-3) SOL Judge Chrones (Doc# 8718 1956) | vmd |
| Jacques RIVERS 4448 W. Cortez | 8034413 | –24 May 88, Off. RRamirez, 14th dist. Poss. Cann. | |
| Jacques RIVERA 4238 W. Division | 8101323 | –30 Aug. 88, Off. Guevarra, GCU-N (25th) Dist. Agg. Batt. (c | |

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation S.S. 20.33).

Wron 00067

CPD 31.003 (REV. 10/75)   ES

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
DAY 27 MONTH Aug YEAR 88

DATE OF THIS REPORT
DAY 27 MONTH Aug YEAR 88 WATCH 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: 466 BATTERY

VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX

BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Felix Valentin

DR Perez

8 in chest     2 in left arm

chest
5 in 8 shots
6 bullets

10 holes in back    only 2 holes
in front —  6 bullets in chest

R.D.
NO.

K

371

255

REPORTING OFFICER'S SIGNATURE—STAR NO.     5056

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.     Fenald

DAY 29 MONTH AUG YEAR 1988

CPD 23-127 (Rev. 2/83)

John F. Leonard  5629

Wron 00068

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 27 | Aug | 88
DATE OF THIS REPORT: 27 | Aug 88 | 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: AGG BATTERY
VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX
BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, in-cluding: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case re█████

Felix 16
DOB 14.38 N. CAMP
DIEGO School
Campbell Bay

VALENTIN, ISRAEL
1458 N. CAMPBELL
235-1821
DOB June 1 -66
SS#

1545 DROVE-UP TO 3324 W. CORTLAND - ISRAEL (MOE)
WENT TO GET DATE - TO GO TO WEDDING - GONE FOR APPROX
5 MIN - CAME DOWN WITHOUT GIRLFRIEND DIDN'T SEE
BROTHER WALKED TO CAR SAW Felix SLUMPED OVER IN PASSENGER
SIDE - (F. HAD BEEN DRIVING) - PUSHED Felix OVER - TOLD GIRLFRIEND
TO GO UP AND CALL MRS VALENTIN - MOE TOOK OFF FOR HOSPITAL
HAD ACCIDENT K875233 + TRAFFIC - UNKNOWN MOTORISTS
BROUGHT VICTIM - MOE TO NORWEGIAN -

GIRLFRIEND'S BROTHER - Macho Lopez - 13 yoa
SAW INCIDENT - HAS NOT BEEN INTERVIEWED -
KINGS -

Campbell Boy -
BROTHER - A L/O -

R.D. NO. K371955

REPORTING OFFICER'S SIGNATURE—STAR NO.
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.
DAY 29 AUG 1988

CPD-23-123-(Rev. 2/83)
John F. Fernando 3629

Wron 00069