**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | No. 12 C 4428 |
| Plaintiff, | ) | |
| | ) | Hon. Joan B. Gottschall, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Mary M. Rowland, |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rules 5.8 and 26.2, Plaintiff JACQUES RIVERA, by his attorneys, respectfully requests an Order granting Plaintiff permission to file exhibits to his reply in support of Plaintiff's Motion to Compel Production of *Monell*-Related Discovery, Doc. No. 164, under seal, stating as follows:

1. Exhibits to Plaintiff's reply in support of his Motion to Compel Production of *Monell*-Related Discovery, which is to be filed later today, will include documents that have been marked confidential pursuant to the Court's protective order in this case. Doc. No. 41.

2. Accordingly, good cause exists to allow Plaintiff to file these documents under seal rather than publicly.

3. In compliance with Local Rules 5.8 and 26.2, Plaintiff: (a) will provisionally file exhibits to his reply electronically under seal after filing this motion; (b) will file electronically a public-record version of his exhibits; and (c) is now moving this Court for leave to file the non-redacted version of the exhibits to his reply under seal.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting him permission to file the aforementioned exhibits under seal.

RESPECTFULLY SUBMITTED,

**JACQUES RIVERA**

By: /s/ Steven Art
*Counsel for Jacques Rivera*

| | |
|---|---|
| Arthur Loevy | Locke E. Bowman |
| Jon Loevy | Sheila Bedi |
| Michael Kanovitz | David Shapiro |
| Russell Ainsworth | Alexa Van Brunt |
| Elizabeth Mazur | RODERICK MACARTHUR JUSTICE CENTER |
| Anand Swaminathan | Northwestern University School of Law |
| Steve Art | 375 E. Chicago Avenue |
| LOEVY & LOEVY | Chicago, Illinois 60611 |
| 312 N. May St., Ste. 100 | (312) 503-0844 |
| Chicago, IL 60607 | |
| (312) 243-5900 | J. Samuel Tenenbaum |
| | BLUHM LEGAL CLINIC |
| | Northwestern University School of Law |
| | 375 E. Chicago Avenue |
| | Chicago, Illinois 60611 |
| | (312) 503-8576 |

**CERTIFICATE OF SERVICE**

      I, Steven Art, an attorney, certify that on April 15, 2015, I filed the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL using the Court's CM/ECF system, which effected service on all counsel of record listed below.

                                          /s/ Steven Art
                                          Steven Art
                                          *Counsel for Jacques Rivera*

*Attorneys for Defendants Guevara, Gawrys, Noon, Guzman, Fallon, Sparks, Zacharias, McLaughlin, Leonard, Mingey, Weingart, and the Estate of Rocco Rinaldi*

James G. Sotos
Elizabeth A. Ekl
Jeffrey N. Given
Caroline P. Golden
Andrew Grill
The Sotos Law Firm
550 E. Devon Ave., Suite 150
Itasca, Illinois 60143

*Attorneys for Defendant City of Chicago*

Eileen E. Rosen
John J. Rock
Silvia M. Masters
Stacy A. Benjamin
Erin N. Bybee
Catherine Barber
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
(312) 494-1000