# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jacques Rivera

                Plaintiff,

v.                               Case No.: 1:12–cv–04428
                                             Honorable Joan B. Gottschall

Reynaldo Guevara, et al.

                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 27, 2015:

      MINUTE entry before the Honorable Mary M. Rowland: The Court's order dated May 30, 2014 regarding the first floor file room at Detective Division Area North [Dkt. 107] is hereby vacated. The City is free to resume its culling project. Mailed notice(mb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.