## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jacques Rivera

Plaintiff,

v.                                                        Case No.: 1:12–cv–04428
                                                          Honorable Joan B. Gottschall

Reynaldo Guevara, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 13, 2015:

> MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's unopposed motion for extension of time [208] is granted. The Court's 9/2/15 Order [206] is revised as follows. Plaintiff shall file his supplemental Rule 26(a) disclosures by 10/23/15. The parties shall submit their proposed discovery schedule by 11/6/15. No appearance necessary on 10/15/15. Mailed notice(mb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.