**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | No. 12 C 4428 |
| Plaintiff, | ) | |
| | ) | Hon. Joan B. Gottschall, |
| v. | ) | Chief Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Mary Rowland, |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S LIST OF EXHIBITS
IN SUPPORT OF HIS RESPONSE TO SUMMARY JUDGEMENT**

| Exhibit | Description |
|---|---|
| Exhibit 1 | Rivera Deposition and Exhibits |
| Exhibit 2 | Rivera Certificate of Innocence Opinion |
| Exhibit 3 | 1990 Rivera Criminal Trial Transcript |
| Exhibit 4 | Street File |
| Exhibit 5 | 2011 Rivera Post-Conviction Hearing Transcript |
| Exhibit 6A | Lopez Deposition |
| Exhibit 6B | Exhibits to Lopez Deposition |
| Exhibit 7 | Felix Valentin Cook County Medical Records, Filed Under Seal |
| Exhibit 8A | Sharkey Deposition |
| Exhibit 8B | Exhibits to Sharkey Deposition |
| Exhibit 8C | Exhibits to Sharkey Deposition Filed Under Seal |
| Exhibit 9A | McLaughlin Deposition |
| Exhibit 9B | Exhibits to McLaughlin Deposition |
| Exhibit 10 | Noon Deposition |
| Exhibit 11 | First Lineup Photos (August 31) |
| Exhibit 12 | Brasfield Declaration and Exhibit A (Report & Attachments), Exhibit B (CV), and Exhibit C (Index of Files Reviewed) |
| Exhibit 13 | Investigative Files Referenced in Exhibit C to Brasfield Declaration and in Exhibit C to Wells Declaration, Filed Under Seal |
| Exhibit 14 | Criminal Defense Files Referenced in Exhibit C to Brasfield Declaration, Filed Under Seal |

| Exhibit 15 | Permanent Retention Files Referenced in Exhibit C to Brasfield Declaration, Filed Under Seal |
|---|---|
| Exhibit 16 | Wadas Complete Case File for *People v. Rivera* |
| Exhibit 17 | Order Granting Rivera Certificate of Innocence |
| Exhibit 18 | Order Granting Rivera New Trial |
| Exhibit 19A | Wadas Depositions |
| Exhibit 19B | Exhibits to Wadas Depositions |
| Exhibit 20 | 2010 Affidavit of Orlando Lopez |
| Exhibit 21 | Dysart Declaration and Exhibit A (Report & Attachments), and Exhibit B (CV). |
| Exhibit 22 | Machain Deposition |
| Exhibit 23A | Mingey Deposition |
| Exhibit 23B | Exhibits to Mingey Deposition |
| Exhibit 24A | Guevara Deposition |
| Exhibit 24B | Exhibits to Guevara Deposition |
| Exhibit 25A | Gawrys Deposition |
| Exhibit 25B | Exhibits to Gawrys Deposition |
| Exhibit 26 | Leonard Deposition |
| Exhibit 27 | Sparks Deposition |
| Exhibit 28A | Ruiz Deposition |
| Exhibit 28B | Exhibits to Ruiz Deposition |
| Exhibit 29A | Villafane Deposition |
| Exhibit 29B | Exhibits to Villafane Deposition |
| Exhibit 30A | Olivero Deposition |
| Exhibit 30B | Exhibits to Olivero Deposition |
| Exhibit 31 | Fallon Deposition |
| Exhibit 32 | Matarazzo Deposition |
| Exhibit 33 | Boyle Deposition |
| Exhibit 34 | Dorsch Deposition |
| Exhibit 35A | Rosner Deposition |
| Exhibit 35B | Exhibits to Rosner Deposition |
| Exhibit 36A | Melendez Deposition |
| Exhibit 36B | Exhibits to Melendez Deposition |
| Exhibit 37 | Photo of Guevara, Filed Under Seal |
| Exhibit 38 | Affidavit of Kenneth Wadas |
| Exhibit 39A | Hickey Deposition |
| Exhibit 39B | Exhibits to Hickey Deposition |
| Exhibit 40 | City Response to Plaintiff's Fifth Set of Interrogatories |
| Exhibit 41 | Detective Division Internal Memo *In Re* Street Files |
| Exhibit 42 | Permanent Retention File |
| Exhibit 43 | Jacques Rivera FOIA Requests for Police |
| Exhibit 44 | Wronkowski Deposition |
| Exhibit 45 | Grand Jury Transcript |

| Exhibit 46 | Linzer Deposition |
| Exhibit 47 | Wadas Motion for Discovery, *People v. Rivera* |
| Exhibit 48 | State Answer to Discovery, *People v. Rivera* |
| Exhibit 49 | Victorson Deposition |
| Exhibit 50 | Subpoena for Documents, *People v. Rivera* |
| Exhibit 51 | State Nolle Pros, October 4, 2011 Hearing Transcript, *People v. Rivera* |
| Exhibit 52 | Second Lineup Photos (September 15) |
| Exhibit 53 | City of Chicago's Amended Response to Plaintiff's Seventeenth Set of Requests to Produce Documents to City of Chicago |
| Exhibit 54 | Special Order 86-3 |
| Exhibit 55 | Defendant Guevara's Amended Answers to First Interrogatories, No. 5 |
| Exhibit 56 | April 10, 2014 Hickey Testimony, *Fields v. City of Chicago* |
| Exhibit 57 | 1983 Order *Palmer v. City of Chicago* |
| Exhibit 58 | Jones Opinion |
| Exhibit 59 | Hickey Testimony from 2016 Fields Trial |
| Exhibit 60 | Special Orders 83-1 and 83-2 |
| Exhibit 61 | Plaintiff's Response to Defendants' First Set of Interrogatories |
| Exhibit 62 | Kluppelberg Street File JR L 196494-196511 Under Seal |
| Exhibit 63 | Fields Street File |
| Exhibit 64 | Order Granting Kluppelberg Certificate of Innocence |
| Exhibit 65 | Memorandum Opinion and Order dated September 11, 2017, *Fields v. City of Chicago* |
| Exhibit 66 | Plaintiff's Response to Defendant's Post-Trial Motion, Docket Entry No. 1184, *Fields v. City of Chicago* |
| Exhibit 67 | Brasfield Summary of Voluminous Records -- Comparing Basement, Criminal Defense and Permanent Retention Files |
| Exhibit 68 | Brasfield CV |
| Exhibit 69 | Wells Declaration and Exhibit A (Report & Attachments), Exhibit B (CV), Exhibit C (Index of Files Reviewed) |
| Exhibit 70 | General Order 83-5 on Lineup Procedures |
| Exhibit 71A | Spratte Deposition |
| Exhibit 71B | Exhibits to Spratte Deposition |
| Exhibit 72A | Weingart Deposition |
| Exhibit 72B | Exhibits to Weingart Deposition |
| Exhibit 73 | Stipulation of Parties dated June 11, 2015 |
| Exhibit 74 | *Rivera v. Guevara*, Doc. No. 64, Motion to Compel re Filler IDs |

3

| | |
|---|---|
| Exhibit 75 | City's Supplemental Response to Interrogatory No. 14 ofo City's Responses to Plaintiff's First Interrogatories |
| Exhibit 76 | Guevara Answer to Fourth Interrogatories, No. 3 |
| Exhibit 77 | Rinaldi Deposition |
| Exhibit 78A | Sullivan Deposition |
| Exhibit 78B | Exhibits to Sullivan Deposition |
| Exhibit 79 | Zacharias Deposition |
| Exhibit 80 | Testimony of Samuel Perez, *People v. Johnson*, 89 CR 21806 |
| Exhibit 81 | Jury Verdict in *Johnson v. Guevara*, 05 C 1042 |
| Exhibit 82 | Testimony of William Dorsch, *People v. Serrano & Montanez*, 93 CR 1873 |
| Exhibit 83 | Affidavit of Francisco Vicente |
| Exhibit 84 | Testimony of Timothy Rankins in *People v. Serrano*, 93 CR 18173 |
| Exhibit 85 | Lassar Report Dated 3/3/15 |
| Exhibit 86 | Certificate of Innocence for Jose Montanez |
| Exhibit 87 | Certificate of Innocence for Armando Serrano |
| Exhibit 88 | Testimony of Reynaldo Guevara in *People v. Serrano & Montanez*, 93 CR 18173 |
| Exhibit 89 | Affidavit of Rey Lozada |
| Exhibit 90 | Affidavit of Carl Richmond |
| Exhibit 91 | Lassar Report regarding Robert Bouto Dated 3/3/15 |
| Exhibit 92 | Lassar Report regarding Roberto Almodovar, Dated 2/9/15 |
| Exhibit 93 | Affidavit of Melinda Power |
| Exhibit 94 | Post-Trial Testimony of Kennelly Saez in *People v. Negron*, 94 CR 24318 |
| Exhibit 95 | Order Vacating Judgment and Sentence in *People v. Negron*, 94 CR 24318 |
| Exhibit 96 | Suppression Hearing Testimony of Gabriel Solache, *People v. Solache & Reyes*, 98 CR 12440 |
| Exhibit 97 | Suppression Hearing Testimony of Arturo Reyes, *People v. Solache & Reyes*, 98 CR 12440 |
| Exhibit 98 | Lassar Report Regarding Solache and Reyes, Dated 12/12/14 |
| Exhibit 99 | Testimony of Reynaldo Guevara in *People v. Arturo Reyes & Gabriel Solache*, 98 CR 12440 |
| Exhibit 100 | FBI Report Dated June 23, 2001 |
| Exhibit 101 | Testimony, Medical Records, and OPS Complaint of Annie Turner |
| Exhibit 102 | OPS Complaint of Almarie Lloyd, Testimony of Almarie & Job Lloyd, *Hunt v. Jaglowski*, 85 C 1976 |
| Exhibit 103 | Affidavit of Leshurn Hunt |

| Exhibit 104 | Testimony of Leshurn Hunt in *Hunt v. Jaglowski,* 85 C 1976 |
| Exhibit 105 | Letter from Leshurn Hunt to Eugene Hudson, Dated 2/28/86 |
| Exhibit 106 | Testimony of Graciela Flores & Anna Flores, *Hunt v. Jaglowski,* 85 C 1976 |
| Exhibit 107 | Affidavit of Reynaldo Munoz |
| Exhibit 108 | OPS Complaint of Rafael Garcia |
| Exhibit 109 | Testimony of Daniel Pena, Armador Rivera, and Jamie Velez in *People v. Pena*, 86 CR 1458 |
| Exhibit 110 | OPS Complaint and Testimony of Melvin Warren, *Hunt v. Jaglowski,* 85 C 1976 |
| Exhibit 111 | OPS Report and Findings regarding Warren Hunt (JR-JJ 27973-81) |
| Exhibit 112 | Affidavit of Victor Vera |
| Exhibit 113 | Affidavit of Virgilio Muniz |
| Exhibit 114 | Affidavit & Testimony of Virgilio Calderon Muniz |
| Exhibit 115 | Testimony of Wilfredo Rosario & Appellate Court Opinion, *People v. Arcos*, 91 CR 743 |
| Exhibit 116 | Affidavit of David Rivera |
| Exhibit 117 | Affidavit of Daniel Rodriguez |
| Exhibit 118 | Testimony of David Velazquez in *People v. Velazquez*, 91 CR 13938 |
| Exhibit 119 | Affidavits of Efrain & Julio Sanchez, Police Reports from *People v. Colon*, 93 CR 23750 |
| Exhibit 120 | Suppression Hearing Testimony of Eleizar Cruzado, *People v. Cruzado*, 93 CR 24896 |
| Exhibit 121 | Affidavit of Adolfo Frias Munoz |
| Exhibit 122 | Affidavit of Adrian Duta |
| Exhibit 123 | Depositionosition of Evelyn Diaz, *Johnson v. Guevara*, 05 C 1042 |
| Exhibit 124 | Testimony of Luis Figueroa, *People v. Diaz*, 95 CR 610901 & Supplemental Police Report |
| Exhibit 125 | Depositionosition of Gloria Ortiz Bordoy, *Johnson v. Guevara*, 05 C 1042 |
| Exhibit 126 | Affidavit of Rodolfo Zaragoza |
| Exhibit 127 | Testimony of Jose Melendez, *People v. Sierra*, 95 CR 18601 |
| Exhibit 128 | Suppression Hearing Testimony of Maria Rivera, *People v. Solache and Reyes*, 98 CR 12440 |
| Exhibit 129 | Testimony of Robert Ruiz, *People v. Santiago & Santiago*, 97 CR 20973 |
| Exhibit 130 | Post-Conviction Petition in *People v. Gomez*, 97 CR 18961 |

| | |
|---|---|
| Exhibit 131 | Affidavit of Jed Stone |
| Exhibit 132 | Suppression Hearing Testimony of Rosauro Mejia, *People v. Solache & Reyes*, 98 CR 12440 |
| Exhibit 133 | Suppression Hearing Testimony of Adriana Mejia, *People v. Solache & Reyes*, 98 CR 12440 |
| Exhibit 134 | Estes Deposition |
| Exhibit 135 | Estes Report |
| Exhibit 136 | CR# 152902 at RFC 026019-81 |
| Exhibit 137 | Guzman Deposition |
| Exhibit 138 | Plaintiff's October 23, 2015 Supplemental 26(a) Disclosures |
| Exhibit 139 | Memorandum and Order, *Palmer and Negron v. City of Chicago* |
| Exhibit 140 | Hickey Deposition in Kluppelberg v. City of Chicago |
| Exhibit 141 | Noble Testimony, 2016 *Fields v. City of Chicago* Trial |
| Exhibit 142 | Defendants' Joint Initial Rule 26(a) Disclosures |
| Exhibit 143 | Murray Report |
| Exhibit 144 | Wixted Report |
| Exhibit 145 | CR #150473, Filed Under Seal |
| Exhibit 146 | CR# 124631, Filed Under Seal |
| Exhibit 147 | CR # 152612, Filed Under Seal |
| Exhibit 148 | CR# 125360, Filed Under Seal |
| Exhibit 149 | CR# 026019, Filed Under Seal |
| Exhibit 150 | Stinson v. Gauger Slip Opinion |
| Exhibit 151 | Kluppelberg Motion to Apply Collateral Estoppel |
| Exhibit 152 | Fields Dkt. 1076 Order regarding Monell Related MILs |
| Exhibit 153 | Plaintiff's Response to Defendant City's Fourth Set of Interrogatories |
| Exhibit 154 | Plaintiff's Response to Defendant City's Fifth Set of Interrogatories |
| Exhibit 155 | Haas Affidavit |

RESPECTFULLY SUBMITTED,

**JACQUES RIVERA**

By: /s/ Steven Art
Steven Art
*Counsel for Jacques Rivera*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Elizabeth Mazur
Anand Swaminathan
Steven Art
LOEVY & LOEVY
312 N. May St., Ste. 100
Chicago, IL 60607
(312) 243-5900

Locke E. Bowman
Sheila Bedi
David Shapiro
Alexa Van Brunt
RODERICK MACARTHUR JUSTICE CENTER
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, Illinois 60611
(312) 503-0844

J. Samuel Tenenbaum
BLUHM LEGAL CLINIC
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, Illinois 60611
(312) 503-8576

## CERTIFICATE OF SERVICE

I, Steven Art, an attorney, certify that on September 19, 2017, I served Plaintiff's Exhibit List on all counsel of record via CM/ECF system.

/s/ Steven Art
Steven Art
*Counsel for Jacques Rivera*

*Attorneys for Defendants Guevara, Gawrys, Noon, Guzman, Fallon, Sparks, Zacharias, McLaughlin, Leonard, Mingey, Weingart, and the Estate of Rocco Rinaldi*

James G. Sotos
Elizabeth A. Ekl
Jeffrey N. Given
Caroline P. Golden
The Sotos Law Firm
550 E. Devon Ave., Suite 150
Itasca, Illinois 60143

*Attorneys for Defendant City of Chicago*

Eileen E. Rosen
John J. Rock
Silvia M. Masters
Stacy A. Benjamin
Erin N. Bybee
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
(312) 494-1000

## CERTIFICATE OF SERVICE

I, Steven Art, an attorney, certify that on September 19, 2017, I served Plaintiff's Exhibit List on all counsel of record via CM/ECF system.

/s/ Steven Art
Steven Art
*Counsel for Jacques Rivera*

*Attorneys for Defendants Guevara, Gawrys, Noon, Guzman, Fallon, Sparks, Zacharias, McLaughlin, Leonard, Mingey, Weingart, and the Estate of Rocco Rinaldi*

James G. Sotos
Elizabeth A. Ekl
Jeffrey N. Given
Caroline P. Golden
The Sotos Law Firm
550 E. Devon Ave., Suite 150
Itasca, Illinois 60143

*Attorneys for Defendant City of Chicago*

Eileen E. Rosen
John J. Rock
Silvia M. Masters
Stacy A. Benjamin
Erin N. Bybee
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
(312) 494-1000