**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | Case No. 12 C 4428 |
| Plaintiff, | ) | |
| | ) | Hon. Joan B. Gottschall, |
| v. | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | Hon. Mary M. Rowland, |
| | ) | Magistrate Judge |
| Defendants. | ) | |
| | ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' CONSOLIDATED RESPONSE IN
OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS**

# EXHIBIT 4

K 371 955 VALENTIN, Felix
HOMICIDE /1st Degree

Wron 00001

**INVESTIGATIVE FILE INVENTORY**
CHICAGO POLICE DEPARTMENT

R.D. NO.
*K371-955*

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---------|------------------------|------|-----------------|---------------|
| 1. | SUPP REPORT | | DORSCH /BOYLE | 16 SEPT 88 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |

R.D. NO. *K371-955*

*MDR: denotes Miscellaneous Document Repository. A check (√) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

Wron 00002

**INVESTIGATIVE FILE INVENTORY**
CHICAGO POLICE DEPARTMENT

R.D. NO.
K 371 955

| EXHIBIT | DESCRIPTION OF DOCUMENT | MDR* | ENTERING MEMBER | DATE OF ENTRY |
|---|---|---|---|---|
| 1. | Original Case Report | | Leonard & McLaughlin | 27 Aug 1988 |
| 2. | GPR's (three pages) | | Leonard & McLaughlin | 27 Aug 1988 |
| 3. | Supplementary Report | | Leonard & McLaughlin | 27 Aug 1988 |
| 4. | GPR's (three Pages) | | Leonard & McLaughlin | 28 Aug 1988 |
| 5. | Arrest Record | | Leonard & McLaughlin | 28 Aug 1988 |
| 6. | Supplementary Report | | Leonard & McLaughlin | 28 Aug 1988 |
| 7. | ARREST REPORT | | LEONARD & McLAUGHLIN | 31 AUG 88 |
| 8. | HOLD OVER | | " " | " |
| 9. | ARREST REPORT | | " " | " |
| 10. | HOLD OVER | | " " | " |
| 11. | SUPPLEMENDARY | | " " | " |
| 12. | PROPERTY INU | | " " | " |
| 13. | EVIDENCE REPORT | | " " | " |
| 14. | FIRE ARM EVID REPORT | | " " | " |
| 15. | GPR (1 PAGE) | | " " | " |
| 16. | PROPERTY INU | | " " | " |
| 17. | PRISONER RELEASE | | " " | " |
| 18. | PRISONER RELEASE | | " " | " |
| 19. | SUPPLEMENTARY | | " " | " |
| 20. | LINE UP SUPP | | DORSCH /BOYLE | 15 SEPT 88 |
| 21. | ARREST REPORT | | COPY SENT TO/ CASE REPORT UNIT (164) RECORDS PROCESSING | " |
| 22. | 101 | | | " |
| 23. | MURDER COMPLAINT | | DATE: [signature] " | " |
| 24. | EVIDENCE REPORT | | BY: [signature] " | " |
| 25. | CLOSING SUPP | | AREA 5 VIOLENT CRIMES " | " |

*MDR: denotes Miscellaneous Document Repository. A check (✓) will be placed in this box if a document has been placed in the MDR.

DISTRIBUTION: The original of this document is to remain attached to the Investigative File Case Folder. One copy of this document will be forwarded to the Records Division whenever a Violent Crimes field investigation results in a person(s) being charged with a felony.

CPD-23.121 (1/83)

R.D. NO. 371 955

Wron 00003

K 371 955 VALENTIN, Felix
HOMICIDE /1st Degree

Wron 00004

*Homicide*

CRIME

VALENTIN, Felix

VICTIM

H 371 955

R.D.

Wron 00005

Wron 00006



*From the desk of*

**Chief**

**Thomas M. Byrne**

# MEMO    14 October 2011

---

TO:             **Constantine Andrews**
                      **Deputy Chief**
                      **Bureau of Detectives**

                      **Attention: Joseph Salemme**
                                      **Commander**
                                      **Area 5 Detective Division**

SUBJECT:     **Request to Preserve Records and Evidence**
                      **RD# K371955**
                      **OLA# 2011-092**

REFERENCE:    **Wrongful Conviction of Jacques Rivera for the Murder of Felix Valentin**
                     **on 1 January 1988**

     ( X )          **For your Information and compliance, no report required.**

     (   )          **The attached is forwarded for your investigation.**
                      **Respond through channels to the Superintendent of Polce,**
                      **Attention: William E. Bazarek, First Assistant General Counsel,**
                      **Office of Legal Affairs, by the due date below.**

                                            *Thom M Byre*

                                            **Thomas M. Byrne**
                                            **Chief**
                                            **Bureau of Detectives**

TMB/lm

attachment

**OFFICE OF THE SUPERINTENDENT**
Office of Legal Affairs

**11 OCTOBER 2011**

## CONFIDENTAL
## PRIVILEGED ATTORNEY-CLIENT WORK PRODUCT

TO:     Alfonza Wysinger
        First Deputy Superintendent
        Office of the First Deputy

        Thomas Byrne
        Chief
        Bureau of Detectives

        Attention:     Constantine G. Andrews
                       Deputy Chief
                       Bureau of Detectives

                       Joseph Salemme
                       Commander
                       Area 5

        Beatrice Cuello
        Chief
        Bureau of Administration

        Attention:     Joseph F. Perfetti
                       Director
                       Records Division

FROM:   Wiliam E. Bazarek
        First Assistant General Counsel
        Office of Legal Affairs

SUBJECT:     **REQUEST TO PRESERVE RECORDS AND EVIDENCE**

This office was served with the attached Legal Hold Notice # 11975, Office of Legal Affairs # 2011-092 which require the Department to preserve records and evidence relating to RD# K371955, the wrongful conviction of Jacques Rivera for the murder of Felix Valentin on 01 JAN 1988.

The document to be preserved and sent to The Office of Legal Affairs is:

        a.   Area File

If there are any questions please contact Vince Caffo in the Office of Legal Affairs at 312-745-6115

William E. Bazarek
First Assistant General Counsel
Office of Legal Affairs

WEB:vc

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 10 of 70 PageID #:14360

# SUPPLEMENTARY REPORT
## CHICAGO POLICE

All descriptions and statements in this entire report, approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE – TIME**
DAY 27 / MO. Aug / YR. 88 — 1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | 3. BEAT OF OCCUR. |
|---|---|---|---|
| Murder/Homicide | 0110 | 3320 W. Cortland ☐1 VERIFIED ☐2 CORRECTED | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN, Felix | ☒ YES ☐ NO | ☐ YES ☒ NO | 4627 |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Alley | 092 |

**10. DESCRIBE PROPERTY IN NARRATIVE** — T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | | | | | |
|---|---|---|---|---|---|
| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 6 TV, RADIO, STEREO ☐T $ ☐R | PROPERTY INVENTORY NO(S). |
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | 10 FIREARMS ☐T $ ☐R | A NARC/DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T $ ☐R | |

**OFFENDERS**

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. RIVERA, Jacquez | 4231 W. Division | M 4 23 | 5-9 | 160 | Br | Br | Med |
| 2. | | | | | | | |

| 14. C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 8112-639 | 614010 | 24 | OFF. 2 | | | | |

| 16. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**80. NARRATIVE**

VICTIM: VALENTIN, Felix; M/WH/16; 1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

DATE, TIME, LOC. OF INC: 27 Aug 88; 1545 hrs.; 3320 W. Cortland, Alley

DATE, TIME, LOC. OF ARREST: 15 Sep 88; 1930 hrs.; 5555 W. Grand, A/5 VC

OFFENDER: RIVERA, Jacquez; M/WH/23; 30 Apr ███; 5-9, 160;

AKA. RIOS, Jose; 4231 W. Division 3rd. flr.

nickname, ACE; member of Latin Kings/014

CHARGES: Murder 1st. Degree; 38-9-1a

COURT DATE & BRANCH: 16 Sep 88; 66-2

INVESTIGATION: Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D, page 40 **(CONTINUED OTHER SIDE)**

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY 16 MO. Sep YR. 88 | TIME 0030 | 92. SUPERVISOR APPROVING (PRINT NAME) Sgt. Mangey | STAR NO. 1731 |
|---|---|---|---|---|
| **93. REPORTING OFFICER (PRINT NAME)** GCSp. S. Gawrys | STAR NO. 16899 | **94. REPORTING OFFICER (PRINT NAME)** GCSp. R. Guevara | STAR NO. 16345 | SIGNATURE |
| SIGNATURE S. Gawrys | | SIGNATURE R. Guevara | DATE APPROVED (DAY-MO-YR) 16 Sep 88 | TIME 0030 |

CPD-11.411-A (REV. 8/85) — *MUST BE COMPLETED IN ALL CASES

K-379955

Wron 00009

**CONTINUATION OF NARRATIVE**

INVESTIGATION CON'T: photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqcuez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

R.D. NO. K-379955

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

SUPERVISOR'S SIGNATURE    STAR NO.    DATE (DAY-MO-YEAR)

Wron 00010

Inventory numbers. If property taken was seized for Operation Identification, records I.D. number at end. If there is a Return - allow separate page. If known, nickname in Custody.

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE-TIME
• DAY     MO.     YR.
15 Sept 88      1905

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE XX VERIFIED | 2 CORRECTED | 3. SEAT OF OCCUR. |
|---|---|---|---|---|
| Death Investigation | 5084 | 1835 W. Harrison | | 1224 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT: CORRECT ☒ YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES ☒ 2 NO | 7. BEAT ASSIGNED 5537

VALENTINE, Felix

8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS

Cook County Hospital | 233 | 1 | Dna

| 11. ☐ VERIFIED ☒ FIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|
| | CODE | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE.  T = TAKEN;  R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| | VERIFIED Dna UPDATE TO | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|
| | | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | 1 FIREARMS ☐ T $ ☐ R | 6 NARC./DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| | 20. NAME (LAST–FIRST–M.I.) | 21. I UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN-JURED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | Dna | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | Dna | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | 1 OFFENDER REL. CODE | C.B. NO. | I.R. NO., V.D. NO. OR J.D.A. NO. | 1 OFFENDER REL. CODE | 32. NO. ARREST. ARRESTED UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. Dna | | OFF. 2 Dna | | | | |

| 33. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | I.V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | Dna | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒ DNA ☐ 2 VERIFIED ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☒ 1 FIELD ☐ J SUMMARY | UNIT NO. 652 | 53. STATUS ☐ 0 PROGRESS | ☐ 1 SUSPENDED ☒ 2 UNFOUNDED |
|---|---|---|---|---|---|---|
| Dna | | Dna | Dna | | | |

STATUS CONT'D. ☐ 3 CLRD. CLOSED ☐ 4 CLRD. OPEN ☐ 5 EXC. CLRD. CLOSED ☐ 6 EXC. CLRD. OPEN ☐ 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED ☐ 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

................This is part of homicide investigation listed under RD#

................K-371 955. This RD number is unfounded.

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) normal | 91. DATE THIS REPORT SUBMITTED – DAY 29 NO. Sept YR. 88 | TIME 2330 | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| 93. REPORTING OFFICER (PRINT NAME) Det John Leonard | STAR NO. 5629 | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |

SIGNATURE

95. DATE APPROVED (DAY–MO.–YR.) | TIME

CPD (11.411-B (Rev. 8/85)      *MUST BE COMPLETED IN ALL CASES

Wron 00011    CRG ☐ 228

# HOSPITALIZATION CASE REPORT / CHICAGO POLICE

| 1. CLASSIFICATION (Check One) | | | | 2. BEAT/UNIT ASSIGN. | 3. BEAT OCCUR. |
|---|---|---|---|---|---|
| ☐DEATH ☐SUICIDE ☐ATTEMPTED ☐INJURY TO ☐CITIZEN ON ☐UNK ☐ACCIDENTAL 5084 5085 5086 SUICIDE 5087 PUBLIC PROP. 5088 EMPLOYEE 5089 INJURY | | | | 1272 | 1224 |

**5. ADDRESS OF OCCURRENCE** APT. NO. 7. DATE OCCURRED / TIME
1835 W HARRISON — 14 SEPT 88 / 1156

**8. DATE REPORTING / TIME — OFFICER ARRIVED** 15 SEPT 88 / 1905

| 9. VICTIM'S NAME | SEX | RACE CODE | AGE | 10. HOME ADDRESS | APT. NO. | 11. HOME PHONE | 12. BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| VALENTINE FELIX | M | 4 | 16 | 1458 N CAMPBELL | | 2338828 | DNA |
| 13. PERSON REPORTING INCIDENT/TO POLICE | SEX | RACE CODE | | 14. HOME ADDRESS | APT. NO. | 15. HOME PHONE | 16. BUSINESS PHONE |
| INVESTIGATOR COLLINS | M | | | 2121 W HARRISON | | 6660500 | 6660500 |
| 17. PERSON DISCOVERING VICTIM | SEX | RACE CODE | | 18. HOME ADDRESS | APT. NO. | 19. HOME PHONE | 20. BUSINESS PHONE |
| N | | | | N | | N | |
| 21. NAMES OF WITNESSES | SEX | RACE CODE | | 22. HOME ADDRESS | APT. NO. | 23. HOME PHONE | 24. BUSINESS PHONE |
| N N | | | | N | | N | |

**25. TYPE PREMISES WHERE OCCURRED/VICTIM FOUND** — **LOCATION CODE** — **26. CAUSE OF INJURY (INSTRUMENT OR MEANS)** — **27. REASON (ACCIDENT, ILL HEALTH, ETC)**
Cook County Hosp — 733 — Gun Shot Victim — UNK

**28. REMOVED BY** — BT 1272
**29. REMOVED TO** — Cook County ME
**30. NAME OF PERSON AUTHORIZING REMOVAL** — Investigator Collins

| 31. SOBRIETY OF VICTIM (CHECK ONE) | 32. EXTENT OF INJURIES (CHECK ONE) | 33. FIRST AID GIVEN BY POLICE | 34. MEDICAL AID REFUSED BY VICTIM |
|---|---|---|---|
| ☐ sober ☐ other ☒ intox. | ☐ 1 MINOR ☐ 2 SERIOUS ☒ 3 FATAL | ☐ 1 YES ☒ 2 NO | UNK |

**35. NAME AND ADDRESS OF ATTENDING PHYSICIAN** — N — 36. INVENTORY NO.

**37. NARRATIVE: (THE INDICATED SOBRIETY OF VICTIM OR WITNESSES IN THE APPARENT CONDITION, WHEN REPORTED.)**

IN SUMMARY: ABOVE SUBJECT WAS BROUGHT INTO COOK COUNTY HOSP. BY RELIABLE AMB FROM NORWEGIAN AMERICAN HOSP. ABOVE SUBJECT WAS A VICTIM OF A GUNSHOT WOUND UNDER RD. OF K 371-955 FROM ADDRESS OF 3324 W CORTLAND. WHILE SUBJECT WAS IN COOK COUNTY HOSP TRAUMA UNIT HE CONTRACTED A GERM KNOWN AS A KINCTOBACTER WHICH CLOSED DOWN THE TRAUMA UNIT FOR 24HRS FROM 13 SEPT 88 TO 14 SEPT 88 BETWEEN 1800 HRS TO 1800 HRS. R/O's TALKED TO COOK COUNTY HOSP ASS'T ADMIN STER ANDREA MUNOZ. ABOVE IS COOK COUNTY ME CASE 300. ABOVE PRONOUNCED AT 1156 14 SEPT 88 AT COOK COUNTY HOSP BY DR SARKEY

NO PERSONAL PROPERTY INVENTORY

NOTIFIED DET WEINGART 865 AREA 5 V/C

**I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE** — ☐ CONTINUED ON REVERSE SIDE

| 38. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 39. DATE INVESTIGATION COMPLETED / TIME | | | 42. SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|---|
| Area 5 V/C | DAY 15 | MONTH SEPT | YEAR 88 / 2010 | Sgt Martinez | |
| 40. REPORTING OFFICER (Print or Type) STAR NO. | 41. REPORTING OFFICER (Print or Type) STAR NO. | | | SIGNATURE | |
| G. LETTON 3940 | A. E. ELLIOTT 12312 | | | | |
| SIGNATURE | SIGNATURE | | | DATE DAY 15 | MONTH SEPT | YEAR 88 | TIME 2035 |

CPD-11.406 (Rev. 9/83) — RACE CODES: 1-BLACK, 2-WHITE, 3-BLACK-HISP., 4-WHITE-HISP., 5-AMER. INDIAN/ALASK. NAT., 6-ASIAN/PACIFIC ISL.

Wror-00012

CRIME LABORATORY DIVISION/CHICAGO POLICE

| OFFENSE OR INCIDENT | | | UCR | AREA-DIST | AT | DATE OF THIS REPORT |
| --- | --- | --- | --- | --- | --- | --- |
| LOCATION OF OFFENSE/INCIDENT | | LOC. CODE | INVESTIGATOR | | STAR NO. | UNIT |
| VICTIM(S) NAME | | | OFFENDER(S) NAME | | | |
| 1. | | | | | | |
| 2. | | | | | | |

| INVENTORY DISTRICT/AREA | DESCRIPTION | | CLASS CHARACTERISTICS | S / NS |
| --- | --- | --- | --- | --- |

SUBMITTED BY—NAME        STAR NO.    DATE

NO. REC'D.       EXHIBIT(S)

FIRED BULLETS

DISCHARGED CART. CASES

EXHIBIT NO.

     SHOTGUN SHELLS

DATE REC'D.

     WADDING

---

SUBMITTED BY—NAME        STAR NO.    DATE

NO. REC'D.       EXHIBIT(S)

FIRED BULLETS

DISCHARGED CART. CASES

EXHIBIT NO.

     SHOTGUN SHELLS

DATE REC'D.

     WADDING

---

SUBMITTED BY—NAME        STAR NO.    DATE

NO. REC'D.       EXHIBIT(S)

FIRED BULLETS

DISCHARGED CART. CASES

EXHIBIT NO.

     SHOTGUN SHELLS

DATE REC'D.

     WADDING

---

CONCLUSIONS—IN THE OPINION OF THE EXAMINER

R. D. NO.

FIREARMS EXAMINER (PRINT)          FIREARMS EXAMINER (SIGNATURE)

CPD-33.405 (Rev. 3/86)          PAGE

Wron 00013

ASVC

Wron 00014

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and its distribution (include Property inventory number, nickname, sex, race code, age, height, weight, color eyes & hair, compl scars, marks, etc. If suspect is arrested, give name, sex, race code, age, or I.R. number, if known, and state "In Custody."

# SUPPLEMENTARY REPORT
## CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE–TIME
DAY 27 MO. Aug YR. 88 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☐2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| HOMICIDE/MURDER | 0110 | 3324 W. Cortland Ave. | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒☒ YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTINE, Felix | | | | 5055 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| In Auto/Street | 304 | 1 | DNA |

**(Property and other coded fields section:)**

11. ☒ EVENT ☐ UPDATE TO
12. OBJECT/WEAPON — CODE NO.
13. FIREARM FEATURES — CODE NO.
14. POINT/ENTRY — CODE NO.
15. POINT/EXIT — CODE NO.
16. BURGLAR ALARM — CODE NOS.
17. SAFE BURGLARY METHOD — CODE NO.
18. IF RESIDENCE WHERE WERE OCCUP. — CODE NO.

19. DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED
FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

PROPERTY:
☐ VERIFIED / DNA
1 MONEY ☐ T $ ☐ R
2 JEWELRY ☐ T $ ☐ R
3 FURS ☐ T $ ☐ R
4 CLOTHING ☐ T $ ☐ R
☐ UPDATE TO
9 HOUSEHOLD GOODS ☐ T $ ☐ R
0 CONSUM. GOODS ☐ T $ ☐ R
( ) FIREARMS ☐ T $ ☐ R
8 NARC./DANGEROUS DRUGS ☐ T $ ☐ R
7 OFFICE EQUIPMENT ☐ T $ ☐ R
8 TV, RADIO, STEREO ☐ T $ ☐ R
5 OTHER ☐ T $ ☐ R
6 NONE ☐ T ☐ R

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN CUSTD YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| VICTIMS UPDATE ONLY 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| OFFENDERS UPDATE ONLY 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D.NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D.NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

33. OFF'S. VEHICLE ☐ USED ☐ STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE

34. SERIAL NOS. OR IDENTIFICATION NOS. ☐1 DNA ☐2 VERIFIED ☐3 CORRECTED

**D.N.A.**

LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☐X FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☐X PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|

STATUS CONT'D. ☐3 CLRD. CLOSED ☐4 CLRD. OPEN 5 EXC. ☐ CLRD. CLOSED 6 EXC. ☐ CLRD. OPEN 7 CLSD. ☐ NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

60. NARRATIVE

THIS IS A CAUSE OF DEATH REPORT:

MEDICAL EXAMINERS CASE NUMBER:            300 Sept 1988

DATE OF AUTOPSY:            16 Sept 1988

PATHOLOGIST:            DR. CHOI

CAUSE & MANNER OF DEATH:            MULTIPLE GUN SHOT WOUNDS/HOMICIDE

INVESTIGATION:            On todays date Dr. CHOI performed an

autopsy on the body of Felix VALENTINE.

(Cond't Page Two)

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY 16 MO. Sept YR. 88 | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. 73 |
|---|---|---|---|---|
| D.N.A. | | | | |
| 93. REPORTING OFFICER (PRINT NAME) Det. T. LAZAR | STAR NO. 5355 | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | |

SIGNATURE: *T. Lazar*            SIGNATURE

95. DATE APPROVED (DAY-MO.-YR.) 20 SEP 1988 | TIME

CPD-11.411-B (Rev. 8/85)            *MUST BE COMPLETED IN ALL CASES

Wn 00015
LEONARD
CRC □ 228

HOMICIDE/Murder (0110)                    PAGE TWO                    K-371-955

VALENTINE, Felix  M/WH                                               16 Sept 88


INVESTIGATION COND'T:

External and internal examination has revealed
the presence of Eleven (11) gun shot wounds;
#1, gun shot wound entrance to the back of the
head 7" below the top and at the midline, lodged.
#2, gun shot wound entrance to the upper left
back 4" to the left of midline.
#3, gun shot wound entrance to the upper left
back 2" to the left of midline.
#4, gun shot wound entrance left back 4" to the
left of midline.
#5, gun shot wound entrance left back 2" to the
left of midline.
#6, gun shot wound entrance left back 1½" to the
left of midline.
#7, gun shot wound entrance left back 1" to the
left of midline.
#8, gun shot wound entrance left back 1" to the
left of midline.
#9, gun shot wound entrance back at the midline.
#10, gun shot wound entrance back at the midline.
#11, graze wound upper right upper back.

Internal examination also revealed the presence
of Six (6) small caliber lead bullets which were
recovered by Dr. CHOI and then invantoried by
Crime Lab Personnel.

Upon complection of the autopsy Dr. CHOI has
determined that the cause of death was due to
MULTIPLE GUN SHOT WOUNDS and the manner of death
is HOMICIDE.

This is a progress report.....


Report of Det. T. LAZAR # 5355, FID

Wron 00016

CASE # 300 Sept 1988
VALENTINE, Felix M/WH
RD# K-884-369





I. E. CASE #: 300 Sept 1988

PATHOLOGIST: DR. CHOI

CAUSE & MANNER OF DEATH: MULTIPLE GUN SHOT WOUNDS/HOMICIDE

INJURIES: Eleven (11) gun shot wounds(see format)

EVIDENCE: Six (6) small caliber (.22 Cal) lead bullets recovered and inventoried.



Wron 00017

PROPERTY INVENTORY NO. 524882
CPD-34.523 (Rev. 8/71)
CPD-34.523 (RNC 8/71)

INVENTORY NO. 524882

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY

UNIT

CRIME LABORATORY NO. ☐ NONE

CROSS REFERENCE

U.S.C. ONLY

| INV. NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 1 | 16 | SEALED BULLET ENVELOPE |
| | | ME # 300 SEP 2588 |
| | | VALENTINE FELIX M/WH/16 |

DATE / DAY / MONTH / YEAR / R.D. NO.
RECOV'D SEP 5 55 / K 571-935

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

TOTAL CASH U.S.C. ........ CENTS

DIRECTIONS

CHECK ALL BOXES APPLICABLE

☐ U.S. CURRENCY TO BE DEPOSITED — ☐ C.P.D. CONTINGENCY FUND MONEY ☐ GAMBLING RAID SEIZURE ☐ MEDICAL R'S PROPERTY

MISC. CURRENCY ☐ HELD IN ORIGINAL FORM — DO NOT DEPOSIT —

☐ FELONY STATE CHARGE(S) ☐ JUVENILE ☒ HOMICIDE ☐ ARSON ☐ NARCOTICS & RELATED

☐ MISDEMEANOR ☐ MANSLAUGHTER

RECOVERED/SEIZED FROM — NAME ___ DR CHOI-CCM ___ AT ___ ADDRESS

☐ DECEASED ☐ ARRESTED

OWNER'S NAME ___ ADDRESS ___ TELEPHONE NO.

FOUND BY — NAME ___ ADDRESS ___ TELEPHONE NO.

☐ CHECK IF C.P.D.

☒ HOLD FOR INVESTIGATION RICK WECK # 15200 651

1ST RECOVERING OFFICER — STAR NO.— UNIT ___ SIGNATURE ___ 1ST OFFICER'S NAME ___ STAR NO. UNIT

☐ PROPERTY OWNER NOTIFIED ON ___ DAY MONTH YEAR

☐ TO PICK UP PROPERTY WITHIN 30 DAYS ☐ HOW NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL

2nd OFFICER'S NAME ___ SIGNATURE ___ STAR NO. UNIT

TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)

FINAL DESTINATION OF PROPERTY ☐ MEDICAL EXAMINER ☐ AUTO POUND NO.

VIA ☐ POLICE MAIL ☐ RECOVERING UNIT PERSONNEL ☒ EVID/LAB TECHNICIAN

☐ E. & R.P.S. PICKUP ☐ CRIME LABORATORY

PROPERTY RECOVERED BY: SIGNATURE ___ STAR NO. DATE 16 SEP 88 TIME 1520

APPROVING DESK SERGEANT

ATTACH THIS COPY TO COURT PAPERS

SEIZURE WITHOUT SEARCH WARRANT

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY.

ATTACH THIS COPY TO PINK COPY OF ARREST REPORT.

GIVE COPY NO. 4 TO ARRESTEE, IF NOT ACCEPTED ATTACH TO THIS COPY.

SEE COPY 4 FOR NOTICE TO FINDER

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY.

ATTACH THIS COPY TO SEARCH WARRANT

SEIZURE WITH SEARCH WARRANT

ATTACH COPY NO. 4 TO THIS COPY.

Wron 00018

STATE OF ILLINOIS } ss.
COUNTY OF COOK }

## INVENTORY OF THINGS SEIZED IN SEARCH
### (WITHOUT SEARCH WARRANT)

On _____, 19____, I arrested _____

at _____ and the things

listed on the reverse side of this sheet were seized.

Officer _____ Star No. _____ Unit _____

---

STATE OF ILLINOIS } ss.
COUNTY OF COOK }

THE CIRCUIT COURT OF COOK COUNTY

## SEARCH WARRANT INVENTORY

On _____, 19____ at _____ (A.M.) (P.M.)

I _____ executed a search
_(Officer)_

warrant signed by _____
_(Judge)_

on _____, 19____ at _____ (A.M.) (P.M.) which

directed that (the person of _____ and)

_____ be searched and the following seized:
_(premises)_

_____

_____

_____

In executing said warrant I seized the things listed on the reverse side of this sheet from the person on premises

described above and have returned the same before _____
_(Judge)_

on _____, 19____

Officer _____ Star No. _____ Unit _____

Signed and sworn to before me on _____, 19____

Wron 00019



**Chicago Police Department**

Garry F. McCarthy
Superintendent

Ralph M. Price
General Counsel
Office of the Superintendent

William E. Bazarek
First Assistant General Counsel

Office of Legal Affairs
3510 S. Michigan Avenue, 5th Floor
Chicago, Illinois 60653

Office: (312) 745-6115
Fax: (312) 745-6995

Date: 7 June / 2

# Office of Legal Affairs

Fax Cover Sheet

To: ____C | O____

____Area North____

From: ____Mary Beth Majka____

Fax: ____4-5130____

Phone: _____

Re: ____Rivera v City____

____12 C 4428____

Number of Pages including Cover Sheet: 

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering that message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this document is strictly prohibited.

If this fax has been misdirected or contains errors, please call (312) 745-6115.

Wron 00020
Opt-Out: +

## OFFICE OF THE SUPERINTENDENT/OFFICE OF LEGAL AFFAIRS
### Request for Information

To: Commander/Commanding Officer        7 June 2012
       Area North
       Gang Crimes

From: Mary Beth Majka
       Paralegal II
       Phone 745-6115      Pax 0245     Fax 745-6995

Case: Rivera v. City               12 C 4428

## PLEASE FORWARD A COPY OF THE FOLLOWING ALONG WITH THIS FORM TO:

Office of Legal Affairs
3510 South Michigan Avenue, Room 5092 NE
Chicago, Illinois 60653

**Please provide a copy of the entire Area File/Investigative File including all GPR's**
**RD K 371955 (1988) murder**
**27 August 1988**
**3324 W. Cortland**

Please respond by: 21 June 2012

If any of the above requested documents <u>cannot be provided</u>, please submit a To/From Subject Report, approved by the unit commanding officer, regarding the results no later than the date given above.

**ALSO, UPON RECEIPT OF THIS DOCUMENT, PLEASE SIGN, DATE , AND FAX TO THE OFFICE OF LEGAL AFFAIRS: ATTN: MARY BETH MAJKA AT (312) 745-6995**

SIGNATURE: _____ DATE: _____

Wron 00021
Opt-Out: +

CASE REPORT
CHICAGO POLICE

BATTERY

10.4.1 A AGGRAVATED : HANDGUN

1. ADDRESS OF OCCURRENCE
3.3.24 / W. STREET COURTLAND
SLEET

TYPES OR LOCATION OR PREMISES WHERE OFFENSES OCCURRED GIVE NAME OF LOCATION IF APPLICABLE

| VICTIM | 21. NAME (LAST-FIRST-M.I.) | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX-RACE-AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. TIME AVAIL | 27. OCCUPATION |
|---|---|---|---|---|---|---|---|
| 1 | VALENTIN, FELIX | 1458 N CAMPBELL | M 4.16 | | None | A Nj | |

OFFENDERS NAME (OR DESCRIBE CLOTHING, ETC.)

| | 41. OFFENDER'S NAME (LAST-FIRST-M.I.) | 42. HOME ADDRESS | 43. SEX-RACE-AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL | MARKS, SCARS, ETC. | 48. D.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|
| | VALENTIN, ISRAEL | 3324 W Cortland 1st | M/H/22 | 5-11 | 235 | | | A N | | |
| | LOPEZ, MACIO | 1458 N Cortland | M/Y/85 | 5-10 | 170 | | | | | |

DRINKER A L O — K L — — K

NARRATIVE
SEE NARRATIVE

Opt-Out: +

Wr6n 00022

PERMANENT RETENTION FILE

Wron 00023

Opt-Out: +

PERMANENT RETENTION FILE

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

28 AUG 1988

K 371-9555

To: 13127445130    06/07/12: 03:25 PM    Page    5 of 6
Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 25 of 70 PageID #:14375



Wroh 00024
Opt-Out: +

K371-955

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

**PERMANENT RETENTION FILE**

Wron 00025

Opt-Out: +

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 27 of 70 PageID #:14377

# SUPPLEMENTARY REPORT
CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE - TIME
• DAY MO. YR.
27 AUGUST 1988 1545

| 1. OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒☒ VERIFIED ☐ CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| (BATTERY/AGGRAVATED HAND GUN) | (041 A ) | 3320 W Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | CORRECT ☒☒ YES ☐ 2 NO | IF NO, CORRECT ALL VICTIM INFOR- MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐ 1 YES ☒☒ NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5548 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

| 11. ☐ VERI- ☒☒ FIED | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP |
| ☐ UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| | 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO |
|---|---|---|---|---|---|---|
| ☐ VERIFIED | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ |
| ☐ DNA | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R |
| ☐ UPDATE TO | 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | 1 FIREARMS | & NARC./DANGEROUS DRUGS | 5 OTHER | 6 NONE |
| | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T $ | ☐ T |
| | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R |

| | 20. NAME (LAST—FIRST—M.I.) | 21. I UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX—RACE—AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. NO. JUVD. YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX—RACE—AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. RIVERA, JACQUES | 4231 W Division | M WH 23 | 5'10 | 175 | brn | brn | olive |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A NO. | OFFENDER IREL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER IREL. CODE | 32. NO. ARREST UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. 8112-639 | 614010 | 24 | OFF. 2 | | | |

| 33. OFF'S VEHICLE YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | 88CR1543601 | | |

| 34 SERIAL NOS. OR IDENTIFICATION NOS. | ☐ 1 DNA | ☐ 2 VERIFIED | ☐ 3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | 53. STATUS | | |
|---|---|---|---|---|---|---|
| HOMICIDE/1st Degree | 0110 | DNA | ☒☒ FIELD ☐ SUMMARY | UNIT NO. 652 | ☐ 0 PROGRESS | ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

STATUS CONT'D.
| ☐ 3 CLRD. CLOSED | ☒☒ 4 CLRD. OPEN | ☐ 5 EXC. CLRD. CLOSED | 6 EXC. ☐ CLRD. OPEN | 7 CLSD. ☐ NON- CRIM. | 54. IF CASE CLEARED, HOW CLEARED |
|---|---|---|---|---|---|
| | | | | | ☐ 1 ARREST & PROSEC. ☐ 2 DIRECTED TO JUV. CRT. ☐ 3 COMPL. RFUSD. TO PROSECUTE ☐ 4 COMMUNITY ADJUSTMENT ☐ 5 OTHER EXCEPT. ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

FIELD INVESTIGATION/ CLEARED by ARREST, OPEN

IN CUSTODY:

RIVERA, Jacquez nmi M/WH/age 23, dob: 30 Apr ▓

4231 W. Division, 5'9, 160 lbs, brown eyes,

brown hair, IR# 614010    CB# 8112-639.

ARRESTING OFFICERS:    Det. William Dorsch #4257    Area Five Violent Crimes

Det. John Boyle #6945    "

GCSp. R. Guevara #16345    Gang Crimes North

GCSp. S. Gawrys #16899    "

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED — DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| nomeal | 15 Sept 88 | 2300 | SGT. R. WEINGART | #865 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. W. Dorsch | 4257 | Det. J. Boyle | 6945 | |

| SIGNATURE | SIGNATURE | 95 DATE APPROVED (DAY -MO -YR.) | TIME |
|---|---|---|---|
| W. Dorsch | | 16 SEP 1988 | |

CPD-11.411-B (Rev. 8/85)    *MUST BE COMPLETED IN ALL CASES

Wron 00026

Detective Division
Area Five Violent Crimes

September 1988
RD# K 371-955

page two

Date, Time & Location of Arrest:     15 Sept 88 at 1930 hrs, 5555 W. Grand.

Charges, Ct. Branch & Date:          Murder, Chapter 38-9-1a to appear in
                                     Branch 66 on 16 Sept 88.

Injuries:                            Multiple gun shot wounds to upper body.
                                     (see attached supplementary report)
                                     Cook County Hospital notified this office
                                     on 14 Sept 88 that the victim in this
                                     incident had been pronounced dead at
                                     1156 hrs by Dr. SHARKEY from multiple
                                     gun shot wounds.

Notifications:                       Medical Examiner Swartz ME# Sept 300
                                     ASA Rosner
                                     Sgt. Christian , Area Five Youth

Re-Interviewed:                      LOPEZ, Orlando M/WH/age 12, dob 17 May
                                     3320 W. Cortland, ph# 235-8434
                                     student at Mozart School.

Investigation:                       The undersigned reporting detectives
                                     were assigned by Sgt. RINALDI #2073
of Area Five Violent Crimes to continue into the investigation related to RD#K 371-955
upon learning that the victim in this incident had died as a result of the multiple
gun shot wounds that he received on 27 August 1988.
                                     Upon reviewing the case file the R/S's
contacted Gang Crimes North to notify them of the death of the victim and request
there assistance in locating the offenders in this incident along with known witnesses.
                                     On 15 Sept 88 the subject known as
Jacques RIVERA was located and requested that he accompany us into Area Five to
continue this investigation. He agreed to do so and was brought into Area Five by
GCSp Guevara and Gawrys. Upon his arrival he was informed that the victim in this
incident had died of his wounds and that it was necessary to speak with him further
and request that he participate in a line up. He agreed to cooperate and was allowed
to wait in an interview room until the arrival of a witness to this incident could
arrive to view a line up.
                                     At app 1915 hrs a line up was conducted
and the subject Jacques RIVERA was positively identified as the person who while armed
with a handgun had shot the victim numerous times. At this time he was notified of
the charges against him and advised of his rights per Miranda to which he replied
that he understood. He was asked if he wanted to cooperate further in  this
investigation at which time he stated that he wanted to speak to his lawyer. At this
time all questioning ceased.

Wron 00027

## page three

Investigation Con't:

ASA Julie ROSNER was notified and responded to Area Five. Upon reviewing the file and interviewing the witness and police officers the charge of MURDER was approved against the subject, Jacques RIVERA.

Do to the fact that charges for Murder have been approved the undersigned requests that this case be classified as CLEARED, OPEN.

Det. William Dorsch #4257

Det. John Boyle #6945

Wron 00028

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 30 of 70 PageID #:14380

Inventory numbers). If property taken was sealed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname...in Custody.

## SUPPLEMENTARY REPORT
### CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

**4. DATE OF ORIG. OCCURRENCE–TIME**
DAY 27 MO. Aug YR. 1988 1545

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I–UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☒ VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | 3320 W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | | CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR-MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|---|
| VALENTIN, Felix | | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| ALLEY | 092 | 1 | 2 |

**CIRCUMSTANCES:** ☒11. VERIFIED ☐UPDATE TO — dna

| 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE INMATE OCCUR. |
|---|---|---|---|---|---|---|
| CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

**19. PROPERTY** DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

☐ VERIFIED ☐ UPDATE TO

| 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
| 9 HOUSEHOLD GOODS ☐T $ ☐R | 10 CONSUM. GOODS ☐T $ ☐R | 11 FIREARMS ☐T $ ☐R | 8 NARC./DANGEROUS DRUGS ☐T $ ☐R | 5 OTHER ☐T $ ☐R | 6 NONE ☐T ☐R |

### VICTIMS UPDATE ONLY

| | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. OWNED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

### OFFENDERS UPDATE ONLY

| | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 33. NO. ARREST/UNIT NO. |
|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | |

| 33. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

| 34. SERIAL NOS. OR IDENTIFICATION NOS. | ☐1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED ☒1 FIELD ☐3 SUMMARY | UNIT NO. 652 | 53. STATUS ☒ PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |
|---|---|---|---|---|---|
| DNA | | DNA | | | |

| STATUS CONT'D. | 54. IF CASE CLEARED, HOW CLEARED | | | | |
|---|---|---|---|---|---|
| ☐3 CLRD. CLOSED ☐4 CLRD. OPEN ☐5 EXC. CLRD. CLOSED ☐6 EXC. CLRD. OPEN ☐7 CLSD. NON-CRIM. | ☐1 ARREST & PROSEC. | ☐2 DIRECTED TO JUV. CRT. | ☐3 COMPL. RFUSD. TO PROSECUTE | ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. | ☐ ADULT ☐ JUV. |

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

Wanted for Questioning: RIOS, Jose/M-WH/24-30Apr⬛/IR 614 010
LKA 4448 W. Cortez, Nickname "Ace".
AKA RIVERA, Jaques.

Evidence: 5 Recovered .22 cal shell casings at
mouth of alley. (524 226 CL)
Photos of Scene
Photos of Victim's Vehicle.

Personnel Assigned: M.B. 9601 Tech D. Keating #8788
Tech J. McDonald #6989
M.B. 5537 Det. J. Leonard #5629
Det. G. McLaughlin #8086

Interviewed: LOPEZ, Orlondo/M-WH-3320 W. Cortland
N/P-12-17May⬛/Student Mozart School

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 29 Aug 1988 | 2355 | | 2073 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | DATE APPROVED (DAY, MO., YR.) | TIME |
|---|---|---|---|---|---|---|
| Gillian McLaughlin 8086 | | John Leonard | 5629 | | 29 AUG 1988 | |

SIGNATURE — SIGNATURE

CPD (1-411-B (Rev. 8/85) *MUST BE COMPLETED IN ALL CASES

K 371 955

Wron 00029

CRC ☐ 228

Detective Division                    Page 2                         29 August, 1988
Area 5 Violent Crimes                                                K 371 955

BATTERY/Aggravated handgun
VALENTIN, Felix

Victim's Vehicle:                      1973 MAZDA 2 Door Sedan Red in Color Ser #
                                       S124A162930 Bearing No License/Relocated after
                                       accident via towtruck to vacant lot at Wabansia
                                       Washtenaw.

Investigation:                         The undersigned detectives, in continuation of
                                       the investigation of the above captioned incident;
                                       interviewed an eye-witness who stated in essance
LOPEZ, Orlondo                         but not verbatim that on date and time of this
                                       incident; LOPEZ was coming from the store at corner
of Kimball and Cortland.  LOPEZ observed a copper colored GM-type car coming out of the
alley, traveling northbound at approximately 3319 W. Cortland.  The vehicle turned east-
bound on Cortland and stopped at approximately 3311 W. Cortland.  LOPEZ indicated that
said vehicle contained 2 M/WH's one of whom exited from the passenger's side of the
vehicle and began to walk toward 3320 W. Cortland where the victim was seated behind
the wheel of his vehicle.  Suddenly, the M/WH began to run toward vehicle and LOPEZ
noticed a gun in M/WH's hand.  LOPEZ believed he heard three (3) shots but indicated
that they were not very loud.  LOPEZ indicated that LOPEZ saw the victim lean forward
and to the right in the vehicle which victim had been seated.

                                       LOPEZ informed R/D's that LOPEZ could identify
                                       the shooter because LOPEZ recognized the shooter
                                       as a M/WH who played baseball at Humboldt Park
and LOPEZ had observed him there on a few occassions.  LOPEZ did not know shooters
name but was aware that shooter was affiliated with the Latin Kings.  LOPEZ then viewed
books and made an identification of one RIOS, Jose  (16-D LATIN KING Page 40-D) as the
M/WH who exited the copper car and shot the victim.  At this time there is no identifi-
cation of the driver.

                                       The scene was processed by 9601 and five (5)
                                       .22 cal shell casings were found and photographs
                                       were taken.  The victim's car was photographed
at Wabansia and Washtenaw where it had been relocated after the accident.  A canvass
of the 3322 W. Cortland occupants on 1st, 2nd and 3rd floors revealed negative results.
3300-3318 W. Cortland is an abandoned building.  3301-3319 W. Cortland is a vacant lot.
The residents at 3321 W. Cortland heard and saw nothing.

                                       An active search of the suspect shooter is being
                                       undertaken by R/D's and GCSP.  This investigation
                                       continues.......

Wron 00030

Inventory numbers). If property taken was scribed for Operation Identification, indicate I.D. number at end of Narrative. Offender's approximate description, if possible, should include name if known, nickname ... Custody.

| SUPPLEMENTARY REPORT | | | All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise. | | 4. DATE OF ORIG. OCCURRENCE–TIME |
|---|---|---|---|---|---|
| CHICAGO POLICE – FOR USE BY B.I.S. PERSONNEL ONLY | | | | | DAY 27  MO. Aug  YR. 1988  1545 |

| 1. OFFENSE/CLASSIFICATION LAST PREVIOUS REPORT | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE ☐1 VERIFIED ☒2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|
| BATTERY/Aggravated Handgun | 041 A | (3320) W. Cortland | 1422 |

| 5. VICTIM'S NAME AS SHOWN ON CASE REPORT | I CORRECT ☒1 YES ☐2 NO | IF NO, CORRECT ALL VICTIM INFOR. MATION IN BOXES 20 THROUGH 27. | 6. FIRE RELATED ☐1 YES ☒2 NO | 7. BEAT ASSIGNED |
|---|---|---|---|---|
| VALENTIN, Felix | | | | 5537 |

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| (ALLEY) | (092) | 1 | 2 |

| CIRCUMSTANCES | 11. ☒ VERI-FIED ☐ UPDATE TO | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP. |
|---|---|---|---|---|---|---|---|---|
| | dna | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |

| PROPERTY | 19. ☐ VERIFIED ☐ UPDATE TO | DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED |  FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT. |
|---|---|---|---|

| | 1 MONEY ☐T $ ☐R | 2 JEWELRY ☐T $ ☐R | 3 FURS ☐T $ ☐R | 4 CLOTHING ☐T $ ☐R | 7 OFFICE EQUIPMENT ☐T $ ☐R | 8 TV, RADIO, STEREO ☐T $ ☐R |
|---|---|---|---|---|---|---|
| | 9 HOUSEHOLD GOODS ☐T $ ☐R | 0 CONSUM. GOODS ☐T $ ☐R | 1 1 FIREARMS ☐T $ ☐R | 1 & NARC./DANGEROUS DRUGS ☐T $ ☐R | 1 5 OTHER ☐T $ ☐R | 1 6 NONE ☐T ☐R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. ARMED YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | I OFFENDER (REL. CODE) | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED/UNIT NO. | ARREST. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE ☐USED ☐STOLEN | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|

| 34. SERIAL NOS. OR IDENTIFICATION NOS. ☒1 DNA | ☐2 VERIFIED | ☐3 CORRECTED | LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE |
|---|---|---|---|

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. | 53. STATUS |
|---|---|---|---|---|---|
| DNA | | DNA | ☒ FIELD ☐3 SUMMARY | 652 | ☒ 0 PROGRESS ☐1 SUSPENDED ☐2 UNFOUNDED |

| STATUS CONT'D. ☐3 CLRD. CLOSED | 5 EXC. ☐4 CLRD. OPEN | ☐5 EXC. CLRD. CLOSED | 6 EXC. ☐CLRO. OPEN | 7 CLSD. ☐NON-CRIM. | 54. IF CASE CLEARED, HOW CLEARED ☐1 ARREST & PROSEC. ☐2 DIRECTED TO JUV. CRT. ☐3 COMPL. RFUSD. TO PROSECUTE ☐4 COMMUNITY ADJUSTMENT ☐5 OTHER EXCEPT. | ☐ADULT ☐JUV. |
|---|---|---|---|---|---|---|

55. ☐ FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

**80. NARRATIVE**

Victim:   VALENTIN, Felix/16-05Jan███/1458 N. Campbell
235-1821/ Student Diego School/CAMPBELL BOY

Wanted:   #1-M/WH/18-22/brn eyes/dk hair/black jean
type jacket/dark pants/gym shoes

#2-M/WH/18-22-no further description at
this time (driver)

Injuries:   10 GSW in back/2 exit wounds front chest
6 pellets lodged in chest cavity
Critical Condition

Taken To:   Norwegian American Hospital where victim

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY  MO.  YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 27 August 1988 | 2355 | S. ███ | 2056 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE | | |
|---|---|---|---|---|---|---|
| Gillian McLaughlin | 8086 | John A. Leonard | 5629 | | 95. DATE APPROVED (DAY–MO.–YR.) 30 AUG 1988 | TIME 1625 |

| SIGNATURE | SIGNATURE |
|---|---|
| | |

CPD-11.413-B (Rev. 8/85)   *MUST BE COMPLETED IN ALL CASES

Wron 00031   CRC ☐ 228

K 371 955  35. R.D. NO.

Detective Division                    Page 2                              27 August, 1988
Area 5 Violent Crimes                                                     K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Taken To:  cont.                      was stabilized and then transfered to Cook
                                      County Hospital.  Victim taken to Hospital
                                      by brother, Israel.  Dr. Perez treated victim
                                      at Norwegian American Hospital.

Weapon:                               Unknown type handgun

Location:                             ALLEY adjoining 3320-22 N. Cortland

Date & Time:                          27 August, 1988/1545 hours

Weather & Lighting:                   Overcast-Raining/Natural

Manner/Motive:                        Multiple Gun Shot Wounds/Gang Retaliation

Vehicle Used:                         Older Model GM type car (medium-full size)
                                      copper color

Evidence:                             None at this time   (victim's car not processed)

Personnel Assigned:                   M.B.   1413   P.O. E. Crawford   15602
                                                    P.O. S. Machain     7963
                                      M.B.   4629   GCSP D. Noon        5410
                                                    GCSP J. Guzman      8728
                                      M.B.   4626   GCSP J. Sparks     14879
                                                    GCSP P. Zacharias  15994

Interviewed:                          VALENTIN, Israel/1458 N. Campbell/235-1821
                                      DOB 1 June ████/CAMPBELL BOYS

Investigation:                        On today's date at approximately 1715hrs, R/D's
                                      received a radio assignment to go to Norwegian
                                      American Hospital on a man shot.  The undersigned
responded accordingly and upon arrival located beat personnel who informed R/D's that
they had been called to the hospital and had not been to the original scene.  It should
be noted that an Evidence Tech was not called to the scene because the victim's car is
missing;  Family members may have relocated car but this cannot be confirmed.  The beat
personnel also indicated that the victim was in critical condition and unable to verba-
lize but was motioning yes and not to questions.

                                      R/D's went into the emergency room and spoke with
                                      Dr. Perez who informed R/D's that in his opinion,
                                      the victim had ten (10) GSW in back; two (2)
exit wounds in chest (front left) and six (6) pellets remained in chest cavity.  Dr.
Perez showed R/D's the X-Ray of victim and the pellets appeared in upper center chest
cavity.  Dr. Perez further indicated that the victim had to be relocated to another
facility for further treatment due to the not-trauma status of Norwegian American Hospital.

Detective Division          Page 3                    27 August 1988
Area 5 Violent Crimes                                           K 371-955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation:                           Dr. Perez further indicated that if the victim
                                     survived his injures he would most likely be
                                     paralyzed from the waist down. The victim was
spoken to briefly concerning identification and number of offenders. Victim indicated
by nodding to simple questions. Victim was transfered to Cook County Hospital where
he is presently undergoing surgery.

                                     R/D's then interviewed the brother of the victim
VALENTIN, Israel                         who stated in essance but not verbatim that on
                                     date and time of incident ISRAEL and victim had
driven to ISRAEL's girlfriends home (3320 N. Cortland) to pick her up in order to at-
tend a friend's wedding. ISRAEL indicated that the victim was driving. Upon arrival
at 3320 N. Cortland; ISRAEL exited the vehicle and went inside of same address. A few
minutes later; not more than five (5), ISRAEL came back outside to the car. As he ap-
proached the vehicle, ISRAEL noted that the victim was not visible. ISRAEL then ascer-
tained that his brother had been shot. ISRAEL indicated that ISRAEL did not hear any
gun shots and ISRAEL was on first floor apartment. ISRAEL told his girlfriend to call
the police and ISRAEL pushed his way into the car and attempted to drive his brother.
to the hospital. At approximately 1200-1300 N. Kedzie ISRAEL encountered a few parked
cars and was unable to transport his brother to the hospital (RD K875 233). ISRAEL
abandoned the vehicle and an unknown citizen took ISRAEL and his brother to the hospital.
It should be noted that as of this time the victim's car has not been located to be
processed.

Investigation Continues.........

# SUPPLEMENTARY REPORT

CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

4. DATE OF ORIG. OCCURRENCE-TIME
• DAY NO. YR.
27 Aug 1988 | 1545

| 1. OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | | I-UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | X 1 VERIFIED 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|---|---|---|
| BATTERY/Aggravated Handgun | | 041 A | 3320 W. Cortland | | 1422 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT
VALENTIN, Felix

CORRECT X 1 YES 2 NO

IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

6. FIRE RELATED 1 YES X 2 NO

7. BEAT ASSIGNED
5537

| 8. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE | 9. NO. OF VICTIMS | 10. NO. OF OFFENDERS |
|---|---|---|---|
| Alley | 092 | 1 | 2 |

| 11. VERIFIED X | 12. OBJECT/WEAPON | 13. FIREARM FEATURES | 14. POINT/ENTRY | 15. POINT/EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUR. |
|---|---|---|---|---|---|---|---|
| UPDATE TO | CODE NOS | CODE NO. | CODE NO. | CODE NO. | CODE NOS. | CODE NO. | CODE NO. |
| dna | | | | | | | |

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

DESCRIBE PROPERTY IN NARRATIVE. T = TAKEN; R = RECOVERED

| PROPERTY | | | | |
|---|---|---|---|---|
| VERIFIED | 1 MONEY T$ R | 2 JEWELRY T$ R | 3 FURS T$ R | 4 CLOTHING T$ R | 7 OFFICE EQUIPMENT T$ R | 8 TV, RADIO, STEREO T$ R |
| UPDATE TO | 9 HOUSEHOLD GOODS T$ R | 0 CONSUM. GOODS T$ R | (I FIREARMS T$ R | & NARC./DANGEROUS DRUGS T$ R | 5 OTHER T$ R | 6 NONE T R |

| 20. NAME (LAST–FIRST–M.I.) | 21. I-UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX–RACE–AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN. J/HDD YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |

| 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |

| 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | I OFFENDER I REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 32. NO. ARRESTED | ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| USED STOLEN | | | | | | | |

34. SERIAL NOS. OR IDENTIFICATION NOS. XX 1 DNA 2 VERIFIED 3 CORRECTED — LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. 53. STATUS | | |
|---|---|---|---|---|---|---|
| DNA | | DNA | X 1 FIELD 3 SUMMARY | 652 XX | | |

X 2 PROGRESS 1 SUSPENDED 2 UNFOUNDED

STATUS CONT'D.
3 CLRD. OPEN | 4 CLRD. CLOSED | 5 EXC. CLRD. OPEN | 6 EXC. CLRD. CLOSED | 7 CLSD. NON-CRIM.

54. IF CASE CLEARED, HOW CLEARED
1 ARREST & PROSEC. | 2 DIRECTED TO JUV. CRT. | 3 COMPL. RFUSD. TO PROSECUTE | 4 COMMUNITY ADJUSTMENT | 5 OTHER EXCEPT.

ADULT JUV.

59. FOR SUMMARY CASES ONLY – THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

In Custody:

RIVERA, Jacques/M-WH-30Apr■■/AKA-ACE/4238 W.
Division/5'10/180/brn/brn/med/Employeed:
Humboldt Park Inst-Maintenance IR#614 010
CB# 8101-323

RODRIGUEZ, Jose Antonio/AKA-Chequin/2040 N.
Spaulding 1st South/5'10/120/brn/blk/light
IR# 861-858 CB# 8101-405

Arresting Officers:      RIVERA:   Det. John Leonard   5629
                                   Det. G. McLaughlin  8086
                                   GCSP R. Guevara     16345
                                   GCSP J. Fallon      5351
                                   GCSP J. Sparks      14879
                                   GCSP P. Zacharias   15994

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – DAY MO. YR. | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| Normal | 1 Sept 1988 | 0100 | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Gillian McLaughlin 8086 | | John Leonard 5629 | | |

SIGNATURE: (illegible) 8086     SIGNATURE: John Leonard

DATE APPROVED (DAY – MO. – YR.)
02 SEP 1988

CPD-11/411 8 (Rev. 8/85)     MUST BE COMPLETED IN ALL CASES

Wron 00034

CRC 228

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 36 of 70 PageID #:14386

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Arresting Officers:                   RODRIGUEZ:   P.O. LETRICH 6198   014
                                                   P.O. MORIARITY 16633 014
                                                   P.O. VERGARA    14416 014
                                                   P.O. WOJCIK      4408 014

Date, Time & Location of Arrest:      RIVERA:      30 Aug, 1988/2300/3300 N. Beach

                                      RODRIGUEZ:   31 Aug, 1988/0100/2040 N. Spaulding

Evidence:                             544008 (652)  Photos

Investigation:                        The undersigned detectives were assigned to
                                      the continuing investigation of the above cap-
                                      tioned incident.  Efforts to locate suspect
RIVERA, Jose were successful and subject was taken into custody, advised of his Miranda
Warnings and transported to Area 5.  Due to the lateness of the hour, the parents of the
witness  indicated that the daytime hours would be better for viewing of a line-up.
In light of this fact, a hold was placed on RIVERA for line-up purposes.

                                      The undersigned had been informed that another
                                      suspect was in custody (014) and hold papers
                                      had been placed on that subject, RODRIGUEZ, by
1st watch personnel in order to have witness view RODRIGUEZ in line-up.  The lateness
of the hour also prevented an interview with victim who is in surgical intensive care.

                                      On today's date, attempts were made to locate
                                      the eye witness, LOPEZ, Orlondo, in order to
                                      have subject view a line-up.  Numerous visits
to witnesses residence proved negative and family indicated that they were unaware of
his whereabouts but that subject may have been visiting his father, address unknown.
R/D's went to Cook County Hospital and attempted to converse with victim;  Verbal com-
munication was next to impossible due to ventilator hook up through mouth and throat.
Victim appeared to understand questions of a yes and no nature.  R/D's inquired of the
physcians staff if photos could be shown to victim and staff indicated yes but that the
victim is regularly medicated, and response would be dependent of that medication.  R/D's
returned to Area Five and requested 014 personnel to locate persons fitting description
of both in-custody suspects to produce a photo spread for purposes of victim identification
if possible at this time.

                                      R/D's returned to Cook County Hospital with six
                                      photos (Inv. #544-008 652).  It should be noted
                                      that the photos were numbered from one to six
but the were not shown numerically to the victim.  The victim does not have use of his
limbs and is basically paralyzed from the neck down.  Therefore photos were individually
held for victim to view (random order).  As photo's were being shown to victim it appeared

Detective Division                    Page 3                          1 Sept., 1988
Area 5 Violent Crimes                                                 K 371 955

AGGRAVATED BATTERY/Handgun
VALENTIN, Felix

Investigation Cont.:                    that the victim was having a difficult time
                                        focusing of the photos.  Victims eyes were con-
                                        stantly tearing and R/D's inquired of the staff
of victim's medication at the time.  R/D's learned that victim had been placed on a
morphine drip for the pain.  It should also be noted that the victim was in constant
motion (side to side) as the whole bed moved to help keep lungs from filling with fluid
staff indicated that victim presently in danger of contracting pneumonia.  It was then
decided to cease the photo identification until later in the week; when the physcian
indicated that the tubes would be removed from victim's throat.

                                        The following is the numerical order and names
                                        of subjects in photos.

#1  VILLAFANE, Angel/M-WH/23    21July█  / 1619 N. California

#2  OLIVERO, Carlos/M-WH/18     14May█   / 2478 N. Albany

#3  RIVERA, Jacques/M/WH/23     30Apr█   / 4238 W. Division

#4  RUIZ, George/M-WH/19        28Jan█  / 2453 N. Francisco

#5  RAMON, Lopez/M-WH/20        22Sep█  / 1424 N. Washtenaw

#6  RODRIGUEZ, Jose/M-WH/23     30Apr█  / 2040 N. Spaulding

                                        Due to the above facts and circumstances both
                                        subjects were released.  This investigation con-
                                        tinues.......

Wron 00036



Wron 00037



Wron 00038

# SUPPLEMENTARY REPORT

**CHICAGO POLICE**

All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

| 4. DATE OR ORIG. OCCURRENCE | TIME |
|---|---|
| 27 Aug 88 | 1545 |

| 1. INCIDENT OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | I.U.C.R. OFF. CODE | 2. ADDRESS OF ORIG INCIDENT OFFENSE | VERIFIED / CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|---|---|
| BATTERY:Aggravated,Handgun | 041A | 3324 W. Cortland | X VERIFIED | 1422 |

| 5. VICTIM'S SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN, Felix | X YES / 2 NO | 1 YES X 2 NO | 1464B |

| 8. VICTIM'S SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Street | 304 |

10. DESCRIBE PROPERTY IN NARRATIVE T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV RADIO, STEREO | PROPERTY INVENTORY NO'S |
|---|---|---|---|---|---|---|
| T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | |
| 9 HOUSEHOLD GOODS | 0 CONSUM. GOODS | H FIREARMS | & NARC DANGEROUS DRUGS | S OTHER | 6 NONE | |
| T $ / R | T $ / R | T $ / R | T $ / R | T $ / R | T / R | |

11. OFFENDER'S NAME (OR DESCRIBE CLOTHING ETC.) | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL.

**OFFENDERS**

| | 11. OFFENDER'S NAME | 12. HOME ADDRESS | | 13. SEX-RACE-AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RODRIGUEZ, Jose | 2040 N. Spaulding | 1st | M/4/22 | 5-10 | 120 | Brn | Blk | Lt |
| 2 | NIEVES, Felipe | Unk | | M/4/24 | 5-06 | 150 | Brn | Brn | Lt |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER 15. NO. REL. CODE ARRESTED UNIT NO. |
|---|---|---|---|---|---|
| OFF. 1 | | OFF. 2 | | | |

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| USED / STOLEN Unk | | Toyota | 2dr | Brn | UNK | UNK | |

**80. NARRATIVE**

IN SUMMARY: R/O's had occassion to interview above victim regarding above RD#. Victim

related that the person who shot him and the driver were members of the Imperial Gangster

street gang. R/O's returned to show the victim the Imperial Gangster photo album. Above

victim picked out offender#1 as the person who shot him and offender#2 as the driver of

the vehicle used. Offender#1 taken into custody,advised rights per Miranda in Spanish and

English and processed in 014.

Additional Arresting Ofcrs:WOJCIK#4408,VERGARA#14416

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED - DAY / MO. / YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 31 Aug 88 | 0230 | | |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| C.LEIRICH | 6198 | J.MORIARTY | 16633 | |
| SIGNATURE | | SIGNATURE | | 95. DATE APPROVED (DAY-MO.-YR.) | TIME |

CPD-11.411-A (REV. 8/85)     *MUST BE COMPLETED IN ALL CASES

Wron 00039

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 41 of 70 PageID #:14891 1545

| CHICAGO POLICE DEPARTMENT | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS REPORT | | 1 UCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT? | NSE VERIFIED CORRECTED | | 3. BEAT OF OCC. | |
| Murder/Homicide | | 0110 | 3320 W. Cortland | | | 1422 | |
| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | | | | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED | |
| VALENTIN, Felix | | | | ☒ YES ☐ NO | ☐ YES ☒ NO | 4627 | |
| 8. VICTIM'S/SUBJECT'S ADDRESS | | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED | | | | LOCATION CODE | |
| 1458 N. Campbell | | Alley | | | | 092 | |

| 10. PROPERTY | DESCRIBE PROPERTY IN NARRATIVE T = TAKEN, R = RECOVERED | | | | | |
|---|---|---|---|---|---|---|
| | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | 3 FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R PROPERTY INVENTORY NO(S) |
| | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 0 CONSUM. GOODS ☐ T $ ☐ R | (-) FIREARMS ☐ T $ ☐ R | & NARC/DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ T ☐ R |

| 11. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | | 12. HOME ADDRESS | 13. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| RIVERA, Jacquez | | 4231 W. Division | M 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | ARREST. UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 8112-639 | 614010 | 24 OFF. 2 | | | | | |

| 16. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

**80. NARRATIVE**

VICTIM: VALENTIN, Felix; M/WH/16; 1458 N. Campbell 3 rd. flr.

Deceased, former member of the Campbell Boys/014

DATE, TIME, LOC. OF INC: 27 Aug 88; 1545 hrs.; 3320 W. Cortland, Alley

DATE, TIME, LOC. OF ARREST: 15 Sep 88; 1930 hrs.; 5555 W. Grand, A/5 VC

OFFENDER: RIVERA, Jacquez; M/WH/23; 30 Apr ███; 5-9, 160;

AKA. RIOS, Jose; 4231 W. Division 3rd. flr.

nickname, ACE; member of Latin Kings/014

CHARGES: Murder 1st. Degree; 38-9-1a

COURT DATE & BRANCH: 16 Sep 88; 66-2

INVESTIGATION: Reporting officers along with other Gang Crime

Specialists were investigating an Aggravated

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,

and Zacharias located a witness on 29 Aug 88. This witness was brought

into Gang Crimes North to view gang photo books. On that date witness

positively identified the photo of Jose RIOS from book 16-D, page 40

☒ CONTINUED ☐ OTHER SIDE

K-371955

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED - | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| | 16 Sep 88 | 0030 | Sgt. Tingey | 1731 |
| 03. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 | |
| SIGNATURE Gawrys | | SIGNATURE R. Guevara | | 95. DATE APPROVED (DAY-MO.-YR.) 16 Sep 88 | TIME 0030 |

CPD-11.411-A (REV 8/81) *MUST BE COMPLETED IN ALL CASES

Wron 00040

INVESTIGATION CON'T: photo D, Latin King gang book. Numerous attempts were made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's were able to have victim view gang photo book were then an idetification was made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS, AKA. RIVERA,Jaqcuez on the street and he was asked to accompany r/o's to A/5 VC to stand in a line-up for Murder. Subject agreed and he was read his Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and he was positively identified as the person that shot the victim Felix VALENTIN on 27 Aug 88. Review by A.S.A. Rosner with witness, charges of 1st. Degree Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ and Felipe NIEVES and he stated to r/i's that these two individuals were not involved in this incident.

| | SUPERVISOR'S SIGNATURE | STAR NO. | DATE (DAY-MO.-YEAR) | R.D. NO. K-379955 |
|---|---|---|---|---|

I HAVE REVIEWED THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

Wron 00041

Det. Dorsch

4/15 VC

Wron 00042

Case: 1:12-cv-04428 Document #: 313-4 Filed: 09/19/17 Page 44 of 70 PageID #:14394

**1. OFFENSE** — INCIDENT—PRIMARY CLASSIFICATION

0 4 1 A  AGGRAVATED : HANDGUN

TYPE OF LOCATION: BATTERY

**3. ADDRESS OF OCCURRENCE** — DR.  STREET: 3,3,2,4 W  CORTLAND

BEAT OF OCCURRENCE: K-3 1 1 , 2 5 5

**21. NAME** (LAST—FIRST—M.I.): VALENTIN, FELIX

20. VICTIM/GUARDIAN, IF JUVENILE: BLEET

**22. HOME ADDRESS** (NO., DIR., STREET., APT. NO.): 1458 N  CAMPBELL

**24. AGE**: M, 4

**23. SEX/RACE CODE**: M/H

**5. FIRE RELATED**: □ Yes

**6. DATE OF OCCURRENCE - TIME**: DAY 27 MO AUG YR 88  13:45

**7. DATE OF OCCURRENCE - TIME**: 14:22

NR LOCATION CODE: 3, 0, 4

11. DATE O/ ARRIVED - TIME: 27 AUG 88  16:38

---

OFFENDER/WITNESS: VALENTIN, ISRAEL

21. NAME: VALENTIN, ISRAEL

22. HOME ADDRESS: 1458 N  CAMPBELL

24. AGE: M, 4  22 35 1 8 1  NONE

23. SEX: M/H

**31. DISCOVERED / WITNESSED / REPORTED OFFENSE**

**IDENTITY VERIFIED**: ☒

**51. FIREARM FEATURES**
- 01 CHROME/NICKEL
- 02 BLUE STEEL
- 03 SHORT BARREL
- 04 LONG BARREL
- 05 SAWED OFF
- 06 OTHER
- 08 UNKNOWN
- 09 DNA

**53. POINT/ENTRY**
- 01 FRONT DOOR
- 02 REAR DOOR
- 03 WINDOW
- 04 ROOF
- 05 FLOOR
- 06 SIDE DOOR
- 07 OTHER
- 08 UNKNOWN
- 09 DNA

**54. POINT/EXIT**
- 01 FRONT DOOR
- 02 REAR DOOR
- 03 WINDOW
- 04 ROOF
- 05 FLOOR
- 06 SIDE DOOR
- 07 OTHER
- 08 UNKNOWN
- 09 DNA

**55. BURGLAR ALARM**
- ☒ NONE
- ON PREMISE
- □ YES  □ NO
- ALARM CIRCUMVENTED
- □ YES  □ NO

**56. SAFE BURGLARY METHOD**
- 01 PUNCH
- 02 TORCH
- 03 EXPLOSIVE
- 04 DRILL
- 05 REMOVED

---

**NARRATIVE:**

WHILE ASSIGNED TO BEAT DISPATCH FROM DISPATCHER R/O'S OBSERVED...

VICTIM AND WITNESS #1, VALENTIN, ISRAEL, WENT TO ABOVE ADDRESS TO PICK UP VALENTIN'S GIRLFRIEND, AS THEY WERE GOING TO A WEDDING. WITNESS/VALENTIN WENT IN. WITNESS VALENTIN'S GIRLFRIEND, VICTIM WAS IN CAR. BEING A STRANGE CHILD / LIL... R/O'S OBTAINED FROM WITNESS SEPT. WITNESS VALENTIN'S DISCUSSIONS AND COULD NOT SEE HIS BROTHER... R/O'S TO PICK UP VALENTIN'S GIRLFRIEND.

SEE NARRATIVE

---

**RECOVERED PROPERTY IN NARRATIVE**

☒ USED  ☐ DISPLAYED  ☐ JUNK

**50. JEWELRY**
- 01 EXPLOSIVE
- 02 LIQUID/GAS
- 03 BOTTLE/GLASS
- 11 RAZOR
- 12 TOOL
- 13 HAND, FEET
- 14 OTHER
- 15 DNA

**T — TAKEN:**  R — RECOVERED

**40. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.)**

**42. HOME ADDRESS**

**43. SEX | RACE | AGE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. | MARKS, SCARS, ETC.**

**44. C.B./I.R. NO.**

---

57. IF RESIDENCE, WHERE WERE OCCUPANTS: 24

**58. UNUSUAL CHARACTERISTICS OF OFFENSE**

**RACE CODES**
1-BLACK  2-WHITE  3-BLACK IND./ALASK. NAT
4-WHITE HISPANIC  5-ASIAN/PACIFIC ISLANDER

**REPORTING OFFICER'S NAME (PRINT)**: J.M. CRAWFORD   STAR NO. 15602

**OFFICER'S SIGNATURE**

**STAR NO.**: 7963

91. SORRETY OF VICTIM: ☒ NO
97. SUPERVISOR APPROVING (PRINT NAME)

Wron 00043

Wron 00044

**EVIDENCE REPORT**
CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | | | | OTHER NO. | | RD NO. K 371 9554 | |
|---|---|---|---|---|---|---|---|---|

| OFFENSE OR INCIDENT | IUCR | | AREA-DIST.-BEAT | | | DATE RECEIVED | TIME |
|---|---|---|---|---|---|---|---|
| HOMICIDE/ 1st DEGREE | 0110 | 5th | 025 | 5548 | 15 Sep 88 | 1710 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | TIME |
|---|---|---|---|---|
| LINE UP PHOTOS | 652 | MILLER | 15 Sep 88 | 1915 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | TIME |
|---|---|---|---|
| AREA FIVE VIOLENT CRIMES | BOYLE | 15 Sep 88 | 1920 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTIN, FELIX | M WH 16 | 1458 N Campbell | NONE |

ELIM. PRINTS · ☐DNA ☐NO · IN CUSTODY ☒YES ☐NO · NAME · D.O.B. · CB NO. · IR NO.

**FINGERPRINTS**

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |

| POSSIBLE SUSPECT INFORMATION | ☐MALE ☐FEMALE | RACE | ☐ADULT ☐JUVENILE | IDENT. SECTION | ☐SUITABLE ☐NOT SUITABLE | INITIAL | DATE |
|---|---|---|---|---|---|---|---|

**PHOTOS TAKEN**

| A E.I. BOARD | E DIRECT | RIGHT PROFILE |
|---|---|---|
| B EII. BOARD | F LEFT PROFILE | J RIGHT PROFILE |
| C DIRECT | G LEFT PROFILE | K |
| D | H | L |

**VEHICLE(S)**

| YEAR MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|
| YEAR MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| | | |

**DETAILS OF CASE**

| POSITION | NAME | C.B.# |
|---|---|---|
| 1 | SANCHEZ, SANTIAGO | NONE |
| 2 | CRUZ, EFRAM | NONE |
| 3 | RIVERA, JACQUES | |
| 4. | TORRES FELIX | NONE |
| 5. | DELGADO, ISRAEL | NONE |

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Det. John Boyle | 6945 | 652 | DNA | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| P.O. John Miller | 5482 | Sgt. A. Wenzyt | 865 |

CPD-33.103 (Rev. 11/85)

RD NO. K 371 955

Wron 00045

DETECTIVE DIVISION AREA COPY

Wron 00046

66 -2          16 Se ember 1988
(Court Branch)        (Court Date)

FELONY                                                              (1-82) CCMC1-216

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois          COMPLAINT FOR PRELIMINARY EXAMINATION
      Plaintiff

v.                                          NO. .....................................

JACQUES RIVERA
..........................
    Defendant

Felix Valentin ..................................................... complainant, now appears before
...........................
(Complainant's Name Printed or Typed)

The Circuit Court of Cook County and states that

JACQUES RIVERA .................................................................. has, on or about
.......................
(defendant)

27 August 1988 ................. 3320 W Cortland ...............................
........................at........................................
(date)                              (place of offense)

committed the offense of ... HOMICIDE/ 1st Degree Murder ......................................... in that he

Killed Felix Valentin without legal justification by shooting him Felix

Valentin 10 times with a hand gun with the intent to kill Felix Valentin

.............................................................................................

.............................................................................................

.............................................................................................

in violation of Chapter ... 38 ........................................... Section .. 9-1(a)(1)

ILLINOIS REVISED STATUTES

                                      *William P. Dorsch*
                                    (Complainant's Signature)

                      5555W Grand            744-8364
STATE OF ILLINOIS              (Complainant's Address)            (Telephone No.)
              ss.
COUNTY OF COOK             Det. William Dorsch
                      (Complainant's Name Printed or Typed)

being first duly sworn, on .......... his...................., oath, deposes and says that he has read the foregoing
complaint by him subscribed and that the same is true.

                          *William P. Dorsch*
                          (Complainant's Signature)

Subscribed and sworn to before me ...................................... 15 September, 19 88

                                (Judge or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that
there is probable cause for filing same. Leave is given to file said complaint.

Summons issued,    Judge ......................................................
   or
Warrant Issued,    Bail set at ...................................................
   or
Bail set at ................................................ Judge ......................................
                                        Judge's No.

**MORGAN M. FINLEY, CLERK OF THE CIRCUIT COURT OF COOK COUNTY** Wron 00047

FELONY MINUTE SHEET - FORM 101
●○●○●●●●●○●●●●●●●●●○●●●○●●●●●○●●○●●○●●○●●●●●○●●○●●○●●○●●●●●●●●○●
ASSISTANT STATE'S ATTORNEY:          (For State's Attorney Use Only)
Enter each continuance here. In cases of multiple defendants indicate which
defendants, if any, did not join in the continuance. Also indicate dates of
all demands for trial, and by whom demands were made.

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

COURT BRANCH: 66                          R.D.# K 371 955

| IR NUMBER | DEFENDANTS | AGE | DATE OF ARREST | CHARGE |
|-----------|------------|-----|----------------|--------|
| 614 010 | Jacques Rivera | 23 | 15 Sept 1988 | 38-9-(1)(a) |
| | | | | |
| | | | | |
| | | | | |

( )am
DATE OF OFFENSE: 27 Aug 1988 TIME:03:45 (x)pm PLACE: 3320 W Cortland Ave
                                                   Chicago/Cook County, Illinois
The facts briefly stated are as follows: The victim while seated in his
vehicle at 3320 W Cortland was attacked by the arrestee Jacques Rivera who
shot him ten times. The victim died of his wounds on 14 September 1988.
The arrestee was identified by photos by the witness Orlando Lopez.  On
15 September Jacques Rivera accompanied the arresting officers into Area Five
where a line up was conducted.  RIVERA was positively identified by the
witness as the subject who shot the victim.

WITNESSES: Spell out first & last name; First name first. Also furnish
           address & phone number of each witness.

| PROSECUTING WITNESS | ADDRESS | HOME PHONE | BUS. PHONE |
|---------------------|---------|------------|------------|
| Orlando Rivera | | | |
| GCSP R. GUEVARA | 2452 W Belmont | 744-8260 | |
| GCSP S. Gawrys | 2452 W Belmont | 744-8260 | |
| Det. W. Dorsch | 5555 W Grand | 744-8260 | |
| Det. J. Boyle | 5555 W Grand | 744-8260 | |
| | | | |

A.S.A. Rosner                    APPROVED FELONY CHARGE(S)
                                                         Wron 00048
BOND, $                                 ASST. STATE'S ATTY.        DATE

Identify and amplify all property. Inventory, show, make, serial number of a serial report are... nickname, sex, race code, age, height, weight, and eyes. C.B. or I.R. number, if known, and state "In Custody".

# SUPPLEMENTARY REPORT
## CHICAGO POLICE — FOR USE BY B.I.S. PERSONNEL ONLY

| | |
|---|---|
| 1. OFFENSE CLASSIFICATION LAST THIS | 4. DATE OF ORIG. OCCURRENCE - TIME • DAY MO. YR 27 AUGUST 1988 1545 |

| 2. UCR | 3. ADDRESS OF ORIG. INCIDENT OFFENSE XX VERIFIED ☐ 2 CORRECTED | 3. BEAT OF OCCUR. |
|---|---|---|
| HOMICIDE/ 1st DEGREE | 0110 | 3320 W Cortland | 1422 |

5. VICTIM'S NAME AS SHOWN ON CASE REPORT

VALENTIN, FELIX

CORRECT ☐ XX YES ☐ NO   IF NO, CORRECT ALL VICTIM INFORMATION IN BOXES 20 THROUGH 27.

| 6. FIRE RELATED ☐ 1 YES XX NO | 7. BEAT ASSIGNED 5548 |

6. TYPE OF LOCATION OR PREMISE WHERE INCIDENT OFFENSE OCCURRED

ALLEY

8. LOCATION CODE 092

9. NO. OF VICTIMS 1

10. NO. OF OFFENDERS 2

| CIRCUMSTANCES | 11. VERIFIED XX FIXED | 12. OBJECT WEAPON | 13. | 14. STATION | 15. POINT EXIT | 16. BURGLAR ALARM | 17. SAFE BURGLARY METHOD | 18. IF RESIDENCE WHERE WERE OCCUP |
|---|---|---|---|---|---|---|---|---|
| | ☐ UPDATE TO | CODE NOS. | CODE NO. | CODE NO. | CODE NO. | CODE NO. | | CODE NO. |

19. DESCRIBE PROPERTY IN NARRATIVE  T - TAKEN   R - RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT.

| PROPERTY | VERIFIED DNA | 1 MONEY ☐ T $ ☐ R | 2 JEWELRY ☐ T $ ☐ R | FURS ☐ T $ ☐ R | 4 CLOTHING ☐ T $ ☐ R | 7 OFFICE EQUIPMENT ☐ T $ ☐ R | 8 TV, RADIO, STEREO ☐ T $ ☐ R |
|---|---|---|---|---|---|---|---|
| | UPDATE TO | 9 HOUSEHOLD GOODS ☐ T $ ☐ R | 9 CONSUM. GOODS ☐ T $ ☐ R | 1 FIREARMS ☐ T $ ☐ R | 6 NARC. DANGEROUS DRUGS ☐ T $ ☐ R | 5 OTHER ☐ T $ ☐ R | 6 NONE ☐ Y ☐ R |

| VICTIMS UPDATE ONLY | 20. NAME (LAST-FIRST-M.I.) | 21. I UCR OFFENSE CODE | 22. HOME ADDRESS (NO., DIR., STREET, APT. NO.) | 23. SEX-RACE-AGE CODE | 24. HOME PHONE | 25. BUSINESS PHONE | 26. IN/UNFD YES NO | 27. VICTIM REL. CODE |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |

| OFFENDERS UPDATE ONLY | 28. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.) | 29. HOME ADDRESS | 30. SEX-RACE-AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |

| | 31. C.B. NO. | I.R. NO., Y.D. NO. OR J.D.A.NO. | 1 OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D.NO. OR J.O.A. NO. | OFFENDER REL. CODE | 32. NO. ARREST ARRESTED | UNIT NO. |
|---|---|---|---|---|---|---|---|---|
| OFF. 1 | | | | | | | | |
| OFF. 2 | | | | | | | | |

| 33. OFF'S. VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | |

54. SERIAL NOS. OR IDENTIFICATION NOS.  ☐ 1 DNA  ☐ 2 VERIFIED  ☐ 3 CORRECTED      LIST ALL CORRECTIONS & NEW OR ADDITIONAL NOS. OBTAINED IN NARRATIVE

DNA

| 50. OFFENSE/CLASS. THIS DATE (IF SAME ENTER DNA) | REV. CODE | 51. METHOD CODE | 52. METHOD ASSIGNED | UNIT NO. 53. STATUS | |
|---|---|---|---|---|---|
| DNA | | DNA | XX FIELD ☐ SUMMARY | 652 | XX PROGRESS ☐ 1 SUSPENDED ☐ 2 UNFOUNDED |

| STATUS CONT'D. | | 54. IF CASE CLEARED, HOW CLEARED | | |
|---|---|---|---|---|
| ☐ 3 CLRD. CLOSED | ☐ 4 CLRD. OPEN | 5 EXC. CLRD. CLOSED | 6 EXC. CLRD. OPEN | 7 CLSD. NON- CRIM. |

☐ 1 ARREST & PROSED.  ☐ 2 DIRECTED TO JUV. CRT.  ☐ 3 COMPL. REFUSD. TO PROSECUTE  ☐ 4 COMMUNITY ADJUSTMENT  ☐ 5 OTHER EXCEPT.    ☐ ADULT ☐ JUV.

55. ☐ FOR SUMMARY CASES ONLY — THE ORIGINAL CASE REPORT IS SUBSTANTIALLY CORRECT, AND CONTACT WITH THE VICTIM HAS DISCLOSED NO ADDITIONAL PERTINENT INFORMATION.

80. NARRATIVE

THIS IS A LINE UP REPORT

DATE TIME & LOCATION OF LINE UP: 15 September 1988, 1915 hours, Area Five Violent

Crimes Office

PHOTOGRAPHER: P.O. John Miller # 5482 UNIT # 650

R.D. #: K 371 955

PERSONS CONDUCTING LINE UP Det William Dorsch #4257

Det John Boyle #6945

CONTINUED ON PAGE TWO

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED - • DAY MO. YR | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|
| NORMAL | 15 SEPTEMBER 1988 | 2030 | SGT. R. WEINGART | #865 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| Det. John Boyle | 6945 | Det. William Dorsch | 4257 | |

95. DATE APPROVED (DAY-MO.-YR.)  16 SEP 1988

SIGNATURE

MUST BE COMPLETED IN ALL CASES

CPD-11.411-B (Rev. 8/89)

Wron 00049

CRC 226

DETECTIVE DIVISION
AREA FIVE VIOLENT CRIMES
15 SEPTEMBER 1988

HOMICIDE/1st DEGREE MURDER
VALENTIN, FELIX

## PAGE TWO

| | |
|---|---|
| PERSONS PRESENT DURING<br>LINE UP: | 1. Det. William Dorsch #4257 Area Five Violent Crimes<br>2. Det. John Boyle #6945 Area Five Violent Crimes |
| | 3. GCSP. Ray Guevara #16345 Gang Crimes North<br>4. GCSP. Steve Gawrys # 16899 Gang Crimes North |
| PERSONS VIEWING LINE UP: | 1. Orlando LOPEZ  RD# K 371 955 |
| PERSONS PARTICIPATING IN<br>LINE UP: | 1. SANCHEZ, Santiago M/WH/19 12 May ████<br>Volunteer. |
| | 2. CRUZ, Efram M/WH/20 26 March ████<br>Volunteer |
| | 3. RIVERA, Jacques M/WH/23 5'9" 160<br>CB# |
| | 4. TORRES, Felix M/WH/22 29 October ████<br>Volunteer |
| | 5. DELGADO, Israel M/WH/21 25 June ████<br>Volunteer |
| PERSONS IDENTIFIED IN<br>LINE UP: | Position # 3 RIVERA, Jacques |

INVESTIGATION:                     The Reporting Detectives conducted a line-up in the
                                   offices of Area Five Violent Crimes pursuant to this
                                   investigation.  Subject #3  Jacques RIVERA was positively
identifed by the witness.  RIVERA was allowed to select his position in the line-up.
RIVERA was not requested to repeat any statements nor did he make any statement.


Det. John Boyle #6945
Det. William Dorsch #4257
DDA FIVE VIOLENT CRIMES.

Wron 00050

CPD-11.420 (Rev. 3-88)

| | | | RIVERA | | | | Jack | JR | | M | WM | 30 | apr | 65 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 ADDRESS OF ARREST

**5555 W. Grand** 23

7 ALIAS (LAST) **RIOS Jose** (FIRST)

9 ARITH LOCATION CODE FOR NATURE OF CHARGE
292 025

11 DETECTS
025

12 RESIDENCE ADDRESS **4231 W Division**

13 TIME PHOTO **K-371-955**

14 R.D. NO

15 REQUESTED ARREST: NO
16 ASSAULTED OFFICER: YES NO
17 OFFICER INJURED: YES NO
18 SOBRIETY: HBD STOX

19 STATE/PLACE OF BIRTH **IL.**
DRIVERS LICENSE NO **R160-4206-5123**
STATE
20 I.R. NO **614010**

21 WEAPON: AFLE
PISTOL: SHOT-
REVOLVER: GUN
KNIFE

22 HEIGHT **5'9**
23 WEIGHT **160**
24 EYES **Brn**
25 HAIR **Brn**
26 COMPLEXION **Med**
27 FINGERPRINT CLASSIFICATION

28 GLASSES: YES NO
29 BUILD: SLENDER MEDIUM HEAVY
30 MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. **Ace/on left arm**

31 SEAT OF **2522**
32 DATE OF ARREST MONTH **15**
TIME **Sept.** YEAR **88** **1930**
33 FINAL CT. DATE & BRANCH

34 WHERE EMPLOYED
1 **38-9-1a**
2

1 **MURDER First Degree**
2

15 OCCUPATION
3
4

3
4

32 NO. ARRESTED
1
37 TIME FINGERPRINTED

5
38 REFERENCES (CHAPTER ART/FILE SECTION)

5
19 OFFENSES
40

DISPOSITIONS

PERSON'S VEHICLE/VEH INVT NOTIFIED
**SGT. Weingart**
UNIT NOTIFIED
**A/5VC** 1630
42 INITIAL APPROVAL OF PROBABLE CAUSE
**Lt. A. Wysnicki #4100**
DISPOSITION OF VEHICLE

43 DATE CHARGED: DAY MONTH
TIME
YEAR
44 APPROVAL OF CHARGES

38 VEHICLE OF ARRESTEE: YEAR MAKE
STATE LICENSE NO

34 VICTIM/COMPLAINANT
NAME **VALETIN, Felix ( DECEDANT)**

SEX RACE
HOME ADDRESS
PHONE NO

47 ARRESTEE TRANSPORTED TO: BY
**A/5VC**
**GUEVARA & GAWRYS** 16345
HOW TRANSPORTED **4627**

TIME **1500**
PROPERTY INVENTORY NO(S) **DNA**

48 NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)
**This is a gang crimes north arrest by 4627 and**

DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME: YES NO
IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

**5548 A/5VC. for Murder. Above subject arrested for Murder after being placed**

**in a line-up and pick out by the witness as the shooter in this Homicide.**

**CHARGES APPROVED PER ASA ROSNER**

**ADDITIONAL ARRESTING OFFICERS: DET. D. DORSCH 4257 & Det. J. BOYLE 6945 Beat**

**5548 and GCSP. S. GAWRYS # 16899 Beat 4627**

FIRST ARRESTING/APPEARING OFFICER'S SIGNATURE
I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.
DEPUTY CLERK

FOR NARCOTIC ARREST: APPROX WGT NS PLGS
SUSPECT CANNABIS
SUSPECT CONTROLLED SUBSTANCE
EST. STREET VALUE— CALL ORG. CRIME 744-9-062 $

TEL. NO. CALLED
TIME OF CALL
FOR COURT USE — COURT DOCKET NO

IN VEHICLE SEIZURES
50 DEGREE COURT DATE **16 Sept. 88**
BRANCH **66-2**
51 COURT SGT. TO HANDLE: YES XX NO
52 DATE RECEIVED LOCKUP
TIME
53 FINAL ARREST NAME

FIRST ARRESTING/APPEARING OFFICER'S STAR
**GCSP. R. GUEVARA** 16345 760 4627 7
Hcup R. Guevara 16345 760 4627

ARRESTING SUPERVISOR

| JUVENILE DATA | ID REGION | TEMP DETAINED 1 | 64 NO ADULTS RELEASE 2 | 65 DATE OF OFFENSE DAY MO YR | TIME | COMM AREA NO | NO ADVISALS |
|---|---|---|---|---|---|---|---|

Wron 00051

RELEASE OF PERSON IN CUSTOD   CHICAGO POLICE

INSTRUCTIONS:  Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| TODAY'S D   &amp; | C.B. NO. |
|---|---|
| 31 Aug 1933 | 3901 323 |

| NAME OF ARRESTEE | AGE | ADDRESS | DISTRICT OF DETENTION |
|---|---|---|---|
| RIVERA, Jacques | 23 | 4233 W. Division | 025 |

| DATE OF ARREST | TIME OF ARREST | ARRESTED BY | STAR NO. | ASSIGNMENT |
|---|---|---|---|---|
| 31 Aug 1933 | 2300 HRS | Guevara | 16345 | Gang Crimes North |

**REASON FOR ARREST**

Identified in a photo by witness as the person that shot Felix

Valentin.

**REASON FOR RELEASE**

the undersigned were unable to locate the witness for a line-up.

**CHECK ACCOMPLISHED PROCEDURES**

| | | | |
|---|---|---|---|
| ☒ PRINTS TAKEN | ☐ VIEWED BY VICTIM | ☐ WEAPONS TESTED | ☐ OTHER (SPECIFY) |
| ☒ PHOTO TAKEN | ☐ VIEWED BY COMPLAINANT | ☐ TOOLS TESTED | |
| ☐ LINE-UP | ☐ ALIBI CHECKED | ☐ VEHICLE TESTED | |

**PERSONS WHO VIEWED SUBJECT**

| 1. NAME | ADDRESS | PHONE NO. |
|---|---|---|
| 2. | | |
| 3. | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. | ASSIGNMENT |
|---|---|---|
| | 5629 | Area 5 Violent Crimes |

| APPROVING SIGNATURE DETECTIVE DIVISION WATCH COMMANDER | RANK | STAR NO. | ASSIGNMENT |
|---|---|---|---|
| | Sgt. | 2056 | 3RD WATCH Comm. |

ADDITIONAL COMMENTS:

| This form was presented to the desk sergeant at the 25th district on: | DATE | TIME |
|---|---|---|
| | 31 Aug 1933 | 2230 HRS. |

| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED |
|---|---|---|---|
| | | | HRS. |

CPD-11.519 (Rev. 11/82)

Wron 00052

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

| DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|
| DAY MONTH YEAR | DAY MONTH YEAR WATCH |
| 28 AUG 88 | 27 AUG 88 3 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| Agg Batt | VALENTIN, Felix | 5537 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

LOPEZ, ORLUNDO

12 - 5¢ MAY 7 ▉

MOZART

STANDING 3324

Shooting - 3322.

18 yoa - KINGS - HASseen BEFORE

235-3373 - Neighbor

#1   BLACK JackeT —
     Dark PANTS
     gym shoes

#2 #   By STORE - CAR CAMe TheUgh
       Alley - TURNed EAST And STopped Shooter
       GOT OUT STARTED to walk THEN
       RAN - VICTIM BENT OVER in CAR
       LEANED
       Pick
       Yo'
       up man
       AND WAS ShOT - ⚡ Possible
       SiLenceef - E ON ConT - SouTH on Spaulding

BRONZE
COPPER color   MeD Size CAR - Chev,

R.D. No.

PRINTed CP
581 S IR - 7355106
5'8 - 145 -

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY; SUPERVISOR'S SIGNATURE—STAR NO. | DAY MONTH |
|---|---|---|
| JOHN J. LEONARD #8679    #8696 | | 29 AUG 1988 |

CPD-23.122 (Rev. 2/83)

Wron 00053

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 18 Aug 88
DATE OF THIS REPORT: 27 Aug 88
WATCH: 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: Agg Battery
VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX
BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

9601
D. KEATING # 8788
J. McDONALD # 6989

3300 - 3318 - ABANDON BUILDING
3322 - 1, 2, 3, HEARD OR SEEN
NOTHING
3301 - 3319 - VACANT LOT

3321 - SEEN NOTHING -

5 RECOVERED 22 CAL
SITED CASINGS
MOUTH OF ALLEY

PHOTO'S OF SCENE
PHOTO'S OF VICTIMS CAR

REPORTING OFFICER'S SIGNATURE—STAR NO: John McDonald 5629
RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO:
DAY-MO-YR-TIME: 29 AUG 1988

CPD-23.122 (Rev. 2/83)

Wron 00054

CITY OF CHICAGO, DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION      Chicago, Illinois   60605

CRIMINAL HISTORY OF **RIOS, Jose**      M/WH



DATE      29 July 1981

DATE OF BIRTH   30 April ▮▮▮

I.R. NO.   614010      FBI NO. 970150  AA5   I.S.B. No. 2423829

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Jose RIOS 3449 W. North 30 April ▮▮▮ | 6187986 | -28 Jul 81. Off. Rogers, 14th Dist, Disorderly Conduct. | | | |
| Jacques RIVERA 3335 W. Beach 30 Apr ▮▮ | 6776065 | - 27 Feb 83 Off Chavez 14 dist Robbery 28 Feb 83, S/A Robb., (38-18-1a), Poss Stl Veh., (95½-4-103a), FPC,TRANSFER TO CHIEF JUDGE, Judge Sodini 14 Mar. 83, INFO#83-2690, Robbery, Theft, Poss Stolen Veh. | | | |
| Jack RIVERA 3335 W Beach 30 Apr ▮▮ | 6851273 | - 02 Jun 83 Off Gruber Summer Mobile Force ¹14) UUW 24 June 83, UUW Gun (38-24-1a4) Fail Exib Reg. (MCC) Fail Poss. I.D. (38-83-2a) MFW, Judge Laurie (Docket No. 83235069) | | | |
| | SEE CB 6776065 | 28 June 83. Robbery(83-2690) Nolle Prosse, Theft, Poss Stln Mtr Veh, PG/FG, 2yrs PROBATION, Judge Hall. | | | |
| | SEE CB 6857273 | -2¹ Aug 83, UU. (38-24-1²10) Fail to Exhibit No; (MCC) Fail Poss ID Card (33-83-2a) SOL, Judge Macellaio (Docket No. 8323 50¹9) | | | |
| Jaques RIVERA 3032 W. Division 30 Apr ▮▮ | 7355806 | -20 May 85, Off. Fnuelly GCU-North (014th) Poss. Cocaine 17 Jul 85, Poss Cocaine, (56½-1402), No FOID Card., (38-83-2), SOL, Judge Kowalski, (Dkt#85-1172594) | | | |
| Jacques RIVERA 3132 W. Division 3 Apr ▮▮ | 7849197 | -23 Jul 87, Off. Clark, 14th Dist., Batt.          vmd 10 Aug 87, Battery(38-12-3) SOL Judge Chrones (Doc# 8718 1956) | | | |
| Jacques RIVERA 4448 W. Cortez 30 Apr. ▮▮ , | 8034413 | -24 May 88, Off. RRamirez, 14th dist. Poss. Cann. | | | |

ISSUED ON INQUIRY
AUG 27 1988
BY NAME CHECK ONLY

Wron 00055

CONFIDENTIAL — Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was transmitted it must be destroyed. (U.S. Dept. of Justice Rules & Regulations

P___ ( CLEARLY — — This is the **official** Department rec___ )

| CHICAGO POLICE **ARREST REPORT** :PD-11.420 (Rev. 11/87) | MISDEM./ORDIN. COURT KEY | 1. NAME (LAST) RIVERA | (FIRST) Jacques | (MIDDLE) M | 2. SEX WH | 3. RACE | 4. DATE OF BIRTH DAY 30 | MONTH Apr. | YEAR |

| ADDRESS OF ARREST 3300 BEACH | APT. NO. | 5. AGE 23 | 7. ALIAS (LAST) ACE | (FIRST) | (MIDDLE) 8 | 8. C.B. NO. O | 1 | 3 | 3 | 1. NO. OF CHARGES 1 |

ENTER LOCATION CODE FOR NATURE OF PREMISES 304 | 11. DIST./RES. 025 | 12. RESIDENCE ADDRESS 4238 W. Division | 13. TIME PHOTO. | 14. R.D. NO. K-371-955 |

| 15. RESISTED ARREST YES | 16. ASSAULTED OFFICER YES | 17. OFFICER INJURED YES | 18. SOBRIETY SQUER | HBD | INTOX | 19. STATE/PLACE OF BIRTH Chicago | DRIVERS LICENSE NO. Unk | STATE | 20. I.R. NO. 614 010 |

| 1. WEAPON ☐ PISTOL- REVOLVER | ☐ RIFLE ☐ SHOT- GUN | OTHER (SPECIFY) Bna ☐ KNIFE | 22. HEIGHT 5'10 | 23. WEIGHT 180 | 24. EYES Brn | 25. HAIR Brn | 26. COMPLEXION Med. | 27. FINGERPRINT CLASSIFICATION |

| 3. GLASSES YES NO | 29. BUILD SLENDER MEDIUM HEAVY | 30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC. Goatee | 31. SEAT OF 1422 | 32. DATE OF ARREST MONTH Aug. | DAY 88 | TIME 3:00 | 33. FINAL CT. DATE & BRANCH |

Ch. 38 Sec. 12-4 Agg. Battery

| 1. WHERE EMPLOYED Imblt. Park Inst | 2. | | 1 | | 2 |
| 3. OCCUPATION laintenance | 3. | | 3 | | 3 |
| | 4. | | 4 | | 4 |
| 1. NO. ARRESTED 1 | 37. TIME FINGERPRINTED | 5. | | 5 | | 5 |

| 38. REFERENCES (CHAPTER ARTICLE SECTION) | 39. OFFENSES | 40. DISPOSITIONS |

| 1. PERSON IN INVESTIGATIVE UNIT NOTIFIED sgt. Czarnecki | UNIT NOTIFIED A/5 V.C. | TIME 3:00 | 42. INITIAL APPROVAL OF PROBABLE CAUSE | 43. DATE CHARGED DAY MONTH YEAR | TIME | 44. APPROVAL OF CHARGES |

| 5. VEHICLE OF ARRESTEE | YEAR Does | MAKE | STATE LICENSE NO. | DISPOSITION OF VEHICLE Not | | | Apply |

| 6. VICTIM/ COMPLAINANT NAME Felix VALENTIN | | SEX M | RACE WH | HOME ADDRESS 1458 N. Campbell | | PHONE NO. |

| 7. ARRESTEE TRANSPORTED TO | BY A/5 V.C. | Sparks & Fallon | STAR NO. | HOW TRANSPORTED Bt. 4626 | TIME 2255 | PROPERTY INVENTORY NO(S). DNA |

8. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:) | DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☒ NO | IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

Above subject arrested after being identified by a witness as the person who
shot the victim, Felix VALENTIN, on 27 Aug. 88 at 3320 W. Cortland.

Additional Arresting Officers: G.C.Sps.Paul Zacharias # 15994, Joseph Sparks
                               # 44879, Joseph D. Fallon # 5351
                               Dets. John Leonard # 5629, Gillian McLaughlin #8086

Hold papers submitted to Capt. Duggan due to the fact that the witness is not
available to view a physical line-up which will be held on 31 Aug. 88.

| ARRESTING/APPROVING OFFICER'S SIGNATURE | I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge. DEPUTY CLERK | | 2056 |

| OR NARCOTIC ARREST ☐ SUSPECT CANNABIS ☐ SUSPECT CONTROLLED SUBSTANCE | APPROX. WEIGHT/NO. PKG | EST. STREET VALUE = CALL, ORG. CRIME, FAX @ 662 $ | TELE NO. CALLED | TIME OF CALL | FOR COURT USE — COURT DOCKET NO. |

| 9. VEHICLE ASSIGNED ONE TWO MAN MAN OTHER CAR CAR | 3 | 50. DESIRED COURT DATE | BRANCH | 51. COURT SGT. TO HANDLE YES ☒ NO | 52. DATE RECEIVED LOCKUP | TIME | 53. FINAL JUDGE'S NAME |

| 4. ARRESTING/APPEARING OFFICER - PRINT Reynaldo Guevara | STAR NO. 16345 | UNIT NO. 760 | BEAT NO. 4627 | D.O. GRP. 7 | ARRESTING OFFICER'S SIGNATURE | STAR NO. 16345 | UNIT NO. 760 | BEAT NO. 4627 |

| 6. BOOKING OFFICER | STAR NO. | UNIT | 57. PROPERTY RECEIPT NO. | 58. INITIAL COURT DATE | BRANCH |

| 9. ARRESTEE SEARCHED BY | STAR NO. | UNIT | 60. BONDED DATE | TIME | Wron 00056 |

| INVENILE 61. Y.O. NO. | 62. RELIGION | 63. | TEMP. 64. NO. ADULTS | 65. DATE OF OFFENSE | TIME | 73. COMM. | 74. JUVENILE CODE |

Detective Division

Area Five Violent Crimes

30 Aug 88

To: Watch Commander, 1st Watch, 025 District.

From: Det. J. Leonard #5629 , Area Five Violent Crimes

Subject: Request to hold prisoner(s) past regular court call.

1. The undersigned respectfully requests that:

Jacques Rivera CD#

_____ CD#

_____ CD#

be held in the lock-up of the 025 District past the regularly
scheduled court call.

2. The reason for this request is: the witness to this case will not be
available until tomorrows date, and Felony review will not approve
charges until they can interview the witness.

3. This investigation is recorded under RD# K 371 955 and the victim
is Felix Valentin . It is expected that the prisoner will be
charged with Aggravated Battery upon completion of the investigation
at 1900 s hours on 31 Aug 88

4. Presented to the 025 District Watch Commander at _____ hours
on 3 A   18

Det. _____

APPROVED: _____

Wron 00057

CHICAGO POLICE
**ARREST REPORT**
CPD-11.420 (Rev. 11/87)

MISDEM./ORDIN. COURT KEY

1. NAME (LAST) RODRIGUEZ (FIRST) Jos (MIDDLE) Antonio

2. SEX 3. RACE

4. DATE OF BIRTH
MONTH 4  DAY 30  YEAR APR

| 5. ADDRESS OF ARREST | APT. NO. | 6. AGE |
|---|---|---|
| 2040 N Spaulding 1st South | | 22 |

7. ALIAS (LAST) "Chequin" (FIRST) (MIDDLE)

8. C.B. NO. 5101-4105

9. NO. OF CHARGES 1

| 10. ENTER LOCATION CODE FOR NATURE OF PREMISES | 11. DIST./RES. | 12. RESIDENCE ADDRESS |
|---|---|---|
| 290 | 014 | 2040 N Spaulding 1st South |

13. TIME PHOTO K-371-955

14. R.D. NO.

19. STATE/PLACE OF BIRTH P.R.

DRIVERS LICENSE NO.

STATE

20. I.R. NO. 861-858

15. REGISTERED ARREST ☑ 16. ASSAULTED OFFICER ☐ 17. OFFICER INJURED ☐ 18. SOBRIETY HBD ☑ INTOX ☐

21. WEAPON
☐ PISTOL ☐ RIFLE ☐ SHOT-GUN
☐ REVOLVER ☐ GUN ☑ KNIFE OTHER (SPECIFY) DNA

22. HEIGHT 5-10  23. WEIGHT 120  24. EYES Brn  25. HAIR Blk  26. COMPLEXION Lt

27. FINGER/PRINT CLASSIFICATION

28. GLASSES ☐ YES ☑ NO  29. BUILD ☑ SLENDER ☐ MEDIUM ☐ HEAVY  30. MARKS, SCARS, DEFORMITIES, HANDICAPS, ETC.

31. BEAT OF ARREST 1413  32. DATE OF ARREST DAY 31 MONTH AUG YEAR 88 TIME 0100

33. FINAL CT. DATE & BRANCH

34. WHERE EMPLOYED Great America

1-Ch. 38:12-4a  Agg. Battery

35. OCCUPATION Laborer

36. NO. ARRESTED one  37. TIME FINGERPRINTED

38. REFERENCES (CHAPTER ARTICLE SECTION)  39. OFFENSES  40. DISPOSITIONS

41. PERSON IN INVESTIGATIVE UNIT NOTIFIED LAWLER  UNIT NOTIFIED A/5 VC  TIME 0115

42. INITIAL APPROVAL OF PROBABLE CAUSE J. S Villanue #3/2

43. DATE CHARGED DAY MONTH YEAR TIME

44. APPROVAL OF CHARGES

45. VEHICLE OF ARRESTEE  YEAR  MAKE N-----O  STATE LICENSE NO. -----N-----E

DISPOSITION OF VEHICLE

46. VICTIM/COMPLAINANT  NAME VALENTIN, Felix

SEX M  RACE 4  HOME ADDRESS 1458 N Campbell

PHONE NO. 235-182

47. ARRESTEE TRANSPORTED TO BY 014  LETRICH  STAR NO. 6198

HOW TRANSPORTED 1464 B  TIME 0105  PROPERTY INVENTORY NO(S).

48. NARRATIVE (The facts for probable cause to arrest include, but are not limited to, the following:)

DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME ☐ YES ☑ NO

IF YES—NAME OF YOUTH DIV. MEMBER NOTIFIED

This is an arrest / investigation by Bts. 1464 BC
Of the 014th District Tactical Unit.

Above taken into custody after he was tentatively identified by the victim/complainant as the individual who shot the victim (5) times. This occured on 27 AUG 88 under above RD#. Identification made from photos in the "Imperial Gangster" photobook.

Arresting Officers:  MORIARITY 16633, VERGARA 14416, WOJCIK 4408

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

ARRESTING/APPEARING OFFICER'S SIGNATURE  WOJCIK LETRICH

DEPUTY CLERK

FOR NARCOTIC ARREST
☐ SUSPECT CANNABIS
☐ SUSPECT CONTROLLED SUBSTANCE

APPROX. WEIGHT/NO. PILLS DNA

EST. STREET VALUE— CALL ORG. CRIME, PAX 0-662  $

TEL. NO. CALLED

TIME OF CALL

FOR COURT USE – COURT DOCKET NO.

49. VEHICLE ASSIGNED ☐ ONE MAN CAR  3 ☐ TWO MAN CAR  ☑ OTHER

50. DESIRED COURT DATE  BRANCH

51. COURT SGT. TO HANDLE ☐ YES ☐ NO

52. DATE RECEIVED LOCKUP  TIME

53. FINAL JUDGE'S NAME

55. ARRESTING/APPEARING OFFICER - PRINT LETRICH

STAR NO. 6198  UNIT NO. 14  BEAT NO. 64B  D.O. GRP S/M

ARRESTING OFFICER'S SIGNATURE

STAR NO. 6198  UNIT NO. 14  BEAT NO. 64B

56. BOOKING OFFICER  STAR NO.  UNIT  57. PROPERTY RECEIPT NO.

58. INITIAL COURT DATE  BRANCH

59. ARRESTEE SEARCHED BY  STAR NO.  UNIT  60. BONDED-DATE  TIME

JUVENILE DATA  61. Y.D. NO.  62. RELIGION  63. DETAINED 1☐  TEMP. RELEASE 2☐  64. NO. ADULTS ARRESTED  65. DATE OF OFFENSE DAY MO. YEAR  TIME  73. COMM. AREA NO.  74. JUVENILE CODE

COURT SERGEANT - PERMANENT RECORD COPY

Wron 00058

Detective Division                                    **Date:** 31 Aug 88
Area Five Violent Crimes

**To:**      Watch Commander, 1st     Watch, 14     District

**From:**    Detective   P. Boyle 14633   R. Tapkowski 15665
              Area Five Violent Crimes

**Subject:**   Request To Hold Prisoner(s) Past Regular Court Call

     1.   It is requested that the below listed prisoner(s) be held past the regularly scheduled court call.

RODRIGUEZ, Jose                  , CB Number   8101 405

                                   , CB Number

                                   , CB Number

     2.   The reason for this request is: A line-up must be viewed by the witness in this case.

     3.   This investigation is recorded under RD Number   K 371 955     , and the victim is VALENTI, Felix          . It is expected that the prisoner will be charged with   Agg. Battery      when the investigation is completed at   0100   hours on 2 Sep 88      (date).

                               Detective Boyle 14633 Tapkowski 15665

Wron 00059

Approved:

PROPERTY INVENTORY - NO.
CHICAGO POLICE
CPD-34.523 (Rev. 8/82)

524226

INVEN-
TORY
NO.

524226

| DATE RECOV. ERED: | DAY | MONTH | YEAR | | R.D. NO. | | CRIME LABORATORY NO. | UNIT | |
|---|---|---|---|---|---|---|---|---|---|

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY ☐ NONE

CROSS REFERENCE

NOTICE TO PROPERTY OWNER OR CLAIMANT

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

**DESCRIPTION OF PROPERTY**

U.S.C. ONLY

| LINE NO. | QUANTITY | | | |
|---|---|---|---|---|
| 1 | 1 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE OF FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT/OWNER/CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION. THE PROPERTY WILL BE LEGALLY DISPOSED OF ACCORDING TO THE DIRECTION OF THE LAW.

TOTAL CASH U.S.C.

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

NOTICE TO FINDER
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT. PRESENT THIS FORM TO THE EVIDENCE & RECOVERED PROPERTY SECTION:

2550 SOUTH CALIFORNIA, ROOM B804
8:00 A.M. TO 4:00 P.M. MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

CALL 744-6224 OR 744-6225 TO ARRANGE TO PICK UP BULKY ITEMS.

| CHECK ALL BOXES APPLICABLE | | | | | |
|---|---|---|---|---|---|
| ☐ U.S. CURRENCY ☐ TO BE DEPOSITED | ☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM – DO NOT DEPOSIT – | | ☐ C.P.D. CONTINGENCY FUND MONEY | ☐ GAMBLING RAID SEIZURE | ☐ MEDICAL EXAMINER'S PROPERTY |
| ☐ MISDEMEANOR STATE CHARGE(S) | ☐ JUVENILE | | ☐ HOMICIDE | ☐ ARSON | |
| ☐ FELONY | | | | ☐ MANSLAUGHTER | ☐ NARCOTICS & RELATED |

RECOVERED/SEIZED FROM – NAME
☐ DECEASED ☐ ARRESTED

ADDRESS

AT

TELEPHONE NO.

OWNER'S NAME

ADDRESS

TELEPHONE NO.

☐ HOLD FOR INVESTIGATION ☐ AND/OR EVIDENCE (or not needed for investigation)

INVESTIGATING OFFICER

STAR NO.

UNIT

1st OFFICER'S NAME

STAR NO.

☐ PROPERTY OWNER NOTIFIED ON ☐ TO PICK UP PROPERTY WITHIN 30 DAYS OR PROPERTY WILL BE DISPOSED OF

DAY MONTH YEAR

☐ NON NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL

SIGNATURE

2nd OFFICER'S NAME

STAR NO.

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)

☐ MEDICAL EXAMINER

SIGNATURE

FINAL DESTINATION OF PROPERTY
☐ EVIDENCE & RECOVERED ☐ CRIME LABORATORY ☐ AUTO POUND NO.
PROPERTY SECTION

APPROVING DESK SERGEANT

STAR NO. DATE TIME

FOUND BY – NAME
☐ CHECK
☐ IF C.P.D.

☐ RECOVERING UNIT PERSONNEL

VIA ☐ POLICE MAIL ☐ E. & R.P.S. PICKUP ☐ EVID./LAB. TECHNICIAN

Wron 00060

**COPY #1 – GIVE OR SEND TO FINDER, ARRESTEE OR OWNER**

ARRESTEE INFORMATION

☐ SEIZURE WITHOUT SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-2)

☐ GIVE THIS COPY IF ARRESTEE IF NONE ACCEPTED, ATTACH TO COPY 5.

☐ SEIZURE WITH SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-10). ATTACH THIS COPY TO SEARCH WARRANT

# EVIDENCE REPORT
CRIME LABORATORY DIVISION/CHICAGO POLICE

| | | | OTHER NO | | RD NO. K 371 955 |

| OFFENSE OR INCIDENT | IUCR | AREA-DIST.-BEAT | DATE RECEIVED | TIME |
|---|---|---|---|---|
| Aggravated Battery | 0 4 4 0 | 5 014 1422 | 28 | 1932 |

| ASSIGNMENT TYPE | UNIT ASSIGNED | RECEIVED BY | DATE ARRIVED | TIME |
|---|---|---|---|---|
| CS | 9601 | McDonald | Aug | 1955 |

| LOCATION OF SERVICE | REQUESTED BY | DATE COMPLETED | TIME |
|---|---|---|---|
| 3320 W. Cortland & 2732 W. Wabansia | 5537 | 88 | 2200 |

| VICTIM'S NAME | SEX—RACE—AGE | ADDRESS | PHONE NO. |
|---|---|---|---|
| VALENTINE, Felix | M/WH/16 | 1458 N. Campbell | |

| ELIM. PRINTS | IN CUSTODY | NAME | D.O.B. | CB NO. | IR NO. |
|---|---|---|---|---|---|
| ☐YES ☐NO | ☐YES ☐NO | | | | |

**FINGERPRINTS**

| MED NEG LIFT | LOCATION FOUND | F.N. | MED NEG LIFT | LOCATION FOUND | F.N. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| POSSIBLE SUSPECT INFORMATION | ☐MALE ☐FEMALE | RACE | ☐ADULT ☐JUVENILE | IDENT. SECTION | ☐SUITABLE ☐NOT SUITABLE | INITIAL | DATE |
|---|---|---|---|---|---|---|---|

**PHOTOS TAKEN**

| | | |
|---|---|---|
| A O/A exterior of auto (5)E | | I |
| B O/A interior of auto (2)F | | J |
| C north alley at O/A 3320 W. Cortland (5) G | | K |
| D O/A cartridge cases (4) H | | L |

**VEHICLE(S)**

| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
|---|---|---|---|---|
| 73 | Mazda RX3 | Red | None | S124A162930 |
| YEAR | MAKE & MODEL | COLOR | STATE LICENSE NO. | V.I.N. |
| | | | | |

**PHYSICAL EVIDENCE**

| PROP. INVENT. NO.—UNIT | DESCRIPTION & LOCATION | INITIAL DEST. |
|---|---|---|
| 524 226 177 | (1) sealed evidence envelope containing (5) cartridge cases recovered from the northwest corner of the mouth of the alley at 3320 W. Cortland. All cases are marked with the letter "U". | FA |
| | | |
| | | |
| | | |

DETAILS OF CASE Reporting Technicians were requested to process the above listed vehicle, in which the victim was allegedly sitting when shot. The auto was processed for all pertinent physical evidence as was the scene of the shooting with the above listed results.

| INVESTIGATING OFFICER'S NAME | STAR NO. | UNIT | BEAT OFFICER'S NAME | STAR NO. | UNIT |
|---|---|---|---|---|---|
| Leonard | 5629 | A/5/VC | | | |

| REPORTING TECHNICIAN'S NAME | STAR NO. | APPROVING SUPERVISOR'S NAME | STAR NO. |
|---|---|---|---|
| J. McDonald | 6989 | | |
| D. Keating | 8788 | | |

CPD-33.103 (Rev. 11/85)

Wron 00061

PROPERTY INVENTORY · NO. 544008
CHICAGO POLICE
CPD-34.523 (Rev. 8/87)

INVEN-TORY NO. 544008

DATE RECOVERED: MONTH ___ DAY ___ YEAR ___

R.D. NO.

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY ☐ NONE

UNIT

CRIME LABORATORY NO.

CROSS REFERENCE

NOTICE TO PROPERTY OWNER OR CLAIMANT

☐ PROPERTY RELEASE ORDER (CPD-34.554) REQUIRED

| LINE NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

U.S.C. ONLY

TOTAL CASH U.S.C.

RETURN TO THE POLICE STATION WHERE YOUR PROPERTY WAS TAKEN FROM YOU. GIVE THIS COPY TO THE DESK OFFICER IN CHARGE OF FORMS AND INSTRUCTIONS NECESSARY FOR THE RETURN OF YOUR PROPERTY.

UPON OFFICIAL NOTIFICATION THAT INVENTORIED PROPERTY IS AVAILABLE FOR RELEASE, THE SUBJECT OWNER OR CLAIMANT MUST PICK UP THE PROPERTY WITHIN 30 DAYS OF NOTIFICATION OR THE PROPERTY WILL BE LEGALLY DISPOSED OF ACCORDING TO THE DIRECTION OF THE LAW.

NOTICE TO FINDER
(GIVE OR MAIL THIS COPY TO FINDER)

OBTAIN UNCLAIMED PROPERTY AFTER 30 DAYS AND BEFORE 45 DAYS FROM THE DATE OF INVENTORY.

YOU MUST OBTAIN A PROPERTY RELEASE ORDER FROM THE RECOVERING UNIT. PRESENT THIS FORM TO THE EVIDENCE & RECOVERED PROPERTY SECTION.

2650 SOUTH CALIFORNIA, ROOM BB04 8:00 A.M. TO 4:00 P.M., MONDAY THROUGH FRIDAY (CLOSED HOLIDAYS)

CALL 744-6224 OR 744-6225 TO ARRANGE TO PICK UP BULKY ITEMS.

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

CHECK ALL BOXES APPLICABLE
☐ U.S. CURRENCY TO BE DEPOSITED
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM — DO NOT DEPOSIT —

STATE CHARGE(S)
☐ MISDEMEANOR ☐ FELONY ☐ JUVENILE

☐ C.P.D. CONTINGENCY FUND MONEY

☐ GAMBLING RAID SEIZURE

☐ HOMICIDE ☐ ARSON
☐ MANSLAUGHTER

☐ MEDICAL EXAMINER'S PROPERTY

☐ NARCOTICS & RELATED

RECOVERED/SEIZED FROM - NAME
☐ DECEASED ☐ ARRESTED

AT

ADDRESS

TELEPHONE NO.

OWNER'S NAME

ADDRESS

TELEPHONE NO.

FOUND BY - NAME
☐ CHECK
☐ I.F.C.P.D.

ARRESTEE INFORMATION

SEE COPY 4 FOR NOTICE TO FINDER

☐ HOLD FOR INVESTIGATION AND/OR EVIDENCE
(IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK)

INVESTIGATING OFFICER – STAR NO. – UNIT

STAR NO.

☐ SEIZURE WITHOUT SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-2)

☐ PROPERTY OWNER NOTIFIED ON ___ DAY ___ MONTH ___ YEAR
☐ TO PICK UP PROPERTY WITHIN 30 DAYS
OR PROPERTY WILL BE DISPOSED OF

1st OFFICER'S NAME ☐ NOT NOTIFIED ☐ IN PERSON ☐ PHONE ☐ MAIL

SIGNATURE

UNIT

☐ SEIZURE THIS COPY TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO COPY 5.

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME

STAR NO.

INITIAL DESTINATION OF PROPERTY
☐ EVIDENCE & RECOVERED PROPERTY SECTION
☐ MEDICAL EXAMINER
☐ CRIME LABORATORY
☐ AUTO POUND NO.:

SIGNATURE

UNIT

☐ SEIZURE WITH SEARCH WARRANT (Ill. Rev. Stat. Chap. 38, Sec. 108-10).

VIA ☐ POLICE MAIL
☐ E & R.P.S. PICKUP
☐ RECOVERING UNIT PERSONNEL
☐ EVID./LAB. TECHNICIAN
APPROVING DESK SERGEANT

STAR NO.

DATE

TIME

☐ ATTACH THIS COPY TO SEARCH WARRANT

COPY 4—GIVE OR SEND TO FINDER, ARRESTEE OR OWNER

Wron 00062

RELEASE OF PERSON IN CUSTODY  CHICAGO POLICE

INSTRUCTIONS: Prepare in duplicate.
Original to Watch Commander of Detention Facility
Duplicate to Area Headquarters

| | | TODAY'S DATE | C.B. NO. |
|---|---|---|---|
| | | 31 Aug 1933 | 3101 405 |

| NAME OF ARRESTEE | AGE | ADDRESS | DISTRICT OF DETENTION |
|---|---|---|---|
| RODRIGUEZ Jose Antonio | 22 | 2040 J. Spaulding | 014 |

| DATE OF ARREST | TIME OF ARREST | ARRESTED BY | STAR NO. | ASSIGNMENT |
|---|---|---|---|---|
| 31 Aug 1933 | 0100 HRS | Letrich | 6193 | 14A District |

**REASON FOR ARREST**

Identified in a photo by the victim, from his hospital bed.

**REASON FOR RELEASE**

victim was unable to identify the defendant, due to being heavily sedated for pain.

**CHECK ACCOMPLISHED PROCEDURES**

| | | | |
|---|---|---|---|
| ☒ PRINTS TAKEN | ☐ VIEWED BY VICTIM | ☐ WEAPONS TESTED | ☐ OTHER (SPECIFY) |
| ☒ PHOTO TAKEN | ☐ VIEWED BY COMPLAINANT | ☐ TOOLS TESTED | |
| ☐ LINE-UP | ☐ ALIBI CHECKED | ☐ VEHICLE TESTED | |

**PERSONS WHO VIEWED SUBJECT**

| 1. NAME | ADDRESS | PHONE NO. |
|---|---|---|
| 2. | | |
| 3. | | |

My investigation has revealed that there is not sufficient cause to further detain the above named subject, and it is requested that the subject be released IMMEDIATELY.

| SIGNATURE OF DETECTIVE | STAR NO. | ASSIGNMENT |
|---|---|---|
| | 5629 | Area 5 Violent Crimes. |

| APPROVAL SIGNATURE-DETECTIVE DIVISION WATCH COMMANDER | RANK | STAR NO. | ASSIGNMENT |
|---|---|---|---|
| | Sgt. | 2056 | 3RD WATCH COMM, |

ADDITIONAL COMMENTS:

| This form was presented to the desk sergeant at the 014 district on: | DATE | TIME |
|---|---|---|
| | 31 Aug 1933 | HRS. |
| SIGNATURE OF DESK SERGEANT | STAR NO. | DATE RELEASED | TIME RELEASED |
| | | | HRS. |

CPD-11.519 (Rev. 11/82)

Wron 00063

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
27 / Aug / 88

DATE OF THIS REPORT
31 / Aug / 88   3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: 1166 BATTERY

VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX

BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

#1   VILLAFANE, ANGEL   M/WH/23
21 JULY ▮   · 1619 N. CALIFORNIA

#2   OLIVERO, CARLOS   M/WH/18
14 MAY ▮   2478 N. ALBANY

#3   RIVERA, JACQUES   M/WH/23
30 APR ▮   4238 W. DIVISION

#4   RUIZ, GEORGE   M/WH/19
28 JAN ▮   2453 N. FRANCISCO

#5   RAMON, LOPEZ,   M/WH/20
22 SEPT ▮   1424 N. WASHTENAW

#6   RODRIGUEZ, JOSE   M/WH/30 APRIL ▮
2B   2040 N. SPAULDING

R.D. NO.
K 371 955

REPORTING OFFICER'S SIGNATURE—STAR NO. 5609

RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.

DAY—MO.—YR.   TIME

CPD-23.122 (Rev. 2/83)

Wron 00064

PRELIMINARY
CRIME LABORATORY DIVISION/CHICAGO P           E

| OFFENSE OR INCIDENT | | UCR | AREA-DI. .BEAT | DATE OF THIS REPORT |
| --- | --- | --- | --- | --- |
| | | | 5 - 0.., 143 | |

| LOCATION OF OFFENSE/INCIDENT | LOC. CODE | INVESTIGATOR | STAR NO. | UNIT |
| --- | --- | --- | --- | --- |
| | | Leo and | 5629 | 1 AS 2C |

| VICTIM(S) NAME | OFFENDER(S) NAME |
| --- | --- |
| 1. | |
| 2. | |

| INVENTORY DISTRICT/AREA | DESCRIPTION | | CLASS CHARACTERISTICS | S / NS |
| --- | --- | --- | --- | --- |
| | SUBMITTED BY—NAME | STAR NO.    DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | | FIRED BULLETS | | |
| | 5 | DISCHARGED CART. CASES | | |
| | | SHOTGUN SHELLS | | |
| EXHIBIT NO. | | WADDING | | |
| DATE REC'D. | | | | |
| | SUBMITTED BY—NAME | STAR NO.    DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | | FIRED BULLETS | | |
| | | DISCHARGED CART. CASES | | |
| EXHIBIT NO. | | SHOTGUN SHELLS | | |
| DATE REC'D. | | WADDING | | |
| | SUBMITTED BY—NAME | STAR NO.    DATE | | |
| | NO. REC'D. | EXHIBIT(S) | | |
| | | FIRED BULLETS | | |
| | | DISCHARGED CART. CAₑES | | |
| EXHIBIT NO. | | SHOTGUN SHELLS | | |
| DATE REC'D. | | WADDING | | |

CONCLUSIONS—IN THE OPINION OF THE EXAMINER

| FIREARMS EXAMINER (PRINT) | FIREARMS EXAMINER (SIGNATURE) |
| --- | --- |
| | |

CPD-33.405 (Rev. 3/86)

ASVC

Wron 00066

CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street
IDENTIFICATION SECTION    Chicago, Illinois   60605

CRIMINAL HISTORY OF RIOS, Jose    M/WH

DATE    29 July 1981

DATE OF BIRTH    30 April

I.R. NO.   614010

FBI NO 970150   AA5   I.S.B. N. 24423829

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Jose RIOS<br>3449 W. North<br>30 April | 6187986 | -28 Jul 81. Off. Rogers, 14th Dist. Disorderly Conduct. | | | |
| Jacques RIVERA<br>3335 W. Beach<br>30 Apr | 6776065 | - 27 Feb 83 Off Chavez 14 dist Robbery<br>28 Feb 83, S/A Robb., (38-18-1a), Poss Stl Veh., (95½-4-103a),<br>FPG.TRANSFER TO CHIEF JUDGE, Judge Sodini<br>14 Mar. 83, INFO#83-2690, Robbery, Theft, Poss Stolen Veh. | | | |
| Jack RIVERA<br>3335 W Beach<br>30 Apr | 6851273 | - 02 Jun 83 Off Gruber Dummer Mobile Force (14) UUW<br>24 June 83, UUW Gun (38-24-1a4) Fail Exib Reg. (MCC) Fail<br>Poss. I.D. (38-83-2a) BFW, Judge Laurie (Docket No. 8<br>83235069) | | | |
| | SEE CB<br>6776065 | 28 June 83. Robbery(83-2690) Nolle Prosse, Theft, Poss Stln<br>Ntr Veh, PG/FG, 2yrs PROBATION, Judge Hall. | | | |
| | SEE CB#<br>6857271 | -29 Aug 83, UUW (38-24-1a10) Fail to Exhibit Reg (MCC) Fail<br>Poss ID Card (38-83-2a) SOL, Judge Macellaio (Docket No. 8323<br>5089) | | | |
| Jaques RIVERA<br>4032 W. Division<br>30 Apr | 7355806 | -20 May 85, Off. Fnuelly GCU-North (014th) Poss. Cocaine<br>17 Jul 85, Poss Cocaine, (56½-1402), No FOID Card., (38-83-2)<br>SOL, Judge Kowalski, (Dk#85-1172594) | | | |
| Jacques RIVERA<br>4032 W. Division<br>30 Apr | 7849197 | -23 Jul 87, Off. Clark, 14th Dist., Batt.<br>10 Aug 87, Battery(38-12-3) SOL Judge Chrones<br>(Doc# 8718 1956) | | | |
| Jacques RIVERS<br>4448 W. Cortez<br>30 Apr. | 8034413 | -24 May 88, Off. RRamirez, 14th dist. Poss. Cann. | | | |
| Jacques RIVERA<br>4238 W. Divison<br>30 Apr. | 8101323 | -30 Aug. 88, Off. Guevarra, GCU-N (25th) Dist. Agg. Batt. (c | | | |

CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulation.

cpd 31 003/REV. 10/75} S.S. 20.331).   B3

Wron 00067

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
DAY MONTH YEAR
27 | Aug 88

DATE OF THIS REPORT
DAY MONTH YEAR WATCH
27 Aug 88 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT
466 BATTERY | VALONTIN, FELIX

BEAT/UNIT ASSIGNED
5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Felix Valentin

DR Perez

8 in chest      2 in LeFT Arm

chest
5 in  8 shots

6 bullets

10 holes in back only 2 holes
IN front — 6 Bullets IN chest

R.D. NO. K 371 955

REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. | DAY MO AUG 1988
8056 | Fitzgerald | 29 AUG 1988
CPD 23-122 (Rev. 2/83)
John J. Leonard 5629

Wron 00068

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT
DAY 27 MONTH Aug YEAR 88

DATE OF THIS REPORT
DAY 27 MONTH Aug YEAR 88 WATCH 3

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: AGG BATTERY

VICTIM'S NAME AS SHOWN ON CASE REPORT: VALENTIN, FELIX

BEAT/UNIT ASSIGNED: 5537

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

Felix 16 5537
DOB 14 38 N. Campbell
Diego School
Campbell Boy

VALENTIN, ISRAEL
1458 N. CAMPBELL
235-1821
DOB Same
SS#

1545 DROVE-UP TO 3324 W. CORLAND - ISRAEL (MOE)
WENT TO GET DATE - TO GO TO WADDING - CONE FOR APPROX
5 MIN - CAME DOWN WITH OUT GIRLFRIEND DIDNT SEE
BROTHER WALKED TO CAR SAW FELIX SLUMPED OVER IN PASSENGER
SIDE - (F HAD BEEN DRIVING) - PUSHED FELIX OVER - TOLD GIRLFRIEND
TO GO UP AND CALL MRS VALENTIN - MOE TOOK OFF FOR HOSPITAL
HAD ACCIDENT K-875233 + TRAFFIC - UNKNOWN MOTORISTS
BROUGHT VICTIM - MOE TO NORWEGIAN -

GIRLFRIEND'S BROTHER - Macho Lopez - 13 yoa
SAW INCIDENT - HAS NOT BEEN INTERVIEWED -
KINGS -

Campbell Boy -
BROTHER - A L10 -

REPORTING OFFICER'S SIGNATURE—STAR NO.

RECEIVED BY, SUPERVISOR'S SIGNATURE—STAR NO.

DAY 27 MONTH AUG YEAR 1988

CPD-23.126 (Rev. 2/83)

Wron 00069