**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | Case No. 12 C 4428 |
| *Plaintiff,* | ) | |
| | ) | Hon. Joan B. Gottschall, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.,* | ) | Hon. Mary M. Rowland, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |
| | ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' CONSOLIDATED RESPONSE IN
OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS**

# EXHIBIT 6A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
~~~~~~~~~~~~~~~~~~~~

JACQUES RIVERA,

    Plaintiff,

vs.      Case No. 12 CV 4428

REYNALDO GUEVARA, et al.,

    Defendants.
~~~~~~~~~~~~~~~~~~~~

Videotaped Deposition of
ORLANDO LOPEZ

May 29, 2013
11:03 a.m.
Taken at:
Rennillo Deposition & Discovery
Erieview Tower
1301 East 9th Street, Suite 100
Cleveland, Ohio
Toni DiNardo, RPR

---

1   APPEARANCES:
2
3   On behalf of the Defendants Reynaldo
4   Guevara; Steve Gawrys; Joseph Fallon;
5   Joseph Sparks; Paul Zacharias; Edward
6   Mingey and Russell Weingart; John
7   Leonard; Gillian McLaughlin; Daniel Noon;
8   John Guzman and Rocco Rinaldi:
9     The Sotos Law Firm, P.C., by
10     JEFFREY N. GIVEN, ESQ.
11     550 E. Devon
12     Suite 150
13     Itasca, Illinois 60143
14     630-735-3300
15     jgiven@jsotoslaw.com.com
16
17   On behalf of the Defendant City of
18   Chicago:
19     Rock, Fusco & Connelly, LLC, by
20     EILEEN E. ROSEN, ESQ.
21     321 North Clark Street
22     Suite 2200
23     Chicago, Illinois 60654
24     312-494-1000
25     erosen@rockfuscoconnelly.com

3

---

1   APPEARANCES:
2
3   On behalf of the Plaintiff:
4     Northwestern Law, Bluhm Legal
5     Clinic, by
6     LOCKE E. BOWMAN, ESQ.
7     375 East Chicago Avenue
8     Chicago, Illinois 60611
9     312-503-0844
10     l-bowman@law.northwestern.edu
11
12
13   On behalf of the Plaintiff:
14     Loevy & Loevy, by
15     ANAND SWAMINATHAN, ESQ.
16     312 North May Street
17     Suite 100
18     Chicago, Illinois 60607
19     312-243-5900
20     anand@loevy.com
21
22
23
24
25

2

---

1   APPEARANCES:
2     On behalf of Orlando Lopez:
3     Grange Insurance, by
4     STEPHANIE D. ADAMS, ESQ.
5     610 S. Front Street
6     Columbus, Ohio 43215
7     614-449-5993
8     adamssd@grangeinsurance.com
9
10   ALSO PRESENT:   Jeff Koisher, Videographer
11
12
13      ~ ~ ~ ~ ~
14
15
16
17
18
19
20
21
22
23
24
25

4

---

1 (Pages 1 to 4)

```
1           TRANSCRIPT INDEX
2
3    APPEARANCES...............................    2
4
5    INDEX OF EXHIBITS ......................    6
6
7
8    EXAMINATION OF ORLANDO LOPEZ
9    By Mr. Bowman.............................    11
10   By Ms. Rosen.............................   122
11   By Mr. Given.............................   169
12
13   REPORTER'S CERTIFICATE...................   186
14
15   EXHIBIT CUSTODY
16   EXHIBITS RETAINED BY ATTORNEY BOWMAN
17
18
19
20
21
22
23
24
25
                                                   5
```

```
1        INDEX OF VIDEO OBJECTION
2    OBJECT                         PAGE
3    objection................    15
4    object...................    25
5    objection................    31
6    objection................    31
7    objection................    42
8    objection................    66
9    objection................    71
10   objection................    79
11   objection................    82
12   objection................    83
13   objection................    83
14   object...................    84
15   object...................    84
16   objection................    85
17   object...................    86
18   objection................    87
19   objection................    87
20   objection................    87
21   objection................    90
22   objection................    94
23   objection................    96
24   objection................   100
25   objection................   100
                                                   7
```

```
1          INDEX OF EXHIBITS
2    NUMBER        DESCRIPTION      MARKED
3    Exhibit 29   Affidavit...................    15
4    Exhibit 30   Transcript...................    16
5    Exhibit 31   Google Map..................    33
6    Exhibit 32   Photograph..................    41
7    Exhibit 33   Photograph..................    44
8    Exhibit 34   Photograph..................    48
9    Exhibit 35   Photograph..................    52
10   Exhibit 36   Photograph..................   140
11   Exhibit 37   Report......................   151
12   Exhibit 38   Bench Trial................   174
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                   6
```

```
1    objection................   100
2    objection................   106
3    objection................   108
4    objection................   109
5    objection................   111
6    object...................   111
7    objection................   112
8    objection................   115
9    objection................   115
10   objection................   116
11   objection................   117
12   objection................   117
13   Object...................   118
14   objection................   118
15   objection................   118
16   object...................   143
17   object...................   150
18   object...................   152
19   object...................   154
20   object...................   155
21   objection................   155
22   object...................   159
23   objection................   173
24   objection................   176
25   objection................   177
                                                   8
```

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1  objection................................. 178
2  objection................................. 178
3  objection................................. 179
4  objection................................. 180
5  objection................................. 180
6  objection................................. 182

9

1        EXAMINATION OF ORLANDO LOPEZ
2  BY MR. BOWMAN:
3      Q.   Could you please tell us your first
4  and last name and spell your last name?
5      A.   Lopez, L-O-P-E-Z, Orlando,
6  O-R-L-A-N-D-O.
7      Q.   It's Orlando Lopez?
8      A.   Correct.
9      Q.   Mr. Lopez, as you know, my name is
10  Locke Bowman and I represent Jacques Rivera.  I
11  have some questions for you this morning that
12  will -- and it will likely run into the
13  afternoon.
14        The -- have you ever been in a
15  procedure like this, given a deposition before?
16      A.   In the surroundings like this, no.
17      Q.   It's similar to being in court in
18  that you're under oath, we have a court
19  reporter taking down my questions and your
20  answers.  It's a little less formal, we don't
21  have a judge, and so just to be clear about
22  some ground rules, first, like in court you
23  need to answer audibly.
24        If a question is properly answered
25  with a yes or no, you need to say yes or no as

11

1        THE VIDEOGRAPHER:  We are on the
2  record.  The time is 11:03.  The date is May
3  29, 2013.  This is the videotaped deposition of
4  Orlando Lopez in the matter of Rivera versus
5  Guevara held in Cleveland, Ohio.
6        Counsel, please state appearances
7  for the record?
8        MR. BOWMAN:  My name is Locke
9  Bowman.  I represent the Plaintiff, Jacques
10  Rivera.
11        MR. SWAMINATHAN:  Anand Swaminathan
12  for the Plaintiff, Jacques Rivera.
13        MS. ROSEN:  Eileen Rosen for
14  Defendant, City of Chicago.
15        MR. GIVEN:  Jeff Given on behalf of
16  the individual defendant.
17        MS. ADAMS:  I'm Stephanie Adams
18  here on behalf of Orlando Lopez.
19        THE VIDEOGRAPHER:  Would the court
20  reporter please swear in the witness?
21        ORLANDO LOPEZ, of lawful age, called for
22  examination, as provided by the Ohio Rules of
23  Civil Procedure, being by me first duly sworn,
24  as hereinafter certified, deposed and said as
25  follows:

10

1  opposed to uh-huh or shaking your head, which
2  is not clear; okay?
3      A.   Okay.
4      Q.   You should do your very best to
5  avoid us talking over each other.  I will
6  endeavor not to interrupt you, and you should
7  try and be sure that I finish asking my
8  question before you start to answer the
9  question so that we're not talking over each
10  other.
11        I am really slow of speech and
12  everybody eventually gets the idea of where I'm
13  going and you want to jump in and start
14  answering the question, and you want to prevent
15  yourself from doing that so we have a clear
16  record and Toni is not having to take us both
17  down talking at the same time; okay?
18      A.   Okay.
19      Q.   You are absolutely entitled to a
20  clear question that you can understand, and I
21  realize that this is not a pleasant experience
22  for you, and so I'm going to do my best to make
23  my questions clear and comprehensible.
24        If you don't understand a question
25  that I've asked, I want you to tell me.  And my

12

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1   responsibility is going to be to keep
2   rephrasing the question until it gets clear and
3   you can answer; okay?
4       A.   Okay.
5       Q.   If you do answer my question, I'm
6   going to assume that you've understood what
7   I've asked and that you're actually responding
8   to that question.  Is that also fair?
9       A.   Fair.
10      Q.   If at any point you need to take a
11  break, to consult with your lawyer, to use the
12  facilities, for whatever purpose, just let us
13  know and you can take a break and any
14  reasonable time that you need, we'll
15  accommodate; okay?
16           The only thing that I ask is that
17  if I've asked a question, that you finish
18  answering the question that I've asked before
19  we stop; fair enough?
20      A.   Fair enough, okay.
21      Q.   Now, could you tell me what you did
22  to get ready to come here and testify today?
23      A.   Miss work and just got groomed and
24  got dressed and came, prepared mentally to get
25  ready for this hearing here and drove here and

13

1   I'm here now.
2       Q.   And you had a chance, I'm assuming,
3   to talk with Ms. Adams before you came?
4       A.   Correct.
5       Q.   Have you had any opportunity to sit
6   down and talk with any of the lawyers for the
7   City of Chicago or for the Chicago police
8   defendants who are represented by counsel here
9   today?
10      A.   No.
11      Q.   And you and I have not met before
12  this morning; right?
13      A.   Correct.
14      Q.   And as far as this particular
15  lawsuit goes, you've not spoken with any of us
16  lawyers representing Jacques in this particular
17  case?
18      A.   Correct.
19      Q.   Did you have a chance to look over
20  any documents, in particular any prior
21  testimony or sworn statements that you've given
22  before coming here to testify?
23      A.   I looked over some.
24      Q.   Let me -- Toni -- I'm going to hand
25  you what I believe is an affidavit that you

14

1   signed.  I'm marking it for identification as
2   Exhibit 29.  I'd just ask you to take a few
3   minutes to read that over.
4            - - - - -
5            (Thereupon, Deposition Exhibit 29,
6            Affidavit, was marked for purposes
7            of identification.)
8            - - - - -
9       A.   Do you want me to read the whole
10  thing or just --
11      Q.   Yes, please.
12           Have you taken all the time you
13  need to read over Exhibit 29?
14      A.   Yes.
15           MR. GIVEN:  Objection.  Form.
16      Q.   Is this an affidavit that you
17  signed on June 12, 2010?
18      A.   Yes.
19      Q.   Are the statements in Exhibit 29
20  true and accurate?
21      A.   Yes.
22      Q.   Just to be clear, had you had an
23  opportunity before coming here to testify today
24  to read Exhibit 29 over?
25      A.   Not today.

15

1       Q.   I'm going to hand you next a
2   transcript of your testimony at a court hearing
3   that took place on June 23, 2011, and I'll mark
4   it for identification as Exhibit 30.
5            - - - - -
6            (Thereupon, Deposition Exhibit 30,
7            Transcript, was marked for purposes
8            of identification.)
9            - - - - -
10           MS. ADAMS:  Is this the direct and
11  cross or just the direct?
12           MR. BOWMAN:  It's the direct and
13  cross.  To be clear, in response to Ms. Adams'
14  question, Exhibit 30 is the entirety of
15  Mr. Lopez's testimony of the post conviction
16  hearing that took place in 2011.
17      Q.   I'm not going to ask you to read
18  this entire transcript over, but I wanted to
19  clarify whether or not you had the chance to
20  read over this transcript of testimony before
21  you came here today to testify?
22      A.   I read through it at home.
23      Q.   And could you tell me when you did
24  that?
25      A.   About a week ago.

16

4 (Pages 13 to 16)

1    Q.   As you read through the transcript
2  that's before you as Exhibit 30, did you see
3  any errors in your testimony, anything that you
4  said that was not accurate?
5    A.   No.  Everything I said is pretty
6  much what I said.
7    Q.   And is it -- is the testimony that
8  you gave on June 23, 2011 truthful to the best
9  of your ability?
10   A.   Correct.
11   Q.   As you sit here today under oath,
12 Mr. Lopez, can you tell me who the person is
13 who shot Felix Valentin on August 27, 1988?
14   A.   The person that shot was -- at the
15 time the person that shot -- it was a gangster
16 pretty much, an Imperial Gangster.
17   Q.   And just so that we're clear, when
18 you say Imperial Gangster, what does that mean?
19 What does that designate?
20   A.   A rival gang from the Latin Kings
21 and any other gangs.
22   Q.   Do you know that individual's name?
23   A.   No, I do not.
24   Q.   Is that person who was a member of
25 the Imperial Gangsters -- is that person

17

1  you went to look at a lineup in the police
2  station?
3    A.   Twice; two times.
4    Q.   You're confident of that?
5    A.   Correct.
6    Q.   All right.  Mr. Lopez, let me step
7  back for a moment.  You are -- we are not going
8  to ask you your address today.
9         Can you tell me whether you are
10 currently living in the area around here in
11 Cleveland, Ohio, where this deposition is going
12 on?
13   A.   Yes.
14   Q.   How long have you lived in this
15 area?
16   A.   Over ten years.
17   Q.   With whom do you live here?
18   A.   Do I really have to answer that
19 one?
20   Q.   I --
21   A.   I mean, is that -- I have a wife
22 and I have four children.
23   Q.   I don't need to know anybody's
24 names.
25   A.   Okay.

19

1  Jacques Rivera?
2    A.   No.
3    Q.   As you sit here today under oath,
4  can you tell me, Mr. Lopez, whether the person
5  who shot Felix Valentin was an individual who
6  you had ever seen before the date of the
7  shooting, August 27, 1988?
8    A.   Never saw him prior to the
9  shooting.
10   Q.   Had you seen that individual
11 playing baseball in Humboldt Park prior to the
12 shooting?
13   A.   No.
14   Q.   As you sit here today under oath,
15 Mr. Lopez, can you tell me on how many
16 occasions you went to the police station in the
17 weeks following the shooting of Felix Valentin
18 to view a lineup?
19   A.   Twice.
20   Q.   Is there any doubt in your mind
21 that you went to the police station twice to
22 see the lineup?
23   A.   Requestion that again.
24   Q.   Do you have any uncertainty or
25 doubt in your mind that it was two times that

18

1    Q.   I'm just interested in knowing
2  whether you live with your family?
3    A.   Yes, I'm a married man and I have
4  four children.
5    Q.   How old are your kids at this
6  point?
7    A.   Really.  17 years old, 14, 13, and
8  10.
9    Q.   Thank you.  And how long have you
10 been married?
11       MS. ADAMS:  Forever.
12   A.   Forever.  No --
13       MS. ADAMS:  Don't ask him what his
14 anniversary is.  That's not a fair question.
15   A.   -- I've been married for 15 years.
16   Q.   Before living in the Cleveland
17 area, where did you live?
18   A.   Pennsylvania.
19   Q.   Where in Pennsylvania?
20   A.   Harrisburg.
21   Q.   And prior to living in Harrisburg,
22 Pennsylvania, where did you live?
23   A.   Chicago, Illinois.
24   Q.   Can you tell me what year you moved
25 from Chicago, Illinois to Harrisburg?

20

5 (Pages 17 to 20)

1    A.   It's been so long.  Like I said,
2  it's been over probably 15 years.  I can't
3  really tell you the date.
4    Q.   Best estimation, was it in the
5  decade of the 1990s?
6    A.   Yes.  I left in the '90s, late
7  '90s.
8    Q.   How old were you when you left
9  Chicago approximately?
10    A.   19 or 20, around that time.
11    Q.   Can you tell me what it was that
12  prompted you to leave the City of Chicago?
13    A.   Gangs.
14    Q.   What do you mean by that?
15    A.   You know, through all this stuff
16  that happened to me with this it forced me --
17  not forced me because nothing is forced in
18  life, but the peer pressures and stuff like
19  that made me join gangs.  I was joining into
20  the Maniac Disciples due to this reason.  Then
21  I had children.  My first son was born, and I
22  saw how Felix died.  Man, I'm going to cry
23  here, and I just wanted to make sure my son
24  didn't be another casualty, and I want make
25  sure I raise my family.

                                              21

1    Q.   Do you have the occasion ever to go
2  back and visit Chicago?
3    A.   Yes, I have visited.  I got family
4  over there.
5    Q.   When was the last time you visited
6  the city, just to get a sense of how often you
7  come back?
8    A.   Just recently.
9    Q.   And can you tell me how many times
10  a year you might go back to visit?
11    A.   Once a year.
12    Q.   And that's to visit family?
13    A.   Correct.
14    Q.   When you return to Chicago, do you
15  go back to the old neighborhood where you grew
16  up?
17    A.   No, I do not.
18    Q.   I'd like to ask you a couple of
19  questions about your employment history.
20         Did you graduate from high school?
21    A.   I have my GED.
22    Q.   And since obtaining the GED, can
23  you tell me the jobs where you've worked?
24    A.   One factory and then became a
25  high-rise window cleaner.

                                              23

1    Q.   Thank you for your testimony.  I
2  wanted to be clear about one thing that I'm not
3  sure I heard.  You said that you had joined a
4  particular gang yourself as a result of peer
5  pressure prior to leaving Chicago?
6    A.   It was before -- it was when all
7  this occurred after Felix and the trial, I
8  decided to join a gang because I felt like I
9  would be safe and -- you know, safe haven.  In
10  other words, being in a territory area in
11  Chicago where you got your Kings in Humbolt
12  Park, and you know how everything is divided
13  over there where it's territorial and then the
14  family -- my family members were also on the
15  other side of the fence, so that was the reason
16  why I joined the gangs also because I didn't
17  want to -- once you're in a gang you're stuck
18  in that area no more, and I felt safe in that
19  area, in that box in other words.
20    Q.   Can you tell me the name of the
21  gang you joined?
22    A.   Maniac Disciples.
23    Q.   And that was after the trial and
24  after Felix's death?
25    A.   Correct.

                                              22

1    Q.   And the factory where you worked,
2  is that here in Cleveland?
3    A.   No, Chicago.
4    Q.   What did you do for work when you
5  were living in Harrisburg?
6    A.   Window cleaning.
7    Q.   And you also do window cleaning
8  here in Cleveland?
9    A.   Correct.
10    Q.   Anything that attracted to you
11  high-rise window cleaning?
12    A.   I had a son I had to feed.
13         MS. ADAMS:  That will do it, huh?
14         THE WITNESS:  Yes.
15    Q.   Okay.  Fair enough.  And is there a
16  particular firm that you work for now that
17  provides cleaning service?
18         MS. ADAMS:  (Indicating).
19         MR. BOWMAN:  He's not answering
20  that question?
21         MS. ROSEN:  Can you just say yes or
22  no?
23    A.   Yes.
24         MS. ADAMS:  Yes, sorry.  He is
25  employed.

                                              24

6 (Pages 21 to 24)

1    Q.   And I'm not going to ask you where
2  you work.  How long have you worked for the
3  particular firm that employs you now?
4    A.   Nine years if I'm correct.
5    Q.   And this is a full-time job?
6    A.   Correct.
7    Q.   Can you please tell me your date of
8  birth?
9    A.   5/17/76.
10   Q.   And what is your current age?
11   A.   37.
12   Q.   And I gather -- I don't want to
13 belabor the point, but just to be clear I
14 gather from your testimony that you completely
15 totally left behind the gang life when you left
16 the City of Chicago?
17   A.   Correct.
18   Q.   I would like to take you back at
19 this time, Mr. Lopez, to the date of Felix's
20 murder, which I understand to be August 27,
21 1988.  Do you remember that day?
22   A.   Can you repeat the date again?
23       MS. ROSEN:  Object to the form of
24 the question because he didn't die on August
25 27, so --

25

1       MR. BOWMAN:  I'll rephrase the
2  question.  Thank you.  It was my mistake.  Let
3  me try again so it's clear.
4    Q.   Do you remember the day that Felix
5  was shot?
6    A.   Not the actual date, but I remember
7  the day of, you know --
8    Q.   And I'm not trying to ask whether
9  you remember what calendar day it was --
10   A.   No, that I don't remember.  I just
11 remember exactly vividly how it happened, when
12 it happened and how it went about, my actions
13 and stuff like that.
14   Q.   And I think that we all agree as
15 we've got records here that the date of Felix's
16 shooting was August 27, 1988, so I may in some
17 of my questions refer to that date, but we'll
18 be talking about the day Felix was shot; okay?
19   A.   Okay.
20   Q.   Can you tell me where you were
21 living on the day Felix was shot?
22   A.   I was living at 3320 West Cortland,
23 Chicago, Illinois.
24   Q.   And how old were you at that time?
25   A.   If my memory serves me right around

26

1  11 or 12.
2    Q.   Were you going to school at that
3  point?
4    A.   Yes, I was.
5    Q.   What day of the week was it that
6  Felix was shot?
7    A.   That I can't -- I just -- now that
8  I read this stuff I knew it was on a Saturday,
9  but at the moment I didn't know the date, so --
10   Q.   Okay.  And that's what I was just
11 asking --
12   A.   Okay.
13   Q.   -- whether it was a weekend or
14 during the day.  Were you in school?
15   A.   No.
16   Q.   Were you attending school at that
17 time, not were you in school on a Saturday, but
18 were you attending school?
19   A.   Yes, I was.
20   Q.   Where did you attend school?
21   A.   I attended school at Mozart
22 Elementary.
23   Q.   Where is that?
24   A.   That was over there on Avers and
25 Palmer.

27

1    Q.   And what grade were you in when
2  Felix was shot?
3    A.   I don't remember the grade I was
4  in.
5    Q.   Okay.  Can you tell me who you
6  lived with at 3320 West Cortland?
7    A.   My mother.
8    Q.   Did anyone else live in the home
9  other than you and your mom?
10   A.   My stepfather, my little two
11 sisters and my sister, Marilyn.  All four
12 sisters, let's just put it that way there.
13   Q.   So it was your mom, your stepdad,
14 you, and four sisters?
15   A.   Correct.
16   Q.   And is 3320 West Cortland an
17 apartment building?
18   A.   Correct.
19   Q.   What apartment did your family
20 have?
21   A.   The one near the alley, that's like
22 -- that's pretty much all I can tell you that
23 part.
24   Q.   Which floor were you on?
25   A.   First floor.

28

1    Q.   Did you in that period of time
2    around when Felix was shot, did you sometimes
3    spend time with your father?
4    A.   Yeah, I did spend some time with my
5    father.
6    Q.   Where did your father live at that
7    time?
8    A.   Mozart Park -- I mean across the
9    street from the school, from Mozart Elementary.
10   Q.   Was there an arrangement as to how
11   much time you would spend with your dad versus
12   your mom?
13   A.   No.
14   Q.   So it just --
15   A.   Whenever I felt like going to him
16   that's when I could go.
17   Q.   So it varied?
18   A.   Correct.
19   Q.   Now, were you -- around the time
20   that Felix was shot, were you acquainted with
21   Felix's family, the Valentins?
22   A.   Did I knew them personally?
23   Q.   Yes.
24   A.   Yes, I did.
25   Q.   Can you tell me what your

29

1    relationship was with that family?
2    A.   The relationship was through my
3    sister-in-law, they were -- I mean, my sister,
4    my brother-in-law, and they lived on Campbell
5    and LeMoyne and visited them and that was
6    pretty much it.
7    Q.   Can you tell me where they lived
8    again? I'm sorry, I didn't catch that.
9    A.   Campbell and LeMoyne.
10   Q.   Campbell and Illinois?
11   A.   LeMoyne.
12        MR. GIVEN: LeMoyne.
13   Q.   Got it. I'm the one from Chicago.
14        And which sister was it who had a
15   relationship with one of the Valentin boys?
16   A.   Marilyn.
17   Q.   Marilyn. How old was Marilyn at
18   that time?
19   A.   I'm going to assume 18, I don't
20   know really her age.
21   Q.   And which Valentin boy did Marilyn
22   have a relationship with?
23   A.   Israel Valentin.
24   Q.   Other than the -- and can you just
25   tell us so we're clear the nature of the

30

1    relationship between Israel and Marilyn at that
2    time?
3    A.   I believe they were boyfriend and
4    girlfriend.
5    Q.   Other than the relationship between
6    Israel and your sister, Marilyn, was there any
7    other relationship between your family and the
8    Valentins?
9    A.   Yeah, just --
10        MR. GIVEN: Objection. Form. Go
11   ahead.
12   A.   Question is -- yeah, they were --
13   we were just family -- once you intertwined
14   with relationships, you know, you throw parties
15   and stuff like that.
16   Q.   Did you know Felix?
17   A.   Yes, I did.
18   Q.   Can you tell me what your -- what
19   the nature of your relationship was with Felix?
20   A.   Through the --
21        MR. GIVEN: Objection. Form.
22   A.   His brother -- just like I said
23   knew him in the family because I used to go to
24   their house. He used to, you know, hey, how
25   you doing and later.

31

1    Q.   Did you spend time with him?
2    A.   No. That I -- no, I did not.
3    Q.   Did you consider him a friend?
4    A.   I considered him a family member.
5    Q.   All right. Now, I want to ask you
6    some questions about the geography around 3320
7    West Cortland.
8        What is the direction that Cortland
9    Street runs?
10   A.   If my mind serves me right east and
11   west. East and west, I'm assuming if my mind
12   plays me right.
13   Q.   And as you go to the east from the
14   apartment where your family lived at 3320 West
15   Cortland, as you go east, what is the first
16   cross street that you encounter?
17   A.   Armitage. So you got Cortland
18   here, (indicating), you have Spaulding here
19   (indicating), and if you go east, if my mind
20   serves right, is Armitage.
21        Am I wrong here?
22        MR. GIVEN: I'd rather clear up the
23   record so that we're all literally on the same
24   page. That's incorrect.
25   A.   Incorrect. I'm just -- well, then

32

8 (Pages 29 to 32)

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1   west --
2          MR. BOWMAN:  I think I've got a
3   solution for us.
4          A.   If you want me to draw it out on a
5   paper, I'll be glad to do that so how my memory
6   serves me right.
7          Q.   I've got Google Maps?
8          A.   Okay.
9          Q.   So that will be --
10         MS. ADAMS:  Google, the world's
11  best resource.
12         - - - - -
13         (Thereupon, Deposition Exhibit 31,
14         Google Map, was marked for purposes
15         of identification.)
16         - - - - -
17         Q.   I've marked for identification as
18  Exhibit No. 31 a Google Map page showing
19  Cortland Street in the City of Chicago and the
20  area around Cortland.  And what we did, just to
21  be clear, Mr. Lopez, to get this particular
22  page was to type in the address 3320 West
23  Cortland Street and you'll see a little bubble
24  with an A in it near the center of the page,
25  and that's the Google Map identification of the

                                            33

1   address of your old apartment.
2          A.   Home.
3          Q.   Okay, so just to confirm, Cortland
4   does run east and west; right?
5          A.   It says Cortland you were asking
6   me, not Spaulding?
7          MR. GIVEN:  Correct.  He's asking
8   you about Cortland.
9          A.   That's the reason why he threw me
10  off with the Spaulding and that's why I'm like
11  okay.
12         Q.   No question that I asked a
13  confusing question, it was my bad, and I just
14  want us to be clear about it, so that we can
15  talk about it in a way that we all understand.
16  That's my only purpose; okay?
17         So if you look here at this map
18  you'll see that toward the top of the page,
19  that's north, right, as you go north from
20  Cortland you get to Armitage and up toward
21  Palmer going north of the city; right?
22         A.   Uh-huh.
23         Q.   You need to say yes or no?
24         A.   Oh, I apologize, yes.
25         Q.   And then if you go down toward the

                                            34

1   bottom of the page, you're going south past
2   Wabanasia down toward North Avenue?
3          A.   Okay, so that's south, north, west,
4   east I guess.
5          Q.   And --
6          A.   Yes.
7          Q.   And then over on the right side of
8   the page is toward the east where you run --
9   the first big street is Kedzie, right, east?
10         A.   Yes.
11         Q.   And then over toward the west you
12  run into Kimball and then Central Park on
13  toward Avers on the west?
14         A.   Correct.
15         Q.   And for the record --
16         (Discussion held off the record.)
17  Leave the record running just give Stephanie a
18  chance to --
19         MS. ADAMS:  Okay, I'm good.  Sorry.
20         Q.   For the record, your counsel has
21  marked the directions on Exhibit 31 just as
22  we've listed them with N at the top of the
23  page, S at the bottom of the page, E for east
24  on the right side and W for west on the left
25  side; correct?

                                            35

1          A.   Correct.
2          Q.   And does that all make sense?
3          A.   Yes.
4          Q.   So let me try it again.  If you're
5   heading on Cortland Street going east, what's
6   the first street you come to?
7          A.   Spaulding.
8          Q.   Spaulding.  And if you're heading
9   on Cortland Street going west, what's the
10  street you come to?
11         A.   Central Park.
12         Q.   Before Central Park, do you get to
13  Kimball?
14         A.   Oh, Kimball.
15         Q.   Would that be the first one you
16  come to?
17         A.   Yes.
18         Q.   All right.  Now, you've mentioned
19  in one of your prior answers an alley in the
20  vicinity of your building.
21         A.   Correct.
22         Q.   Can you tell us where that alley
23  runs in relation to your building?
24         A.   North and south.
25         Q.   And is it right along the east side

                                            36

                              9 (Pages 33 to 36)

1   of the building?
2       A.   Yes.
3       Q.   Now, did there come a point on that
4   afternoon that we're talking about when Felix
5   was shot when you left out of your building at
6   3320 and walked out into the street?
7       A.   Repeat the question again.
8       Q.   Did there come a point on the
9   afternoon Felix was shot when you were at home
10  at your apartment and you walked out of the
11  apartment onto the street?
12      A.   Yes.
13      Q.   And can you tell us approximately
14  what time of day that was to the best of your
15  memory now?
16      A.   It was daylight.  That's all I can
17  tell you.  I'm not going to sit here and say it
18  was 10, 12, 1, 3, that I can't tell you.  I
19  cannot.
20      Q.   When you walked out of the
21  building, when you first walked out, did you
22  see anything unusual going on?
23      A.   Yes, a red car.  There was a red
24  car which was -- Felix was in.  A gentleman
25  that was actually shooting the -- shooting

                                              37

1   Felix, and that's pretty much what was going
2   on.
3       Q.   Tell me to the best you can exactly
4   where Felix's red car was parked as you came
5   out of the building?
6       A.   On the alley facing north and --
7   facing north he was right there on -- repeat
8   the question again, please.
9       Q.   Tell me exactly where Felix's car
10  was when you came out of the building?
11      A.   On the alley facing north.
12      Q.   Was the car on the same side of
13  Cortland or on the other side of Cortland from
14  your apartment?
15      A.   It was on my -- on the side of the
16  apartment.
17      Q.   Was the car visible as you -- and
18  when you -- just to be clear, when you walked
19  out of your apartment, did you walk out of the
20  front door?
21      A.   Correct.
22      Q.   Was the car visible when you walked
23  out of the apartment?
24      A.   Yes, it was.
25      Q.   And to look at the car, which

                                              38

1   direction did you look?
2       A.   East.
3       Q.   And as between left and right, that
4   would be left?
5       A.   As I'm walking down that was left.
6       Q.   And did you see -- where was Felix?
7   Where was Felix?
8       A.   In the car.
9       Q.   Was he seated --
10      A.   On the driver --
11      Q.   I'm sorry -- you're good.
12      A.   On the driver's side.
13      Q.   I interrupted you.  And you said
14  that there was a man; yes?
15      A.   Correct.
16      Q.   And you described the man as
17  shooting Felix?
18      A.   Correct.
19      Q.   Was the man facing toward you or
20  away from you?
21      A.   Away from me.
22      Q.   Can you describe how that man
23  looked?
24      A.   At the time when he was facing me
25  -- when his back was towards me he had black

                                              39

1   hair -- a black jacket.  He was wearing black.
2   His hair was like gold-brownish in the back.  I
3   could tell -- you want me to go into details?
4       Q.   Yes, the best details you can.
5       A.   Okay.  His back was turned to me so
6   I ran into the --
7       Q.   Hang on just a second.  Just the
8   details as to how he looked.
9       A.   Okay.  His hair was black and
10  yellow, all black and probably that's pretty
11  much all I can remember.
12      Q.   Anything else you can tell us about
13  how he looked at that point?
14      A.   His back was turned on me.
15      Q.   I'm going to hand you another
16  exhibit now which I'm going to mark for
17  identification as Exhibit 32, and I don't have
18  any extra copies of this.  It's a color
19  photograph.  So I'm going to hand it to the
20  other lawyers so that they can look at it.  It
21  has a Bates number on it, an identifying number
22  which is C like cat P like police D like
23  department, and the number 0093.  And it is my
24  understanding that this is one of the original
25  crime scene photos from the investigation.

                                              40

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1          - - - - -
2          (Thereupon, Deposition Exhibit 32,
3          Photograph, was marked for purposes
4          of identification.)
5          - - - - -
6     Q.   Do you recognize -- do you
7  recognize what's shown in that photograph,
8  Exhibit 32, which has just been placed before
9  you?
10    A.   Yes.
11    Q.   Can you tell us?
12    A.   The apartment where I lived.
13 That's the apartment where I used to live at,
14 the alley where Felix got shot.
15    Q.   In that photograph, are you able to
16 see the location where Felix's car was at the
17 time of the shooting?
18    A.   Yes.
19    Q.   And can you indicate -- actually I
20 need for you to tell us where that was and then
21 we'll ask you to make an indication.
22         MS. ADAMS:  Do you want him to hold
23 it up for the camera?
24    Q.   Why don't you just tell us as best
25 you can in words first, and then we'll use the

41

1  photograph, and then we'll ask you to indicate
2  with your finger where it is that the car was
3  located.
4     A.   (Indicating) in the alley right
5  here.
6         MR. BOWMAN:  Hang on just a second
7  so the camera can get that, and Jeff let me
8  know when you have that.
9
10        THE VIDEOGRAPHER:  We do.
11    Q.   Okay.  You can put it down now.
12        MS. ADAMS:  You okay?
13        THE WITNESS:  Yeah.
14    Q.   What exactly was this person all in
15 black doing at that moment when you came out of
16 your apartment?
17    A.   Shooting at Felix.
18    Q.   Did you see a weapon?
19    A.   At the moment, no.
20    Q.   How did -- how is it that you knew
21 that he was shooting at Felix?
22    A.   Because I heard like a BB gun
23 sounded like -- a BB gun sound.
24    Q.   Can you tell me how many shots you
25 heard?

43

1  picture?
2     A.   He was parked on the alley, like I
3  said, facing north.  He was like parked right
4  there by the sidewalk.
5     Q.   Was the car partially in the alley
6  or was it out on the street?
7     A.   In the alley.
8     Q.   And the car was pointed toward the
9  north, which was pointed toward Armitage?
10    A.   Correct.
11    Q.   So that meant that Felix, in the
12 passenger side, was closest to you?
13        MS. ROSEN:  Objection.  Form.
14        MR. BOWMAN:  What's wrong with the
15 form?
16        MS. ROSEN:  Felix in the driver's
17 -- you said passenger side.
18        MR. BOWMAN:  Oh, I'm sorry.  I
19 misspoke.  Thanks.
20    Q.   So Felix is in the driver's seat,
21 and that means he's in the side of the car
22 closest to you?
23    A.   Correct.
24    Q.   Why don't you now, with your
25 counsel's help if you could, hold up the

42

1     A.   I just heard shots.
2     Q.   Fair enough.  And, Mr. Lopez, if at
3  some point you just don't know, that's fair
4  enough.  I'm not -- it's not a test.  I'm just
5  trying to get your best recollection, and I
6  appreciate again the extreme difficulty of this
7  testimony.  Thank you for your cooperation.
8         Now, I'm going to show you at this
9  point another photograph, which I'm marking for
10 identification as Exhibit 33, and this also has
11 a Bates number on it and I wrote it down
12 because it's not easy to read on the document.
13 It is Bates number Bluhm, B-L-U-H-M, 045069,
14 and this photograph was taken at least 20 years
15 later, and I'm going to show it to the lawyers
16 and then I'll hand it to you.
17         - - - - -
18         (Thereupon, Deposition Exhibit 33,
19         Photograph, was marked for purposes
20         of identification.)
21         - - - - -
22    Q.   Now, recognizing that it's much
23 later, are you able to recognize what's in this
24 photograph?
25    A.   Yes.

44

11 (Pages 41 to 44)

1    Q.   What does this show?
2    A.   An alley apartment.
3    Q.   And does it, in fact, show your
4  same building, 3320 West Cortland?
5    A.   Correct.
6    Q.   And in this photograph, are you
7  also able to see that spot where Felix's car
8  was located on that afternoon?
9    A.   Yes.
10    Q.   And I'd ask you again if you could
11  just hold up Exhibit 33 and point to the
12  location where the car was parked on that
13  picture.
14    A.   (Witness complies).
15    MR. BOWMAN:   And, Jeff, when you
16  have that, let us know.
17    THE VIDEOGRAPHER:   Okay.
18    Q.   Okay.  When you came out of the
19  building, saw the man with his back to you
20  dressed in black shooting at Felix, what did
21  you do?
22    A.   Ran into this -- you can't see it
23  in the picture -- can I show?
24    Q.   Sure.
25    A.   Right here in this indentation

45

1  right here (indicating), I ran into this
2  indentation, so I had saw the shooter and
3  that's what I did just watched him shoot, and
4  then I ran.
5    Q.   At any time did you go to a store?
6    A.   Correct, yes, I did.
7    Q.   So can you tell me the sequence of
8  events from when you first saw the man dressed
9  in black shooting at Felix until the point when
10  you got to the indentation?
11    A.   Well, I saw the gentleman shooting
12  at Felix, with his back turned to me, and I ran
13  into the indentation or the corner, ran to the
14  store, told the store -- the owner of the store
15  they're shooting somebody at the alley, could
16  you call the police?  He said whatever, you
17  know, just blew me off and said, you know, I
18  didn't see nothing.  As I vividly remember him
19  saying I didn't see nothing.  I ran back, and
20  as I go back to the corner, at this time the
21  gentleman shot probably twice more and turned
22  his face towards me.  He did not see me.  And
23  then he ran towards the car, and as he ran
24  towards the car he again glanced back to see if
25  there was anybody around -- everything is

46

1  coming back like it was yesterday -- and gets
2  in the car and just goes down, drives
3  Spaulding, south of Spaulding -- goes down
4  Spaulding and that's the last time I saw the
5  car and the gentleman.
6    Q.   Prior to the point when you
7  returned from the store, before you came --
8  before you got back from the store, were you at
9  any point able to see the shooter's face?
10    A.   No.
11    Q.   When you first came out of the
12  building, did you know that it was Felix's car
13  at the point in the alley that you indicated
14  for us?
15    A.   Yes, I did.
16    Q.   And how did you know it was
17  Felix's?
18    A.   He was picking up my sister and
19  Moe, my brother-in-law, Israel Valentin, for a
20  wedding.
21    Q.   And was Israel upstairs in the
22  apartment at this time?
23    A.   As he was shooting him?
24    Q.   Yes.
25    A.   He was still upstairs, and then I

47

1  like came to -- like I said, got in -- ran into
2  the store and he shot -- Israel came down
3  running, hysterical, and saw his brother shot,
4  screaming, and he just got in the car and
5  started driving it, you know, erratically and,
6  you know, that was pretty much it.
7    Q.   I'm going to hand you next a
8  photograph that has a hard to read Bates
9  designation on it.  It's Bluhm 045067, and I'll
10  mark it for identification as Exhibit 34, and
11  this photograph was also one that was taken 20
12  years plus after the events.
13    - - - - -
14    (Thereupon, Deposition Exhibit 34,
15    Photograph, was marked for purposes
16    of identification.)
17    - - - - -
18    Q.   And your counsel has placed Exhibit
19  34 in front of you, Mr. Lopez, and my question
20  for you is if you can tell me what's shown in
21  that picture.
22    A.   The door that I ran out of.
23    Q.   Are you --
24    A.   Well, the door is not there, but
25  that was the entranceway --

48

12 (Pages 45 to 48)

1   Q.   That you ran out of?
2   A.   Ran out of -- Well, came out and
3   saw him and hid.
4   Q.   Then my next question is are you
5   able in that photograph to see the store that
6   you ran to?
7   A.   Yes.
8   Q.   And can you -- I think probably the
9   easiest thing to do would be to ask you to hold
10  up Exhibit 34 as you have in the past and point
11  for us to the store that you ran to?
12  A.   Corner (indicating).
13  Q.   And can you tell me what the cross
14  street is at that corner?
15  A.   That's Kimball.
16  MR. BOWMAN:  Jeff, did you get that
17  okay?
18  THE VIDEOGRAPHER:  Yes.
19  Q.   How long did it take you to, from
20  the time that you first came out of your
21  building until the point when you got down to
22  the end of the block to the store?
23  A.   Everything is quick.  It was bam,
24  bam, and that's pretty much all I can tell you.
25  I couldn't tell you it took 10, 15, that I

49

1   Minding my -- you know, I was going to go to
2   the store.  I saw the gentleman shooting.  I
3   heard the noise, you know, the BB gun sound,
4   and when I saw him turning he was, you know, he
5   was like this (indicating) his back.  That's
6   when I ran into -- I just went right in, slid
7   there in the indentation and I looked for
8   probably -- it seemed like -- I don't know,
9   just hid there and that's pretty much what I
10  did.
11  Q.   And at that point then you went to
12  the store?
13  A.   Correct.
14  Q.   And then you came back --
15  A.   Correct.
16  Q.   -- after the store?  And tell me
17  where you went after you got back from the
18  store.
19  A.   Back to the spot that I hid
20  earlier.
21  Q.   All right.  And it was at that
22  point when you came back and hid again that you
23  were able for the first time --
24  A.   To see his face.
25  Q.   -- to see his face.  All right.

51

1   cannot tell you.  I just remember everything
2   just quick.  It seemed like -- it just it was
3   quick to me.  Everything was quick and
4   everything that's --
5   Q.   Can you describe your emotions at
6   that point in time, how you were feeling?
7   A.   I was in -- pretty much shocked
8   like what was going on there I couldn't -- I
9   really didn't know -- at that age as I remember
10  it was just like okay.  At the time I didn't
11  have emotions because I was just reacting as I
12  remembered, just reacting I guess.
13  Q.   Were you afraid that something
14  might happen to you that you could be hurt?
15  A.   Obviously as I look back now that
16  I'm 37 years old then, no, because I was just
17  reacting.  Normally if you were scared you
18  would have just ran the other way, never came
19  back to the spot.  That's me thinking now, you
20  know, so that --
21  Q.   Fair enough.  Did you, on your way
22  down to the store, stop at this indentation
23  point in your building or did you go straight
24  to the store first?
25  A.   No.  First I came down the stairs.

50

1   Let me hand you next a photograph that is Bates
2   number Bluhm 045062.  I've marked it for
3   identification as Exhibit 35.
4   - - - - -
5        (Thereupon, Deposition Exhibit 35,
6        Photograph, was marked for purposes
7        of identification.)
8   - - - - -
9   MS. ROSEN:  Did you say 62?
10  MR. BOWMAN:  I did.
11  Q.   And, Mr. Lopez, I'll represent to
12  you again that Exhibit 35 is a photograph that
13  was taken over 20 years after the events.
14  Recognizing that, are you able to recognize
15  what's shown in that photograph?
16  A.   The house that I lived in and the
17  corner that I hid.
18  Q.   In that photograph can you also see
19  the place where Felix's car was parked?
20  A.   Yes.
21  Q.   What I'm going to ask you to do
22  with this photograph is if you could put your
23  initials O.L. at that place in the photograph
24  where you were hiding.
25  A.   (Witness complies).

52

13 (Pages 49 to 52)

Q.   And then don't let go of the pen just yet.  If you could write the word, car, at the location where Felix's car was?

A.   (Witness complies.)

Q.   And then I'll ask you, if you could once again, to hold up the photograph, and first I'd like you to indicate with your finger or with the pen if that's easier, first just point to the place where you've written your initials where you were hiding.

A.   (Witness complies.)

MR. BOWMAN:  Okay, Jeff?

THE VIDEOGRAPHER:  Yes.

Q.   All right.  And then before you put it down, if you could then next point to the place where the car was located?

A.   (Witness complies.)

Q.   And that's at the alley at the end of the building; yes, sir?

A.   Correct.

Q.   Thank you very much.

Now, when you came back to your hiding place for the second time, tell us what you saw.

A.   Repeat the question again.

53

Q.   When you came back to your hiding place for the second time, coming back from the store, tell us what you saw.

A.   The gentleman that I -- I ran back to the corner because the gentleman was not done shooting Felix, and then when he turned -- he finally finished pretty much, and then when he turned around just looked around to see if there was any witness I assume, eye witness, and then he ran before he got into the car that he got away with he also turned again, and then got in the car and they left.

Q.   All right.  Now, when he turned around the first time, for how many seconds were you able to look at his face?

A.   Felt like an eternity.  He looked.  Let's just say he looked, put his gun in, ran to the car, he looked before he got into the car, he looked again, and I was able to see his face.  Like I said, it felt like an eternity, enough to see his face just put it that way.

Q.   What can you tell me about his face?

A.   Hispanic and like a olive color, you know, just a olive color.  He was -- looked

54

like Puerto Rican to me with his hair and still wearing the jacket and --

Q.   Other than that he was Hispanic and olive colored, is there anything else you can tell us about his face?

A.   It's like I said, I just like -- his face is imprinted in my face -- in my brain.  I cannot get it out of my face as we speak and as we bring up all this stuff that's, you know, the past that I hate to talk about, and brown hair, you know, brownish hair, you know, like the dark hair and that was pretty much all I could tell you.

Q.   Have you now told me everything that you can about the way his face looked?

A.   Yes.

Q.   Now, you say that he ran away.  Which direction did he run?

A.   He ran north -- no, I apologize, east.

Q.   And is that toward you or away from you?

A.   Away from me.

Q.   And what was he running toward?

A.   A car.

55

Q.   Can you describe the car that he was running toward?

A.   If my mind serves me right in the sense of the car, it was like either a blue or a brown -- it was just like I said it was a Chevy I'm assuming -- no, I'm not assuming.  It was a Chevy.  As far as the color goes, that I don't recall.  If I recall I said brown and then I said blue, but that just vividly just -- but I remember it was like a Chevy.

Q.   And was someone else in the car?

A.   Of course the guy that was driving.  He got in the passenger side and the get away -- the guy that was driving to get away.

Q.   Did you ever see the man who was driving the car?

A.   No.

Q.   Do you know whether it was a man or a woman?

A.   That I couldn't tell you because I never saw the individual inside the car.

Q.   Now, where was the car as this man wearing black was running toward it?

A.   Where is the other picture at?  See, this where the white car is at facing west

56

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1    double parked -- do you want me to just show
2    you right here so that way I can see where I'm
3    pointing at.
4        Q.    Yeah.
5        A.    Where the white car is at, the
6    location facing the double -- you know, the car
7    is still facing this way (indicating). Their
8    car was facing east, and it was parked right
9    there (indicating).
10       Q.    May I see the photograph, please?
11       A.    Yeah.
12       Q.    So if you had to estimate, how many
13   car lengths down the street was the getaway car
14   from the alley?
15       A.    Where the car is at probably one.
16       Q.    The white car that you indicated is
17   the one shown in Exhibit 35 here?
18       A.    Correct.
19           MR. BOWMAN:  I don't know, Jeff,
20   did --
21       A.    Did you catch that?
22           MR. BOWMAN:  Did you catch that?
23           MS. ROSEN:  Can I see the photo?
24       A.    She wants to see the picture.
25           MR. BOWMAN:  Absolutely.

                                              57

1        Q.    Where in relation to the get away
2    car was the man standing when he turned around
3    the second time?
4        A.    Getting in the car.
5        Q.    So he was standing right by the
6    car?
7        A.    Correct.
8        Q.    And when he turned around the
9    second time, for how many seconds did you see
10   his face then?
11       A.    Just good enough time, but that I
12   can -- like I said, everything was quick in an
13   instant, so I would see his face he looked
14   vividly real good to look around and then got
15   into the car.
16       Q.    Is there anything additional that
17   you saw about his face the second time that you
18   hadn't noticed the first time?
19       A.    No, the same thing, and pretty much
20   that's it.
21       Q.    As you looked at this individual
22   dressed in black who turned around at least two
23   times, did you recognize him as somebody you
24   had seen before?
25       A.    Prior to the shooting no.

                                              58

1        Q.    Did you recognize him as somebody
2    you had seen playing baseball at Humboldt Park?
3        A.    No.
4            MR. BOWMAN:  I'd like to take a
5    short break at this point.
6            THE VIDEOGRAPHER:  Off the record.
7    The time is 12:01.
8            (Recess taken 12:01 p.m.)
9                - - - - -
10
11           THE VIDEOGRAPHER:  Back on the
12   record 12:18.
13           (Deposition resumed 12:18 p.m.)
14       Q.    Mr. Lopez, did there come a point
15   where you saw the gun in the shooter's hand?
16       A.    Show me the gun.  At one point I
17   did show -- I did see the gun.
18       Q.    Can you tell us at what point that
19   was?
20       A.    When I was in the -- as he turned
21   to look and as he went to put it away.
22       Q.    And that was the first time that he
23   turned around?
24       A.    Correct.
25       Q.    Is that the only time that you saw

                                              59

1    the gun?
2        A.    That was the only time.
3        Q.    Now, I want to turn with you to the
4    discussions you had with the police about the
5    case.
6            Can you tell me what the first
7    contact was, the very first, that you had with
8    any police officers about Felix's shooting?
9        A.    It was at nighttime.
10       Q.    On the same day?
11       A.    Same day.
12       Q.    Tell me what you remember.
13       A.    I remember there was -- it was a
14   raucous in the house with all the cops in
15   there, one of the blues, you know -- because I
16   called them back in the day the blue boys, and
17   they started asking me questions, whether they
18   shot the -- did I saw the shooting and I said
19   yes.  And they said who, and I said, you know,
20   I refer -- I said there was -- they asked me
21   what direction did the car go, and I said the
22   other way and I said they were Latin Kings that
23   did it, Latin Kings that did it.
24           And that's when they started
25   bringing me pictures, as I recall, and I

                                              60

15 (Pages 57 to 60)

1   started seeing books of the Latin Kings, and as
2   I saw them -- I'm assuming two books I went
3   through probably or -- and then I finally
4   pointed out Jacques Rivera at the point because
5   he, you know, resembled the shooter at the
6   time, and that was pretty much it.
7           They asked me are you sure?  Are
8   you sure?  And at the moment I said yes, I was
9   sure that he was the shooter at that time.  And
10  they went from there.
11      Q.   I've actually skipped over one
12  thing.  When the shooter got into the car, what
13  direction of travel did the car take?
14      A.   Went east and then turned south.
15      Q.   And did that have any significance
16  to you at that time?
17      A.   At the time that's the reason why I
18  assumed they were Latin Kings that did the
19  shooting.
20      Q.   And tell me why was that?
21      A.   Because the gang that my
22  brother-in-law was in, they were, you know,
23  Maniac Campbell Boys, so I was, you know -- the
24  assumption was, okay, they were the ones
25  because they were watching probably, and that's

61

1   when they head down to the -- the reason why
2   the assumption came about was the fact that
3   they went down south on Spaulding.
4       Q.   And what was significant about
5   that?
6       A.   That was the territory of the Latin
7   Kings.
8       Q.   Other than the fact that Felix,
9   your -- did you refer to Felix as your
10  brother-in-law?
11      A.   No.  My brother-in-law was Israel
12  Valentin.
13      Q.   Other than the fact that Felix was
14  a Campbell Boy and the car went off down
15  Spaulding to the south, is there any other
16  thing that made you conclude that the shooter
17  was a Latin king?
18      A.   His hair, the color of his hair.
19      Q.   Tell me about that.
20      A.   In Chicago Latin Kings wear their
21  black and yellow, they -- you know, that's
22  their pride.  They proudly wear their colors,
23  and that was another way of showing their
24  affiliation of their gang.
25      Q.   And what was it about the shooter's

62

1   hair that connected up to that -- to those gang
2   colors?
3       A.   They were pretty much the similar
4   colors they had on.  They were black and yellow
5   on his -- he had a ponytail.  I call it a
6   mullet now and it was just dyed back there,
7   dyed the color yellow or -- it was yellow to
8   me, so --
9       Q.   It appeared to be a yellow dye of
10  the hair?
11      A.   Correct.
12      Q.   Anything else about the hair that
13  you noticed?
14      A.   That was it.
15      Q.   Now, on that first night, did you
16  talk to any police officers outside of your
17  apartment?
18      A.   No, I did not.
19      Q.   The only police officers you talked
20  to --
21      A.   Were inside.
22      Q.   -- were inside?
23      A.   Inside correct.
24      Q.   I know you said that you talked to
25  some uniformed officers, which you referred to

63

1   as blue boys, did you talk to any officers that
2   first night who were not in uniform, who were
3   wearing plainclothes?
4       A.   That I do not recall.  I just
5   remember blue boy -- you know, the uniform
6   officers.
7       Q.   Now, I need to be clear with you
8   about one thing, okay, and I'm not trying to
9   suggest one thing or another.  I just want to
10  understand.  Sometimes we say, you know, I
11  don't remember something, and I'm saying I
12  don't remember because I'm telling you I don't
13  remember that.  I don't know if that happened.
14          Another time we say I don't
15  remember is when, you know, it could have been,
16  maybe, maybe not, I'm just not sure, I don't
17  remember.  In terms of the question I just
18  asked about talking to nonuniform police
19  officers, which is it, I don't remember, maybe,
20  or I don't remember because I'm pretty sure
21  not?
22      A.   Blue boys, that's what I remember
23  talking to, blue boys.
24      Q.   All right.  Fair enough.  Was there
25  one officer in particular that you talked to or

64

16 (Pages 61 to 64)

1   sat down with you?
2       A.   Look, I'm going to tell you right
3   now what I remember was it was chaotic in my
4   home.  There was a lot of people in and out of
5   my apartment, and all I remember just the
6   officers that were in my home.  They were
7   asking me questions.  They were showing me
8   pictures.  And they were just showing me
9   pictures of who, what, where, and why, and how,
10  and because, and I answered those questions at
11  the time to the best of my ability at the time.
12  That's when I was a young child.
13      Q.   And so just to be clear, you told
14  them what you had seen.
15          Did you tell them what you had seen
16  just as you recounted it here a few minutes
17  ago?
18      A.   Correct.  I told them exactly what
19  I told you which direction they went, what he
20  was wearing, it sounded like a BB -- you know,
21  just tell them everything I knew at the time,
22  what I saw.
23      Q.   Any difference between what you
24  testified here this morning and what you told
25  those uniformed officers that night?

65

1       MR. GIVEN:  Objection.  Form.
2       A.   Only thing just like I said at the
3   moment and what was presented me at the time
4   was the pictures of the Latin Kings.  I pointed
5   out to the Latin Kings.  And I told them the
6   direction they went.  And that was pretty much
7   it.
8       Q.   Did they -- let me ask you this.
9   As best as you can remember, I understand it
10  was chaotic and it's been long time ago and
11  that you were young at the time.  I just need
12  to ask, and if you can't say any more than what
13  you've said, that will be fine, but I do need
14  to ask.
15          Can you, as best you can describe
16  it, tell me what they asked you about the
17  shooter?
18      A.   What they asked me was just are you
19  sure?  They asked me, did you see the shooter?
20  I said yes.  When I said yes they said who was
21  it, what gang -- they asked me no gangs.  I'm
22  the one that pointed out the gang.  Once I
23  pointed out the gang, then they addressed me to
24  the books and from the books I pointed out the
25  individual and then after that, that was said

66

1   and -- that was pretty much -- we nipped it in
2   the bud right there that night.
3       Q.   Now, how much time went by between
4   when you said I believe the guy is a Latin King
5   and they showed you the books?  Did they have
6   to go get the books from someplace?
7       A.   Honestly I don't recall where they
8   got the books somewhere or not.  I just knew
9   they had books and -- like I said, I remember
10  telling my sister who did it.  She came back
11  with the cops because that's when -- you know,
12  that's when they came back and I recall my
13  sister being in there.  And that's where we
14  went from.
15          And at the time my mother was very
16  upset at me.  She was just telling me to shut
17  up, don't say nothing, and that's how
18  everything went about.
19      Q.   So when you say your sister, which
20  sister are you referring to?
21      A.   Marilyn Lopez.
22      Q.   And what was the conversation
23  between you and Marilyn?
24      A.   I just told her who did it and that
25  was enough said, and then that's when she --

67

1   everything -- that's when all the cops came
2   that night, and I was doing my part to help the
3   police.
4       Q.   And to be clear, when you told
5   Marilyn who did it, what did you say to her?
6       A.   I know who did it.  I know who did
7   it.  That was it.
8       Q.   And was that -- and what did you
9   mean by that, that you knew the name of the
10  individual or what?
11      A.   No, not the -- I didn't know the
12  individual.  I just said I know who did it and
13  before the -- before it led up to the cops
14  coming to my house she ran -- she actually
15  walked towards the east to go to Campbell and
16  LeMoyne to go with her husband -- well, they
17  never got married, but Moe, her boyfriend, to
18  go -- because she was hysterical and she walked
19  all the way towards Campbell, and that's why I
20  just remember her walking, and the direction
21  she was walking was to go to the neighborhood
22  of Campbell and LeMoyne to be with her -- to be
23  with him and the family.  That's what I'm
24  assuming she did, and that's pretty much what
25  happened then, pretty much.

68

17 (Pages 65 to 68)

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1    Q.    Did the police come back with her
2    then later on?
3    A.    I just remember her being there.
4    Q.    Now, will you describe the books
5    that were brought to your home that you looked
6    at, just best description you can give other
7    than that?
8    A.    They were like that (indicating).
9    What is that called, binders?  They were
10   binders full of pictures in them.
11   Q.    And you're indicating a binder
12   that's here on the table, and obviously didn't
13   completely resemble the binder, we understand
14   that, but it looks somewhat like that?
15   A.    Somewhat like that.
16   Q.    And it was like a loose leaf
17   binder with --
18   A.    Correct, where you flip the pages
19   and you was able to see through it.
20   Q.    The binder that you've indicated on
21   the table here is maybe about two and a half,
22   three inches thick, is that similar to the
23   binders that you looked at on the night Felix
24   was shot?
25   A.    Yes.

69

1    Q.    Can you estimate how many pages
2    were in the binder?
3    A.    That I can't tell you.  I don't
4    want to assume what was in there and what was
5    not.  I just -- like I said, I saw just saw the
6    pictures and it was a nice thick binder and
7    there was a lot of pictures in them.
8    Q.    How many binders did you look at?
9    Actually, before I ask you that let me ask you
10   this.
11       How many binders were brought to
12   your home?
13   A.    There was a few.
14   Q.    Were there more binders brought to
15   your home than you looked at?
16   A.    All I could tell you is, if my
17   memory serves me right, when that event
18   happened I think I saw one or one -- either one
19   or two at the most, tops two, that -- that way
20   if my mind serves me right.
21   Q.    What did they say to you about the
22   binders?
23   A.    That I don't remember what they
24   told me.  They just showed me here's the Latin
25   Kings and that was it.  That's all I remember.

70

1    Q.    So they told you that there were
2    Latin Kings in the binders?
3        MR. GIVEN:  Objection.
4    Mischaracterizes his testimony.
5    A.    They never told me they were Latin
6    Kings.  I'm the one that -- I was the one that
7    said they were Latin Kings, and they brought me
8    the books.  And in the binder were just Latin
9    Kings in there.  Nobody told me, yeah, these
10   are the books of the Latin Kings.  They never
11   said that.
12   Q.    Got it.  My apologies.  I don't
13   want to mischaracterize anything.
14       So what made you conclude that
15   there were pictures of Latin Kings in the
16   binders?
17   A.    Because I said that the suspect was
18   a Latin King, that did the shooting, and that's
19   a Latin King, so they brought me a book of
20   Latin Kings.
21   Q.    And that was just your assumption?
22   A.    Correct.
23   Q.    Fair enough.
24       And did somebody sit with you while
25   you were looking at the pictures in the books?

71

1    A.    There were cops all around me.
2    Q.    Was there a -- did you sit at a
3    table?
4    A.    No.  I was at a chair.
5    Q.    And were you talking to a police
6    officer as you were looking at the books?
7    A.    They let me be and let me -- just
8    take your time.  Just look at the pictures.
9    Q.    How long did you look at pictures
10   for?
11   A.    Remember I was a child.  I can't
12   really tell you an hour or two.  I cannot tell
13   you that.  I just remember looking through some
14   and picking out Jacques Rivera.
15   Q.    Can you estimate how many pictures
16   you looked at?
17   A.    If you want me to give you a
18   number, I cannot give you a number.
19   Q.    Can you ballpark it for me?
20   A.    Probably -- let's just say I went
21   through a book.  I don't want to assume it.  I
22   don't want to say that I did how many.  I don't
23   want to do that.  I want to be clear to what I
24   said.  I don't want to add on or take away.  I
25   don't want to do that.  I want to stick to what

72

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1 I remember, and that's what I remember just
2 going through a book of pictures of Latin Kings
3 and once I came to that -- when I saw the
4 individual, which was Jacques Rivera, I pointed
5 him out and they asked me are you sure? Are
6 you sure? And my response was yes, I am.
7 Nobody pressured me to doing anything. I just
8 went based on what I felt and what I saw and
9 the resemblance of Jacques Rivera.
10     Q.   What was it about the picture of
11 Jacques Rivera --
12     A.   His hair in the picture that they
13 showed me -- that I saw. They didn't show me.
14 I saw. They brought to me and I saw that it
15 was -- the hair was the similar hair style.
16     Q.   Other than the hair, was there
17 anything else about --
18     A.   To me they resembled --
19     Q.   Hang on. You've got to let me ask
20 the question before --
21     A.   I apologize.
22     Q.   No worries. Other than the hair,
23 was there anything else about Jacques Rivera's
24 appearance in the photograph that caused you to
25 select his picture?

73

1     A.   He looked like the shooter.
2     Q.   Can you point -- I realize that.
3 Can you point to anything else?
4     A.   The hair and the way his features
5 were.
6     Q.   Can you say anything about the way
7 his features were?
8     A.   He have olive skin at the time --
9 he looked olive skinned in the picture also and
10 that's what he looked like.
11     Q.   Anything else that you can report?
12     A.   No.
13     Q.   Now can you describe the officer
14 who said to you are you sure, are you sure,
15 after you pointed to Jacques Rivera's picture?
16     A.   That I cannot tell you because I do
17 not remember who it was.
18     Q.   Was this an officer with a uniform
19 on?
20     A.   Yeah, all the officers was around
21 me.
22     Q.   Were there a number of officers
23 around you as you were looking at the pictures?
24     A.   Correct.
25     Q.   Do you remember anything that any

74

1 officer said to you while you were looking at
2 the pictures before you got to Mr. Rivera's
3 picture?
4     A.   I don't remember that.
5     Q.   After the officers asked you are
6 you sure, are you sure, and you said yes, what
7 other conversation was there between you and
8 the police that night?
9     A.   They would be in contact. They
10 would be in contact.
11     Q.   Did they say anything else to you
12 at all?
13     A.   That I don't -- like I said, I
14 don't -- I just remember picking out. They saw
15 who it was -- they pointed out -- my vivid --
16 the memory of it was after I did all that they
17 left and any conversation was probably with my
18 mother.
19     Q.   All right. Now, when after this
20 occasion is the very next time that you had any
21 interaction with any Chicago police officer
22 about Felix's shooting? What's the next thing
23 that happened?
24     A.   The next person that came into as
25 far as another officer was a detective, the

75

1 detective. I don't remember his name, but I
2 remember the feature. He had like, you know, a
3 fro with some glasses, and he was the only one
4 that was talking to me after that.
5     Q.   When you say fro, do you mean --
6 you mean like the kinky hair --
7     A.   Yeah, you want to call it kinky,
8 yes.
9     Q.   I don't want to disrespect anybody;
10 okay?
11     A.   No, you --
12     Q.   If that's not a word that you would
13 use, I don't want to --
14     A.   I know, that's why I'm saying fro.
15     Q.   Fro, okay. And how long was his
16 fro?
17     A.   Just a regular nice, you know,
18 trimmed -- not trimmed, but, you know, it was a
19 nice height. You know, he had a fro.
20     Q.   And did he have any facial hair?
21     A.   Yeah, mustache.
22     Q.   And you said he wore glasses?
23     A.   Correct.
24     Q.   And what was he light skinned or
25 dark skinned?

76

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1      A.   Light skinned.
2      Q.   Now, you say that he was the
3   officer who was dealing with you after that?
4      A.   Correct.
5      Q.   When -- did you see that -- we'll
6   call him the officer with the fro; okay?
7      A.   I'm just going to call him
8   detective, just refer to him as detective.
9      Q.   The detective?
10     A.   Yes.
11     Q.   Did you have any interaction with
12  the detective on that first night when you were
13  looking at gang books?
14     A.   I don't recall that day.  I just
15  recall the officers.
16     Q.   Fair enough.  I was just checking.
17          Now, so when is the first time that
18  the detective showed up and what happened?
19     A.   Now that I sit back and see the
20  time, man, I just recall being in his car,
21  going to the lineup.  That's the only thing I
22  can remember him prior to the shoot -- you
23  know, after the shooting to take me to the
24  lineup if my memory serves me right.
25     Q.   Now, you've testified earlier today

77

1   that there were two line ups, is it the first
2   or the second?
3      A.   First and second -- it was -- like
4   I said, after that he was the one that I was
5   talking to after.  You know, first and second
6   and pretty much it.
7      Q.   Now, what do you remember about him
8   as you remember back to the first lineup that
9   you saw, what do you remember happening, just
10  tell us as best you can recall?
11     A.   About him?
12     Q.   About any interactions that you had
13  with him in connection with that first lineup?
14     A.   Nothing out of the ordinary.  You
15  know, just -- you know, you did a great jo- --
16  you know how -- they were ensuring me that
17  nothing was going to happen to me, and that was
18  pretty much that I remember and that was it
19  pretty much.  Nothing -- he didn't -- he didn't
20  say nothing out of the ordinary, just --
21     Q.   You -- I believe you started to say
22  that he told you you did a great, and then you
23  stopped.
24          Can you recall him saying something
25  about -- along those lines?

78

1      A.   He was just, you know --
2          MR. GIVEN:  Objection.  Form.
3      A.   He was just saying, you know, in
4   the sense of, you know, you did your job.  You
5   know, I'm just telling you what -- like to
6   ensure me everything was going to be okay with
7   me.  That was it pretty much.
8          I can't tell you if he said -- I
9   don't want to put words saying great or not,
10  but in the lines of, you know -- what's the
11  word I'm looking for here, I apologize, just
12  assuring me everything was going to be fine,
13  and you know, you did a -- in other words you
14  did a good job.  I'm not saying he said that,
15  but I'm just saying in that line of
16  conversation.
17     Q.   So without recalling the words that
18  he used he conveyed to you in substance that
19  you had done a good job?
20     A.   Yes.
21     Q.   And who is the officer who drove
22  you to the first lineup?
23     A.   I cannot remember who drove.  I'm
24  just saying that I remember him.  To say it was
25  him, you know what I mean?  I just remember

79

1   being there.  Like I said, after the lineups
2   and all that stuff, I knew he was there and he
3   was always ensuring me everything was going to
4   be fine.  You know, nothing was going to happen
5   to me because I was afraid of the area at the
6   time and stuff like that, so --
7      Q.   Did someone come to your home and
8   ask you to look at the first of the two lineups
9   that you saw, do you recall that at all?
10     A.   I don't recall that.
11     Q.   What do you remember about that
12  first lineup?  Do you remember where it took
13  place?
14     A.   I just remember being inside of
15  this -- the location I can't tell you that.  I
16  don't remember that.  I just remember being
17  inside the building.  They put the gentleman
18  inside the line and I was inside and I pointed
19  out the -- I pointed out Jacques Rivera the
20  first time.
21     Q.   When you say the building, what
22  building do you mean?
23     A.   The station, police station.
24     Q.   Was a police officer with you while
25  you were looking at the lineup?

80

20 (Pages 77 to 80)

1     A.   There was family member -- I think
2  it was just -- yeah, there was a detective in
3  there.
4     Q.   And was the detective who was in
5  there as you were looking at the lineup, was
6  that the detective that you mentioned before?
7     A.   I just remember a detective being
8  in there and if -- my brother-in-law's father
9  was also in there also with me.
10    Q.   Felix's father?
11    A.   Correct.  And that's all I
12 remember.
13    Q.   All right.  Is it your testimony
14 that you don't remember which detective it was
15 who was in there?
16    A.   Yeah, I just don't remember the
17 detective that was in there.  I just remember
18 there was detectives in there, and I just
19 remember Israel's father.  That I do remember.
20    Q.   You said Angel's father?
21    A.   Israel.
22         MS. ROSEN:  Israel.
23    Q.   I'm sorry, I misheard you.
24         Can you tell me anything about the
25 setup where you looked at the lineup?  Were you

81

1  in the same room with the guys in the line or a
2  different room?
3     A.   Different room.
4     Q.   Tell me what was between you and
5  the guys.
6     A.   Glass.
7     Q.   Was it like a two-way mirror?
8     A.   Yes.
9     Q.   Now, you say you picked out Jacques
10 Rivera, how do you know you picked out Jacques
11 Rivera?
12    A.   Because I pointed him out.
13    Q.   How do you know that it was Jacques
14 Rivera who you picked out?
15    A.   Like I said, the picture, then I
16 saw him and then that was him.
17    Q.   After you picked out Jacques
18 Rivera, the person you believed was Jacques
19 Rivera, did --
20         MR. GIVEN:  Objection.  Form.
21 Mischaracterizes his testimony.
22         MS. ADAMS:  Uh-oh, just throw it.
23         MR. GIVEN:  I would love to.
24    Q.   After you picked out the person you
25 believed was Jacques Rivera, did you --

82

1         MR. GIVEN:  Same objection.
2         MR. BOWMAN:  I didn't finish the
3  question.
4         MR. GIVEN:  Okay.
5     Q.   After you picked out the person you
6  believed was Jacques Rivera, did the police say
7  anything to you?
8         MR. GIVEN:  Objection.  Form.
9     A.   First and foremost it was not I
10 believe.  I knew it was him.  And I just
11 remember picking him out, telling him that was
12 him.  They asked me for sure.  I said yes, that
13 was him.  And that night was over with for me.
14 I was driven back home and that was it.
15    Q.   Who was the person who asked you if
16 you were sure?
17    A.   The whoever was in the room as far
18 as the detective.  I just don't remember which
19 detective it was.
20    Q.   Do you know how long you spent at
21 the police station the night of the first
22 lineup?
23    A.   No, I do not remember.
24    Q.   Is there anything else that you
25 remember about that first lineup that you

83

1  haven't told us?
2     A.   I just remember that.  That was it.
3     Q.   On that night that you went the
4  first time to look at the lineup, did the
5  police conduct an interview of you?  Did they
6  ask you questions again about what you had
7  seen?
8         MR. GIVEN:  I'll object.  Form.
9     A.   I don't recall that -- I don't
10 recall that conversation.  I just remember
11 picking out the -- Jacques Rivera and going
12 about my business, going home.  I don't
13 remember no conversations after that.  None of
14 that stuff I don't recall.
15    Q.   How about before, were you asked
16 any questions?
17    A.   No, I don't remember about any --
18    Q.   Now, after you picked out the
19 person you've testified was Jacques Rivera --
20         MR. GIVEN:  Object.  I'm sorry,
21 I'll let you finish your sentence.
22    Q.   After you picked out the person who
23 you testified was Jacques Rivera, did anything
24 happen to cause you to doubt your
25 identification?

84

21 (Pages 81 to 84)

1      A.   No.
2          MR. GIVEN:  Objection.  Form on a
3   few different levels, but objection, form.  You
4   can answer, go ahead.
5      A.   No.
6      Q.   Was there an occasion in the
7   vicinity of First and School?
8      A.   Okay.  I know where you're going
9   with this question, and I'm going to answer you
10  the way I answered everybody else.
11         The first one I pointed out Jacques
12  Rivera.  After that happen, after it was all
13  said and done, now I'm walking down Armitage
14  going to my father's house --
15     Q.   Okay.  Time out.
16     A.   Okay, because I know the question
17  you're asking me, I don't know if you're trying
18  to put words in my mouth.  I feel that's the
19  way you're going about it, and I want to stick
20  to what I said and this is -- you know, I
21  apologize to everyone.  I'm getting upset about
22  it.  I just want to stick to what I just said
23  and what I remember exactly.
24         Like I said, the first time this is
25  what I said.  I said it was him.  There was

85

1   nothing after that.  That was it.  I went
2   straight home, and end of story on that one.
3      Q.   I've got that.  And I'm not trying
4   to suggest that you're saying anything
5   different or to make you say anything
6   different.  I've got what you're saying.
7          I'm asking you after that was all
8   said and done, did something happen to cause
9   you to change your feelings about the case?
10  That's all I'm asking.
11     A.   Well, you --
12     Q.   And the other way I can ask it is
13  was there a time where you were going by First
14  and School on your way to your father's house
15  when you saw something?  That's all I'm trying
16  to get.  I'm just trying to get you to --
17         MR. GIVEN:  Hold on.  I object to
18  the form of the question.  That wasn't even a
19  question, Locke.  You're having a conversation
20  with him and telling him I could ask you this
21  way.  I can ask you that way.  That is improper
22  questioning for this deposition.  If you have a
23  question, ask it.
24     Q.   Okay.  Let me ask this question
25  then.  Did anything unusual happen near First

86

1   and School after -- a few days after that first
2   lineup --
3          MR. GIVEN:  Objection.  Form.
4      Q.   -- about this case?
5          MR. GIVEN:  Objection.  Form.  You
6   can answer.
7          MR. BOWMAN:  What's wrong with the
8   form?
9          MR. GIVEN:  Objection.  Form.  I
10  didn't like some of the words that you used.
11  If you want me to make speaking objections,
12  I'll be happy to, I was --
13         MR. BOWMAN:  If you have an
14  objection as to form, I was going to try to
15  cure it because I didn't think there was.
16         MR. GIVEN:  I thought asking was
17  there anything unusual that happened in the
18  next few days was an objectionable -- a form
19  objection.
20         MR. BOWMAN:  Okay.  Well, let me
21  try a different question.  I don't want to make
22  this anything more than it has to be.
23  BY MR. BOWMAN:
24     Q.   Do you remember seeing somebody
25  that you connected with the shooting after that

87

1   first lineup?
2      A.   After the lineup?
3      Q.   Yes, sir.
4      A.   Yes.
5      Q.   Okay.  Can you tell me about that,
6   please?
7      A.   Well, after the lineup, you know, a
8   couple things happened.  I ended up walking
9   down on my way to go down Armitage, First and
10  School, Armitage and Central Park, I saw the
11  gentleman that actually shot my
12  brother-in-law's brother, Felix, and saw him
13  shake up with another member of this gang,
14  which was the Imperial Gangsters and right
15  there and then I knew I made a mistake and I
16  ran for my life, because I was scared at the
17  time and I just ran.  I just remember running,
18  you know, because I was just scared.
19     Q.   Can you tell me just in terms of
20  where on the street, the best estimate you have
21  of the address where you saw this guy?
22     A.   It was right there by a hotdog
23  stand on Central Park and Armitage across the
24  street from Funston School.  I was across the
25  street.  He was on the other side.  Where is

88

22 (Pages 85 to 88)

1 that at? So I can give you a better
2 description here, he was on the north side of
3 Armitage and I was on the South Side of
4 Armitage over the -- you know, on the other
5 side of it, and I saw him there shaking hands
6 with his other gang member.
7    Q. Were you directly across the street
8 from him?
9    A. Correct.
10    Q. How far would you estimate you were
11 across Armitage at that time?
12    A. Like from here to -- you open up
13 the door where the lady is sitting, that's how
14 -- you know, the streets are not that wide, so
15 I'm over here (indicating), like right about
16 over in that corner.
17    Q. So indicating maybe 30 feet,
18 something like that?
19    A. I guess.
20    Q. And what was it about this guy that
21 caused you to immediately recognize that he was
22 the shooter?
23    A. Son of a -- excuse my language.
24 Not you. He was wearing the same black jacket,
25 same tail, same hair style. Man, that's when I

89

1 Imperial Gangsters.
2    Q. So did you immediately recognize
3 that as Imperial Gangsters handshake?
4    A. Yes.
5    Q. And what, does one individual press
6 his index finger against the other individual's
7 index finger together with the thumb and the
8 third finger?
9    A. You're throwing up a diamond, but
10 no.
11    Q. I don't --
12    A. If you want a history of gang signs
13 I can do that. You know, if you want me to put
14 handshakes up, I mean they're gangsters. I
15 know the difference between that. I mean, I
16 was a gang member myself.
17    Q. Okay. I don't. All right?
18    A. I understand that, but I just feel
19 like I'm being antagonized with this question.
20 I apologize.
21    Q. I --
22    A. The Imperial Gangsters, there's no
23 point picking black and yellow. I know the
24 difference from the gang. Simple as that. It
25 was a gangster.

91

1 knew that was the individual.
2    Q. Was that individual that you saw at
3 that location Jacques Rivera?
4    A. Oh, no, that was not Jacques
5 Rivera, no.
6    Q. Other than the hair style, the
7 clothes, and in particular the fact that he was
8 wearing the same jacket, was there anything
9 else about him that caused you to immediately
10 recognize he was the shooter?
11    A. Just the face. I just recognized
12 his face vividly.
13    Q. Did you see him do anything?
14    MR. GIVEN: Objection. Form.
15    A. Just handshake with his other gang
16 member. That was it.
17    Q. Can you describe the handshake?
18    A. Do I really got to throw gang
19 signs, man?
20    Q. I'm afraid I have to ask you to,
21 yes, sir.
22    MS. ADAMS: I don't know who you're
23 going to do it with because I'm not doing it
24 with you.
25    A. Well, like this (indicating)

90

1    Q. And, Mr. Lopez, I know that you
2 know it. I know that I don't know it, and I'm
3 guessing the folks on the jury are not going to
4 know it either, and that's why I'm asking you
5 so I'm asking you to explain to the folks who
6 are going to hear this case. That's the only
7 reason I'm asking you. I don't want --
8    A. I just look like a fool here --
9    MS. ADAMS: No, you don't.
10    A. -- doing what I'm doing here
11 throwing gang up signs. I hate gangs. They
12 destroyed my life. They destroyed a lot of my
13 family members' life. And for you to just come
14 and tell me to throw up gang signs, man, you
15 just don't know.
16    MS. ADAMS: So we're going to take
17 a break.
18    MR. GIVEN: That's a good idea.
19    A. I hate gangs.
20    MS. ADAMS: Come on.
21
22    THE VIDEOGRAPHER: Off the record
23 12:53.
24    (Recess taken 12:53 p.m.)
25    - - - - -

92

23 (Pages 89 to 92)

1      THE VIDEOGRAPHER:  Back on the
2   record.  The time is 1:00.
3      (Deposition resumed 1:00 p.m.)
4      Q.   At the point that you saw this
5   fellow on the other side of Armitage throwing
6   up the gang sign wearing the same black coat,
7   did you realize at that point that the guy you
8   had picked out from the gang books at your home
9   a few nights before had not actually been the
10  shooter?
11     A.   Correct.
12     Q.   Now, after this seeing this guy on
13  Armitage, when is the next thing that happened
14  with the police in this case that you remember?
15     A.   Well, what I remember is going to
16  the second lineup, I'm assuming is the second
17  lineup.  It is the second lineup and talking --
18  you know, not talking, but just going there
19  knowing that it was the wrong guy.  And then I
20  started telling some, either a lady or a man,
21  it's the wrong guy.  It's the wrong guy.  And
22  they said, well, don't be afraid.  Everything
23  is going to be all right.  And I just -- okay,
24  you know, kept on saying it was the wrong guy
25  and nobody really -- they didn't force me to

93

1   say okay, no, you're going to stick to your
2   story.  That was never the case.
3       The case was that, you know, they
4   thought I was just afraid for my life, and they
5   were just assuring me that everything was going
6   to be okay.  So at that moment me, myself and I
7   stuck with the story of it being Jacques Rivera
8   and pointed him out again and that was the end
9   of the story of that.
10     Q.   Now, did someone come to your home
11  and ask you to look at a second lineup?  Do you
12  remember that?
13     A.   That I don't remember.
14     Q.   Do you remember how you got to the
15  police station for the second lineup?
16     A.   That one I don't -- I just -- like
17  I said, I just remember being there, telling
18  them it was the wrong guy, and I don't remember
19  how I got there.  I just remember being there.
20     Q.   I'd like to get your best
21  recollections of who was present when you told
22  the police that it was the wrong guy.
23     A.   Well --
24     MR. GIVEN:  Objection.  Form.
25     MR. BOWMAN:  I'll rephrase.

94

1      Q.   I'd like to get your best
2   recollections of who was there when you told
3   whoever you told that it was the wrong guy.
4      A.   It was a gentleman and a lady.
5      Q.   Can you describe the gentleman,
6   please?
7      A.   The gentleman I think was the
8   detective.  I think it was the detective, and
9   then there was -- the lady that came up to me
10  -- it was also a lady.  She was not dressed up
11  in -- to me she didn't look like no detective.
12  Came up to me.  She had like a binder full of
13  papers like how you guys carry your work, and
14  assured me that everything was fine.  She was a
15  white Caucasian lady -- Am I right,
16  Caucasian -- with either white or yellow hair.
17  I just don't recall.  I think it was white, but
18  it could have been yellow.  I mean, blond, but
19  to me I think it was white at the time, and
20  that's who I talked -- that's who I said and
21  they were just assuring me that everything was
22  going to be all right.
23     Q.   Now, in terms of the gentleman who
24  was there, I understood you to say that it was
25  the same detective with the fro who you

95

1   testified about before; is that accurate?
2      MR. GIVEN:  Objection
3   mischaracterizes.
4      A.   I just don't know.  Like I said, I
5   think it was him, him and then a lady and they
6   were both assuring me everything was going to
7   be fine.
8      Q.   Could you please give me your best
9   recollection, and I know it's a long time ago,
10  that you were young at the time and so forth,
11  your best recollection of what you said in the
12  presence of the gentleman and the lady?
13     A.   That's not the person.  The wrong
14  guy, wrong guy, wrong guy.  And that was pretty
15  much it.
16     Q.   Did you tell them how you had come
17  to realize that it was the wrong guy?
18     A.   I didn't tell them.  I just said it
19  was the wrong guy, wrong guy.  And now this is
20  assumptions.  This is not -- I know we're here
21  about facts.  I'm just saying -- I just said it
22  was the wrong guy, wrong guy.  I never told
23  them it was an Imperial Gangster.  I never told
24  them none of that stuff.
25     Q.   When you said it's the wrong guy,

96

24 (Pages 93 to 96)

1   it's the wrong guy, what did they say to you?
2       A.   They were assuring me don't be --
3   you know, they didn't force me either way.
4   They were just assuring me don't be afraid.
5   You know, everything is going to be just fine.
6   They assumed that I was afraid and I wanted to
7   change my story, because I was afraid, but that
8   was not the case.
9           You know, they're not telling me,
10  you know -- they're not telling me that no, you
11  have to stick to your story. They never told
12  me that. They just seen what I told them, and
13  they were just assuring me you're going to be
14  fine, nothing is going to happen to you, and
15  that's it.
16      Q.   Do you remember anything else about
17  the conversation other than what you said?
18      A.   That was it.
19      Q.   What happened after this
20  conversation?
21      A.   I went like every little kid does
22  want to go back to playing base -- you know,
23  doing what he does. I didn't know the
24  magnitude of the -- you know, I didn't know how
25  serious the case was, you know, the seriousness

97

1   of this -- you know, of a murder. I was a kid.
2   I just wanted to go back to my playing ways as
3   a kid. I didn't think nothing afterwards. You
4   know, I just went about my business.
5       Q.   Can you tell me where this
6   conversation took place in which you said wrong
7   guy, wrong guy?
8       A.   At a station.
9       Q.   Was it the same station as the
10  first lineup where you had been before?
11      A.   Yes. I assume it was the same one
12  because after that I pointed out -- I again
13  went to the lineup and pointed out Jacques
14  Rivera.
15      Q.   Do you remember where in the
16  station it was?
17      A.   That I can't tell you.
18      Q.   Other than the gentleman and the
19  lady, was anyone present who heard this
20  conversation other than those two?
21      A.   Just us three.
22      Q.   After this conversation, did you
23  look at a lineup?
24      A.   That's when I went back and went
25  into the lineup, and I guess that's when they

98

1   pointed out -- I just remember pointing out
2   Jacques Rivera after the conversation. That's
3   what I remember vividly in my head where I just
4   went back and just -- whether it was before or
5   after, I just pointed out after I said what I
6   had to say and pointed out Jacques Rivera
7   again.
8       Q.   Did you point him out in a lineup?
9       A.   Correct.
10      Q.   And was it in the same lineup room
11  where you had --
12      A.   Been before?
13      Q.   Yes.
14      A.   Yes.
15      Q.   Can you tell me who was with you
16  from the police when you looked at the lineup?
17      A.   That I did not recall -- remember
18  who was with me inside there at this time.
19      Q.   Was the detective with the fro
20  present with you when you looked at the lineup?
21      A.   I'm not understanding -- like I
22  said, I just remember facing at the mirror -- I
23  mean at the window and pointed out. There was
24  detective in there, but I don't know who was in
25  there.

99

1       Q.   Do you remember anything that any
2   detectives said to you while you were looking
3   at the lineup?
4       A.   No.
5       Q.   And how do you know that it was
6   Jacques Rivera that you picked out on the
7   second lineup?
8       A.   Because I pointed him out.
9       Q.   And what -- how did you know to
10  point him out in particular?
11          MS. ROSEN: Objection. Form.
12      A.   Here we go again. You go in the
13  room. They put me in the room. Saw the
14  gentleman. And I picked him out. Simple as
15  that.
16      Q.   I'm going to try one more time.
17  Forgive me for pressing it, but it's the last
18  question and then I'll stop.
19          Can you tell me what it was about
20  Jacques Rivera that caused you to know that he
21  was the person that you would be picking out?
22          MS. ROSEN: Objection. Form.
23          MR. GIVEN: Objection.
24      A.   Because I already picked him out
25  before. So as a kid, recanting my -- this is

100

25 (Pages 97 to 100)

1    me talking now that I'm an adult, recanting my
2    story at the time, you know, as a kid I'm
3    afraid, and then, you know, I'm just picking
4    out somebody else because now I told -- now
5    thinking back in my emotions, a kid, you know,
6    nobody wants to listen to me at a point because
7    I got the wrong guy, and then everybody is
8    assuring me everything is going to be fine.  As
9    a kid you're thinking, okay, nobody wants to
10   listen to me.  He did it.  Problem solved, and
11   I'll going about my merry old way.  Big mistake
12   of the rest of my life.
13        Q.    So in summary, you just picked out
14   the guy you picked out before?
15        A.    Correct.
16        Q.    Now, did there come a point when
17   you had to go to court and testify?
18        A.    Yes, there was.
19        Q.    And we all know that in court you
20   identified Jacques Rivera as the person who
21   shot Felix; yes?
22        A.    Correct.
23        Q.    And was that a lie?
24        A.    Yes, it was.
25        Q.    A knowing lie?

101

1        A.    Knowing lie.
2        Q.    And can you tell us as best you can
3    why you told that lie in court?
4        A.    I was sticking to my story.
5        Q.    Do you recall approximately when it
6    was that you received a visit from two women
7    who were investigating this case?
8        A.    That I don't remember.
9        Q.    Roughly when?
10       A.    I do not remember the women at all.
11   As far as two women coming to visiting me, I
12   don't remember that.
13       Q.    Do you remember a woman named
14   Cynthia and a woman named Jennifer coming to
15   see you?
16       A.    No, I do not remember that.
17       Q.    No recollection.
18       A.    No.  I just don't remember the
19   names.  You have given me names that I don't
20   recall.
21       Q.    Apart from the names, do you
22   remember two women coming to see you and ask
23   some questions about the case?
24       A.    In the courtroom or outside of the
25   courtroom?

102

1        Q.    Outside of the courtroom?
2        A.    No, I don't remember that.
3        Q.    No recollection of that?
4        A.    I don't remember that.
5        Q.    Who did you first tell about the
6    fact that you lied in court?
7        A.    Who did I tell?
8        Q.    Who did you first tell?
9        A.    Oh, are you talking about two women
10   in that -- okay.  God.  You're talking about
11   two women who came here to Ohio and had found
12   me and had a conversation with me to find out
13   -- you know, if Jennifer and what's her name --
14       Q.    If I were to suggest the name
15   Cynthia to you --
16       A.    Okay, I'm like -- I'm just like --
17   the way you're questioning is I -- you're left
18   field.  I apologize the way I'm bluntly coming
19   at you with this, but be frank.  I'm being
20   frank here.
21            Two ladies, yes, I remember, I
22   recall them.  They came to my house.  I wasn't
23   there.  I was shopping at the moment.  They
24   left a card with my children, with my oldest
25   son, and then they came back when I came back

103

1    from grocery shopping with my wife.  And at the
2    moment they asked -- me they represented their
3    firm and who the individual and if I knew
4    anything about the case, and I said yes.
5            Brought them inside my house.  I
6    said I don't want to say too much because I
7    would rather be present with a lawyer, but we
8    went to Starbucks, and then we started talking.
9    And then I told them, yeah, I was doing, you
10   know, I did it.  I was the one.  My testimony
11   was wrong, and I'm glad -- you know, I always
12   said that.
13            I always prayed to God that
14   somebody would find me even though I got --
15   what do you call that -- scorned for it at
16   court, about it, like why you waiting for them
17   to come when you should have done it yourself.
18   That's nay or they now -- here or there I mean.
19   And we spoke about what happened.  And they
20   went in there -- Jacques Rivera was the wrong
21   guy.
22       Q.    Did Cynthia and Jennifer do
23   anything to pressure you or force you to --
24       A.    There was no pressure.  They were
25   the sweetest people, of course, you know, they

104

26 (Pages 101 to 104)

1 don't want to hear that part, but, you know,
2 they were the sweetest people. They never gave
3 me no money. They didn't tell me you got to
4 say this, say that, none of that stuff. They
5 just asked questions and I just answered them
6 like I'm answering to you.
7     Q.    I need to ask you a couple more
8 questions and then I'll be done.
9         Did you ever tell the police that
10 at the time Felix was shot, that you were
11 already down at the corner store at Cortland
12 and Kimball coming out of the store and that
13 that was when you saw the shooting? Did you
14 ever tell the police that?
15     A.    No, I do not remember saying that.
16 I remember saying I ran to the store after I
17 saw the -- came down, saw the shooter with his
18 back turned on me, hid in the corner, from the
19 corner I ran to the corner, told the store, I
20 was never at the store before -- prior to the
21 shooting. The shooting happened when I came
22 down from my house, down, you know, from my
23 first floor at the moment.
24     Q.    Did you ever tell the police that
25 you had seen the blue or beige car that the

105

1 shooter was in drive north down the alley by
2 your house, then turn to the east on Spaulding
3 and stop, at which point the shooter got out
4 and came over toward Felix's car? Did you ever
5 tell the police that you had seen that?
6     A.    That's all coming back to me.
7 Yeah, I did say that.
8     Q.    Who did you say that to?
9     A.    To a cop. As far as exactly who,
10 that I cannot tell you.
11     Q.    Is that accurate?
12     A.    That statement was accurate for the
13 fact that it all is coming. The more we talk
14 about it, the more everything is coming more
15 and more and more and more, the details of the
16 shooting itself and how it occurred. But,
17 yeah, that was accurate.
18     Q.    So tell me what it is that you
19 recall now?
20     A.    I just re- -- not.
21     MR. GIVEN: Objection. Form.
22     A.    I wasn't talking to the gentleman
23 about it. I'm just -- I didn't say nothing --
24 I'm just saying me now what I remember, but I
25 know everything is already stated here. I just

106

1 remember turning as I went -- oh my God. I
2 just remember the car going and turning right
3 there and coming out and shooting at my brother
4 -- my brother-in-law's brother. And me just
5 hiding in that corner, and then me running and
6 then his back turned on me and I ran towards
7 the store and from the store ran back to that
8 corner, and then him just turning back just
9 looking around and ran back to the car and he
10 just left. That I remember.
11     Q.    All right. Let me ask you again.
12 As you came out of your house the first time,
13 the afternoon Felix was shot, did you see the
14 person shooting Felix at that --
15     A.    Prior to the shooting when he came
16 out the car or -- just ask the question again,
17 please.
18     Q.    Yes, sir. As you first came out of
19 your house, what did you see, the first thing
20 you saw what you came out of the house?
21     A.    Him -- like I said, when I saw him
22 right there he came here (indicating), ran to
23 the car, and he was back shooting. That's what
24 I remember.
25     Q.    All right. So the first thing that

107

1 you saw was the shooter running toward Felix?
2     A.    The vision that I remember was him
3 just ready -- just shooting, hearing the gun,
4 those BB guns shooting at him and me hiding.
5 Like I said, it's just -- oh God, I hate this.
6 Him just right there shooting at Felix. That's
7 just stuck in my head.
8     Q.    Do you have any memory of seeing
9 anything other than this individual standing
10 there and shooting Felix?
11     A.    That was the only time I ever saw
12 him there at, you know --
13     Q.    Where he was standing?
14     A.    Yeah.
15     Q.    Did you ever see -- well, actually
16 strike that.
17         Did you ever tell the police that
18 you saw the shooter's car drive north in the
19 alley by your house?
20     MR. GIVEN: Objection. Asked and
21 answered.
22     A.    Like I said, I just -- oh, man.
23 What's in my head is the picture of my
24 brother-in-law -- brother-in-law's brother
25 getting shot vividly and the person that shot

108

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1  him. That's what I remember the most of this
2  whole story, of this nightmare story pretty
3  much. I just remember him shooting at him,
4  shooting at him, and me running, and then
5  coming back and him shooting him and looking at
6  me, not looking at me directly but looking
7  towards -- to see if there was anybody around.
8      Q.   Did you ever -- I'm going to ask
9  the question again one more time. Maybe it's
10  simply not a question you can answer, and if
11  it's not, I'll move on.
12      Did you ever tell the police that
13  you saw the car that the shooter was in drive
14  north in the alley by your house and turn onto
15  Spaulding? If you can, just did you tell the
16  police that?
17      MR. GIVEN: Objection. Asked and
18  answered.
19      A.   There is a lot of things that were
20  said. And for me to tell you every detail
21  exactly what I said is impossible.
22      I know you're trying to help out
23  Jacques Rivera for what, you know, what you got
24  -- you have to do your job, but at the same
25  time, I can't give you every detail that you

109

1  want.
2      The only detail I can tell you, if
3  you show me that face again that killed my
4  brother-in-law's brother, I'll point it out to
5  you in a heartbeat, no problem.
6      And I can tell you right now it
7  wasn't Jacques Rivera. That's what you want to
8  hear -- it's not what you want to hear. It's
9  the facts. It was not Jacques Rivera. So
10  detail, whether he went this way or that way, I
11  just know the -- I know the shooter.
12      Q.   Fair enough.
13      MR. BOWMAN: We're going to take --
14  I know it's just a minute ago that we took a
15  break, but we're going to take one more short
16  break, and then I'll probably conclude my
17  questioning.
18      THE VIDEOGRAPHER: Off the record
19  1:21.
20      (Recess taken 1:21 p.m.)
21      - - - - -
22      THE VIDEOGRAPHER: Back on the
23  record 1:27.
24      (Deposition resumed 1:27 p.m.)
25      Q.   Did you ever tell the police that

110

1  the guy who shot Felix was somebody you had
2  seen playing baseball at Humboldt Park?
3      A.   I do remember saying that.
4      Q.   Can you tell me how that came
5  about?
6      A.   He was just questioning me, you
7  know, to see if I saw the suspect at the time,
8  did I know him personally and stuff like that,
9  and I said I don't know him personally, but I
10  seen him playing baseball. I do recall that,
11  and that was it.
12      Q.   Why did -- did you bring -- did
13  that come from you or did that come from them?
14      MS. ROSEN: Objection. Form.
15      A.   I don't know how it came about. I
16  just remember saying that. That's all I can
17  tell you.
18      Q.   Is it that you don't remember?
19      A.   I don't remember.
20      Q.   I'm going to read from the
21  transcript that's in front of you. We marked
22  it for identification as Exhibit 30. Turn to
23  Page 93.
24      MR. GIVEN: I'm going to object to
25  the form before you ask it. I'm not -- I mean,

111

1  well, go ahead and ask your question. I'm
2  thinking there's a form objection here, but go
3  ahead.
4      Q.   My question is, and I'm going to
5  read on Page 93 beginning at Line 3 continuing
6  through Line 18, and my question is going to be
7  whether this helps you remember.
8      MS. ADAMS: Well, how about you
9  just let him review it and then you ask him if
10  that refreshes his recollection?
11      MR. BOWMAN: Because I want to do
12  it this way.
13      MS. ADAMS: Okay.
14      MS. ROSEN: Objection. Form.
15      Q.   Question: Now, you testified at
16  trial that you had seen the shooter play
17  baseball at Humboldt Park; correct? And your
18  answer is correct. Question: And you
19  testified here today that that testimony was a
20  lie; correct? Your answer is correct. Then
21  comes the question, why did you testify at the
22  time of trial that you had seen the shooter
23  play baseball at Humboldt Park? You gave this
24  answer, because, you know, what happened was
25  the cops were like, when they pointed him out

112

28 (Pages 109 to 112)

1    they were asking me have you seen him playing
2    baseball or have you seen him anywhere else and
3    I said yes. That was the reason why I said
4    that I seen him playing baseball at a park.
5    And then later on it's pointed out that --
6            MR. GIVEN: Why don't you just read
7    the rest of it?
8            MR. BOWMAN: Sure.
9        Q.    Then continuing on at Line 19 the
10   Court says just a minute, did you say when they
11   pointed him out? The Witness: That's you,
12   says who me? The court says yes, and then you
13   respond no, they didn't point it out to me when
14   I pointed him out. They were asking have you
15   seen him anywhere else at a park playing, you
16   know, baseball, stuff like that, and I said
17   yes.
18          Does that help you remember how it
19   came up?
20       A.    I was -- are you done with your
21   question?
22       Q.    Yes.
23       A.    I was referring to what I said back
24   then, my first testimony in court. That's what
25   I remember. That's why I responded that way.

                                                113

1    except for the business about they pointed him
2    out?
3            MR. GIVEN: Objection. Form.
4        Q.    Is the rest of it accurate?
5            MR. GIVEN: Objection. Form.
6        A.    Whatever I said here that's what I
7    said. There's no lie about it. I cannot, you
8    know, say, oh, yeah, it's a lie. It is right
9    here in black and white, but there's a lot of
10   question -- you know, you guys are great at
11   your job and you ask questions and you guys are
12   amazing on how you go about asking questions
13   and tripping up people at times instead of
14   getting to the point on what we need to do
15   because, you know, nobody wants to see justice.
16   Everybody wants to see this, that, and the
17   other. That's what I have a problem.
18          You know, I apologize I'm coming
19   off what I'm here for, but that's the reason
20   why I cannot stand the system in the sense of
21   how you guys operate and how things get twisted
22   up and get hung up on words instead of straight
23   facts and how that was the individual that did
24   it, but we're stuck on you said this, you said
25   that. Well, let's get to the point where I

                                                115

1    Where did you say this, and I said yes, except
2    I remember -- remembering what I said at trial,
3    the first trial for Jacques Rivera, and I did
4    say all that stuff, and then I repeated saying
5    that over here. I didn't say, you know, in the
6    sense of they made me point him out. No, that
7    was not the --
8        Q.    I understand that.
9        A.    -- the concept. I didn't want to
10   make it seem like -- because like I said,
11   there's a lot of people at stake here based on
12   my testimony and recanting my story here, and I
13   don't want it to be taken out of context
14   either.
15       Q.    We're all very clear that you're
16   the one that pointed him out and not the
17   police.
18       A.    Okay, so --
19       Q.    All I'm asking about is how the
20   part about playing baseball at Humboldt Park
21   came up?
22       A.    Like I said, as a kid that came
23   out, and I remember saying that to the cops.
24       Q.    Is what you said in your testimony
25   that I read from June 23, 2011, is it accurate

                                                114

1    pointed out the wrong guy. I made a mistake.
2    The individual did this, but -- I said it. It
3    was here. There. I apologize for going left,
4    right here, whatever. I apologize.
5        Q.    So what you said is correct; yes?
6        A.    Yeah. It's here. It's correct.
7        Q.    Let me show you another part of the
8    transcript that I'm going to read out loud.
9    It's on Page 62.
10          MS. ROSEN: I have a form objection
11   to you reading from the transcript as a method
12   of refreshing a recollection. And actually
13   right now it's not even refreshing a
14   recollection because you haven't even asked him
15   a question to which he said I don't recall. So
16   I have a form objection and actually move to
17   strike all the testimony that's going to be
18   handled this way.
19   BY MR. BOWMAN:
20       Q.    I'm going to read you the first six
21   lines at the top of Page 62 if you want to
22   follow along. This is about when you told them
23   wrong guy, wrong guy.
24          Question: When you had this
25   conversation with the white-haired lady, was

                                                116

29 (Pages 113 to 116)

1  anybody else present? Answer: Yes, the
2  gentleman, the detective with the fro, and the
3  glasses and the mustache. Then after I walked
4  away they had a conversation. What
5  conversation they had I don't know.
6         Does that refresh your recollection
7  that it was the detective with the fro who was
8  present when you told them that it was the
9  wrong guy?
10        MR. GIVEN: Objection. Form.
11     A.   If I said it here. That's what I
12  said.
13     Q.   And is that accurate?
14     A.   Yeah, it's accurate.
15     Q.   So in other words, it's accurate
16  that the other person present when you said
17  wrong guy, wrong guy was the detective with the
18  fro?
19        MS. ROSEN: Objection. Form.
20     A.   It says it here.
21     Q.   And is that accurate?
22     A.   Correct.
23     Q.   Yes, all right.
24        Where -- back in the day when this
25  happened, what was your father's address?

117

1      A.   2216 North Avers.
2      Q.   And what was his name?
3      A.   Do I got to give my fathers's name
4  here, too?
5      Q.   Yes, please.
6      A.   Jesus Lopez.
7      Q.   J-E-S-U-S?
8      A.   Jesus.
9      Q.   And did you sometimes stay
10  overnight at your father's house --
11     A.   Yes.
12     Q.   -- back in those days?
13        Anything difficult about finding
14  your father's house at that time --
15        MR. GIVEN: Object.
16     Q.   -- if anybody had wanted to find
17  your father's house, would it have been easy to
18  find?
19        MR. GIVEN: Objection --
20        MS. ROSEN: Objection. Form.
21        MR. GIVEN: -- form, incomplete
22  hypothetical, calls for speculation.
23        MS. ADAMS: If you know, if you
24  know.
25     A.   I knew where my house was at. As

118

1  far as other people, I don't know. That's,
2  that's --
3      Q.   How far was it from your mother's
4  house to where your father lived?
5      A.   Well, I could tell you right now.
6  Probably three miles, four miles, I don't know
7  exactly. I couldn't tell you like that.
8         MR. BOWMAN: Mr. Lopez, I
9  appreciate your cooperation in this process.
10  I'm done with my questioning at this point. I
11  know that the other lawyers will have questions
12  for you as well and that may prompt some
13  additional questions from me after they finish,
14  but for the moment I'm done, and I appreciate
15  your cooperation with the process.
16        MS. ROSEN: And we think it's a
17  good time to take a lunch break.
18        MR. GIVEN: Yeah.
19        MS. ROSEN: And then we can collect
20  our --
21        THE WITNESS: Do what you guys got
22  to do.
23        MS. ROSEN: -- notes, and we can
24  hopefully streamline the afternoon so that we
25  can get this done and get you out of here.

119

1         MS. ADAMS: Okay, so it's 1:35, you
2  guys want to say 40 minutes for lunch?
3         MS. ROSEN: Fine.
4         THE VIDEOGRAPHER: Off the record
5  1:36.

120

30 (Pages 117 to 120)

1    (Luncheon recess taken 1:36 p.m.)
2         - - - - -

121

1         THE VIDEOGRAPHER:  Back on the
2    record.  The time is 2:16.
3         (Deposition resumed 2:16 p.m.)
4         AFTERNOON SESSION
5    CONTINUED EXAMINATION OF ORLANDO LOPEZ
6    BY MS. ROSEN:
7    Q.   Good afternoon, Mr. Lopez.  I
8    introduced myself to you earlier today.  My
9    name is Eileen Rosen, and I represent the City
10   of Chicago in this lawsuit that has been filed
11   by Mr. Rivera.  And I have some questions that
12   I want to ask you.  First I'm going to do sort
13   of some follow-up questions to the questions
14   Mr. Bowman asked you earlier today, and then I
15   have some questions of my own that are
16   independent of that, so I'm going to jump
17   around a little bit.
18        If you're not sure -- I'm going to
19   try and direct you to the testimony you gave
20   earlier, but if you're confused at all, let me
21   know because it's not going to be sort of
22   sequential.
23        You testified early this morning
24   that you hadn't spoken to any of the lawyers
25   representing Mr. Rivera in the civil case, but

122

1    you have spoken to the lawyers representing
2    Mr. Rivera in connection with the
3    post-conviction proceeding; correct?
4    A.   Correct.
5    Q.   Okay.  And when did you first speak
6    with lawyers representing Mr. Rivera in
7    connection with the post conviction proceeding?
8    A.   The first time as far as like in
9    the room where they were writing stuff like
10   down how you guys --
11   Q.   Sure.
12   A.   The first time I remember that I
13   recall was in Chicago where I met with Jennifer
14   over there -- I met Jennifer here in Cleveland,
15   and the one that was asking the question here
16   in Cleveland was the investigator they hired.
17   Q.   Right.
18   A.   And then when I went to Chicago,
19   that's when I started getting the questions
20   asked over there.
21   Q.   Okay.  So when -- as I understand
22   it, Jennifer and Cynthia Estes, the
23   investigator; is that who it was?
24   A.   Correct.
25   Q.   They first came to your home

123

1    unannounced and knocked on your door; right?
2    A.   Correct.
3    Q.   After that did you go to Chicago to
4    meet with other attorneys that were involved in
5    the case?
6    A.   It took I think a -- I don't know
7    how long.  It was awhile back I was able to
8    talk to them again.
9    Q.   Okay.  And did you only go to
10   Chicago one time?
11   A.   Yes, to testify at his trial I
12   think it was.
13   Q.   The post conviction proceeding?
14   A.   Yes, post -- correct.
15   Q.   Okay, so -- and that was the only
16   time that you actually sat in a room and met
17   with them?
18   A.   With the --
19   Q.   Lawyers.
20   A.   With that lawyer yes, with her and
21   her team.
22   Q.   And do you remember the lawyer's
23   name?
24   A.   No, she was a -- no, I do not
25   remember her name.

124

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1    Q.   Was it Jane Raley?
2    A.   Short-haired old lady with some
3 glasses and --
4    Q.   Okay, and is she the same lawyer
5 that was in court when you actually testified?
6    A.   Correct.
7    Q.   Mr. Bowman showed you a copy of the
8 affidavit that was prepared dated June 12,
9 2010. It was marked as Exhibit 29.
10        Do you still have that in front of
11 you?
12   A.   Yes.
13   Q.   Did you prepare that affidavit?
14 Did you type it up?
15   A.   I did not type this up.
16   Q.   How did you get it in this typed
17 form? How was it provided to you?
18   A.   It was provided to me by -- what
19 was her name? She wrote everything down that I
20 said, and then she put it on here.
21   Q.   Okay. And then did she give it to
22 you to take a look at to make sure it was
23 correct?
24   A.   Yes.
25   Q.   And did you make any corrections to

125

1 them -- ask your attorney if we could get
2 copies.
3        MR. GIVEN: And actually, Cynthia,
4 I did -- sorry, not Cynthia.
5        Stephanie, I did serve a subpoena
6 Duces Tecum for any documents he might have, so
7 if you could find those that would be great.
8        MS. ROSEN: Yeah, we'll follow up
9 with your attorney, but if you have them, like
10 I said, we've never seen the drafts to see the
11 changes that you made. All right.
12   Q.   And when -- was it Cynthia that
13 asked you, the investigator, that had come out
14 to your house, was she the one that asked you
15 to prepare the affidavit or if you would be
16 willing to prepare the affidavit or was it
17 Jennifer?
18   A.   It was Jennifer.
19   Q.   Okay. And did she tell you what
20 they needed the affidavit for?
21   A.   Yes.
22   Q.   And what did she tell you?
23   A.   She told me it was for Jacques
24 Rivera, for his behalf, where I wanted to
25 recant my story, and I wanted to correct the

127

1 it, do you remember?
2    A.   If I correctly -- yeah, I did make
3 some corrections because I wanted to make sure
4 everything was accurate.
5    Q.   And then you sent it back?
6    A.   Correct.
7    Q.   And how did you do this, by email?
8    A.   Email.
9    Q.   And then once you made those
10 corrections, did she send the affidavit back to
11 you for you to review again?
12   A.   Correct.
13   Q.   How many revisions do you think
14 that went through?
15   A.   If I'm correct, I think it was
16 three or -- two or three I think it was.
17   Q.   Did you keep copies of --
18   A.   I sure did.
19   Q.   Do you still have them?
20   A.   Not on me here.
21   Q.   No, but I mean do you still have
22 them somewhere today?
23   A.   Yes, I do.
24   Q.   Because we have not been provided
25 those drafts, so at some point we might get

126

1 wrong that I did.
2    Q.   Okay. And then did she tell you
3 that -- what the goal would have been to use
4 the affidavit, what they wanted to accomplish?
5    A.   The mission was to reopen the case.
6    Q.   Okay. And we talked -- you talked
7 a little bit this morning about the gangs that
8 were in and around the area where you lived at
9 the time of this incident and you had mentioned
10 that at some point you felt peer pressure and
11 you ultimately joined a gang, and I thought you
12 said you were an MLD, but then did you also say
13 something about Deuces something, or did I
14 mishear you?
15   A.   You misheard me.
16   Q.   Okay. So the only gang that you
17 ever were a member of was the Maniac Latin
18 Disciples?
19   A.   Correct.
20   Q.   What's the relationship between the
21 -- what was the relationship in say 1988, '89
22 between the Maniac Latin Disciples and the
23 Campbell Boys?
24   A.   The Maniac Latin Disciples pretty
25 much, the umbrella and the Campbell Boys fall

128

32 (Pages 125 to 128)

1    under them.  That's why they had the word
2    Maniac in their gang.  Anything that was -- you
3    know, Maniac Latin Disciples were the gang --
4    the Don if you want to say pretty much and
5    everybody had to, you know, follow suit under
6    them.
7        Q.    So the Maniac Campbell Boys, is
8    that like the full name for that?
9        A.    Yeah, that's the name, yeah.
10       Q.    So they were under the umbrella of
11   the Mania Latin Disciples; correct?
12       A.    Correct.
13       Q.    So they were friendly?
14       A.    Correct.
15       Q.    And Imperial Gangsters, how did
16   they fit within that framework in that 1988,
17   '89 timeframe?
18       A.    At the time they were rivals.
19       Q.    And what was the territory of the
20   Imperial Gangsters in this 1988, '89 timeframe
21   in relation to where you lived?
22       A.    Well, from Kimball and Cortland all
23   the way to Fullerton and -- Fullerton and --
24   what was the street?  Yeah, Kimball,
25   Fullerton -- from Fullerton to Armitage, they

129

1    Cortland back in 1988 that it was you, your
2    mother, your stepfather, and your four sisters,
3    and we already talked about Marilyn.  Your
4    three other sisters, were they older or younger
5    than you?
6        A.    I had an older one, she was the
7    oldest and the other two were younger.  Marilyn
8    was the second oldest.
9        Q.    Marilyn was the second oldest?
10       A.    Correct.
11       Q.    When did Marilyn start dating
12   Israel?
13       A.    That I can't really give you an
14   answer on that, that was between them two.
15       Q.    Up until the time of Felix's death,
16   had they been going out for a long period of
17   time?
18       A.    Yes.  She was already living -- you
19   know, living with -- you know, staying over
20   their mother's house over there with her.  They
21   were already deeply involved.
22       Q.    Okay.  Did they have any kids
23   together --
24       A.    Yeah.
25       Q.    -- at that point?

131

1    were big on that sense.  From Central Park, you
2    had Central Park, Armitage and then Kimball.
3    Then once you hit Palmer -- towards Central
4    Park and Palmer those were Cobras, and then by
5    Kedzie, that was the borderline between Kings
6    and Gangsters.
7        Q.    Okay.  And so then where were the
8    Maniac Latin Disciples in all of this?
9        A.    That was just me saying that was
10   just the gang I joined.  That was all it is.
11   The Maniac Latin Disciples were over there on
12   the other side of Humboldt Park.  They're --
13   Humboldt Park area and they're in the northwest
14   side also towards Pulaski and all that area.
15       Q.    Okay, but Israel was a Maniac
16   Campbell Boy; right?
17       A.    Correct.
18       Q.    And he -- and where did he live?
19       A.    He lived in Campbell LeMoyne where
20   did Campbell Boys like originated from.
21       Q.    Got it.  Okay.  So your
22   neighborhood though was not Campbell Boys?
23       A.    At all.
24       Q.    I got it.  Okay.
25            You said that when you lived on

130

1        A.    At that point, no.  She was -- she
2    got pregnant --
3        Q.    Right around that timeframe?
4        A.    Around that timeframe.
5        Q.    And how many children did she end
6    up having with Israel?
7        A.    Three.
8        Q.    And he's since passed away;
9    correct?
10       A.    Correct.
11       Q.    And how did he die?
12       A.    Murdered.
13       Q.    How long after Felix's murder was
14   Israel murdered?
15       A.    I'd say a couple years after.
16       Q.    And was his murder -- the
17   perpetrator brought to justice?  Was that crime
18   like do you know --
19       A.    From my brother-in-law who he died,
20   no, it was never brought to justice.
21       Q.    So nobody knows who killed him?
22       A.    It was a rival gang.  At the time
23   there was a Spanish Cobra thing, a war going
24   on.
25       Q.    But nobody was ever arrested?

132

33 (Pages 129 to 132)

1    A.    That I'm aware of, no.
2    Q.    And you've referred to Israel as
3  your brother-in-law.  Did they ever actually
4  get married?
5    A.    No.
6    Q.    Now, on the day that Felix was
7  shot, you had said that -- something about
8  Israel and your sister going to a wedding.
9    A.    Correct.
10    Q.    Before you came out of the house
11  that day, was Israel already in your apartment?
12    A.    Correct.
13    Q.    Had he come there with Felix to
14  pick up your sister?
15    A.    No.
16    Q.    Felix came to get Israel and
17  Marilyn?
18    A.    Correct.
19    Q.    Was Israel staying at your house at
20  that point?
21    A.    He spent the night over.
22    Q.    Was that something he would do from
23  time to time is spend the night at your house?
24    A.    Correct.
25    Q.    Did you know that -- before you

133

1  went out the door, did you know that Felix was
2  already there?
3    A.    Yes, I heard the -- yes, they
4  beeped the horn and my brother-in-law was like
5  you need to hurry up to my sister pretty much.
6    Q.    And you lived on that first floor
7  apartment.  Could you see out the window of the
8  first floor into the alley to see the car?
9    A.    Yes.
10    Q.    There's I think the other
11  photograph.
12    A.    See right here (indicating) there
13  was a window -- the window was here
14  (indicating) and there was a window over here
15  also (indicating).  So we saw him through --
16  that was my bedroom at the time.
17    Q.    The corner was?
18    A.    Yes, this was my bedroom there
19  (indicating), but see these windows here
20  (indicating), they were boarded up back in the
21  day.  So this (indicating) was actually
22  considered the basement, and this (indicating)
23  was considered the first floor.
24    Q.    Okay, can we turn that photograph
25  so that the videographer can see that?  Can you

134

1  just point out again --
2        MR. BOWMAN:  Can you turn it so I
3  can see?
4    A.    I can't show it to both of you at
5  the same time.
6    Q.    That's okay.  You can hold it --
7  there you go.
8    A.    Back in the day this was boarded
9  up.  There was no nobody living there.  There
10  was this first floor back then.
11    Q.    Okay.
12    A.    And this was my bedroom.
13    Q.    Okay.
14    A.    And that's where, you know, they
15  come in and say, hey, I'm on my way.  You know,
16  I'm overhearing him say, hey, I'm on my way,
17  just relax.  You know, that type of
18  conversation.
19    Q.    Sure.  So you knew that Felix was
20  already there in the alley?
21    A.    Uh-huh.
22    Q.    And the car that he was driving,
23  that red car, was that Felix's car?
24    A.    Correct.
25    Q.    At the time that you were out on

135

1  the street and observing all the things that
2  you already testified to, was there anybody
3  else out on the street?
4    A.    No.
5    Q.    The detective that you described
6  earlier with the fro and the glasses, do you
7  know how old he was?  Can you estimate his age?
8    A.    No, I can't tell you that.  I
9  really don't know.  I don't want to guess his
10  age to be honest with you.  I don't know.
11    Q.    Was he tall or short?
12    A.    Well, he was taller than me, of
13  course.  Remember I was a child, so everybody
14  was taller than me, so that's the response
15  you're going to get from me.
16    Q.    Was he thin or heavy set?
17    A.    I'd say he was thin I guess, I
18  don't know, or my size, you know, my size
19  probably.  I don't know.  You know, either or I
20  guess.  In between probably.
21    Q.    And you had said that at -- earlier
22  when you were talking about the, I believe it
23  was the first lineup, that Felix's father was
24  there, too?
25    A.    If my memory suits me right, yes.

136

34 (Pages 133 to 136)

1    Q.   And when you say there, do you mean
2  in the room with you?
3    A.   Yes, he was in the room.
4    Q.   Do you know why Felix's father was
5  there?
6    A.   I couldn't tell you why.
7    Q.   Earlier when you were telling us
8  about Jennifer and Cynthia coming to Ohio and
9  knocking on your door you said something about
10 telling them that you wanted to get a lawyer.
11   A.   Uh-huh.
12   Q.   Did you tell them you wanted a
13 lawyer?
14   A.   Correct.
15   Q.   And what did they say to you?
16   A.   That's fine.
17   Q.   Now, I know that you were given a
18 copy and you reviewed the testimony that you
19 most recently gave, the Exhibit No. 30.
20        When is the last time that you
21 reviewed your testimony from the criminal
22 trial?
23   A.   The criminal trial I -- when I
24 received the -- when she -- I got mail and then
25 also got it on the email, like a thing I read

137

1  -- before I went through the first one, I
2  actually read through that one first, the old
3  one, to see -- you know, just to curse at it
4  and, you know, just get out my anger and curse
5  the police, believe me -- you know, just
6  whatever.  As far as -- just I reviewed it
7  there.  It was last week, there.
8    Q.   So fairly recently?
9    A.   Just recently, yes.  I apologize.
10   Q.   That's okay.
11   A.   I'm letting my emotions get the
12 best of me.
13   Q.   I know this is difficult, and it's
14 hard to relive all of this, and we appreciate
15 that you're sitting here and doing that.
16        When you were reviewing that
17 testimony, did you take note of your testimony
18 where you were asked about the lineup that you
19 saw?
20   A.   I was basically going on the --
21 for some reason I was just going based on -- I
22 wanted to read the ending of it, and I was
23 looking at that more because of the lawyer how
24 he was asking me how far did you see the
25 distance from, you know, that was really where

138

1  I was more -- for some odd reason stuck on
2  that.  I was mainly more focused on reading
3  that.  I don't know why, but that's what I read
4  more than anything else.
5    Q.   So you don't recall the testimony
6  where they were asking you questions about the
7  lineup?
8    A.   No.  No, I didn't really review
9  that part of it.
10   Q.   Do you recall being asked questions
11 about the lineup when you testified back in
12 1990?
13   A.   There is a lot of -- like I said,
14 you guys are asking details and it's hard for
15 me to tell you yes, no, and I understand it's
16 yes or no questions, but --
17   Q.   No, that's not necessarily a yes or
18 no question, so if you don't remember, you
19 don't remember.  I'm just trying to probe, you
20 know, what you remember.
21   A.   No, I just -- like I said, I just
22 remember them asking how far from the shooter.
23 That's what I -- I recant.  I do remember that
24 part of the -- you know, vividly in the sense
25 it stuck in my head.

139

1    Q.   Sure.  Do you remember at the time
2  of the criminal trial that you were shown a
3  photograph of the lineup and you were asked to
4  put an X over the person you identified in the
5  lineup?
6    A.   I did read that.  Now that you
7  bring it up, I did read that part, and I also
8  -- they also -- I remember them telling me to
9  point out the shooter in trial, and I proceeded
10 to point at Jacques Rivera at the time.
11   Q.   Okay.  I'm going to ask that we
12 mark this -- what number are we on?
13        MR. BOWMAN:  I think we're at 36.
14        - - - - -
15        (Thereupon, Deposition Exhibit 36,
16        Photograph, was marked for purposes
17        of identification.)
18        - - - - -
19   Q.   I'm going to show you what we've
20 marked for identification as Exhibit No. 36,
21 and it also has one of those Bates stamp
22 numbers at the bottom, which I see is cut off
23 on this version, but it's Bluhm, B-L-U-H-M,
24 45084, and I'm going to ask you to take a look
25 at that.  And do you see the photograph in

140

35 (Pages 137 to 140)

1    front of you there, Mr. Lopez?
2        A.   Yes.
3        Q.   Do you recognize that photograph?
4        A.   I really don't remember this
5    photograph.
6        Q.   Do you remember putting the red X
7    on the photograph at the time of the trial?
8        A.   No, I don't recall the -- like I
9    said, trial is any -- I don't remember too much
10   of the trial as far as pictures and stuff like
11   that.
12       Q.   Do you recognize anybody in that
13   photograph?
14       A.   Yes.  I recognize Jacques Rivera.
15       Q.   Do you recognize any of the other
16   individuals in that photograph?
17       A.   No, I don't.
18       Q.   Do you remember ever seeing them
19   before?
20       A.   No.
21       Q.   Is that the first lineup that you
22   saw?
23       A.   I can't -- I don't remember the --
24   you know, it was the first or the second.  I
25   can't tell you if it was -- you know.

141

1        Q.   You don't remember?
2        A.   I don't remember.
3        Q.   That's fair enough.  After Felix
4    was shot you testified earlier that Israel came
5    down.  Did Marilyn come down, too?
6        A.   No, not at the moment.  She came
7    after they -- she heard the car.  He was
8    yelling, you know, just screaming and then got
9    out the car, peeled the car, and she was like
10   what happened, what happened, and that's when
11   -- and that was pretty much what happened.
12   That's when she came afterwards.
13       Q.   And where did she come from?
14       A.   From the apartment.
15       Q.   Okay.  And then where did she go
16   after she came out?
17       A.   She just started crying and just
18   started walking towards east to go towards, you
19   know, the area where they were from.
20       Q.   How far from your house on Cortland
21   was the Valentin house?
22       A.   It was far.  You had -- you know,
23   you took -- I'm going to -- I really don't know
24   mileage, you know, how many miles, but it was
25   far.  It was a distance.

142

1        Q.   Was it walking distance?
2        A.   No.  You can walk there, don't get
3    me wrong, but it was going to take a while to
4    get there.
5        Q.   Okay.  When you testified earlier
6    that you were in the hiding place the first
7    time at the -- right next to the door of your
8    building and then you said you ran to the
9    corner store to get help, how did you -- how
10   did you run, like what direction did you take?
11       MR. BOWMAN:  Object to the form of
12   the question.
13       A.   Answer it?
14       Q.   Yeah, you can go ahead and answer.
15       A.   On an angle, straight across.
16       Q.   And then when you ran back from the
17   corner store back to that hiding place again,
18   what direction?
19       A.   Same way.  I ran east if you want
20   to call it.  I ran northwest, you know,
21   southeast.
22       Q.   So both times you were running
23   diagonally across the street?
24       A.   Correct.
25       Q.   Do you remember when you first

143

1    spoke with Cynthia and Jennifer when they came
2    out to visit you in Ohio that first time saying
3    something about the real shooter's name being
4    Izzy or Gizzy?
5        A.   It was a gangster, yeah.  The words
6    -- the street -- like after that I saw -- I
7    also saw him back in the day, you know, when I
8    was in high school at Kelvyn Park, and I saw
9    him there also, but --
10       MR. BOWMAN:  I'm sorry, which park?
11       THE WITNESS:  High school, Kelvyn
12   Park High School, because his brother was
13   having problems and he went to go, you know,
14   fix a problem and at the time when I saw him, I
15   ran also like a -- scared.
16       Q.   Okay.  So let me try and understand
17   this.  This time that you're talking about at
18   Kelvyn Park is years later?
19       A.   Years later.
20       Q.   About how old were you at that
21   point?
22       A.   I was a freshman.
23       Q.   In high school?
24       A.   In high school.
25       Q.   And you saw the person that you had

144

36 (Pages 141 to 144)

1   seen at Funston School earlier; right?
2       A.   Correct.
3       Q.   And you said something about he had
4   come up to the park because his brother was
5   having some kind of trouble?
6       A.   Yes.
7       Q.   His younger brother or his older
8   brother?
9       A.   Younger brother.
10      Q.   And how do you know that?
11      A.   I didn't know him, you know,
12  personally, but we know that was his brother
13  because, you know, he was like -- you know, he
14  got -- it was just -- his brother got beat up
15  it looked like and he came and was upset about
16  it.  Like I said, we all lived around the area.
17  You know, his brother went to Kelvyn Park, and
18  I knew this for a lot of years, and I was --
19  like I said, I didn't -- I stayed away.
20      Q.   When did you first become aware
21  that the person that you believed shot Felix's
22  younger brother went to Kelvyn Park?
23      A.   When he went the first year,
24  freshman year.  Like I said, they all -- you
25  know like when you're in gangs, people talk

145

1       Q.   Okay.  And did you ever get any
2   more information about this Izzy or Gizzy
3   person after that time?
4       A.   I didn't want no part of knowing
5   nothing about the individual.  Like I said, I
6   was scared for my life.  I didn't -- the best
7   -- I was hiding fool in other words.
8       Q.   Did you know the little brother's
9   name?
10      A.   No, I did not know him like that.
11  Like I said, I didn't want no part of knowing
12  nobody.  I just knew he was his little brother.
13      Q.   Did you go to Kelvyn Park?
14      A.   Yes.
15      Q.   Were you and the little brother the
16  same age, like in the same class?
17      A.   No, no, no, no.
18      Q.   Was he older than you or younger
19  than you?
20      A.   That -- I'm assuming we were around
21  the same age probably because I like said, he
22  was at Kelvyn Park.
23      Q.   Okay.  Earlier today you said you
24  didn't see the driver of the getaway car?
25      A.   No, I did not.

147

1   about, yo, this is individual's brother and
2   that's why he was having problems at school.
3   He said she -- you know, the type where this is
4   his little brother.
5       Q.   Okay.  When did you first become
6   aware that the person who you believed shot
7   Felix's name was Izzy or Gizzy?
8       A.   Because that was around the area
9   where his brother -- when he came to the
10  school, that's what the name they were saying,
11  his name.
12      Q.   Okay.  So they said that this
13  individual's brother's name is Izzy or Gizzy?
14      A.   Correct.
15      Q.   And then when you saw him you
16  realized it was the shooter?
17      A.   Correct.
18      Q.   Okay.  I got it now.  So it wasn't
19  that you knew it before then --
20      A.   Yeah, I didn't know.  No, I didn't
21  remember like at all the details of his name.
22  I knew after when he was like, yo, that's the
23  brother and that's Izzy, you know, and then I
24  ran when I saw that.  I was like, oh, gosh,
25  here we go again.  I got to get out of here.

146

1       Q.   For lack of a better description,
2   do you remember telling Cynthia and Jennifer
3   that he was fat, that the driver was a fat guy?
4       A.   That I don't recall if I said it.
5   I probably did say that.  I just remember
6   saying to them that it was, you know, it was
7   not him, and that the guy that did it was a
8   gangster, and that was pretty much the convers-
9   -- you know, like I said, there was a lot of
10  things said and just -- you know how you guys
11  bombard people with questions and you're just
12  answering and answering and you're answering as
13  best as you can.  So I apologize if I don't
14  recall a lot of the answering the questions,
15  so --
16      Q.   No, it's not a problem at all.  So
17  you don't remember one way or the other whether
18  you used a descriptive --
19      A.   Yeah, I don't -- yeah, I don't.
20      Q.   Now, in the Valentin family, there
21  was Israel and Felix.  Were there other
22  brothers other sisters?
23      A.   Harry.
24      Q.   And do you know Harry Valentin?
25      A.   Yeah, I did know him -- remember

148

1  him.
2      Q.   Is he still alive?
3      A.   I couldn't tell -- I can't answer
4  that. I really don't know.
5      Q.   Were you -- did you consider him
6  family too, at the time back in 1988?
7      A.   That's all family. Once you have
8  kids with a -- you know, you're family pretty
9  much. That's how we roll.
10     Q.   Okay. When is the last time you
11  spoke with Harry?
12     A.   I haven't spoke to those people
13  ever since I left, and it's been since I was 18
14  years old probably.
15     Q.   Oh, okay.
16     A.   I was done.
17     Q.   Go ahead.
18     A.   I was just done with a lot. You
19  know, like I said, once I had my son at 19
20  years old, I didn't want to deal with nobody no
21  more.
22     Q.   Were there any sisters in the
23  Valentin family?
24     A.   Denise.
25     Q.   Any other sisters?

149

1      A.   They had a baby sister Vanessa.
2      Q.   And no contact with any of them
3  since you left Chicago; right?
4      A.   No, I'm done with -- like I said, I
5  don't want no part of that. I was done.
6      Q.   When Cynthia and Jennifer first
7  came out to your house in Ohio to talk to you,
8  do you remember them asking you specific
9  questions about the order in which you
10  identified Jacques?
11     A.   The way --
12         MR. BOWMAN: Object to the form of
13  the question.
14     A.   It was -- like I said, it was --
15  they were asking me the lineups and I -- just
16  like I was telling him, a lot of that stuff I
17  don't recall how the order went. They weren't
18  coaching me in the sense either.
19     Q.   No, no, I don't mean that. I mean
20  do you remember them asking you at some point
21  while they were talking to you that they want
22  to get it straight, and that they asked you to
23  sort of tell them, you know, a sequence to the
24  times that you identified --
25     A.   To my best ability --

150

1      Q.   -- Jacques?
2      A.   -- I did answer some of those
3  questions you know.
4      Q.   And have you ever seen the report
5  that Cynthia Estes prepared about the interview
6  she did with you?
7      A.   All that she showed me was the
8  affidavit.
9      Q.   Okay. So you never saw her -- she
10  -- any typed up report she prepared?
11     A.   Just affidavit.
12         - - - - -
13         (Thereupon, Deposition Exhibit 37,
14         Report, was marked for purposes of
15         identification.)
16         - - - - -
17     Q.   We are on Exhibit 37. I'm going to
18  ask you to just flip through those pages. I
19  don't want you to read the whole thing, but
20  just take a quick look and make sure you've
21  never seen that before, or if you have seen
22  that before, tell me that you've seen it
23  before?
24     A.   All I remember was, like I said,
25  the affidavit.

151

1      Q.   Okay. So you don't ever recall
2  seeing that before. So just give me one
3  second. I'm going to ask you to take a look at
4  Page 11 of that report. If you just read --
5  you can just read it to yourself starting at
6  where it says, I asked Mr. Lopez if we could go
7  through the order in which he identified our
8  client, and just read that to the bottom of the
9  page.
10     A.   Out loud?
11     Q.   No, to yourself.
12     A.   Oh. All righty.
13     Q.   Okay. Now, if you go to the sort
14  of the beginning few lines of that, that page
15  there, 11 of the Estes report where it says
16  Mr. Lopez said the cops brought the mug book to
17  his house and he picked the guy, then he thinks
18  he may have picked him from a lineup a few days
19  later. Then he thinks a few days after that
20  they showed him more photos and that's when he
21  told them Rivera was not the guy, but the lady
22  wouldn't listen.
23         Do you see that there?
24     A.   What was the -- okay.
25         MR. BOWMAN: Yeah, I object to the

152

38 (Pages 149 to 152)

1  form of the question, also to the evidentiary
2  basis for the -- I mean the --
3       A.   Well, could I state --
4       MS. ADAMS:  Wait.  You don't answer
5  questions that haven't -- let him finish his
6  objection.
7       MR. BOWMAN:  I finished my
8  objection.  I object to the form of the
9  question, and I don't think it even states a
10  question.
11  BY MS. ROSEN:
12       Q.   Okay.  The question is do you see
13  those couple sentences there in that report?
14  That's my first question.
15       A.   Yeah, I do see that.
16       Q.   Okay.  Do you recall when you were
17  having a conversation with Jennifer and
18  Cynthia, saying that to them, saying that the
19  cops brought the mug book to your house and you
20  picked the guy and then you think you may have
21  picked him from a lineup a few days later and
22  then you think a few days after that they
23  showed you more photographs -- photos and
24  that's when you told them that Rivera was not
25  the guy, but the lady wouldn't listen?

153

1       MR. BOWMAN:  Objection.
2  Foundation.  Asked and answered.  It's already
3  been testified to.
4       Q.   Is what she has recounted there
5  accurate of what you told her?
6       MR. BOWMAN:  Same objection.  No
7  foundation for that question.
8       A.   Like I said, again --
9       MR. BOWMAN:  Just answer the
10  question.  Either it is or it isn't.
11       A.   I don't remember talking to her
12  like this.  There.
13       Q.   Okay.  In your conversation with
14  Jennifer and Cynthia, did you say something
15  about that you had heard that Mr. Rivera had an
16  alibi so you thought he would be found not
17  guilty?
18       A.   Yeah, I did say that.
19       Q.   Where did you hear that, that he --
20  where did you hear that he had an alibi?
21       A.   In the court.  That was the defense
22  of the lawyer where he was saying, you know, he
23  wasn't there, because like I said, there is
24  certain things I remember vividly and there's
25  certain things I don't remember vividly.

155

1       Did you say that to Cynthia and
2  Jennifer when you they came to your house?
3       MR. BOWMAN:  Object to the form of
4  the question.
5       A.   What I said -- because like I said,
6  you guys write -- like I said, you guys write
7  however you guys want to write I guess,
8  whatever.  What I've been saying here is
9  exactly what I told her also.
10       Q.   Okay.
11       A.   So you guys word things differently
12  and I -- I'm just shocked.  Like I said, I told
13  them exactly what I told you and what you've
14  been hearing me come out of my mouth.
15       Q.   Okay.
16       A.   So this is something they wrote.  I
17  never saw this.  So I couldn't tell you -- like
18  I said, they word things differently.  I don't
19  know how they wrote this or whether they -- I
20  just -- I'm just amazed how things get written
21  to say I remember exactly how they said
22  this.  No, I don't remember saying it like
23  this.
24       Q.   Is it accurate the way she's got it
25  written there?

154

1       Q.   Sure.
2       A.   I remember the lawyer saying he
3  didn't do it.  He had an alibi, so that was his
4  defense.  That I remember saying in those type
5  of words.
6       Q.   So you remember that in the
7  courtroom way back in 1990?
8       A.   Correct.
9       Q.   And that was from Mr. Rivera's
10  lawyer saying arguing or something to the
11  judge?
12       A.   Correct.
13       Q.   After you had become involved in
14  the police investigation into Felix's shooting
15  and murder, did you for some period of time
16  move to your dad's house on Avers because you
17  were afraid of some kind of gang retaliation?
18       A.   Yes, I did move with my father.
19       Q.   And when did you do that?
20       A.   I couldn't tell you the day or the
21  time.  I just know I moved with my dad.
22       Q.   And would it have been right around
23  the time of the shooting?
24       A.   No.  It didn't happen right away.
25       Q.   A little bit later?

156

39 (Pages 153 to 156)

1       A.    Because I was still living with my
2  mom.
3       Q.    Was it later?
4       A.    It was later on.
5       Q.    Do you remember if it was before or
6  after you testified?
7       A.    I don't re- -- like I said, I don't
8  remember.
9       Q.    Okay.  And you had testified
10 earlier today, and I think I read it in other
11 places where you talk about that your parents
12 didn't want you involved in this way back when;
13 right?
14      A.    Correct.
15      Q.    Why didn't they want you involved?
16      A.    Typical Latinos.  We don't want
17 to -- they were afraid for my life and the
18 problems -- you know, retaliation from gangs.
19 You know how that goes over there in Chicago,
20 it's obvious.  They were just concerned about
21 me, and they didn't want me to get involved.
22      Q.    Because they were afraid for your
23 safety?
24      A.    And theirs, too.
25      Q.    And theirs, right.  The police

157

1  officers that came out to your house that first
2  night, the ones that you described earlier as
3  the blue -- how did you say it blue --
4       A.    Blue boys.
5       Q.    Blue boys.  Were there any blue
6  girls?  Were there any female police officers
7  that came out that night?
8       A.    I didn't notice any female.  I just
9  know they were cops.  I didn't look at nobody
10 being -- I didn't care -- like I said, as a kid
11 I'm just -- no, there.
12      Q.    Okay.  So you just don't remember
13 one way or another whether there was a female?
14      A.    Yeah, correct.
15      Q.    The female that you described, the
16 white or blond-haired lady that you tried to
17 tell her that you had gotten it wrong, had you ever
18 seen her before?
19      A.    No.
20      Q.    Have you seen her since?
21      A.    No.
22      Q.    Okay.  Now, we talked a little bit
23 -- I asked you a few questions earlier about
24 the affidavit, but I want to go back to that
25 for a second.

158

1             Do you recall how many times you
2  communicated with Cynthia about the affidavit?
3             MR. BOWMAN:  Object to the form of
4  the question.
5       A.    A couple of times I assume.  You
6  know, I don't -- to say five, ten I couldn't
7  tell you that --
8             MS. ADAMS:  Just to be clear, she
9  communicated with me.  She didn't communicate
10 directly with him.
11            MS. ROSEN:  Oh, okay.  Then let me
12 back up for a second.
13      A.    I'm just, you know -- I was getting
14 stuff through there --
15            MS. ROSEN:  Okay.  Let's go back
16 and I'll establish --
17            MS. ADAMS:  Relax.
18            MS. ROSEN:  -- sorry, the
19 foundation.
20            MS. ADAMS:  That's okay.
21 BY MS. ROSEN:
22      Q.    After you met with Jennifer and
23 Cynthia, did you communicate with them any
24 further after that first time directly or was
25 it all that communication through your

159

1  attorney?
2       A.    Then after that through Jen --
3  right with Steph.
4       Q.    With Stephanie?
5       A.    Yeah, it's just --
6       Q.    Okay.  So you spoke to Jennifer and
7  Cynthia that first time when they came to your
8  house unannounced?
9       A.    Uh-huh, yes.  I apologize.
10      Q.    And then after that time all
11 communication with anybody related to
12 Mr. Rivera was through your attorney,
13 Ms. Adams; correct?
14      A.    Correct.
15      Q.    And the revisions and the things
16 that were made and the communications about the
17 revisions to the affidavit were through your
18 attorney; correct?
19      A.    It was sent through her and then
20 come to my -- to here -- then to me through the
21 computer so I could see and make sure it was
22 the right way.
23      Q.    Sure, but from Stephanie?
24      A.    Correct.
25      Q.    Okay.  Did anybody from

160

40 (Pages 157 to 160)

1   Mr. Rivera's team contact you directly, not
2   through your attorney after that first time
3   that they came out to your house?
4       A.   Was this -- okay, let me ask a
5   question.  What team was it something you're
6   referring to?
7       Q.   That Jennifer or Cynthia --
8       A.   Yeah, the -- yes, they -- that's
9   where I met, in my house.
10      MS. ADAMS:  Okay, now wait.  Listen
11  to her question.  One more time.
12      Q.   After that first time when Cynthia
13  and Jennifer came out to your house --
14      A.   Okay.
15      Q.   -- any time after that if you had
16  any contact with anybody that was representing
17  Mr. Rivera, was that always through your
18  attorney?
19      A.   Yes.
20      Q.   And when you came to Chicago to --
21  and before you testified and you met with the
22  attorneys that were representing Mr. Rivera at
23  that time, was your attorney also present with
24  you?
25      A.   No.

161

1       Q.   And when you came to Chicago and
2   met with those attorneys that were representing
3   Mr. Rivera before you testified at the post
4   conviction proceeding, how many times did you
5   meet with them before you testified?
6       A.   That was the only time right there.
7       Q.   The one time?
8       A.   That one time when we went to
9   court.
10      Q.   And how long did you meet with them
11  before you testified?
12      A.   They picked me up from the hotel
13  and we went straight to the Cook County Jail,
14  whatever you want to call it, the courts.
15      Q.   And was Mr. Rivera in court when
16  you were there testifying?
17      A.   Yes.
18      Q.   Did you recognize him?
19      A.   Yes.
20      Q.   And that was the first time you had
21  seen him since the criminal trial; is that
22  right?
23      A.   Correct.
24      Q.   I've seen some emails between your
25  attorney and the attorneys representing

162

1   Mr. Rivera in the post conviction proceeding
2   where your attorney was expressing some concern
3   about the fact that your -- the fact that you
4   lived in Ohio was printed in the newspaper and
5   that you were concerned about that?
6       A.   Yes, I was.
7       Q.   Can you tell me why you were
8   concerned about that, what you were afraid of?
9       A.   Jesus Christ.  I got a family first
10  and foremost as you -- I don't know if ya'll
11  are parents or whatnot and husbands and wives.
12  That's your first and foremost.
13      I came to this whole situation
14  naive, you know, thinking I'm going to do the
15  right thing, which I did, and nothing was going
16  to come out of it, none of this suing going on.
17  And I thought I was going to testify and game
18  over.  My concern was my family, main thing.
19      Q.   Are you still in touch with your
20  sister, Marilyn?
21      A.   Not really -- we're, you know we're
22  -- after all this been going on, you know, like
23  I said, we haven't been not at -- we talk, but
24  not like -- hi, bye and that's it.
25      Q.   Before Jennifer and Cynthia came

163

1   out to your house and knocked on the door, how
2   was your relationship with your sister,
3   Marilyn, at that point?
4       A.   Okay.  Like I said, we live -- she
5   lives over there, I live over here, and there's
6   not really a tight-knit fit because we're a
7   distance.
8       Q.   Because she lives out of state, in
9   a different state; right?
10      A.   Correct.
11      Q.   And do you -- she has three
12  children; is that what you said?
13      A.   Correct.
14      Q.   And what's your relationship with
15  your nieces or nephews?
16      A.   I call them and still, you know,
17  encourage them as an uncle, stuff like that.
18      Q.   Do you guys ever get together for
19  family functions?
20      A.   I have gone over there to see my
21  nephew, you know, them over there, yes, I have
22  done that.
23      Q.   Do your children have a
24  relationship with her children?
25      A.   No, because like I said, we're two

164

41 (Pages 161 to 164)

1  different states.
2      Q.  In 1988, did you have a street
3  name?
4      A.  My street name was just Macho.
5      Q.  Macho?
6      A.  Yeah.
7      Q.  That's written a police report --
8      A.  Yeah, Macho.
9      Q.  -- so I just wanted to make sure
10 that that was --
11     A.  Yeah, that's fine.
12     Q.  After Felix was shot, did you visit
13 him in the hospital?
14     A.  No, I did not.
15     Q.  Did -- do you know if Marilyn did?
16     A.  That I couldn't tell you.
17     Q.  Did you continue to communicate
18 with Israel after Felix got shot?
19     A.  Yes.
20     Q.  Did Israel go visit Felix, do you
21 know?
22     A.  I assume he did.
23     Q.  Do you recall him telling you
24 anything about how he was doing or anything
25 like that?

165

1      A.  No, not to not me.  My opinion, no.
2  I don't know.
3      Q.  What was -- back in 1988, what was
4  your relationship with Felix and Israel's
5  parents?
6      A.  That I -- you know, dating my
7  sister, and, you know, I used go to their
8  house, and that was pretty much it.  Nothing
9  major.  It was still young in the relationship
10 with my sister and, you know, they were so
11 young, but still we knew from, you know, being
12 on Campbell and stuff like that, that's how I
13 knew them.
14     Q.  Do you know an individual by the
15 name of Angel Villafane?
16     A.  It does not ring a bell to me.
17     Q.  How about Carlos Olivero?
18     A.  If you're asking me about these
19 guys' name, I don't know.  They got to give me
20 street names.  I don't know.  We never knew
21 each other really by our first name -- our real
22 names.  We just by our nicknames.
23     Q.  How about somebody by the name of
24 George Ruiz?
25     A.  That doesn't ring a bell, no.

167

1      A.  No, that he never told me.  He
2  didn't really say nothing about that.
3      Q.  Do you recall how long Felix stayed
4  alive before he passed away after the shooting?
5      A.  No, I do not.
6      Q.  Do you know how many times Felix
7  was shot?
8      A.  After the report I read I think it
9  was like nine times, I think it was.  That's
10 what I read, I don't know.
11     Q.  Do you know what report you read
12 that said that?  Was it a police report?
13     A.  No, it was a -- you know, how
14 people -- you know how you and I would be
15 gossiping on the side like, yeah, yeah, I think
16 he got shot nine times, but never read it on a
17 report.
18        But, you know, after the report --
19 like I said, I went through this report, there
20 was just certain things that stuck out to me
21 and certain things that -- you guys are into
22 details.  My details, I saw the individual who
23 did it.  That's all I care about.  So that's
24 what I'm focusing on.
25     Q.  Did Felix and Israel look alike?

166

1      Q.  Ramon Lopez?
2      A.  No.
3      Q.  Jose Rodriguez?
4      A.  No.
5      Q.  Just give me one second.
6         Do you know where Felix went to
7  school?
8      A.  I couldn't -- he went to school was
9  Roberto Clemente probably.
10        MS. ROSEN:  Okay.  Why don't we
11 take a quick break, and I think I'm just about
12 done, and then I think Mr. Given might have
13 some questions for you.
14        MR. GIVEN:  I likely will, and if
15 we take like 10, 15 minutes it could pay off in
16 the long run.
17        MR. BOWMAN:  Understood.
18        THE COURT:  Off the record 3:10.
19        (Recess taken 3:10 p.m.)
20           - - - - -
21        THE VIDEOGRAPHER:  On the record.
22 The time is 3:29.
23        (Deposition resumed 3:29 p.m.)
24        MS. ROSEN:  Mr. Lopez, I don't have
25 any further questions.  Thanks.

168

42 (Pages 165 to 168)

1    EXAMINATION OF ORLANDO LOPEZ
2    BY MR. GIVEN:
3        Q.   Hi, Mr. Lopez.  My name is Jeff
4    Given.  I introduced myself to you at the
5    beginning of the day.  I represent the
6    defendant police officers who are being sued by
7    Mr. Rivera in this case.
8            I have a few questions for you.
9    Some of them may sound like questions that
10   you've been asked earlier, and I apologize, but
11   I have tried to pare them down so we will not
12   be here any longer than I hope we need to be;
13   okay?
14       A.   Okay.
15       Q.   On August 27, 1988 you saw Felix
16   Valentin get shot; correct?
17       A.   Correct.
18       Q.   And later that evening police came
19   to your house; right?
20       A.   Correct.
21       Q.   And you talked with the police and
22   you told them what you had seen?
23       A.   Correct.
24       Q.   You told them you had witnessed the
25   shooting?

169

1        A.   Correct.
2        Q.   And you told them that the shooter
3    was a Latin King because the car turned south
4    into Latin King territory; right?
5        A.   Correct.
6        Q.   And if I understand it right,
7    Cortland Street was sort of a buffer between
8    the Imperial Gangsters and the Latin Kings;
9    correct?
10       A.   Correct.
11       Q.   And, in fact, the car with the
12   shooter, after it took off, turned right onto
13   Spaulding; correct?
14       A.   Correct.
15       Q.   And that was into Latin King
16   territory; right?
17       A.   Correct.
18       Q.   And, in fact, that's where you
19   would expect a Latin King to go after shooting
20   a person by your house; correct?
21       A.   Correct.
22       Q.   In fact, it would be foolish for a
23   member of a rival gang to drive into Latin King
24   territory under those kinds of circumstances;
25   right?

170

1        A.   Correct.
2        Q.   Now, you told the police you didn't
3    know the name of the guy that shot Felix, but
4    that you had seen him a few times playing
5    baseball in Humboldt Park; right?
6        A.   I did say that, correct.
7        Q.   And then the police came back to
8    your house a little while later that same night
9    with some gang books and photographs of Latin
10   Kings; right?
11       A.   Correct.
12       Q.   And you went through those books
13   for about an hour?
14       A.   Just, yeah --
15       Q.   More or less?
16       A.   Yeah, more or less.
17       Q.   And you looked at about 100
18   photographs?
19       A.   I guess, yes.
20       Q.   These were big thick binders --
21       A.   Correct.
22       Q.   -- that you had described earlier?
23       A.   Correct.
24       Q.   And you went through those books
25   very carefully?

171

1        A.   Correct.
2        Q.   And you wanted to make sure that
3    the person you picked, if any, would be the
4    right guy; right?
5        A.   Correct.
6        Q.   And that's why you were very
7    careful as you went through those books; right?
8        A.   Correct.
9            MR. GIVEN:  Somebody's phone is
10   buzzing.
11           MS. ROSEN:  It's done.
12           MR. GIVEN:  Okay.
13       Q.   Now, after all this time of looking
14   at the books, you ultimately picked a photo of
15   the person you believed shot Felix; right?
16       A.   Correct.
17       Q.   And that person was Jacques Rivera?
18       A.   Correct.
19       Q.   And you told the police you were
20   certain it was him; didn't you?
21       A.   Correct.
22       Q.   And they asked you a couple times,
23   are you sure and you said, yes, I'm sure.
24       A.   Correct.
25       Q.   And at that time you believed the

172

43 (Pages 169 to 172)

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

1    shooter was Jacques Rivera; didn't you?
2        A.    At the time, yes.
3        Q.    Now, the police didn't force you to
4    pick that photos; did they?
5        A.    No.
6        Q.    They didn't trick you into picking
7    that photo; did they?
8        A.    No.
9        Q.    Now, on other occasions besides the
10   night of the shooting, police also showed you
11   other photographs of other gang members at
12   various times; didn't they?
13       A.    No.
14           MR. BOWMAN:  Objection to form.
15       Q.    Well, do you remember testifying in
16   this case at the criminal trial back in April
17   1990?
18       A.    I remember I was at a trial but to
19   tell you 1990, April, I couldn't tell you that
20   yes or no.
21       Q.    Well, you remember testifying as --
22   when you were about 13 years old in --
23       A.    At that age, yes, around that age.
24       Q.    And it was in the criminal case of
25   Jacques Rivera?

173

1            On the front page you see that
2    there's a date April 5, 1990; do you see that?
3        A.    Yes.
4        Q.    And it says bench trial; correct?
5        A.    Correct.
6        Q.    And then it says The People of the
7    State of Illinois versus Jacques Rivera.  Do
8    you see that?
9        A.    Yes.
10       Q.    Does that help refresh your
11   recollection that the trial that you testified
12   at was in April of 1990?
13       A.    That doesn't help me at all as what
14   day it was.
15       Q.    Okay.  You don't have any reason to
16   dispute the date of --
17       A.    Oh, no, no, no.  I'm not disputing
18   your dates.  I'm just disputing the fact that I
19   couldn't tell you the date.
20       Q.    Sure.  I understand.
21           THE VIDEOGRAPHER:  I'm sorry, could
22   you move your microphone up?
23           MR. GIVEN:  Is that better?
24           THE VIDEOGRAPHER:  Yes.  Thank you.
25       Q.    Now, do you remember you were asked

175

1        A.    Correct.
2        Q.    You just don't remember if it was
3    April of 1990 or what month.
4        A.    No, that I don't remember.
5        Q.    And you were sworn to tell the
6    truth in that trial; correct?
7        A.    Correct.
8        Q.    And would you agree with me that
9    your memory back in that time period when you
10   testified, which was a couple years after the
11   shooting, was better then than it is today with
12   regard to the events of the shooting?
13       A.    Yeah, my memory was -- at 13, yeah,
14   I guess.  Yes.
15       Q.    Okay.  Let's mark the next exhibit
16   as Exhibit 38.
17           - - - - -
18           (Thereupon, Deposition Exhibit 38,
19           Bench Trial, was marked for purposes
20           of identification.)
21           - - - - -
22           MR. GIVEN:  Stephanie you want
23   to --
24       Q.    And just take a quick look at it.
25   You don't need to read it all right now.

174

1    questions at the trial by lawyers; correct?
2        A.    Correct.
3        Q.    And you answered those questions as
4    best you could; correct?
5        A.    Correct.
6        Q.    Were you asked the following
7    questions and did you give the following
8    answers?  Question:  Were you ever shown a
9    photograph of a man named Rodriguez that was in
10   the Imperial Gangsters?  Did police ever show
11   you his photograph?  Answer:  No.  Question:
12   They did not?  Answer:  They showed me some
13   other pictures of some other gang members.
14           Were you asked those questions and
15   did you give that answer?  I'm sorry, Stephanie
16   this is on --
17           MS. ADAMS:  I got it.
18       A.    If I said I --
19           MR. BOWMAN:  Hang on, hang on.  I
20   need to make an objection before you answer,
21   and the objection is that if this was being
22   read for purposes of impeachment, it is not
23   impeaching, and if it's not for impeachment
24   then it's hearsay.
25           MR. GIVEN:  It is for impeachment.

176

BY MR. GIVEN:

Q.   And let me ask again, Mr. Lopez, on other occasions besides the night of the shooting police showed you other photographs of other gang members; didn't they?

MR. BOWMAN:  Objection.

A.   No, they did not.

Q.   So during the course of the investigation you don't -- do you remember one way or the other if the police showed you other photographs besides the gang books?

A.   Latin Kings, and I repeated Latin Kings.  That was it.

Q.   You were interviewed quite a few times about this case; weren't you?

A.   Presumably, yeah, I -- yes.

Q.   And you can't remember all the times that you were interviewed and showed photographs; can you?

A.   I was only showed Latin Kings.  Those were the only pictures they showed me.

Q.   Now, some time after you picked out Jacques Rivera's photograph from the gang book, you viewed a lineup at a police station; correct?

177

A.   Yes.  I did a lineup.

Q.   And you believe you saw two lineups; correct?

A.   Yes.

MR. BOWMAN:  Objection.  That's not his testimony.

Q.   And it's true, isn't it, that you picked Jacques Rivera in every live lineup that you saw; correct?

A.   Correct.

Q.   There's no doubt in your mind; is there?

A.   No.

Q.   Now, while you were at the police station but before you viewed a lineup, you had a conversation with a white-haired woman; correct?

MR. BOWMAN:  Objection.  Misstates the testimony.

A.   Answer?

MR. BOWMAN:  Answer.

MS. ADAMS:  You can answer.

A.   Yeah, I did say something about a lady with white hair, yes.

Q.   Okay.  And you told this

178

white-haired woman that you had picked the wrong guy?

A.   Correct.

Q.   And the white-haired lady told you not to be afraid, nothing was going to happen to you, you would be protected; is that correct?

A.   In those lines, yes.

Q.   And this conversation was the first time you had ever encountered that white-haired lady; correct?

A.   Correct.

Q.   And the white-haired lady was the only person you told that the shooter wasn't Rivera; is that correct?

MR. BOWMAN:  Objection.  That misstates the testimony.  He's testified there were two people present at the time.

MR. GIVEN:  Stop the speaking objections.  If you have an objection, state it cleanly.  I'll ask my question again.

MR. BOWMAN:  You can't ask a question that misstates the testimony.

MR. GIVEN:  I am not and -- misstating the testimony.  I am asking a

179

question.  I will ask it again.

BY MR. GIVEN:

Q.   The white-haired lady was the only person you told that the shooter wasn't Rivera; correct?

MR. BOWMAN:  Objection.  Same objection.  Misstates.

MS. ADAMS:  You can answer.

A.   There was -- oh, Lord.  I said white lady --

Q.   Let me ask my question again.

MR. BOWMAN:  He hasn't finished answering yet, and you can't interrupt him.

MS. ADAMS:  Listen to the question and just answer that.

A.   Yeah, I told the lady -- white lady --

MS. ADAMS:  Listen to what he asked you.  One more time.  Listen to his question.

Q.   Let me ask my question again.  The white-haired lady was the only person you told that the shooter wasn't Rivera; correct?

MR. BOWMAN:  Objection.  Misstates his testimony.

A.   At the time, yes, I told her, only

180

45 (Pages 177 to 180)

1    her.  I'm assuming I told her because she was
2    the only one that was telling me that things
3    will be fine.
4        Q.    And then a few minutes after you
5    had this conversation with the white-haired
6    lady you went to a lineup and you picked Rivera
7    again; correct?
8        A.    Yeah, I picked him -- I picked him
9    out twice.
10        Q.    Now, the police did not point
11    Rivera out to you in the lineup; did they?
12        A.    No.
13        Q.    And they didn't point him out to
14    you in those gangs books; did they?
15        A.    Nope.
16        Q.    And the police or no one else in
17    authority at the station ever forced you to
18    identify Rivera as the shooter in the lineup;
19    did they?
20        A.    Correct.
21        Q.    In fact, you told Cynthia Estes and
22    Jennifer Linzer in February 2010 that you
23    wanted them to know that the police did not
24    force you into picking anybody out; didn't you?
25        A.    Correct.

181

1        MR. BOWMAN:  Objection to that
2    foundation.  Form.
3        Q.    Now, at Mr. Rivera's criminal trial
4    in April of 1990, you testified in court that
5    Jacques Rivera was the person who shot and
6    killed Felix Valentin; didn't you?
7        A.    At the trial, yes.
8        Q.    And that was a lie; wasn't it?
9        A.    Yes, it was.
10        Q.    And you knew it was a lie; right?
11        A.    Yes.
12        Q.    Now, nobody forced you to lie;
13    correct?
14        A.    Correct.
15        Q.    The police didn't pressure you into
16    falsely identifying Jacques at the trial; did
17    they?
18        A.    No.
19        Q.    The police didn't force you to pick
20    Jacques Rivera's photograph from the gang book;
21    did they?
22        A.    No.
23        Q.    Just give me a second.
24        MR. GIVEN:  I don't have any other
25    questions.

182

1        MR. BOWMAN:  We'll take one last
2    break, and I'll have a few questions or
3    possibly not.  We're close to the end.
4
5        THE VIDEOGRAPHER:  Off the record
6    3:42.
7        (Recess taken 3:42 p.m.)
8        - - - - -
9
10        THE VIDEOGRAPHER:  Back on the
11    record.  The time is 3:52.
12        (Deposition resumed 3:52 p.m.)
13        MR. BOWMAN:  Mr. Lopez, I -- once
14    again I want to thank you for your cooperation
15    in this process.  I do not have any further
16    questions for you.  So that concludes the
17    questioning and your lawyer will advise you
18    regarding the rights that you have with respect
19    to the transcript that's going to be made of
20    your deposition.
21        MS. ADAMS:  He'll read, of course.
22        MR. BOWMAN:  Very good.  So before
23    we go off the record there is one thing that
24    Mr. Given brought to my attention during one of
25    our breaks.  Specifically with reference to

183

1    Exhibit 31, which is the Google Maps page with
2    3320 West Cortland and the surrounding area in
3    Chicago.  As Mr. Lopez testified, there is an
4    A, which is within a bubble, and that is
5    supposed to designate the address 3320 West
6    Cortland.
7        In fact, that A we can all see is
8    misplaced.  The map depicts the alley between
9    Kimball and Spaulding that ran adjacent to 3320
10    just to the east and the bubble, therefore,
11    should be placed just to the left on our map of
12    that alley, and I'm just going to take my ink
13    pen and make an X at the location where 3320
14    should be designated on this map, and I think
15    we all stipulate that that's the correct
16    location.
17        MS. ROSEN:  Yes.
18        MR. GIVEN:  I agree.
19        MR. BOWMAN:  And that concludes our
20    record.  So we're off the record at this point.
21        THE VIDEOGRAPHER:  Off the record
22    3:54.
23        (Whereupon the deposition was
24    concluded at 3:54 p.m.)
25

184

46 (Pages 181 to 184)

1  Whereupon, counsel was requested to give
2  instruction regarding the witness's review of
3  the transcript pursuant to the Civil Rules.
4
5          SIGNATURE:
6  Transcript review was requested pursuant to the
7  applicable Rules of Civil Procedure.
8
9          TRANSCRIPT DELIVERY:
10  Counsel was requested to give instruction
11  regarding delivery date of transcript.
12  Original - Mr. Bowman
13  Copy - Mr. Given
14
15
16
17
18
19
20
21
22
23
24
25

185

1          I do further certify that I am not
2  a relative, counsel or attorney for either
3  party, or otherwise interested in the event of
4  this action.
5          IN WITNESS WHEREOF, I have hereunto
6  set my hand and affixed my seal of office at
7  Cleveland, Ohio, on this _____ day of
8  _____, 2013.
9
10
11
12
13  _____
14  Toni DiNardo, RPR, Notary Public
15  within and for the State of Ohio
16
17  My commission expires January 12, 2015.
18
19
20
21
22
23
24
25

187

1          REPORTER'S CERTIFICATE
2  The State of Ohio,   )
3                  SS:
4  County of Cuyahoga.  )
5
6          I, Toni DiNardo, RPR, a Notary
7  Public within and for the State of Ohio, duly
8  commissioned and qualified, do hereby certify
9  that the within named witness, ORLANDO LOPEZ,
10  was by me first duly sworn to testify the
11  truth, the whole truth and nothing but the
12  truth in the cause aforesaid; that the
13  testimony then given by the above-referenced
14  witness was by me reduced to stenotypy in the
15  presence of said witness; afterwards
16  transcribed, and that the foregoing is a true
17  and correct transcription of the testimony so
18  given by the above-referenced witness.
19          I do further certify that this
20  deposition was taken at the time and place in
21  the foregoing caption specified and was
22  completed without adjournment.
23
24
25

186

1          DEPOSITION REVIEW
          CERTIFICATION OF WITNESS
2
3  ASSIGNMENT NO: 1669960
   CASE NAME: Rivera, Jacques v. Guevara, Reynaldo, Et Al
   DATE OF DEPOSITION: 5/29/2013
4  WITNESS' NAME: Orlando Lopez
5  In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
     I have made no changes to the testimony
7  as transcribed by the court reporter.
8
   _____     _____
9  Date             Orlando Lopez
10     Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11  the referenced witness did personally appear
   and acknowledge that:
12
     They have read the transcript;
13     They signed the foregoing Sworn
     Statement; and
14     Their execution of this Statement is of
     their free act and deed.
15
     I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
   _____
18  Notary Public
19
   _____
   Commission Expiration Date
20
21
22
23
24
25

McCorkle Litigation Services, Inc.
Chicago, Illinois   (312) 263-0052

DEPOSITION REVIEW
CERTIFICATION OF WITNESS

ASSIGNMENT NO: 1669960
CASE NAME: Rivera, Jacques v. Guevara, Reynaldo, Et Al
DATE OF DEPOSITION: 5/29/2013
WITNESS' NAME: Orlando Lopez

In accordance with the Rules of Civil Procedure, I have read the entire transcript of my testimony or it has been read to me.

I have listed my changes on the attached Errata Sheet, listing page and line numbers as well as the reason(s) for the change(s).

I request that these changes be entered as part of the record of my testimony.

I have executed the Errata Sheet, as well as this Certificate, and request and authorize that both be appended to the transcript of my testimony and be incorporated therein.

_____
Date              Orlando Lopez

Sworn to and subscribed before me, a Notary Public in and for the State and County, the referenced witness did personally appear and acknowledge that:
They have read the transcript;
They have listed all of their corrections in the appended Errata Sheet;
They signed the foregoing Sworn Statement; and
Their execution of this Statement is of their free act and deed.
I have affixed my name and official seal
this _____ day of_____, 20_____.

_____
Notary Public

_____
Commission Expiration Date

---

ERRATA SHEET

RENNILLO DEPOSITION & DISCOVERY - A VERITEXT COMPANY

ASSIGNMENT NO: 1669960

PAGE/LINE(S) /        CHANGE        /REASON
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____        _____
Date              Orlando Lopez
SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
DAY OF _____, 20_____ .
_____
Notary Public

_____
Commission Expiration Date

48 (Pages 189 to 190)

**A**

ability
 17:9 65:11
 150:25
able
 41:15 44:23
 45:7 47:9
 49:5 51:23
 52:14 54:15
 54:19 69:19
 124:7
aboverefere...
 186:13,18
absolutely
 12:19 57:25
accommodate
 13:15
accomplish
 128:4
accurate
 15:20 17:4
 96:1 106:11
 106:12,17
 114:25 115:4
 117:13,14,15
 117:21 126:4
 154:24 155:5
acknowledge
 188:11 189:16
acquainted
 29:20
act
 188:14 189:20
action
 187:4
actions
 26:12
actual
 26:6
adams
 4:4 10:17,17
 14:3 16:10
 16:13 20:11
 20:13 24:13
 24:18,24
 33:10 35:19
 41:22 43:12
 82:22 90:22
 92:9,16,20
 112:8,13
 118:23 120:1
 153:4 159:8
 159:17,20
 160:13
 161:10
 176:17
 178:22 180:8
 180:14,18
 183:21
adamssd
 4:8
add
 72:24
additional
 58:16 119:13
address
 19:8 33:22
 34:1 88:21
 117:25 184:5
addressed
 66:23
adjacent
 184:9
adjournment
 186:22
adult
 101:1
advise
 183:17
affidavit
 6:3 14:25 15:6
 15:16 125:8
 125:13
 126:10
 127:15,16,20

128:4 151:8
 151:11,25
 158:24 159:2
 160:17
affiliation
 62:24
affixed
 187:6 188:15
 189:21
aforesaid
 186:12
afraid
 50:13 80:5
 90:20 93:22
 94:4 97:4,6
 97:7 101:3
 156:17
 157:17,22
 163:8 179:5
afternoon
 11:13 37:4,9
 45:8 107:13
 139:24 122:4
 122:7
age
 10:21 25:10
 30:20 50:9
 136:7,10
 147:16,21
 173:23,23
ago
 16:25 65:17
 66:10 96:9
 110:14
agree
 26:14 174:8
 184:18
ahead
 31:11 85:4
 112:1,3
 143:14
 149:17
al
 1:11 188:3
 189:3
alibi
 155:16,20
 156:3
alike
 166:25
alive
 149:2 166:4
alley
 28:21 36:19,22
 38:6,11
 41:14 42:2,5
 42:7 43:4
 45:2 46:15
 47:13 53:18
 57:14 106:1
 108:19
 109:14 134:8
 135:20 184:8
 184:12
amazed
 154:20
amazing
 115:12
anand
 2:15,20 10:11
angel
 167:15
angels
 81:20
anger
 138:4
angle
 143:15
anniversary
 20:14
answer
 11:23 12:8
 13:3,5 19:18
 85:4,9 87:6
 109:10

112:18,20,24
 117:1 131:14
 143:13,14
 149:3 151:2
 153:4 155:9
 176:11,12,15
 176:20
 178:20,21,22
 180:8,15
answered
 11:24 65:10
 85:10 105:5
 108:21
 109:18 155:2
 176:3
answering
 12:14 13:18
 24:19 105:6
 148:12,12,12
 148:14
 180:13
answers
 11:20 36:19
 176:8
antagonized
 91:19
anybody
 46:25 76:9
 109:7 117:1
 118:16 136:2
 141:12
 160:11,25
 161:16
 181:24
anybodys
 19:23
apart
 102:21
apartment
 28:17,19 32:14
 34:1 37:10
 37:11 38:14
 38:16,19,23
 41:12,13
 43:16 45:2
 47:22 63:17
 65:5 133:11
 134:7 142:14
apologies
 71:12
apologize
 34:24 55:19
 73:21 79:11
 85:21 91:20
 103:18
 115:18 116:3
 148:13 160:9
 169:10
appear
 188:11 189:15
appearance
 73:24
appearances
 2:1 3:1 4:1
 5:3 10:6
appeared
 63:9
appended
 189:11,18
applicable
 185:7
appreciate
 44:6 119:9,14
 138:14
approximately
 21:9 37:13
 102:5
april
 173:16,19
 174:3 175:2
 175:12 182:4
area
 19:10,15 20:17
 22:10,18,19
 33:20 80:5

112:18,20,24
 128:8 130:13
 130:14
 142:19
 145:16 146:8
 184:2
arguing
 156:10
armitage
 32:17,20 34:20
 42:9 85:13
 88:9,10,23
 89:3,4,11
 93:5,13
 129:25 130:2
arrangement
 29:10
arrested
 132:25
asked
 12:25 13:7,17
 13:18 34:12
 60:20 61:7
 64:18 66:16
 66:18,19,21
 73:5 75:5
 83:12,15
 84:15 104:2
 105:5 108:20
 109:17
 116:14
 122:14
 123:20
 127:13,14
 138:18
 139:10 140:3
 150:22 152:6
 155:2 158:23
 169:10
 172:22
 175:25 176:6
 176:14
 180:18
asking
 12:7 27:11
 34:5,7 60:17
 65:17 85:17
 86:7,10
 87:16 92:4,5
 92:7 113:1
 113:14
 114:19
 115:12
 123:15
 138:24 139:6
 139:14,22
 150:8,15,20
 167:18
 179:25
assignment
 188:2 189:2
 190:2
assume
 13:6 30:19
 54:9 70:4
 72:21 98:11
 159:5 165:22
assumed
 61:18 97:6
assuming
 14:2 32:11
 56:6,6 61:12
 68:24 93:16
 147:20 181:1
assumption
 61:24 62:2
 71:21
assumptions
 96:20
assured
 95:14
assuring
 79:12 94:5
 95:21 96:6
 97:2,4,13
 101:8
attached

128:8 130:13
 130:14
 142:19
 145:16 146:8
 184:2
 189:7
 27:20
attended
 27:21
attending
 27:16,18
attention
 183:24
attorney
 5:16 127:1,9
 160:1,12,18
 161:2,18,23
 162:25 163:2
 187:2
attorneys
 124:4 161:22
 162:2,25
attracted
 24:10
audibly
 11:23
august
 17:13 18:7
 25:20,24
 26:16 169:15
authority
 181:17
authorize
 189:11
avenue
 2:7 35:2
avers
 27:24 35:13
avoid
 12:5
aware
 133:1 145:20
 146:6
awhile
 124:7

**B**

baby
 150:1
back
 19:7 23:2,7,10
 23:15 25:18
 39:25 40:2,5
 40:14 45:19
 46:12,19,20
 46:24 47:1,8
 50:15,19
 51:5,14,17
 51:19,22
 53:22 54:1,2
 54:4 59:11
 60:16 63:6
 67:10,12
 69:1 77:19
 78:8 83:14
 93:1 97:22
 98:2,24 99:4
 101:5 103:25
 103:25
 105:18 106:6
 107:6,7,8,9
 107:23 109:5
 110:22
 113:23
 117:24
 118:12 122:1
 124:7 126:5
 124:7 126:5
 134:20 131:8
 135:10
 139:11
 143:16,17
 144:7 149:6
 156:7 157:12
 158:24
 159:12,15
 167:3 171:7
 173:16 174:9

183:10
bad
 34:13
ballpark
 72:19
bam
 49:23,24
base
 97:22
baseball
 18:11 59:2
 111:2,10
 112:17,23
 113:2,4,16
 114:20 171:5
based
 73:8 114:11
 138:21
basement
 134:22
basically
 138:20
basis
 153:2
bates
 40:21 44:11,13
 48:8 52:1
 140:21
bb
 43:22,23 51:3
 65:20 108:4
beat
 145:14
bedroom
 134:16,18
 135:12
beeped
 134:4
beginning
 112:5 152:14
 169:5
behalf
 2:3,13 3:3,17
 4:2 10:15,18
 127:24
beige
 105:25
belabor
 25:13
believe
 14:25 31:3
 67:4 78:21
 83:10 136:22
 138:5 178:2
believed
 82:18,25 83:6
 145:21 146:6
 172:15,25
bell
 167:16,25
bench
 6:12 174:19
 175:4
best
 12:4,22 17:8
 21:4 33:11
 37:14 38:3
 40:4 41:24
 44:5 65:11
 66:9,15 69:6
 78:10 88:20
 94:20 95:1
 96:8,11
 122:2 138:12
 124:7 126:5
 147:18 84:13
 150:25 151:3
 176:4
better
 89:1 148:1
 174:11
 175:23
big
 35:9 101:11
 130:1 171:20
binder

69:11,13,17
69:20 70:2,6
71:8 95:12
**binders**
69:9,10,23
70:8,11,14
70:22 71:2
71:16 171:20
**birth**
25:8
**bit**
122:17 128:7
156:25
158:22
**black**
39:25 40:1,1,9
40:10 43:15
45:20 46:9
56:23 58:22
62:21 63:4
89:24 91:23
93:6 115:9
**blew**
46:17
**block**
49:22
**blond**
95:18
**blondhaired**
158:16
**blue**
56:4,9 60:16
64:1,5,22,23
105:25 158:3
158:3,4,5,5
**blues**
60:15
**bluhm**
2:4 44:13,13
48:9 52:2
140:23,23
**bluntly**
103:18
**boarded**
134:20 135:8
**bombard**
148:11
**book**
71:19 72:21
73:2 152:16
153:19
177:23
182:20
**books**
61:1,2 66:24
66:24 67:5,6
67:8,9 69:4
71:8,10,25
72:6 77:13
93:8 171:9
171:12,24
172:7,14
177:11
181:14
**borderline**
130:5
**born**
21:21
**bottom**
35:1,23 140:22
152:8
**bowman**
2:6 5:9,16
10:8,9 11:2
11:10 16:12
24:19 26:1
33:2 42:14
42:18 43:6
45:15 49:16
52:10 53:12
57:19,22,25
59:4 83:2
87:7,13,20
87:23 94:25
110:13
112:11 113:8

116:19 119:8
122:14 125:7
135:2 140:13
143:11
144:10
150:12
152:25 153:7
154:3 155:1
155:6,9
159:3 168:17
173:14
176:19 177:6
178:5,18,21
179:16,22
180:6,12,23
182:1 183:1
183:13,22
184:19
185:12
**box**
22:19
**boy**
30:21 62:14
64:5 130:16
**boyfriend**
31:3 68:17
**boys**
30:15 60:16
61:23 64:1
64:22,23
128:23,25
129:7 130:20
130:22 158:4
158:5
**brain**
55:8
**break**
13:11,13 59:5
92:17 110:15
110:16
119:17
168:11 183:2
**breaks**
183:25
**bring**
55:9 111:12
140:7
**bringing**
60:25
**brother**
31:22 48:3
88:12 107:3
107:4 108:24
110:4 144:12
145:4,7,8,9
145:12,14,17
145:22 146:1
146:4,9,23
147:12,15
**brotherinlaw**
30:4 47:19
61:22 62:10
62:11 108:24
132:19 133:3
134:4
**brotherinlaws**
81:8 88:12
107:4 108:24
110:4
**brothers**
146:13 147:8
148:22
**brought**
69:5 70:11,14
71:7,19
73:14 104:5
132:17,20
152:16
153:19
183:24
**brown**
55:11 56:5,8
**brownish**
55:11
**bubble**
33:23 184:4,10

**bud**
67:2
**buffer**
170:7
**building**
28:17 36:20,23
37:1,5,21
38:5,10 45:4
45:19 47:12
49:21 50:23
53:19 80:17
80:21,22
143:8
**business**
84:12 98:4
115:1
**buzzing**
172:10
**bye**
163:24

**C**

**calendar**
26:9
**call**
46:16 63:5
76:7 77:6,7
104:15
143:20
162:14
164:16
**called**
10:21 60:16
69:9
**calls**
118:22
**camera**
41:23 43:7
**campbell**
30:4,9,10
61:23 62:14
68:15,19,22
128:23,25
129:7 130:16
130:19,20,22
167:12
**cant**
21:2 27:7
37:18 45:22
66:12 70:3
72:11 79:8
80:15 98:17
109:25
131:13 135:4
136:8 141:23
141:25 149:3
177:17
179:22
180:13
**caption**
186:21
**car**
37:23,24 38:4
38:9,12,17
38:22,25
39:8 41:16
42:5,8,21
43:2 45:7,12
46:23,24
47:2,5,12
48:4 52:19
53:2,3,16
54:10,12,18
54:19 55:25
56:1,4,11,16
56:21,22,25
57:5,6,8,13
57:13,15,16
58:2,4,6,15
60:21 61:12
61:13 62:14
77:20 105:25
106:4 107:2
107:9,16,23
108:18

109:13 134:8
135:22,23,23
142:7,9,9
147:24 170:3
170:11
**card**
158:10 166:23
**care**
172:7
**careful**
172:7
**carefully**
171:25
**carlos**
167:17
**carry**
95:13
**case**
1:9 14:17 60:5
86:9 87:4
92:6 93:14
94:2,3 97:8
97:25 102:7
102:23 104:4
122:25 124:5
128:5 169:7
173:16,24
177:15 188:3
189:3
**casualty**
21:24
**cat**
40:22
**catch**
30:8 57:21,22
**caucasian**
95:15,16
**cause**
84:24 86:8
186:12
**caused**
73:24 89:21
90:9 100:20
**center**
33:24
**central**
35:12 36:11,12
88:10,23
130:1,2,3
**certain**
155:24,25
166:20,21
172:20
**certificate**
5:13 186:1
189:11
**certification**
188:1 189:1
**certified**
10:24
**certify**
186:8,19 187:1
**chair**
72:4
**chance**
14:2,19 16:19
35:18
**change**
86:9 97:7
189:8 190:3
**changes**
127:11 188:7
189:7,9
**chaotic**
65:3 66:10
**checking**
77:16
**chevy**
56:6,7,10
**chicago**
2:7,8,18 3:18
3:23 10:14
14:7,7 20:23
20:25 21:9
21:12 22:5

22:11 23:2
23:14 24:3
25:16 26:23
30:13 33:19
62:20 75:21
122:10
123:13,18
124:3,10
150:3 157:19
161:20 162:1
184:3
**child**
65:12 72:11
136:13
**children**
19:22 20:4
21:21 103:24
132:5 164:12
164:23,24
**christ**
163:9
**circumstances**
170:24
**city**
3:17 10:14
14:7 21:12
23:6 25:16
33:19 34:21
129:9
**civil**
10:23 122:25
185:3,7
188:5 189:5
**clarify**
16:19
**clark**
3:21
**class**
147:16
**cleaner**
23:25
**cleaning**
24:6,7,11,17
**cleanly**
179:21
**clear**
11:21 12:2,15
12:20,23
13:2 15:22
16:13 17:17
22:2 25:13
26:3 30:25
32:22 33:21
34:14 38:18
64:7 65:13
68:4 72:23
114:15 159:8
**clemente**
168:9
**cleveland**
1:21 10:5
19:11 20:16
24:2,8
123:14,16
187:7
**client**
152:8
**clinic**
2:5
**close**
183:3
**closest**
42:12,22
**clothes**
90:7
**coaching**
150:18
**coat**
93:6
**cobra**
132:23
**cobras**
130:4
**collect**
119:19

**color**
40:18 54:24,25
56:7 62:18
63:7
**colored**
55:4
**colors**
62:22 63:2,4
**columbus**
4:6
**com**
2:20 3:15,15
3:25 4:8
**come**
13:22 23:7
36:6,10,16
37:3,8 59:14
69:1 80:7
92:13,20
94:10 96:16
101:16
104:17
111:13,13
133:13
135:15 142:5
142:13 145:4
154:14
160:20
163:16
**comes**
112:21
**coming**
14:22 15:23
47:1 54:2
68:14 102:11
102:14,22
103:18
105:12 106:6
106:13,14
107:3 109:5
115:18 137:8
**commission**
187:17 188:19
189:25
190:25
**commissioned**
186:8
**communicate**
159:9,23
165:17
**communicated**
159:2,9
**communication**
159:25 160:11
**communications**
160:16
**company**
190:1
**completed**
186:22
**completely**
25:14 69:13
**complies**
45:14 52:25
53:4,11,17
**comprehensible**
12:23
**computer**
160:21
**concept**
114:9
**concern**
163:2,18
**concerned**
157:20 163:5,8
**conclude**
62:16 71:14
110:16
**concluded**
184:24
**concludes**
183:16 184:19
**conduct**
84:5

confident
19:4
confirm
34:3
confused
122:20
confusing
34:13
connected
63:1 87:25
connection
78:13 123:2,7
connelly
3:19
consider
32:3 149:5
considered
32:4 134:22,23
consult
13:11
contact
60:7 75:9,10
150:2 161:1
161:16
context
114:13
continue
165:17
continued
122:5
continuing
112:5 113:9
convers
148:8
conversation
67:22 75:7,17
79:16 84:10
86:19 97:17
97:20 98:6
98:20,22
99:2 103:12
116:25 117:4
117:5 135:18
153:17
155:13
178:16 179:9
181:5
conversations
84:13
conveyed
79:18
conviction
16:15 123:7
124:13 162:4
163:1
cook
162:13
cooperation
44:7 119:9,15
183:14
cop
106:9
copies
40:18 126:17
127:2
cops
60:14 67:11
68:1,13 72:1
112:25
114:23
152:16
153:19 158:9
copy
125:7 137:18
185:13
corner
46:13,20 49:12
49:14 52:17
54:5 89:16
105:11,18,19
105:19 107:5
107:8 134:17
143:9,17
correct
11:8 14:4,13

14:18 17:10
19:5 22:25
23:13 24:9
25:4,6,17
28:15,18
29:18 34:7
35:14,25
36:1,21
38:21 39:15
39:18 42:10
42:23 45:5
46:6 51:13
51:15 53:20
57:18 58:7
59:24 63:11
63:23 65:18
69:18 71:22
74:24 76:23
77:4 81:11
89:9 93:11
99:9 101:15
101:22
112:17,18,20
112:20 116:5
116:6 117:22
123:3,4,24
124:2,14
125:6,23
126:6,12,15
127:25
128:19
129:11,12,14
130:17
131:10 132:9
132:10 133:9
133:12,18,24
135:24
137:14
143:24 145:2
146:14,17
156:8,12
157:14
158:14
160:13,14,18
160:24
162:23
164:10,13
169:16,17,20
169:23 170:1
170:5,9,10
170:13,14,17
170:20,21
171:1,6,11
171:21,23
172:1,5,8,16
172:18,21,24
174:1,6,7
175:4,5
176:1,2,4,5
177:25 178:3
178:9,10,17
179:3,7,11
179:12,15
180:5,22
181:7,20,25
182:13,14
184:15
186:17
corrections
125:25 126:3
126:10
189:17
correctly
126:2
cortland
26:22 28:6,16
32:7,8,15,17
33:19,20,23
34:3,5,8,20
36:5,9 38:13
38:13 45:4
105:11
129:22 131:1
142:20 170:7
174:2,6
couldnt
49:25 50:8

56:20 119:7
137:6 149:3
154:17
156:20 159:6
165:16 168:8
173:19
175:19
counsel
10:6 14:8
35:20 48:18
185:1,10
187:2
counsels
42:25
county
162:13 186:4
188:10
189:15
couple
23:18 88:8
105:7 132:15
153:13 159:5
172:22
174:10
course
56:12 104:25
136:13 177:8
183:21
court
1:1 10:19
11:17,18,22
16:2 101:17
101:19 102:3
103:6 104:16
113:10,12,24
125:5 155:21
162:9,15
168:18 182:4
188:7
courtroom
102:24,25
103:1 156:7
courts
162:14
crime
40:25 132:17
criminal
137:21,23
140:2 162:21
173:16,24
182:3
cross
16:11,13 32:16
49:13
cry
21:22
crying
142:17
cure
87:15
current
25:10
currently
19:10
curse
138:3,4
custody
5:15
cut
140:22
cuyahoga
186:4
cv
1:9
cynthia
102:14 103:15
104:22
123:22 127:3
127:4,12
137:8 144:1
148:2 150:6
151:5 153:18
154:1 155:14
159:2,23
160:7 161:7

161:12
163:25
181:21

---

### D

dad
29:11 156:21
dads
156:16
daniel
3:7
dark
55:12 76:25
date
10:2 18:6 21:3
25:7,19,22
26:6,15,17
27:9 175:2
175:16,19
185:11 188:3
188:9,19
189:3,13,25
190:20,25
dated
125:8
dates
175:18
dating
131:11 167:6
day
25:21 26:4,7,9
26:18,21
27:5,14
37:14 60:10
60:11,16
77:14 117:24
133:6,11
134:21 135:8
144:7 156:20
169:5 175:14
187:7 188:16
189:22
190:22
daylight
37:16
days
87:1,18 118:12
152:18,19
153:21,22
deal
149:20
dealing
77:3
death
22:24 131:15
decade
21:5
decided
22:8
deed
188:14 189:20
deeply
131:21
defendant
3:17 10:14,16
169:6
defendants
1:13 3:3 14:8
defense
155:21 156:4
delivery
185:9,11
denise
149:24
department
40:23
depicts
184:8
deposed
10:24
deposition
1:15,19 10:3
11:15 15:5
16:6 19:11
33:13 41:2

44:18 48:14
52:5 59:13
86:22 93:3
110:24 122:3
140:15
151:13
168:23
174:18
183:12,20
184:23
186:20 188:1
188:3 189:1
189:3 190:1
describe
39:22 50:5
56:1 66:15
69:4 74:13
90:17 95:5
described
39:16 136:5
158:2,15
171:22
description
6:2 69:6 89:2
148:1
descriptive
148:18
designate
17:19 184:5
designated
184:14
designation
48:9
destroyed
92:12,12
detail
109:20,25
110:2,10
details
40:3,4,8
106:15
139:14
146:21
166:22,22
detective
75:25 76:1
77:8,8,9,12
77:18 81:2,4
81:6,7,14,17
83:18,19
95:8,8,11,25
99:19,24
117:2,7,17
136:5
detectives
81:18 100:2
deuces
128:13
devon
3:11
diagonally
143:23
diamond
91:9
didnt
21:24 22:16
25:24 27:9
30:8 46:18
46:19 50:9
50:10 68:11
69:12 73:13
78:19,19
83:2 87:10
87:15 93:25
95:11 96:18
97:3,23,24
98:3 105:3
106:23
113:13 114:5
114:9 139:8
145:11,19
146:20,20
147:4,6,11
147:24
149:20 156:3
156:24

157:12,15,21
158:8,9,10
159:9 166:2
171:2 172:20
173:1,3,6,12
177:5 181:13
181:24 182:6
182:15,19
die
25:24 132:11
died
21:22 132:19
difference
65:23 91:15,24
different
82:2,3 85:3
86:5,6 87:21
164:9 165:1
differently
154:11,18
difficult
118:13 138:13
difficulty
44:6
dinardo
1:22 186:6
187:14
direct
16:10,11,12
122:19
direction
32:8 39:1
55:18 60:21
61:13 65:19
66:6 68:20
143:10,18
directions
35:21
directly
89:7 109:6
159:10,24
161:1
disciples
21:20 22:22
128:18,22,24
129:3,11
130:8,11
discovery
1:19 190:1
discussion
35:16
discussions
60:4
dispute
175:16
disputing
175:17,18
disrespect
76:9
distance
138:25 142:25
143:1 164:7
district
1:1,2
divided
22:12
division
1:3
document
44:12
documents
14:20 127:6
doesnt
167:25 175:13
doing
12:15 31:25
43:15 68:2
73:7 90:23
92:10,10
97:23 104:9
138:15
165:24
don
129:4
dont

11:20 12:24
19:23 20:13
25:12 26:10
28:3 30:19
40:17 41:24
42:24 44:3
51:8 53:1
56:8 57:19
64:11,12,12
64:13,14,16
64:19,20
67:7,17 70:3
70:23 71:12
72:21,22,22
72:24,25
75:4,13,14
76:1,9,13
77:14 79:9
80:10,16
81:14,16
83:18 84:9,9
84:12,14,17
85:17 87:21
90:22 91:11
91:17 92:2,7
92:9,15
93:22 94:13
94:16,18
95:17 96:4
97:2,4 99:24
102:8,12,18
102:19 103:2
103:4 104:6
105:1 111:9
111:15,18,19
113:6 114:13
116:15 117:5
119:1,6
124:6 136:9
136:9,10,18
136:19 139:3
139:5,18,19
141:4,8,9,17
141:23 142:1
142:2,23
143:2 148:4
148:13,17,19
148:19 149:4
150:5,17,19
151:19 152:1
153:4,9
154:18,22
155:11,25
157:7,7,16
158:12 159:6
163:10
166:10 167:2
167:19,20
168:10,24
174:2,4,25
175:15 177:9
182:24

**door**
38:20 48:22,24
89:13 124:1
134:1 137:9
143:7 164:1
**double**
57:1,6
**doubt**
18:20,25 84:24
178:11
**drafts**
126:25 127:10
**draw**
33:4
**dressed**
13:24 45:20
46:8 58:22
95:10
**drive**
106:1 108:18
109:13
170:23
**driven**
83:14

**driver**
39:10 147:24
148:3
**drivers**
39:12 42:16,20
**drives**
47:2
**driving**
48:5 56:12,14
56:16 135:22
**drove**
13:25 79:21,23
**duces**
127:6
**due**
21:20
**duly**
10:23 186:7,10
**dye**
63:9
**dyed**
63:6,7

---

**E**

**earlier**
51:20 77:25
122:8,14,20
136:6,21
137:7 142:4
143:5 145:1
147:23
157:10 158:2
158:23
169:10
171:22
**early**
122:23
**easier**
53:8
**easiest**
49:9
**east**
1:20 2:7 32:10
32:11,13,15
32:19 34:4
35:4,8,9,23
36:5,25 39:2
55:20 57:8
61:14 68:15
106:2 142:18
143:19
184:10
**eastern**
1:3
**easy**
44:12 118:17
**edu**
2:10
**edward**
3:5
**eileen**
3:20 10:13
122:9
**either**
56:4 70:18
92:4 93:20
95:16 97:3
114:14
136:19
150:18
155:10 187:2
**elementary**
27:22 29:9
**email**
126:7,8 137:25
**emails**
162:24
**emotions**
50:5,11 101:5
138:11
**employed**
24:25
**employment**
23:19

**employs**
25:3
**encounter**
32:16
**encountered**
179:10
**encourage**
164:17
**endeavor**
12:6
**ended**
88:8
**ensure**
79:6
**ensuring**
78:16 80:3
**entered**
189:9
**entire**
16:18 188:5
189:5
**entirety**
16:14
**entitled**
12:19
**entranceway**
48:25
**erieview**
1:20
**erosen**
3:25
**errata**
189:7,10,18
190:1
**erratically**
48:5
**errors**
17:3
**esq**
2:6,15 3:10,20
4:4
**establish**
159:16
**estes**
123:22 151:5
152:15
181:21
**estimate**
57:12 70:11
72:15 88:20
89:10 136:7
**estimation**
21:4
**et**
1:11 188:3
189:3
**eternity**
54:16,20
169:18
**event**
70:17 187:3
**events**
46:8 48:12
52:13 174:12
**eventually**
12:12
**everybody**
12:12 85:10
101:7 115:16
125:9 136:13
**evidentiary**
153:1
**exactly**
26:11 38:3,9
43:14 65:18
85:23 116:9
109:21 119:7
154:9,13,21
**examination**
5:8 10:22 11:1
122:5 169:1
**excuse**
89:23
**executed**

**189:10**
**execution**
188:14 189:19
**exhibit**
5:15 6:3,4,5,6
6:7,8,9,10
6:11,12 15:2
15:5,13,19
15:24 16:4,6
16:14 17:2
33:13,18
35:21 40:16
40:17 41:2,8
44:10,18
45:11 48:10
48:14,18
49:10 52:3,5
52:12 57:17
111:22 125:9
137:19
140:15,20
151:13,17
174:15,16,18
184:1
**exhibits**
5:5,16 6:1
**expect**
170:19
**experience**
12:21
**expiration**
188:19 189:25
190:25
**expires**
187:17
**explain**
92:5
**expressing**
163:2
**extra**
40:18
**extreme**
44:6
**eye**
54:9

---

**F**

**face**
46:22 47:9
51:24,25
54:15,20,21
54:23 55:5,7
55:7,8,15
58:10,13,17
90:11,12
110:3
**facial**
76:20
**facilities**
13:12
**facing**
38:6,7,11
39:19,24
42:3 56:25
57:6,7,8
99:22
**fact**
45:3 62:2,8,13
90:7 103:6
106:13 163:3
163:3 170:11
170:18,22
175:18
181:21 184:7
**factory**
23:24 24:1
**facts**
96:21 110:9
115:23
**fair**
13:8,9,19,20
20:14 24:15
44:2,3 50:21
64:24 71:23
77:16 110:12

**142:3**
**fairly**
138:8
**fall**
128:25
**fallon**
3:4
**falsely**
182:16
**family**
20:2 21:25
22:14,14
23:3,12
28:19 29:21
30:1 31:7,13
31:23 32:4
32:14 68:23
81:1 92:13
148:20 149:6
149:7,8,23
163:9,18
164:19
**far**
14:14 56:7
75:25 83:17
89:10 102:11
106:9 119:1
119:3 123:8
138:6,24
139:22
141:10
142:20,22,25
**fat**
148:3,3
**father**
29:3,5,6 81:8
81:10,19,20
119:4 136:23
137:4 156:18
**fathers**
85:14 86:14
117:25
118:10,14,17
**fatherss**
118:3
**feature**
76:2
**features**
74:4,7
**february**
181:22
**feed**
24:12
**feel**
85:18 91:18
**feeling**
50:6
**feelings**
86:9
**feet**
89:17
**felix**
17:13 18:5,17
21:22 22:7
26:4,18,21
27:6 28:2
29:2,20
31:16,19
37:4,9,24
38:1 39:6,7
39:17 41:14
42:11,16,20
43:17,21
45:20 46:9
46:12 54:6
62:8,9,13
69:23 88:12
101:21
105:10
107:13,14
108:1,6,10
111:1 133:6
133:13,16
134:1 135:19
142:3 148:21
165:12,18,20

**166:3,6,25**
**167:4 168:6**
**169:15 171:3**
**172:15 182:6**
**felixs**
22:24 25:19
26:15 29:21
38:4,9 41:16
45:7 47:12
47:17 52:19
53:3 60:8
75:22 81:10
106:4 131:15
132:13
135:23
136:23 137:4
145:21 146:7
156:14
**fellow**
93:5
**felt**
22:8,18 29:15
54:16,20
73:8 128:10
**female**
158:6,8,13,15
**fence**
22:15
**field**
103:18
**filed**
122:10
**finally**
54:7 61:3
**find**
103:12 104:14
118:16,18
127:7
**finding**
118:13
**fine**
66:13 79:12
80:4 95:14
96:7 97:5,14
101:8 120:3
137:16
165:11 181:3
**finger**
43:2 53:7 91:6
91:7,8
**finish**
12:7 13:17
83:2 84:21
119:13 153:5
**finished**
54:7 153:7
180:12
**firm**
3:9 24:16 25:3
104:3
**first**
10:23 11:3,22
21:21 28:25
32:15 35:9
36:6,15
37:21 41:25
46:8 47:11
49:20 50:24
50:25 51:23
53:7,8 54:14
58:18 59:22
60:6,7 63:15
64:2 77:12
77:17 78:1,3
78:5,8,13
79:22 80:8
80:12,20
83:9,21,25
84:4 85:7,11
85:24 86:13
86:25 87:1
88:1,9 98:10
103:5,8
105:23
107:12,18,19
107:25

```
113:24 114:3          117:10,19             173:11                115:3,5               86:13 87:14           56:12,14 67:4
116:20                118:20,21             176:13 177:5          117:10                90:23 92:3,6          88:21 89:20
122:12 123:5          125:17                177:11,23             118:15,19,21          92:16 93:15           93:7,12,19
123:8,12,25           143:11                182:20                119:18 127:3          93:18,23              93:21,21,24
134:6,8,23            150:12 153:1          gangs                 137:17                94:1,5 95:22          94:18,22
135:10                153:8 154:3           17:21 21:13,19        168:12,14             96:6 97:5,13          95:3 96:14
136:23 138:1          159:3 173:14          22:16 66:21           169:2,4               97:14 100:16          96:14,14,17
138:2 141:21          182:2                 92:11,19              172:9,12              101:8,11              96:19,19,22
141:24 143:6          formal                128:7 145:25          174:22                107:2 109:8           96:22,25
143:25 144:2          11:20                 157:18                175:23                110:13,15             97:1 98:7,7
145:20,23             forth                 181:14                176:25 177:1          111:20,24             101:7,14
146:5 150:6           96:10                 gangster              179:19,24             112:4,6               104:21 111:1
153:14 158:1          found                 17:15,16,18           180:2 182:24          116:3,8,17            116:1,23,23
159:24 160:7          103:11 155:16         91:25 96:23           183:24                116:20                117:9,17,17
161:2,12              foundation            54:15 148:8           184:18                122:12,16,18          148:3,7
162:20 163:9          155:2,7 159:19        gangsters             185:13                122:21                152:17,21
163:12                182:2                 17:25 88:14           186:13,18             131:16                153:20,25
167:21 179:9          four                  91:1,3,14,22          gizzy                 132:23 133:8          171:3 172:4
186:10                19:22 20:4            129:15,20             144:4 146:7,13        136:15                179:2
fit                   28:11,14              130:6 170:8           147:2                 138:20,21             guys
129:16 164:6          119:6 131:2           176:10                glad                  140:11,19,24          82:1,5 95:13
five                  framework             gather                33:5 104:11           142:23 143:3          115:10,11,21
159:6                 129:16                25:12,14              glanced               151:17 152:3          119:21 120:2
fix                   frank                 gawrys                46:24                 163:14,15,16          123:10
144:14                103:19,20             3:4                   glass                 163:17,22             139:14
flip                  free                  ged                   82:6                  179:5 183:19          148:10 154:6
69:18 151:18          188:14 189:20         23:21,22              glasses               184:12                154:6,7,11
floor                 freshman              gentleman             76:3,22 117:3         goldbrownish          164:18
28:24,25              144:22 145:24         37:24 46:11,21        125:3 136:6           40:2                  166:21
105:23 134:6          friend                47:5 51:2             go                    good                  167:19
134:8,23              32:3                  54:4,5 80:17          23:1,10,15            35:19 39:11           guzman
135:10                friendly              88:11 95:4,5          29:16 31:10           58:11,14              3:8
focused               129:13                95:7,23               31:23 32:13          79:14,19
139:2                 fro                   96:12 98:18           32:15,19              92:18 119:17          ─────────────
focusing              76:3,5,14,15          100:1,4               34:19,25              122:7 183:22               H
166:24                76:16,19             106:22 117:2          40:3 46:5,20          google                ─────────────
folks                 77:6 95:25            geography             50:23 51:1            6:5 33:7,10,14       hadnt
92:3,5                99:19 117:2           32:6                  53:1 60:21            33:18,25              58:18 122:24
follow                117:7,18              george                67:6 68:15            184:1                 hair
116:22 127:8          136:6                 167:24                68:16,18,21          gosh                  40:1,2,9 55:1
129:5                 front                 getaway               85:4 88:9             146:24                55:11,11,12
following             4:5 38:20             57:13 147:24          97:22 98:2            gossiping             62:18,18
18:17 176:6,7         48:19 111:21          getting               100:12,12            166:15                63:1,10,12
follows               125:10 141:1          58:4 85:21            101:17 112:1          gotten                73:12,15,15
10:25                 175:1                 108:25                112:2 115:12          158:17                73:16,22
followup              full                  115:14                124:3,9              grade                 74:4 76:6,20
122:13                69:10 95:12           123:19                135:7 142:15          28:1,3                89:25 90:6
fool                  112:8                 159:13                142:18                graduate              95:16 178:24
92:8 147:7            fullerton             gillian               143:14                23:20                 half
foolish               129:23,23,25          3:7                   144:13                grange                69:21
170:22                129:25                girlfriend            146:25                4:3                   hand
force                 fulltime              31:4                  147:13                grangeinsur...        14:24 16:1
93:25 97:3            25:5                  girls                 149:17 152:6          4:8                   40:15,19
104:23 173:3          functions             158:6                 152:13                great                 44:16 48:7
181:24                164:19                give                  158:24                78:15,22 79:9         52:1 59:15
182:19                funston               35:17 69:6            167:20 167:7          115:10 127:7          187:6
forced                88:24 145:1           72:17,18              170:19                grew                  handled
21:16,17,17           further               89:1 96:8            183:23                23:15                 116:18
181:17                159:24 168:25         109:25 118:3          goal                 grocery               hands
182:12                183:15                125:21                128:3                 104:1                 89:5
foregoing             159:26 187:1          131:13 152:2          god                  groomed               handshake
186:16,21             fusco                 167:19 168:5          103:10 104:13         13:23                 90:15,17 91:3
188:13                3:19                  176:7,15              107:1 108:5           ground                handshakes
189:18                                      182:23 185:1          goes                  11:22                 91:14
foremost              ─────────────         185:10                14:15 47:2,3         guess                 hang
83:9 163:10,12             G                given                 56:7 157:19           35:4 50:12            40:7 43:6
forever               ─────────────         3:10 5:11             going                 89:19 98:25          73:19 176:19
20:11,12              game                  10:15,15              12:13,22 13:1         136:9,17,20           176:19
forgive               163:17                11:15 14:21           13:6 14:24            154:7 171:19          happen
100:17                gang                  15:15 30:12           16:1,17 19:7          174:14                50:14 78:17
form                  17:20 22:4,8          31:10,21              19:11 21:22          guessing              80:4 84:24
15:15 25:23           22:17,21              32:22 34:7            25:1 27:2             92:3                  85:12 86:8
31:10,21              25:15 61:21           66:1 71:3             29:15 30:19          guevara               86:25 97:14
42:13,15              62:24 63:1            79:2 82:20            34:21 35:1            1:11 3:4 10:5         156:24 179:5
66:1 79:2             66:21,22,23          82:23 83:1,4          36:5,9 37:17          188:3 189:3           happened
82:20 83:8            77:13 88:13           83:8 84:8,20          37:22 38:1            guilty                21:16 26:11,12
84:8 85:2,3          90:15 91:12           84:22 86:17          40:15,16,19          155:17                64:13 68:25
86:18 87:3,5         91:16,24             87:3,5,9,16          44:8,15 48:7          gun                   70:18 75:23
87:8,9,14,18         92:11,14             90:14 92:18          50:23 51:1            43:22,23 51:3         77:18 87:17
90:14 94:22          93:6,8              94:24 96:2           52:21 65:2            54:17 59:15           88:8 93:13
100:11,22            128:11,16           100:23               73:2 77:7,21          59:16,17              97:19 104:19
106:21               129:2,3             102:19               78:17 79:6            60:1 108:3            105:21
111:14,25            130:10               106:21               79:12 80:3,4          guns                  112:24
112:2,14             132:22               108:20               84:11,12              108:4                 117:25
115:3,5              156:17               109:17               85:8,9,14,19          guy                   142:10,10,11
116:10,16            170:23 171:9         111:24 113:6                                                     happening
                                                                                                          78:9
```

happy
  87:12
hard
  48:8 138:14
  139:14
harrisburg
  20:20,21,25
  24:5
harry
  148:23,24
  149:11
hasnt
  180:12
hate
  55:10 92:11,19
  108:5
haven
  22:9
havent
  84:1 116:14
  149:12 153:5
  163:23
head
  12:1 62:1 99:3
  108:7,23
  139:25
heading
  36:5,8
hear
  92:6 105:1
  110:8,8
  155:19,20
heard
  22:3 43:22,25
  44:1 51:3
  98:19 134:3
  142:7 155:15
hearing
  13:25 16:2,16
  108:3 154:14
hearsay
  176:24
heartbeat
  110:5
heavy
  136:16
height
  76:19
held
  10:5 35:16
hell
  183:21
help
  42:25 68:2
  109:22
  113:18 143:9
  175:10,13
helps
  112:7
hereinafter
  10:24
heres
  70:24
hereunto
  187:5
hes
  24:19 34:7
  42:21 132:8
  179:17
hey
  31:24 135:15
  135:16
hi
  163:24 169:3
hid
  49:3 51:9,19
  51:22 52:17
  105:18
hiding
  52:24 53:10,23
  54:1 107:5
  108:4 143:6
  143:17 147:7
high
  23:20 144:8,11

144:12,23,24
highrise
  23:25 24:11
hired
  123:16
hispanic
  54:24 55:3
history
  23:19 91:12
hit
  130:3
hold
  41:22 42:25
  45:11 49:9
  53:6 86:17
  135:6
home
  16:22 28:8
  34:2 37:9
  65:4,6 69:5
  70:12,15
  80:7 83:14
  84:12 86:2
  93:8 94:10
  123:25
honest
  136:10
honestly
  67:7
hope
  169:12
hopefully
  119:24
horn
  134:4
hospital
  165:13
hotdog
  88:22
hotel
  162:12
hour
  72:12 171:13
house
  31:24 52:16
  60:14 68:14
  85:14 86:14
  103:22 104:5
  105:22 106:2
  107:12,19,20
  108:19
  109:14
  118:10,14,17
  118:25 119:4
  127:14
  131:20
  133:10,19,23
  142:20,21
  150:7 152:17
  153:19 154:2
  156:16 158:1
  160:8 161:3
  161:9,13
  164:1 167:8
  169:19
  170:20 171:8
huh
  24:13
humboldt
  18:11 59:2
  111:2 112:17
  112:23
  114:20
  130:12,13
  171:5
humbolt
  22:11
hung
  115:22
hurry
  134:5
hurt
  50:14
husband
  68:16

husbands
  163:11
hypothetical
  118:22
hysterical
  48:3 68:18

_____
        I
_____

id
  15:2 23:18
  32:22 45:10
  53:7 59:4
  94:20 95:1
  132:15
  136:17
idea
  12:12 92:18
identification
  15:1,7 16:4,8
  33:15,17,25
  40:17 41:4
  44:10,20
  48:10,16
  52:3,7 84:25
  111:22
  140:17,20
  151:15
  174:20
identified
  101:20 140:4
  150:10,24
  152:7
identify
  181:18
identifying
  40:21 182:16
ill
  16:3 26:1 33:5
  44:16 48:9
  52:11 53:5
  84:8,21
  87:12 94:25
  100:18
  101:11 105:8
  109:11 110:4
  110:16
  159:16
  179:21 183:2
illinois
  1:2 2:8,18
  3:13,23
  20:23,25
  26:23 30:10
  175:7
im
  10:17 12:12,22
  13:5 14:1,2
  14:24 15:1
  16:1,17 20:1
  20:3 21:22
  22:2 25:1,4
  26:8 30:8,13
  30:19 32:11
  32:25 34:10
  35:19 37:17
  39:5,11
  40:15,16,19
  42:18 44:4,4
  44:8,9,15
  48:7 50:16
  52:21 56:6,6
  57:2 61:2
  64:8,11,12
  64:16,20
  65:2 66:21
  68:23 71:6
  76:14 77:7
  79:5,11,14
  79:15,23
  81:23 84:20
  85:9,13,21
  86:3,7,10,15
  86:16 89:15
  90:20,23
  91:19 92:2,4
  92:5,7,10

93:16 96:21
  99:21 100:16
  101:1,2,3
  103:16,16,18
  103:19
  104:11 105:6
  106:23,24
  109:8 111:20
  111:24,25
  112:1,4
  114:19
  115:18,19
  116:8,20
  119:10,14
  122:12,16,18
  126:15 133:1
  135:15,16,16
  138:11
  139:19
  140:11,19,24
  142:23
  144:10
  147:20 150:4
  151:17 152:3
  154:12,20
  158:11
  159:13
  163:14
  166:24
  168:11
  172:23
  175:17,18,21
  176:15 181:1
  184:12
immediately
  89:21 90:9
  91:2
impeaching
  176:23
impeachment
  176:22,23,25
imperial
  17:16,18,25
  88:14 91:1,3
  91:22 96:23
  129:15,20
  170:8 176:10
impossible
  109:21
imprinted
  55:7
improper
  86:21
inches
  69:22
incident
  128:9
incomplete
  118:21
incorporated
  189:12
incorrect
  32:24,25
indentation
  45:25 46:2,10
  46:13 50:22
  51:7
independent
  122:16
index
  5:1,5 6:1 7:1
  91:6,7
indicate
  41:19 43:1
  53:7
indicated
  47:13 57:16
  69:20
indicating
  24:18 32:18,19
  43:4 46:1
  49:12 51:5
  57:7,9 69:8
  69:11 89:15
  89:17 90:25
  107:22

134:12,14,15
  134:19,20,21
  134:22
indication
  41:21
individual
  10:16 18:5,10
  56:21 58:21
  66:25 68:10
  68:12 73:4
  90:1,2 91:5
  104:3 108:9
  115:23 116:2
  147:5 166:22
  167:14
individuals
  17:22 91:6
  141:16 146:1
  146:13
information
  147:2
initials
  52:23 53:10
ink
  184:12
inside
  56:21 63:21,22
  63:23 80:14
  80:17,18,18
  99:18 104:5
instant
  58:13
instruction
  185:2,10
insurance
  4:3
interaction
  75:21 77:11
interactions
  78:12
interested
  20:1 187:3
interrupt
  12:6 180:13
interrupted
  39:13
intertwined
  31:13
interview
  84:5 151:5
interviewed
  177:14,18
introduced
  122:8 169:4
investigating
  102:7
investigation
  40:25 156:14
  177:9
investigator
  123:16,23
  127:13
involved
  124:4 131:21
  156:13
  157:12,15,21
isnt
  155:10 178:7
israel
  30:23 31:1,6
  47:19,21
  48:2 62:11
  81:21,22
  130:15
  131:12 132:6
  132:14 133:2
  133:8,11,16
  133:19 142:4
  148:21
  165:18,20
  166:25
israels
  81:19 167:4
itasca
  3:13

ive
  12:25 13:7,17
  13:18 20:15
  33:2,7,17
  52:2 61:11
  86:3,6 154:8
  162:24
izzy
  144:4 146:7,13
  146:23 147:2

_____
        J
_____

jacket
  40:1 55:2
  89:24 90:8
jacques
  1:5 10:9,12
  11:10 14:16
  18:1 61:4
  72:14 73:4,9
  73:11,23
  74:15 80:19
  82:9,10,13
  82:17,18,25
  83:6 84:11
  84:19,23
  85:11 90:3,4
  99:2,6 100:6
  100:20
  101:20
  104:20
  109:23 110:7
  110:9 114:3
  127:23
  140:10
  141:14
  150:10 151:1
  172:17 173:1
  173:25 175:7
  177:23 178:8
  182:5,16,20
  188:3 189:3
jail
  162:13
jane
  125:1
january
  187:17
jeff
  4:10 10:15
  43:7 45:15
  49:16 53:12
  57:19 169:3
jeffrey
  3:10
jen
  160:2
jennifer
  102:14 103:13
  104:22
  123:13,14,22
  127:17,18
  137:8 144:1
  148:2 150:6
  153:17 154:2
  155:14
  159:22 160:6
  161:7,13
  163:25
  181:22
jesus
  118:6,7,8
  163:9
jgiven
  3:15
jo
  78:15
job
  25:5 79:4,14
  79:19 109:24
  115:11
jobs
  23:23
john

3:6,8
join
21:19 22:8
joined
22:3,16,21
128:11
130:10
joining
21:19
jose
168:3
joseph
3:4,5
jsotoslaw
3:15
judge
11:21 156:11
jump
12:13 122:16
june
15:17 16:3
17:8 114:25
125:8
jury
92:3
justice
115:15 132:17
132:20

_____
K
kedzie
35:9 130:5
keep
13:1 126:17
kelvyn
144:8,11,18
145:17,22
147:13,22
kept
93:24
kid
97:21 98:1,3
100:25 101:2
101:5,9
114:22
158:10
kids
20:5 131:22
149:8
killed
110:3 132:21
182:6
kimball
35:12 36:13,14
49:15 105:12
129:22,24
130:2 184:9
kind
145:5 156:17
kinds
170:24
king
62:17 67:4
71:18,19
170:3,4,15
170:19,23
kings
17:20 22:11
60:22,23
61:1,18 62:7
62:20 66:4,5
70:25 71:2,6
71:7,9,10,15
71:20 73:2
130:5 170:8
171:10
177:12,13,20
kinky
76:6,7
knew
27:8 29:22
31:23 43:20
65:21 67:8
68:9 80:2
83:10 88:15

90:1 104:3
118:25
135:19
145:18
146:19,22
147:12
167:11,13,20
182:10
knocked
124:1 164:1
knocking
137:9
know
11:9 13:13
17:22 19:23
21:15 22:9
22:12 26:7
27:9 30:20
31:14,16,24
43:8 44:3
45:16 46:17
46:17 47:12
47:16 48:5,6
50:9,20 51:1
51:3,4,8
54:25 55:10
55:11,12
56:18 57:6
57:19 60:15
60:19 61:5
61:22,23
62:21 63:24
64:5,10,13
64:15 65:20
67:11 68:6,6
68:11,12
76:2,14,17
76:18,19
77:23 78:5
78:15,15,16
79:1,3,4,5
79:10,13,25
80:4 82:10
82:13 83:20
85:8,16,17
85:20 88:7
88:18 89:4
89:14 90:22
91:13,15,23
92:1,2,2,2,4
92:15 93:18
93:24 94:3
96:4,9,20
97:3,5,9,10
97:22,23,24
97:24,25
98:1,4 99:24
100:5,9,20
101:2,3,5,19
103:13
104:10,11,25
105:1,22
106:25
108:12
109:22,23
110:11,11,14
111:7,8,9,15
112:24
113:16 114:5
115:8,10,15
115:18 117:5
118:23,24
119:1,6,11
121:21 124:6
129:3,5
131:19,19
132:18
133:25 134:1
135:14,15,17
136:7,9,10
136:18,18,19
137:17 138:3
138:4,5,13
138:25 139:3
139:20,24
141:24,25

142:8,19,22
142:23,24
143:20 144:7
144:13
145:10,11,11
145:12,13,13
145:17,25
146:3,20,23
147:8,10
148:6,9,10
148:24,25
149:4,8,19
150:23 151:3
154:19
155:22
156:21
157:18,19
158:9 159:6
159:13
163:10,14,21
163:22
164:16,21
165:15,21
166:6,10,11
166:13,14,18
167:2,6,7,10
167:11,14,19
167:20 168:6
171:3 181:23
knowing
20:1 93:19
101:25 102:1
147:4,11
knows
132:21
koisher
4:10

_____
L
lack
148:1
ladies
103:21
lady
89:13 93:20
95:4,9,10,15
96:5,12
98:19 116:25
125:2 152:21
153:25
158:16
178:24 179:4
179:11,13
180:3,10,16
180:17,21
181:6
language
89:23
late
21:6
latin
17:20 60:22,23
61:1,18 62:6
62:17,20
66:4,5 67:4
70:24 71:2,5
71:7,8,10,15
71:18,19,20
73:2 128:17
128:22,24
129:3,11
130:7,3,4,8,15
170:13,23
171:9 177:12
177:12,20
latinos
157:16
law
2:4,10 3:9
lawful
10:21
lawsuit
14:15 122:10
lawyer

13:11 104:7
124:20 125:4
137:10,13
138:23
155:22 156:2
156:10
183:17
lawyers
14:6,16 40:20
44:15 119:11
122:24 123:1
123:6 124:19
124:22 176:1
lbowman
2:10
leaf
69:16
leave
21:12 35:17
leaving
22:5
led
68:13
left
21:6,8 25:15
25:15 35:24
37:5 39:3,4
39:5 54:12
75:17 103:17
103:24
107:10 116:3
149:13 150:3
184:11
legal
2:4
lemoyne
30:5,9,11,12
68:16,22
130:19
lengths
57:13
leonard
3:7
letting
138:11
levels
85:3
lie
101:23,25
102:1,3
112:20 115:7
115:8 182:8
182:10,12
lied
103:6
life
21:18 25:15
88:16 92:12
92:13 94:4
101:12 147:6
157:17
light
76:24 77:1
line
78:1 79:15
80:18 82:1
112:5,6
113:9 189:7
190:3
lines
78:25 79:10
116:21
152:14 179:8
lineup
18:18,22 19:1
77:21,24
78:8,13
79:22 80:12
80:25 81:5
81:25 83:22
83:25 84:4
87:2 88:1,2
88:7 93:16
93:17,17
94:11,15
98:10,13,23

98:25 99:8
99:10,16,20
100:3,7
122:3
138:18 139:7
139:11 140:3
140:5 141:21
152:18
153:21
177:24 178:1
178:8,15
181:6,11,18
lineups
80:1,8 150:15
178:3
linzer
181:22
listed
35:22 189:7,17
listen
101:6,10
152:22
153:25
161:10
180:14,18,19
listing
189:7
literally
32:23
little
11:20 28:10
33:23 97:21
122:17 128:7
146:4 147:8
147:12,15
156:25
158:22 171:8
live
19:17 20:2,17
20:22 28:8
29:6 41:13
130:18 164:4
164:5 178:8
lived
19:14 28:6
30:4,7 32:14
41:12 52:16
119:4 128:8
129:21
130:25,25
134:6 145:16
163:4
lives
164:5,8
living
19:10 20:16,21
24:5 26:21
26:22 131:18
131:19 135:9
157:1
llc
3:19
located
43:3 45:8
53:16
location
41:16 45:12
53:3 57:6
80:15 90:3
184:13,16
locke
2:6 10:8 11:10
86:19
loevy
2:14,14,20
long
19:14 20:9
21:1 25:2
49:19 66:10
72:9 76:15
83:20 96:9
124:7 131:16
132:13
162:10 166:3
168:16
longer

169:12
look
14:19 19:1
34:17 38:25
39:1 40:20
50:15 54:15
54:18 59:21
65:2 70:8
72:8,9 80:8
84:4 92:8
94:11 95:11
98:23 125:22
140:24
151:20 152:3
158:9 166:25
174:24
looked
14:23 39:23
40:8,13 51:7
54:8,16,17
54:18,19,25
55:15 58:13
58:21 69:5
69:23 70:15
72:16 74:1,9
74:10 81:25
99:16,20
145:15
171:17
looking
71:25 72:6,13
74:23 75:1
77:13 79:11
80:25 81:5
100:2 107:9
109:5,6,6
138:23
172:13
looks
69:14
loose
69:16
lopez
1:16 4:2 5:8
10:4,18,22
11:1,5,5,7,9
17:12 18:4
18:15 19:6
25:19 33:21
44:2 48:19
52:11 59:14
67:21 92:1
118:6 119:8
122:5,7
141:1 152:6
152:16 168:1
168:24 169:1
169:3 177:2
183:13 184:3
186:9 188:4
188:9 189:4
189:13
190:20
lopezs
16:15
lord
180:9
lot
65:4 70:7
92:12 109:19
114:11 115:9
139:13
145:18 148:9
148:14
149:18
150:16
loud
116:8 152:10
love
82:23
lunch
119:17 120:2
luncheon
121:1

_____
M

macho
165:4,5,8
magnitude
97:24
mail
137:24
main
163:18
major
167:9
man
20:3 21:22
39:14,16,19
39:22 45:19
46:8 56:15
56:18,22
58:2 77:20
89:25 90:19
92:14 93:20
108:22 176:19
mania
129:11
maniac
21:20 22:22
61:23 128:17
128:22,24
129:2,3,7
130:8,11,15
map
6:5 33:14,18
33:25 34:17
184:8,11,14
maps
33:7 184:1
marilyn
28:11 30:16,17
30:17,21
31:1,6 67:21
67:23 68:5
131:3,7,9,11
133:17 142:5
163:20 164:3
165:15
mark
16:3 40:16
48:10 140:12
174:15
marked
6:2 15:6 16:7
33:14,17
35:21 41:3
44:19 48:15
52:2,6
111:21 125:9
140:16,20
151:14
174:19
marking
15:1 44:9
married
20:3,10,15
68:17 133:4
matter
10:4
mclaughlin
3:7
mean
17:18 19:21
21:14 29:8
30:3 68:9
76:5,6 79:25
80:22 91:14
91:15 95:18
99:23 104:18
111:25
126:21 137:1
150:19,19
153:2
means
42:21
meant
42:11
meet
124:4 162:5,10
member

17:24 32:4
81:1 88:13
89:6 90:16
91:16 128:17
170:23
members
22:14 92:13
173:11
176:13 177:5
memory
26:25 33:5
37:15 70:17
75:16 77:24
108:8 136:25
174:9,13
mentally
13:24
mentioned
36:18 81:6
128:9
merry
101:11
met
14:11 123:13
123:14
124:16
159:22 161:9
161:21 162:2
method
116:11
microphone
175:22
mileage
142:24
miles
119:6,6 142:24
mind
18:20,25 32:10
32:11,19
56:3 70:20
178:11
minding
51:1
mingey
3:6
minute
110:14 113:10
minutes
15:3 65:16
120:2 168:15
181:4
mirror
82:7 99:22
mischaracte...
71:13
mischaracte...
71:4 82:21
96:3
mishear
128:14
misheard
81:23 128:15
misplaced
184:8
mission
128:5
misspoke
42:19
misstates
178:18 179:17
179:23 180:7
180:23
misstating
179:25
mistake
26:2 88:15
101:11 116:1
mld
128:12
moe
47:19 68:17
mom
28:9,13 29:12
157:2
moment

19:7 27:9
43:15,19
61:8 66:3
94:6 103:23
104:2 105:23
119:14 142:6
money
105:3
month
174:3
morning
11:11 14:12
65:24 122:23
128:7
mother
28:7 67:15
75:18 131:2
mothers
119:3 131:20
mouth
85:18 154:14
move
109:11 116:16
156:16,18
175:22
moved
20:24 156:21
mozart
27:21 29:8,9
mug
152:16 153:19
mullet
63:6
murder
25:20 98:1
132:13,16
156:15
murdered
132:12,14
mustache
76:21 117:3

**N**

naive
163:14
name
10:8 11:4,4,9
17:22 22:20
68:9 76:1
103:13,14
118:2,3
122:9 124:23
124:25
125:19 129:8
129:9 144:3
146:7,10,11
146:13,21
147:9 165:3
165:4 167:15
167:19,21,23
169:3 171:3
188:3,4,15
189:3,4,21
named
102:13,14
176:9 186:9
names
19:24 102:19
102:19,21
167:20,22
nature
30:25 31:19
nay
104:18
near
28:21 33:24
86:25
necessarily
139:17
need
11:23,25 13:10
13:14 15:13
19:23 34:23
41:20 64:7
66:11,13

105:7 115:14
134:5 169:12
174:25
176:20
needed
127:20
neighborhood
23:15 68:21
130:22
nephew
164:21
nephews
164:15
never
18:8 50:18
71:15,10 94:2
96:22,23
97:11 105:2
105:20
127:10
132:20 151:9
151:21
154:17 166:1
166:16
167:20
newspaper
163:4
nice
70:6 76:17,19
nicknames
167:22
nieces
164:15
night
63:15 64:2
65:25 67:2
68:2 69:23
75:8 77:12
83:13,21
84:3 133:21
133:23 158:2
158:7 171:8
173:10 177:3
nightmare
109:2
nights
93:9
nighttime
60:9
nine
25:4 166:9,16
nipped
67:1
noise
51:3
nonuniform
64:18
noon
3:7
nope
181:15
normally
50:17
north
2:16 3:21
34:19,19,21
35:2,3 36:24
38:6,7,11
42:3,9 55:19
89:2 106:1
108:18
109:14 118:1
northern
1:2
northwest
130:13 143:20
northwestern
2:4,10
notary
186:6 187:14
188:10,18
189:15,23
190:23
note

138:17
notes
119:23
notice
158:8
noticed
58:18 63:13
number
6:2 40:21,21
40:23 44:11
44:13 52:2
72:18,18
74:22 140:12
numbers
140:22 189:7

**O**

oath
11:18 17:11
18:3,14
object
7:2,4,14,15,17
8:6,13,16,17
8:18,19,22
25:23 84:8
84:20 86:17
111:24
118:15
143:11
150:12
152:25 153:8
154:3 159:3
objection
7:1,3,5,6,7,8
7:9,10,11,12
7:13,16,18
7:19,20,21
7:22,23,24
7:25 8:1,2,3
8:4,5,7,8,9
8:10,11,12
8:14,15,20
8:21,23,24
8:25 9:1,2,3
9:4,5,6
15:15 31:10
31:21 42:13
66:1 71:3
79:2 82:20
83:1,8 85:2
85:3 87:3,5
87:9,14,19
90:14 94:24
96:2 100:11
100:22,23
106:21
108:20
109:17
111:14 112:2
112:14 115:3
115:5 116:10
116:16
117:10,19
118:19,20
153:6,8
155:1,6
173:14
176:20,21
177:6 178:5
178:18
179:16,20
182:1
objectionable
87:18
objections
87:11 179:20
observing
136:1
obtaining
23:22
obvious
157:20
obviously
50:15 69:12

occasion
23:11 75:20
85:6
occasions
18:16 173:9
177:3
occurred
22:7 106:16
odd
139:1
office
187:6
officer
64:25 72:6
74:13,18
75:1,21,25
77:3,6 79:21
80:24
officers
60:8 63:16,19
63:25 64:1,6
64:19 65:6
65:25 74:20
74:22 75:5
77:15 158:1
158:6 169:6
official
188:15 189:21
oh
34:24 36:14
42:18 90:4
103:9 107:1
108:5,22
115:8 146:24
149:15
152:12
159:11
175:17 180:9
ohio
1:21 4:6 10:5
10:22 19:11
103:11 137:8
144:2 150:7
163:4 186:2
176:17 187:7
187:15
okay
12:2,3,17,18
13:3,4,15,20
19:25 24:15
26:18,19
27:10,12
28:5 33:8
34:3,11,16
35:3,19 40:5
40:9 43:11
43:12 45:17
45:18 49:17
50:10 53:12
61:24 64:8
76:10,15
77:6 79:6
83:4 85:8,15
85:16 86:24
87:20 88:5
91:17 93:23
94:1,6 101:9
103:10,16
112:13
114:18 120:1
123:5,21
124:9,15
125:4,21
128:2 128:2
128:6,16
130:7,15,21
130:24
131:22
134:24 135:6
135:11,13
138:10
140:11
142:15 143:5
144:16 146:5
146:12,18
147:1,23

149:10,15
151:9 152:1
152:13,24
153:12,16
154:10,15
155:13 157:9
158:12,22
159:11,15,20
160:6,25
161:4,10,14
164:4 168:10
169:13,14
172:12
174:15
175:15
178:25

old
20:5,7 21:8
23:15 26:24
30:17 34:1
50:16 101:11
125:2 136:7
138:2 144:20
149:14,20
173:22

older
131:4,6 145:7
147:18

oldest
103:24 131:7,8
131:9

olive
54:24,25 55:4
74:8,9

olivero
167:17

once
22:17 23:11
31:13 53:6
66:22 73:3
126:9 130:3
149:7,19
183:13

ones
61:24 158:2

open
89:12

operate
115:21

opinion
167:1

opportunity
14:5 15:23

opposed
12:1

order
150:9,17 152:7

ordinary
78:14,20

original
40:24 185:12

originated
130:20

orlando
1:16 4:2 5:8
10:4,18,21
11:1,5,6,7
122:5 169:1
186:9 188:4
188:9 189:4
189:13
190:20

outside
63:16 102:24
103:1

overhearing
135:16

overnight
118:10

owner
46:14

—— P ——

page
7:2 32:24

33:18,22,24
34:18 35:1,8
35:23,23
111:23 112:5
116:9,21
152:4,9,14
175:1 184:1
189:7 190:3

pages
69:18 70:1
151:18

palmer
27:25 34:21
130:3,4

paper
33:5

papers
95:13

pare
169:11

parents
157:11 163:11
167:5

park
18:11 22:12
29:8 35:12
36:11,12
59:2 88:10
88:23 111:2
112:17,23
113:4,15
114:20 130:1
132:4,12
130:13 144:8
144:10,12,18
145:4,17,22
147:13,22
171:5

parked
38:4 42:2,3
45:12 52:19
57:1,8

part
28:23 68:2
105:1 114:20
116:7 139:9
139:24 140:7
147:4,11
150:5 189:9

partially
42:5

particular
14:14,16,20
22:4 24:16
25:3 33:21
64:25 90:7
100:10

parties
31:14

party
187:3

passed
132:8 166:4

passenger
42:12,17 56:13

paul
3:5

pay
168:15

peeled
142:9

peer
21:18 22:4
128:10

pen
53:1,8 184:13

pennsylvania
20:18,19,22

people
65:4 104:25
105:2 114:11
115:13 119:1
145:25
148:11
149:12

166:14 175:6
179:18

period
29:1 131:16
156:15 174:9

perpetrator
132:17

person
17:12,14,15,24
17:25 18:4
43:14 75:24
82:18,24
83:5,15
84:19,22
96:13 100:21
101:20
107:14
108:25
117:16 140:4
144:25
145:21 146:6
147:3 170:20
172:3,15,17
174:14 180:4
180:21 182:5

personally
29:22 111:8,9
145:12
188:11
189:15

phone
172:9

photo
57:23 172:14
173:7

photograph
6:6,7,8,9,10
40:19 41:3,7
41:15 43:1
44:9,14,19
44:24 45:6
48:8,11,15
49:5 52:1,6
52:12,15,18
52:22,23
53:6 57:10
73:24 134:11
134:24 140:3
140:16,25
141:3,5,7,13
141:16 176:9
176:11
177:23
182:20

photographs
153:23 171:9
171:18
173:11 177:4
177:11,19

photos
40:25 152:20
153:23 173:4

pick
133:14 173:4
182:19

picked
82:9,10,14,17
82:24 83:5
84:18,22
93:8 100:6
100:14,24
101:13,14
152:17,18
153:20,21
162:12 172:3
172:14
177:22 178:8
179:1 181:6
181:8,8

picking
47:18 72:14
75:14 83:11
84:11 91:23
100:21 101:3
173:6 181:24

picture

42:1 45:13,23
48:21 56:24
57:24 73:10
73:12,25
74:9,15 75:3
80:18,19
82:12 85:11
94:8 98:12
98:13 99:1,5
99:6,23
100:8 112:25
113:5,11,14
114:16 115:1
116:1

pointing
57:3 99:1

police
14:7 18:16,21
19:1 40:22
46:16 60:4,8
63:16,19
64:18 68:3
69:1 72:5
75:8,21
80:23,24
83:6,21 84:5
93:14 94:15
94:22 99:16
105:9,14,24
106:5 108:17
109:12,16
110:25
114:17 138:5
156:14
157:25 158:6
165:7 166:12
169:6,18,21
171:2,7
172:19 173:3
173:10
176:10 177:4
177:10,24
178:14
181:10,16,23
182:15,19

ponytail
63:5

possibly
183:3

post
16:15 123:7
124:13,14
162:3 163:1

postconviction
123:3

prayed
104:13

pregnant
132:2

prepare
125:13 127:15
127:16

prepared
13:24 125:8
151:5,10

presence
96:12 186:15

present
4:10 94:21
98:19 99:20
104:7 117:1
117:8,16
161:23
179:18

presented
66:3

press
91:5

pressing
100:17

pressure
22:5 104:23,24
128:10
182:15

pressured
73:7

pressures
21:18

66:4,22,23
66:24 73:4
74:15 75:15
80:18,19
82:12 85:11
94:8 98:12
98:13 99:1,5
99:6,25
100:8 112:25
113:5,11,14
114:16 115:1
116:1

presumably
177:16

pretty
17:5,16 28:22
30:6 38:1
40:10 48:6
49:24 50:7
51:9 54:7
55:12 58:19
61:6 63:3
64:20 66:6
67:1 68:24
68:25 78:6
78:18,19
79:7 96:14
109:2 128:24
129:4 134:5
142:11 148:8
149:8 167:8

prevent
12:14

pride
62:22

printed
163:4

prior
14:20 18:8,11
20:21 22:5
36:19 47:6
58:25 77:22
105:20
107:15

probably
21:2 40:10
46:21 49:8
51:8 57:15
61:3,25
72:20 75:17
110:16 119:6
136:19,20
147:21 148:5
149:14 168:9

probe
139:19

problem
101:10 110:5
115:17
144:14
148:16

problems
144:13 146:2
157:18

procedure
10:23 11:15
185:7 188:5
189:5

proceeded
140:9

proceeding
123:3,7 124:13
162:4 163:1

process
119:9,15
183:15

prompt
119:12

prompted
21:12

properly
11:24

protected
179:6

proudly
62:22

provided
10:22 125:17
125:18
126:24

provides
24:17

public
186:7 187:14
188:10,18
189:15,23
190:23

place
16:3,16 52:19
52:23 53:9
53:16,23
54:2 80:13
98:6 143:6
143:17
186:20

placed
41:8 48:18
184:11

places
157:11

plainclothes
64:3

plaintiff
1:7 2:3,13
10:9,12

play
112:16,23

playing
18:11 59:2
97:22 98:2
111:2,10
113:1,4,15
114:20 171:4

plays
32:12

pleasant
12:21

please
10:6,20 11:3
15:11 25:7
38:8 57:10
88:6 95:6
96:8 107:17
118:5

plus
48:12

point
13:10 20:6
25:13 27:3
37:3,8 40:13
44:3,9 45:11
46:9 47:6,9
47:13 49:10
49:21 50:6
50:23 51:11
51:22 53:9
53:15 59:5
59:14,16,18
61:4 74:2,3
91:23 93:4,7
99:8 100:10
101:6,16
106:3 110:4
113:13 114:6
115:14,25
119:10
126:25
128:10
131:25 132:1
133:20 135:1
140:9,10
144:21
150:20 164:3
181:10,13
184:20

pointed
42:8,9 61:4

puerto
  55:1
pulaski
  130:14
purpose
  13:12 34:16
purposes
  15:6 16:7
  33:14 41:3
  44:19 48:15
  52:6 140:16
  151:14
  174:19
  176:22
pursuant
  185:3,6
put
  28:12 43:11
  52:22 53:14
  54:17,21
  59:21 79:9
  80:17 85:18
  91:13 100:13
  125:20 140:4
putting
  141:6

Q
qualified
  186:8
question
  11:24 12:8,9
  12:14,20,24
  13:2,5,8,17
  13:18 16:14
  20:14 24:20
  25:24 26:2
  31:12 34:12
  34:13 37:7
  38:8 48:19
  49:4 53:25
  64:17 73:20
  83:3 85:9,16
  86:18,19,23
  86:24 87:21
  91:19 100:18
  107:16 109:9
  109:10 112:1
  112:4,6,15
  112:18,21
  113:21
  115:10
  116:15,24
  123:15
  139:18
  143:12
  150:13 153:1
  153:9,10,12
  153:14 154:4
  155:7,10
  159:4 161:5
  161:11 176:8
  176:11
  179:21,23
  180:1,11,14
  180:19,20
questioning
  86:22 103:17
  110:17 111:6
  119:10
  183:17
questions
  11:11,19 12:23
  23:19 26:17
  32:6 60:17
  65:7,10 84:6
  84:16 102:23
  105:5,8
  115:11,12
  119:11,13
  122:11,13,13
  122:15
  123:19 139:6
  139:10,16
  148:11,14
  150:9 151:3

153:5 158:23
168:13,25
169:8,9
176:1,3,7,14
182:25 183:2
183:16
quick
  49:23 50:2,3,3
  58:12 151:20
  168:11
  174:24
quite
  177:14

R
raise
  21:25
raley
  125:1
ramon
  168:1
ran
  40:6 45:22
  46:1,4,12,13
  46:19,23,23
  48:1,22 49:1
  49:2,6,11
  50:18 51:6
  54:4,10,17
  55:17,19
  68:14 88:16
  88:17 105:16
  105:19 107:6
  107:7,9,22
  143:8,16,19
  143:20
  146:15
  146:24 184:9
raucous
  60:14
reacting
  50:11,12,17
read
  15:3,9,13,24
  16:17,20,22
  17:1 27:8
  44:12 48:8
  111:20 112:5
  113:6 114:25
  116:8,20
  137:25 138:2
  138:22 139:3
  140:6,7
  151:19 152:4
  152:5,8
  157:10 166:8
  166:10,11,16
  174:25
  176:22
  181:23 188:5
  188:6,12
  189:5,6,17
reading
  116:11 139:2
ready
  13:22,25 108:3
real
  58:14 144:3
  167:21
realize
  12:21 74:2
  93:7 96:17
realized
  146:16
really
  12:11 19:18
  20:7 21:3
  30:20 50:9
  72:12 90:18
  93:25 131:13
  136:9 138:25
  139:8 141:4
  142:23 149:4
  163:21 164:6
  166:2 167:21

reason
  21:20 22:15
  34:9 61:17
  62:1 92:7
  113:3 115:19
  138:21 139:1
  175:15 189:8
  190:3
reasonable
  13:14
recall
  56:8,8 60:25
  64:4 67:7,12
  77:14,15,20
  78:10,24
  80:9,10 84:9
  84:10,14
  95:17 99:17
  102:5,20
  103:22
  106:19
  111:10
  116:15
  123:13 139:5
  139:10 141:8
  148:4,14
  150:17 152:1
  153:16 159:1
  165:23 166:3
recalling
  79:17
recant
  127:25 139:23
recanting
  100:25 101:1
  114:12
received
  102:6 137:24
recess
  59:8 92:24
  110:20 121:1
  168:19 183:7
recognize
  41:6,7 44:23
  52:14 58:23
  59:1 89:21
  90:10 91:2
  141:3,12,14
  141:15
  162:18
recognized
  90:11
recognizing
  44:22 52:14
recollection
  44:5 96:9,11
  102:17 103:3
  112:10
  116:12,14
  117:6 175:11
recollections
  94:21 95:2
record
  10:2,7 12:16
  32:23 35:15
  35:16,17,20
  59:6,12
  92:22 93:2
  110:18,23
  120:4 122:2
  168:18,21
  183:5,11,23
  184:20,20,21
  189:9
records
  26:15
recounted
  65:16 155:4
red
  37:23,23 38:4
  135:23 141:6
reduced
  186:14
refer
  26:17 60:20
  62:9 77:8

reference
  183:25
referenced
  188:11 189:15
referred
  63:25 133:2
referring
  67:20 113:23
  161:6
refresh
  117:6 175:10
refreshes
  112:10
refreshing
  116:12,13
regard
  174:12
regarding
  183:18 185:2
  185:11
regular
  76:17
related
  160:11
relation
  36:23 58:1
  129:21
relationship
  30:1,2,15,22
  31:1,5,7,19
  128:20,21
  164:2,14,24
  167:4,9
relationships
  31:14
relative
  187:2
relax
  135:17 159:17
relive
  138:14
remember
  25:21 26:4,6,9
  26:10,11
  28:3 40:11
  46:18 50:1,9
  56:10 60:12
  60:13 64:5
  64:11,12,13
  64:15,17,19
  64:20,22
  65:3,5 66:9
  67:9 68:20
  69:3 70:23
  70:25 72:11
  72:13 73:1,1
  74:17,25
  75:4,14 76:1
  76:2 77:22
  78:7,8,9,18
  79:23,24,25
  80:11,12,14
  80:16,16
  81:7,12,14
  81:16,17,19
  81:19 83:11
  83:18,23,25
  84:2,10,13
  84:17 85:23
  87:24 88:17
  94:13,13,14
  94:17,18,19
  97:16 98:15
  99:1,3,17,22
  100:1 102:8
  102:10,12,13
  102:16,18,22
  103:2,4,21
  105:15,16
  106:24 107:1
  107:2,10,24
  108:2 109:1
  109:3 111:3
  111:16,18,19
  112:7 113:18

113:25 114:2
114:23
123:12
124:22,25
126:1 136:13
139:18,19,20
139:22,23
140:1,8
141:4,6,9,18
141:23 142:1
142:2 143:25
146:21 148:2
148:5,17,25
150:8,20
151:24
154:21,22
155:11,24,25
156:2,4,6
157:5,8
158:12
173:15,18,21
174:2,4
175:25 177:9
177:17
remembered
  50:12
remembering
  114:2
rennillo
  1:19 190:1
reopen
  128:5
repeat
  25:22 37:7
  38:7 53:25
repeated
  114:4 177:12
rephrase
  26:1 94:25
rephrasing
  13:2
report
  6:11 74:11
  151:4,10,14
  152:4,15
  153:13 165:7
  166:8,11,12
  166:17,18,19
reporter
  10:20 11:19
  188:7
reporters
  5:13 186:1
represent
  10:9 11:10
  52:11 122:9
  169:5
represented
  14:8 104:2
representing
  14:16 122:25
  123:1,6
  161:16,22
  162:2,25
request
  189:9,11
requested
  185:1,6,10
requestion
  18:23
resemblance
  73:9
resemble
  69:13
resembled
  61:5 73:18
resource
  33:11
respect
  183:18
respond
  113:13
responded
  113:25
responding

13:7
response
  16:13 73:6
  136:14
responsibility
  13:1
rest
  101:12 113:7
  115:4
result
  22:4
resumed
  59:13 93:3
  110:24 122:3
  168:23
  183:12
retained
  5:16
retaliation
  156:17 157:18
return
  23:14
returned
  47:7
review
  112:9 126:11
  139:8 185:2
  185:6 188:1
  189:1
reviewed
  137:18,21
  138:6
reviewing
  138:16
revisions
  126:13 160:15
  160:17
reynaldo
  1:11 3:3 188:3
  189:3
rican
  55:1
right
  14:12 19:6
  26:25 32:5
  32:10,12,20
  33:6 34:4,19
  34:21 35:7,9
  35:24 36:18
  36:25 38:7
  39:3 42:3
  43:4 45:25
  46:1 51:6,21
  51:25 53:14
  54:13 56:3
  57:1,8 58:5
  64:24 65:2
  67:2 70:17
  70:20 75:19
  77:24 81:13
  88:14,22
  89:15 91:17
  93:23 95:15
  95:22 107:2
  107:11,22,25
  108:6 110:6
  115:8 116:4
  116:13
  117:23 119:5
  123:17 124:1
  127:11
  130:16 132:3
  134:12
  136:25 143:7
  145:1 150:3
  156:22,24
  157:13,25
  160:3,22
  162:6,22
  163:15 164:9
  169:19 170:4
  170:6,12,16
  170:25 171:5
  171:10 172:4
  172:4,7,15
  174:25

182:10
rights
183:18
righty
152:12
rinaldi
3:8
ring
167:16,25
rival
17:20 132:22
170:23
rivals
129:18
rivera
1:5 10:4,10,12
11:10 18:1
61:4 72:14
73:4,9,11
80:19 82:10
82:11,14,18
82:19,25
83:6 84:11
84:19,23
85:12 90:3,5
94:7 98:14
99:2,6 100:6
100:20
101:20
104:20
109:23 110:7
110:9 114:3
122:11,25
123:2,6
127:24
140:10
141:14
152:21
153:24
155:15
160:12
161:17,22
162:3,15
163:1 169:7
172:17 173:1
173:25 175:7
178:8 179:15
180:4,22
181:6,11,18
182:5 188:3
189:3
riveras
73:23 74:15
75:2 156:9
161:1 177:23
182:3,20
roberto
168:9
rocco
3:8
rock
3:19
rockfuscoco...
3:25
rodriguez
168:3 176:9
roll
149:9
room
82:1,2,3 83:17
99:10 100:13
100:13 123:9
124:16 137:2
137:3
rosen
3:20 5:10
10:13,13
24:21 25:23
42:13,16
52:9 57:23
81:22 100:11
100:22
111:14
112:14
116:10
117:19

118:20
119:16,19,23
120:3 122:6
122:9 127:8
153:11
159:11,15,18
159:21
168:10,24
172:11
184:17
roughly
102:9
rpr
1:22 186:6
187:14
ruis
167:24
rules
10:22 11:22
185:3,7
188:5 189:5
run
11:12 34:4
35:8,12
55:18 143:10
168:16
running
35:17 48:3
55:24 56:2
56:23 88:17
107:5 108:1
109:4 143:22
runs
32:9 36:23
russell
3:6

_____
S
_____
safe
22:9,9,18
safety
157:23
sat
65:1 124:16
saturday
27:8,17
saw
18:8 21:22
45:19 46:2,8
46:11 47:4
48:3 49:3
51:2,4 53:24
54:3 56:21
58:17 59:15
59:25 60:18
61:2 65:22
70:5,5,18
73:3,8,13,14
73:14 75:14
78:9 80:9
82:16 86:15
88:10,12,21
89:5 90:2
93:4 100:13
105:13,17,17
107:20,21
108:1,11,18
109:13 111:7
134:15
138:19
141:22 144:6
144:7,8,14
144:25
146:15,24
151:9 154:17
166:22
169:15 178:2
178:9
saying
46:19 64:11
76:14 78:24
79:3,9,14,15
79:24 86:4,6
93:24 96:21
105:15,16

106:24 111:3
111:16 114:4
114:23 130:9
144:2 146:10
148:6 153:18
153:18 154:8
154:22
155:22 156:2
156:4,10
says
34:5 113:10,12
113:12
117:20 152:6
152:15 175:4
175:6
scared
50:17 88:16,18
144:15 147:6
scene
40:25
school
23:20 27:2,14
27:16,17,18
27:20,21
29:9 85:7
86:14 87:1
88:10,24
144:8,11,12
144:23,24
145:1 146:2
146:10 168:7
168:8
scorned
104:15
screaming
48:4 142:8
seal
187:6 188:15
189:21
seat
42:20
seated
39:9
second
40:7 43:6
53:23 54:2
58:3,9,17
78:2,3,5
93:16,16,17
94:11,15
100:7 131:8
131:9 141:24
152:3 158:25
159:12 168:5
182:23
seconds
54:14 58:9
see
17:2 18:22
33:23 34:18
37:22 39:6
41:16 43:18
45:7,22
46:18,19,22
46:24 47:9
49:5 51:24
51:25 52:18
54:8,19,21
56:15,25
57:2,10,23
57:24 58:9
58:13 59:17
66:19 69:19
77:5,19
90:13 102:15
102:22
107:13,19
108:15 109:7
111:7 115:15
115:16
127:10 134:7
134:8,12,19
134:25 135:3
138:3,24
140:22,25
147:24

152:23
153:12,15
160:21
164:20 175:1
175:2,8
184:7
seeing
61:1 87:24
93:12 108:8
141:18 152:2
seen
18:6,10 58:24
59:2 65:14
65:15 84:7
97:12 105:25
106:5 111:2
111:10
112:16,22
113:1,2,4,15
127:10 145:1
151:4,21,21
151:22
158:18,20
162:21,24
169:22 171:4
select
73:25
send
126:10
sense
23:6 36:2 56:4
79:4 114:6
115:20 130:1
139:24
150:18
sent
126:5 160:19
sentence
84:21
sentences
153:13
sequence
46:7 150:23
sequential
122:22
serious
97:25
seriousness
97:25
serve
127:5
serves
26:25 32:10,20
33:6 56:3
70:17,20
77:24
service
24:17
session
122:4
set
136:16 187:6
setup
81:25
shake
88:13
shaking
12:1 89:5
sheet
189:7,10,18
190:1
shes
154:24
shocked
50:7 154:12
shoot
46:3 77:22
shooter
46:2 61:5,9,12
62:16 66:17
66:19 74:1
89:22 90:10
93:10 105:17
106:1,3
108:1 109:13

110:11
112:16,22
139:22 140:9
146:16 170:2
170:12 173:1
179:14 180:4
180:22
181:18
shooters
47:9 59:15
62:25 108:18
144:3
shooting
18:7,9,12,17
26:16 37:25
37:25 39:17
41:17 43:17
43:21 45:20
46:9,11,15
47:23 51:2
54:6 58:25
60:18,18
61:19 71:18
75:22 77:23
87:25 105:13
106:16 107:3
107:14,15,23
108:3,4,6,10
109:3,4,5
156:14,23
164:4 169:25
170:19
173:10
174:11,12
177:4
shopping
103:23 104:1
short
59:5 110:15
136:11
shorthaired
125:2
shot
17:13,14,15
18:5 26:5,18
26:21 27:6
28:2 29:2,20
37:5,9 41:14
46:21 48:2,3
60:18 69:24
88:11 101:21
105:10
107:13
108:25,25
111:1 133:7
142:4 145:21
146:6 165:12
165:18 166:7
166:16
169:16 171:3
172:15 182:5
shots
43:24 44:1
show
44:8,15 45:1,3
45:23 57:1
59:16,17
73:13 110:3
116:7 135:4
140:19
176:10
showed
67:5 70:24
73:13 77:18
125:7 151:7
152:20
153:23
173:10
176:12 177:4
177:10,18,20
177:21
showing
33:18 62:23
65:7,8
shown

41:7 48:20
52:15 57:17
140:2 176:8
shut
67:16
side
22:15 35:7,24
35:25 36:25
38:12,13,15
39:12 42:12
42:17,21
56:13 88:25
89:2,3,5
93:5 130:12
130:14
166:15
sidewalk
42:4
sign
93:6
signature
185:5
signed
15:1,17 188:13
189:18
significance
61:15
significant
62:4
signs
90:19 91:12
92:11,14
similar
11:17 63:3
69:22 73:15
simple
91:24 100:14
simply
109:10
sir
53:19 88:3
90:21 107:18
sister
28:11 30:3,14
31:6 47:18
67:10,13,19
67:20 133:8
133:14 134:5
150:1 163:20
164:2 167:7
167:10
sisterinlaw
30:3
sisters
28:11,12,14
131:2,4
148:22
149:22,25
sit
14:5 17:11
18:3,14
37:17 71:24
72:2 77:19
sitting
89:13 138:15
situation
163:13
six
116:20
size
136:18,18
skin
74:8
skinned
74:9 76:24,25
77:1
skipped
61:11
slid
51:6
slow
12:11
solution
33:3
solved

101:10
somebody
46:15 58:23
59:1 71:24
87:24 101:4
104:14 111:1
167:23
somebodys
172:9
someplace
67:6
somewhat
69:14,15
son
21:21,23 24:12
89:23 103:25
149:19
sorry
24:24 30:8
35:19 39:11
42:18 81:23
84:20 127:4
144:10
159:18
175:21
176:15
sort
122:12,21
150:23
152:13 170:7
sotos
3:9
sound
43:23 51:3
169:9
sounded
43:23 65:20
south
35:1,3 36:24
47:3 61:14
62:3,15 89:3
170:3
southeast
143:21
spanish
132:23
sparks
3:5
spaulding
32:18 34:6,10
36:7,8 47:3
47:3,4 62:3
62:15 106:2
109:15
170:13 184:9
speak
55:9 123:5
speaking
87:11 179:19
specific
150:8
specifically
183:25
specified
186:21
speculation
118:22
speech
12:11
spell
11:4
spend
29:3,4,11 32:1
133:23
spent
83:20 133:21
spoke
104:19 144:1
149:11,12
160:6
spoken
14:15 122:24
123:1
spot
45:7 50:19

51:19
ss
186:3
stairs
50:25
stake
114:11
stamp
140:21
stand
88:23 115:20
standing
58:2,5 108:9
108:13
starbucks
104:8
start
12:8,13 131:11
started
48:5 60:17,24
61:1 78:21
93:20 104:8
123:19
142:17,18
starting
152:5
state
10:6 153:3
164:8,9
175:7 179:20
186:2,7
187:15
188:10
189:15
stated
106:25
statement
106:12 188:13
188:14
189:19,19
statements
14:21 15:19
states
1:1 153:9
165:1
station
18:16,21 19:2
80:23,23
83:21 94:15
98:8,9,16
177:24
178:15
181:17
stay
118:9
stayed
145:19 166:3
staying
131:19 133:19
stenotypy
186:14
step
19:6
stepdad
28:13
stepfather
28:10 131:2
steph
160:3
stephanie
4:4 10:17
35:17 127:5
160:4,23
174:22
176:15
steve
3:4
stick
72:25 85:19,22
94:1 97:11
sticking
102:4
stipulate
184:15
stop

13:19 50:22
100:18 106:3
179:19
stopped
78:23
store
46:5,14,14,14
47:7,8 48:2
49:5,11,22
50:22,24
51:2,12,16
51:18 54:3
105:11,12,16
105:19,20
107:7,7
143:9,17
story
86:2 94:2,7,9
97:7,11
101:2 102:4
109:2,2
114:12
127:25
straight
50:23 86:2
115:22
143:15
150:22
162:13
streamline
119:24
street
1:20 2:16 3:21
4:5 29:9
32:9,16
33:19,23
35:9 36:5,6
36:9,10 37:6
37:11 42:6
49:14 57:13
88:20,24,25
89:7 129:24
136:1,3
143:23 144:6
165:2,4
167:20 170:7
streets
89:14
strike
108:16 116:17
stuck
22:17 94:7
108:7 115:24
139:1,25
166:20
stuff
21:15,18 26:13
27:8 31:15
55:9 80:2,6
84:14 96:24
105:4 111:8
113:16 114:4
123:9 141:10
150:16
159:14
164:17
167:12
style
73:15 89:25
90:6
subpoena
127:5
subscribed
188:10 189:14
190:21
substance
79:18
sued
169:6
suggest
64:9 86:4
103:14
suing
163:16
suit
129:5

suite
1:20 2:17 3:12
3:22
suits
136:25
summary
101:13
supposed
184:5
sure
12:7 21:23,25
22:3 45:24
61:7,8,9
64:16,20
66:19 73:5,6
74:14,14
75:6,6 83:12
83:16 113:8
122:18
123:11
125:22 126:3
126:18
135:19 140:1
151:20 156:1
160:21,23
165:9 172:2
172:23,23
175:20
surrounding
184:2
surroundings
11:16
suspect
71:17 111:7
swaminathan
2:15 10:11,11
swear
10:20
sweetest
104:25 105:2
sworn
10:23 14:21
174:5 186:10
188:10,13
189:14,18
190:21
system
115:20

T
table
69:12,21 72:3
tail
89:25
take
12:16 13:10,13
15:2 25:18
49:19 59:4
61:13 72:8
72:24 77:23
92:16 110:13
110:15
117:17
125:22
138:17
140:24 143:3
143:10
151:20 152:3
168:11,15
174:24 183:1
184:12
taken
1:19 15:12
44:14 48:11
52:13 59:8
92:24 110:20
114:13 121:1
168:19 183:7
186:20
talk
14:3,6 34:15
55:10 63:16
64:1 106:13
124:8 145:25
150:7 157:11

163:23
talked
63:19,24 64:25
95:20 128:6
128:6 131:3
158:22
169:21
talking
12:5,9,17
26:18 37:4
64:18,23
72:5 76:4
78:5 93:17
93:18 101:1
93:19,10
104:8 106:22
136:22
144:17
150:21
155:11
tall
136:11
taller
136:12,14
team
124:21 161:1,5
tecum
127:6
tell
11:3 12:25
13:21 16:23
17:12 18:4
18:15 19:9
20:24 21:13
21:11 22:20
23:9,23 25:7
26:20 28:5
28:22 29:25
30:7,25
31:18 36:22
37:13,17,18
38:3,9 40:3
40:12 41:11
41:20,24
43:24 46:7
48:20 49:13
49:24,25
50:1 51:16
53:23 54:3
54:22 55:5
55:13 56:20
59:18 60:6
60:12 61:20
62:19 65:2
65:15,21
66:16 70:3
70:16 72:12
72:12 74:16
78:10 79:8
80:15 81:24
82:4 88:5,19
92:14 96:16
96:18 98:15
98:17 99:15
100:19 102:2
103:5,7,8
105:3,9,14
105:24 106:5
106:10,18
108:17
109:12,15,20
110:2,6,25
111:4,17
114:9 117:22
128:2 136:8
137:6,12
139:15
141:25 149:3
150:23
151:22
154:17
156:20
158:17 159:7
163:7 165:16
173:19,19
174:5 175:19

telling
64:12 67:10,16
79:5 83:11
86:20 93:20
94:17 97:9
97:10 137:7
137:10 140:8
148:2 150:16
165:23 181:2
ten
19:16 159:6
terms
64:17 88:19
95:23
territorial
22:13
territory
22:10 62:6
129:19 170:4
170:16,24
test
44:4
testified
65:24 77:25
84:19,23
96:1 112:15
112:19
122:23 125:5
136:2 139:11
142:4 143:5
155:3 157:6
157:9 161:21
162:3,5,11
174:10
175:11
179:17 182:4
184:3
testify
13:22 14:22
15:23 16:21
101:17
112:21
124:11
163:17
186:10
testifying
162:16 173:15
173:21
testimony
14:21 16:2,15
16:20 17:3,7
22:1 25:14
44:7 71:4
81:13 82:21
104:10
112:19
113:24
114:12,24
116:17
122:19
137:18,21
138:17,17
139:5 178:6
178:19
179:17,23,25
180:24
186:13,17
188:6,7
189:6,9,12
thank
20:9 22:1 26:2
44:7 53:21
175:24
183:14
thanks
42:19 168:25
thats
17:2 20:14
23:12 27:10
28:21,22
29:16 32:24
33:25 34:9
34:10,16,19
35:3 37:16
38:1 40:10
41:13 44:3

46:3 47:4
49:15,24
50:4,19 51:5
51:9 53:8,18
55:9 58:20
60:24 61:17
61:25 62:21
64:22 65:12
67:11,12,13
67:17,25
68:1,19,23
68:24 69:12
70:25 71:18
73:1 74:10
76:12,14
77:21 81:11
85:18 86:10
86:15 89:13
89:25 92:4,6
92:18 95:20
95:20 96:13
97:15 98:24
98:25 99:2
104:18 106:6
107:23 108:6
109:1 110:7
111:16,21
113:11,24,25
115:6,17,19
116:17
117:11 119:1
119:2 123:19
129:1,9
135:6,14
136:14
137:16
138:10 139:3
139:17,23
142:3,10,12
146:2,10,22
146:23 149:7
149:9 152:20
153:14,24
159:20 161:8
163:12,24
165:7,11
166:9,23,23
167:12
170:18 172:6
178:5 183:19
184:15

**theirs**
157:24,25
**theres**
91:22 112:2
114:11 115:7
115:9 134:10
155:24 164:5
175:2 178:11
**theyre**
46:15 91:14
97:9,10
130:12,13
**thick**
69:22 70:6
171:20
**thin**
136:16,17
**thing**
13:16 15:10
22:2 49:9
58:19 61:12
62:16 64:8,9
66:2 75:22
77:21 93:13
107:19,25
132:23
137:25
151:19
163:15,18
183:23
**things**
88:8 109:19
115:21 136:1
148:10
154:11,18,20
155:24,25

160:15
166:20,21
181:2
**think**
26:14 33:2
49:8 70:18
81:1 87:15
95:7,8,17,19
96:5 98:3
119:16 124:6
124:12
126:13,15,16
134:10
140:13 153:9
153:20,22
157:10 166:8
166:9,15
168:11,12
184:14
**thinking**
50:19 101:5,9
112:2 163:14
**thinks**
152:17,19
**third**
91:8
**thought**
87:16 94:4
128:11
155:16
163:17
**three**
69:22 98:21
119:6 126:16
126:16 131:4
132:7 164:11
**threw**
34:9
**throw**
31:14 82:22
90:18 92:14
**throwing**
91:9 92:11
93:5
**thumb**
91:7
**tightknit**
164:6
**time**
10:2 12:17
13:14 15:12
17:15 21:10
23:5 25:19
26:24 27:17
29:1,3,4,7
29:11,19
30:18 31:2
32:1 37:14
39:24 41:17
46:5,20 47:4
47:22 49:20
50:6,10
51:23 53:23
54:2,14 58:3
58:19,11,17
58:18 59:7
59:22,25
60:2 61:6,9
61:16,17
64:14 65:11
65:11,21
66:3,10,11
67:3,15 72:8
74:8 75:20
77:17,20
80:6,20 84:4
85:15,24
86:13 88:17
89:11 93:2
95:19 96:9
96:10 99:18
100:16 101:2
105:10
107:12
108:11 109:9
109:25 111:7

112:22
118:14
119:17 122:2
123:8,12
124:10,16
128:9 129:18
131:15,17
132:14
133:23,23
134:16 135:5
135:25
137:20 140:1
140:10 141:7
143:7 144:2
144:14,17
147:3 149:6
149:10
156:15,21,23
159:24 160:7
160:10 161:2
161:11,12,15
161:23 162:6
162:7,8,20
168:22
172:13,25
173:2 174:9
177:22
179:10,18
180:19,25
183:11
186:20
**timeframe**
129:17,20
132:3,4
**times**
18:25 19:3
23:9 58:23
115:13
143:22
150:24 159:1
159:5 162:4
166:6,9,16
171:4 172:22
173:12
177:15,18
**today**
13:22 14:9
15:23,25
16:21 17:11
18:3,14 19:8
77:25 112:19
122:8,14
126:22
147:23
157:10
174:11
**told**
46:14 55:14
65:13,18,19
65:24 66:5
67:24 68:4
70:24 71:1,5
71:9 78:22
84:1 94:21
95:2,3 96:22
96:23 97:11
97:12 101:4
102:3 104:9
105:19
116:22 117:8
127:23
152:21
153:24 154:9
154:12,13
155:5 166:1
169:22,24
170:2 171:2
172:19
178:25 179:4
179:14 180:4
180:16,21,25
181:1,21
**toni**
1:22 12:16
14:24 186:6
187:14
**top**

34:18 35:22
116:21
**tops**
70:19
**totally**
25:15
**touch**
163:19
**tower**
1:20
**transcribed**
186:16 188:7
**transcript**
5:1 6:4 16:2,7
16:18,20
17:1 111:21
116:8,11
183:19 185:3
185:6,9,11
188:5,12
189:5,11,17
**transcription**
186:17
**travel**
61:13
**trial**
6:12 22:7,23
112:16,22
114:2,3
124:11
127:22,23
140:2,9
141:7,9,10
162:21
173:16,18
174:6,19
175:4,11
182:7,16
**trick**
173:6
**tried**
158:16 169:11
**trimmed**
76:18,18
**tripping**
115:13
**trouble**
145:5
**true**
15:20 178:7
186:16
**truth**
174:6 186:11
186:11,12
**truthful**
17:8
**try**
12:7,14 26:3
36:4 87:14
87:21 100:16
122:19
144:16
**trying**
26:8 44:5 64:8
85:17 86:3
86:15,16
109:22
139:19
**turn**
60:3 106:2
109:14
111:22
134:24 135:2
**turned**
40:5,14 46:12
46:21 54:6,8
54:11,13,13
58:2,8,22
59:20,23
61:14 105:18
107:6 170:3
170:12
**turning**
51:4 107:1,2,8

**twice**
18:19,21 19:3
46:21 181:9
**twisted**
115:21
**two**
18:25 19:3
28:10 58:22
61:2 69:21
70:19,19
72:12 78:1
80:8 98:20
102:6,11,22
103:9,11,21
126:16 131:7
131:14
164:25 178:2
179:18
**twoway**
82:7
**type**
33:22 125:14
125:15
135:17 146:3
156:4
**typed**
125:16 151:10
**typical**
157:16

---

**U**

**uhhuh**
12:1 34:22
135:21
137:11 160:9
**uhoh**
82:22
**ultimately**
128:11 172:14
**umbrella**
128:25 129:10
**unannounced**
124:1 160:8
**uncertainty**
18:24
**uncle**
164:17
**understand**
12:20,24 25:20
34:15 64:10
66:9 69:13
91:18 114:8
123:21
139:15
144:16 170:6
175:20
**understanding**
40:24 99:21
**understood**
13:6 95:24
168:17
**uniform**
64:2,5 74:18
**uniformed**
63:25 65:25
**united**
1:1
**unusual**
37:22 86:25
87:17
**ups**
78:1
**upset**
67:16 85:21
145:15
**upstairs**
47:21,25
**use**
13:11 41:25
76:13 128:3

---

**V**

**valentin**
17:13 18:5,17

30:15,21,23
47:19 62:12
142:21
148:20,24
149:23
169:16 182:6
**valentins**
29:21 31:8
**vanessa**
150:1
**varied**
29:17
**various**
173:12
**veritext**
190:1
**version**
140:23
**versus**
10:4 29:11
175:7
**vicinity**
36:20 85:7
**video**
7:1
**videographer**
4:10 10:1,19
43:10 45:17
49:18 53:13
59:6,11
92:22 93:1
110:18,22
120:4 122:1
134:25
168:21
175:21,24
183:5,10
184:21
**videotaped**
1:15 10:3
**view**
18:18
**viewed**
177:24 178:15
**villafane**
167:15
**visible**
38:17,22
**vision**
18:22
**visit**
23:2,10,12
102:6 144:2
165:12,20
**visited**
23:3,5 30:5
**visiting**
102:11
**vivid**
75:15
**vividly**
26:11 46:18
56:9 58:14
90:12 99:3
108:25
139:24
155:24,25
**vs**
1:9

---

**W**

**wabanasia**
35:2
**wait**
153:4 161:10
**waiting**
104:16
**walk**
38:19 143:2
**walked**
37:6,10,20,21
38:18,22
68:15,18
117:3

walking
  39:5 68:20,21
  85:13 88:8
  142:18 143:1
want
  12:13,25 15:9
  21:24 22:17
  25:12 32:5
  33:4 34:14
  40:3 41:22
  57:1 60:3
  64:9 70:4
  71:13 72:17
  72:21,22,23
  72:23,24,25
  72:25 76:7,9
  76:13 79:9
  85:19,22
  87:11,21
  91:12,13
  92:7 97:22
  104:6 105:1
  110:1,7,8
  112:11 114:9
  114:13
  116:21 120:2
  122:12 129:4
  136:9 143:19
  147:4,11
  149:20 150:5
  150:21
  151:19 154:7
  157:12,15,16
  157:21
  158:24
  162:14
  174:22
  183:14
wanted
  16:18 21:23
  22:2 97:6
  98:2 118:16
  126:3 127:24
  127:25 128:4
  137:10,12
  138:22 165:9
  172:2 181:23
wants
  57:24 101:6,9
  115:15,16
war
  132:23
wasnt
  86:18 103:22
  106:22 110:7
  146:18
  155:23
  179:14 180:4
  180:22 182:18
watched
  46:3
watching
  61:25
way
  28:12 34:15
  50:18,21
  54:21 55:15
  57:2,7 60:22
  62:23 68:19
  70:19 74:4,6
  85:10,19
  86:12,14,21
  86:21 88:9
  97:3 101:11
  103:17,18
  110:10,10
  112:12
  113:25
  116:18
  129:23
  135:15,16
  143:19
  148:17
  150:11
  154:24 156:7
  157:12

158:13
  160:22
  177:10
ways
  98:2
weapon
  43:18
wear
  62:20,22
wearing
  40:1 55:2
  56:23 64:3
  65:20 89:24
  90:8 93:6
wedding
  47:20 133:8
week
  16:25 27:5
  138:7
weekend
  27:13
weeks
  18:17
weingart
  3:6
went
  18:16,21 19:1
  26:12 51:6
  51:11,17
  59:21 61:2
  61:10,14
  62:3,14
  65:19 66:6
  67:3,14,18
  72:20 73:8
  84:3 86:1
  97:21 98:4
  98:13,24,24
  99:4 104:8
  104:20 107:1
  110:10
  123:18
  126:14 134:1
  138:1 144:13
  145:17,22,23
  150:17 162:8
  162:13
  166:19 168:6
  168:8 171:12
  171:24 172:7
  181:6
west
  26:22 28:6,16
  32:7,11,11
  32:14 33:1
  33:22 34:4
  35:3,11,13
  35:24 36:9
  45:4 56:25
  184:2,5
weve
  26:15 35:22
  127:10
  140:19
whatnot
  163:11
whats
  36:5,9 41:7
  42:14 44:23
  48:20 52:15
  75:22 79:10
  87:7 103:13
  108:23
  128:20
  164:14
whereof
  187:5
white
  56:25 57:5,16
  95:15,16,17
  95:19 115:9
  158:16
  178:24
  180:10,16
whitehaired
  116:25 178:16

179:1,4,10
  179:13 180:3
  180:21 181:5
wide
  89:14
wife
  19:21 104:1
willing
  127:16
window
  23:25 24:6,7
  24:11 99:23
  134:7,13,13
  134:14
windows
  134:19
witness
  10:20 24:14
  43:13 45:14
  52:25 53:4
  53:11,17
  54:9,9
  113:11
  119:21
  144:11 186:9
  186:14,15,18
  187:5 188:1
  188:4,11
  189:1,4,15
witnessed
  169:24
witnesss
  185:2
wives
  163:11
woman
  56:19 102:13
  102:14
  178:16 179:1
women
  102:6,10,11,22
  103:9,11
word
  53:2 76:12
  79:11 129:1
  154:11,18
words
  22:10,19 41:25
  79:9,13,17
  85:18 87:10
  115:22
  117:15 144:5
  147:7 156:5
wore
  76:22
work
  13:23 24:4,16
  25:2 95:13
worked
  23:23 24:1
  25:2
worlds
  33:10
worries
  73:22
wouldnt
  152:22 153:25
write
  53:2 154:6,6,7
writing
  123:9
written
  53:9 154:20,25
  165:7
wrong
  32:21 42:14
  87:7 93:19
  93:21,21,24
  94:18,22
  95:3 96:13
  96:14,14,17
  96:19,19,22
  96:22,25
  97:1 98:6,7
  101:7 104:11

104:20 116:1
  116:23,23
  117:9,17,17
  128:1 143:3
  158:17 179:2
wrote
  44:11 125:19
  154:16,19

—————————

         X

—————————

         Y

—————————

yall
  163:10
yeah
  29:4 31:9,12
  43:13 57:4
  57:11 71:9
  74:20 76:7
  76:21 81:2
  81:16 104:9
  106:7,17
  108:14 115:8
  116:6 117:14
  119:18 126:2
  127:8 129:9
  129:9,24
  131:24
  143:14 144:5
  146:20
  148:19,19,25
  152:25
  153:15
  155:18
  158:14 160:5
  161:8 165:6
  165:8,11
  171:14,16
  174:13,13
  177:16
  178:23
  180:16 181:8
year
  20:24 23:10,11
  145:23,24
years
  19:16 20:7,15
  21:2 25:4
  44:14 48:12
  50:16 52:13
  132:15
  144:18,19
  145:18
  149:14,20
  173:22
  174:10
yelling
  142:8
yellow
  40:10 62:21
  63:4,7,7,9
  91:23 95:16
  95:18
yesterday
  47:1
yo
  146:1,22
youll
  33:23 34:18
young
  65:12 66:11
  96:10 167:9
  167:11
younger
  131:4,7 145:7
  145:9,22
  147:18
youre
  11:18 13:7
  19:4 22:17
  22:17 35:1
  36:4,8 39:11
  69:11 85:8
  85:17,17,19

86:4,6,19
  90:22 91:9
  94:1 97:13
  94:4 97:10
  101:9 103:10
  103:17,17
  109:22
  114:15
  122:18,20
  136:15
  138:15
  144:17
  145:25
  148:11,12
  149:8 161:5
  167:18
youve
  13:6 14:15,21
  23:23 36:18
  53:9 66:13
  69:20 73:19
  77:25 84:19
  133:2 151:20
  151:22
  154:13
  169:10

—————————

         Z

—————————

zacharias
  3:5

—————————

         0

—————————

00
  93:2,3
0093
  40:23
01
  59:7,8
03
  1:18 10:2
045062
  52:2
045067
  48:9
045069
  44:13

—————————

         1

—————————

1
  37:18 93:2,3
  110:19,20,23
  110:24 120:1
  120:5 121:1
10
  20:8 37:18
  49:25 168:15
  168:18,19
100
  1:20 2:17 7:24
  7:25 8:1
  171:17
106
  8:2
108
  8:3
109
  8:4
11
  1:18 5:9 10:2
  27:1 152:4
  152:15
111
  8:5,6
112
  8:7
115
  8:8,9
116
  8:10
117
  8:11,12
118
  8:13,14,15
12
  1:9 15:17 27:1

86:4,6,19
  90:22 91:9
  94:1 97:13
  100:19 103:10
  103:17,17
  109:22
  114:15
  122:18,20
  136:15
  138:15
  144:17
  145:25
  148:11,12
  149:8 161:5
  167:18
youve
  13:6 14:15,21
  23:23 36:18
  53:9 66:13
  69:20 73:19
  77:25 84:19
  133:2 151:20
  151:22
  154:13
  169:10

—————————

         Z

—————————

zacharias
  3:5

—————————

         0

—————————

00
  93:2,3
0093
  40:23
01
  59:7,8
03
  1:18 10:2
045062
  52:2
045067
  48:9
045069
  44:13

—————————

         1

—————————

1
  37:18 93:2,3
  110:19,20,23
  110:24 120:1
  120:5 121:1
10
  20:8 37:18
  49:25 168:15
  168:18,19
100
  1:20 2:17 7:24
  7:25 8:1
  171:17
106
  8:2
108
  8:3
109
  8:4
11
  1:18 5:9 10:2
  27:1 152:4
  152:15
111
  8:5,6
112
  8:7
115
  8:8,9
116
  8:10
117
  8:11,12
118
  8:13,14,15
12
  1:9 15:17 27:1

37:18 59:7,8
  59:12,13
  92:23,24
  125:8 187:17
122
  5:10
13
  20:7 173:22
  174:13
1301
  1:20
14
  20:7
140
  6:10
18
  8:16
15
  6:3 7:3 20:15
  21:2 49:25
  168:15
150
  3:12 8:17
151
  6:11
152
  8:18
154
  8:19
155
  8:20,21
159
  8:22
16
  6:4 122:2,3
1669960
  188:2 189:2
  190:2
169
  5:11
17
  20:7 25:9
173
  8:23
174
  6:12
176
  8:24
177
  8:25
178
  9:1,2
179
  9:3
18
  30:19 59:12,13
  112:6 149:13
180
  9:4,5
182
  9:6
186
  5:13
19
  21:10 113:9
  149:19
1988
  17:13 18:7
  25:21 26:16
  128:21
  129:16,20
  131:1 149:6
  165:2 167:3
  169:15
1990
  139:12 156:7
  173:17,19
  174:3 175:2
  175:12 182:4
1990s
  21:5

—————————

         2

—————————

2

5:3 122:2,3
20
21:10 44:14
    48:11 52:13
    188:16
    189:22
    190:22
2010
    15:17 125:9
    181:22
2011
    16:3,16 17:8
    114:25
2013
    1:17 10:3
    187:8 188:3
    189:3
2015
    187:17
21
    110:19,20
2200
    3:22
2216
    118:1
23
    16:3 17:8
    114:25
25
    7:4
27
    17:13 18:7
    25:20,25
    26:16 110:23
    110:24
    169:15
29
    1:17 6:3 10:3
    15:2,5,13,19
    15:24 125:9
    168:22,23
    188:3 189:3

—————————— 3 ——————————
3
    37:18 112:5
    168:18,19,22
    168:23 183:6
    183:7,11,12
    184:22,24
30
    6:4 16:4,6,14
    17:2 89:17
    111:22
    137:19
31
    6:5 7:5,6
    33:13,18
    35:21 184:1
312
    2:16
3122435900
    2:19
3124941000
    3:24
3125030844
    2:9
32
    6:6 40:17 41:2
    41:8
321
    3:21
33
    6:5,7 44:10,18
    45:11
3320
    26:22 28:6,16
    32:6,14
    33:22 37:6
    45:4 184:2,5
    184:9,13
34
    6:8 48:10,14
    48:19 49:10
35

6:9 52:3,5,12
    57:17 120:1
36
6:10 120:5
    121:1 140:13
    140:15,20
37
6:11 25:11
    50:16 151:13
    151:17
375
    2:7
38
6:12 174:16,18

—————————— 4 ——————————
40
    120:2
41
    6:6
42
    7:7 183:6,7
43215
    4:6
44
    6:7
4428
    1:9
45084
    140:24
48
    6:8

—————————— 5 ——————————
5
    25:9 175:2
    188:3 189:3
52
    6:9 183:11,12
53
    92:23,24
54
    184:22,24
550
    3:11

—————————— 6 ——————————
6
    5:5
60143
    3:13
60607
    2:18
60611
    2:8
60654
    3:23
610
    4:5
6144495993
    4:7
62
    52:9 116:9,21
6307353300
    3:14
66
    7:8

—————————— 7 ——————————
71
    7:9
76
    25:9
79
    7:10

—————————— 8 ——————————
82
    7:11
83
    7:12,13
84

7:14,15
85
    7:16
86
    7:17
87
    7:18,19,20
89
    128:21 129:17
    129:20

—————————— 9 ——————————
90
    7:21
90s
    21:6,7
93
    111:23 112:5
94
    7:22
96
    7:23
9th
    1:20