**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | Case No. 12 C 4428 |
| *Plaintiff*, | ) | |
| | ) | Hon. Joan B. Gottschall, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | Hon. Mary M. Rowland, |
| | ) | Magistrate Judge |
| *Defendants*. | ) | |
| | ) | JURY TRIAL DEMANDED |

**PLAINTIFFS' CONSOLIDATED RESPONSE IN
OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTIONS**

# EXHIBIT 25B

SUPPLEMENTARY REPORT

CHICAGO POLICE

27 Aug 88    1545

| 1. INCIDENT/OFFENSE CLASSIFICATION LAST PREVIOUS RE | IUCR OFF. CODE | 2. ADDRESS OF ORIG. INCIDENT/OFFENSE | VERIFIED | CORRECTED | 3. BEAT OF OCCUR |
|---|---|---|---|---|---|
| Murder/Homicide | 0110 | 3320 W. Cortland | | | 1422 |

| 5. VICTIM'S/SUBJECT'S NAME AS SHOWN ON LAST PREVIOUS REPORT | CORRECT | 6. FIRE RELATED | 7. BEAT ASSIGNED |
|---|---|---|---|
| VALENTIN, Felix | YES ☐ NO | ☐ YES ☒ NO | 4627 |

| 8. VICTIM'S/SUBJECT'S ADDRESS | 9. TYPE OF LOCATION OR PREMISE WHERE INCIDENT/OFFENSE OCCURRED | LOCATION CODE |
|---|---|---|
| 1458 N. Campbell | Alley | 092 |

DESCRIBE PROPERTY IN NARRATIVE — T = TAKEN; R = RECOVERED

FILL IN THE FULL AMOUNT OF ONLY THOSE VALUES WHICH EITHER DIFFER FROM OR WERE NOT REPORTED ON THE ORIGINAL CASE REPORT OR THE LAST PREVIOUS SUPPLEMENTARY REPORT

| 1 MONEY | 2 JEWELRY | 3 FURS | 4 CLOTHING | 7 OFFICE EQUIPMENT | 8 TV, RADIO, STEREO | PROPERTY INVENTORY INDEX |
|---|---|---|---|---|---|---|
| ☐ T \$ | ☐ T \$ | ☐ T \$ | ☐ T \$ | ☐ T \$ | ☐ T \$ | |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | |
| 5 HOUSEHOLD GOODS | 3 CONSUM. GOODS | 14 FIREARMS | 6 NARC/DANGEROUS DRUGS | 5 OTHER | 4 HOME | |
| ☐ T \$ | ☐ T \$ | ☐ T \$ | ☐ T \$ | ☐ T \$ | ☐ T \$ | |
| ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | ☐ R | |

| 11. OFFENDER'S NAME (OR) DESCRIBE CLOTHING, ETC.) | 12. HOME ADDRESS | 13. SEX–RACE–AGE CODE | HEIGHT | WEIGHT | EYES | HAIR | COMPL. |
|---|---|---|---|---|---|---|---|
| RIVERA, Jacquez | 4231 W. Division | M 4 23 | 5-9 | 160 | Br | Br | Med |
| 2 | | | | | | | |

| 14. C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | C.B. NO. | I.R. NO., Y.D. NO. OR I.D.A. NO. | OFFENDER REL. CODE | 15. NO. ARRESTED | 1 ARREST UNIT NO. |
|---|---|---|---|---|---|---|---|
| OFF. 8112-639 | 614010 | 24 | OFF. 2 | | | | |

| 16. OFF'S VEHICLE | YEAR | MAKE | BODY STYLE | COLOR | V.I.N. | | STATE LICENSE NO. | STATE |
|---|---|---|---|---|---|---|---|---|
| ☐ USED ☐ STOLEN | | | | | | | | |

### 80. NARRATIVE

| | |
|---|---|
| VICTIM: | VALENTIN, Felix; M/WH/16; 1458 N. Campbell 3 rd. flr. |
| | Deceased, former member of the Campbell Boys/014 |
| DATE, TIME, LOC. OF INC: | 27 Aug 88; 1545 hrs.; 3320 W. Cortland, Alley |
| DATE, TIME, LOC. OF ARREST: | 15 Sep 88; 1930 hrs.; 5555 W. Grand, A/5 VC |
| OFFENDER: | RIVERA, Jacquez; M/WH/23; 30 Apr 65; 5-9, 160; |
| | aKa. RIOS, Jose; 4231 W. Division 3rd. flr. |
| | nickname, ACE; member of Latin Kings/014 |
| CHARGES: | Murder 1st. Degree; 38-9-1a |
| COURT DATE & BRANCH: | 16 Sep 88; 66-2 |
| INVESTIGATION: | Reporting officers along with other Gang Crime |
| | Specialists were investigating an Aggravated |

Battery in which the victim was shot ten times. GCSp. Noon, Guzman, Sparks,
and Zacharias located a witness on 29 Aug 88. This witness was brought
into Gang Crimes North to view gang photo books. On that date witness
positively identified the photo of Jose RIOS from book 16-D, page 40

K-379955

| 90. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 91. DATE THIS REPORT SUBMITTED – | | TIME | 92. SUPERVISOR APPROVING (PRINT NAME) | STAR NO. |
|---|---|---|---|---|---|
| | DAY 16 | MO Sep | YR 88th | 0030 | Sgt. Hingey    1751 |

| 93. REPORTING OFFICER (PRINT NAME) | STAR NO. | 94. REPORTING OFFICER (PRINT NAME) | STAR NO. | SIGNATURE |
|---|---|---|---|---|
| GCSp. S. Gawrys | 16899 | GCSp. R. Guevara | 16345 | |
| SIGNATURE S. Gawrys | | SIGNATURE R. Guevara | | 95. DATE APPROVED (DAY–MO.–YR.) 16 Sep 88    TIME 0030 |

CPD-11.411-A (REV. 5/85)    *MUST BE COMPLETED IN ALL CASES

EXHIBIT 8

tabbies

05-21-14

CPD 0030

Page 2

CONTINUATION OF NARRATIVE

INVESTIGATION CON'T:   photo D, Latin King gang book. Numerous attempts were
made to interview the victim at Cook County Hospital, on 10 Sep 88 r/i's
were able to have victim view gang photo book were then an idetification was
made of Jose RIOS as the person that shot victim.

On 15 Sep 88, reporting officers located Jose RIOS,
AKA. RIVERA,Jaccuez on the street and he was asked to accompany r/o's to A/5
VC to stand in a line-up for Murder.  Subject agreed and he was read his
Miranda warnings.

Once in A/5 VC Jose RIOS was placed in a line-up and
he was positively identified as the person that shot the victim Felix VALENTIN
on 27 Aug 88.  Review by A.S.A. Rosner with witness, charges of 1st. Degree
Murder were approved.

Orlando LOPEZ, witness, was shown photos of Jose RODRIQUEZ
and Felipe NIEVES and he stated to r/i's that these two individuals were not
involved in this incident.

R.D. NO.
E-371955

I HAVE REVIEWED THIS REPORT AND BY MY     SUPERVISOR'S SIGNATURE          STAR NO. |DATE (DAY-MO-YEAR)
SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

CPD 0031

**COOK COUNTY HOSPITAL**
DIVISION OF RESPIRATORY CARE

DATE-HOUR

9/10/88 — *Pt is unresponsive non elect has no Spontaneous breathing on SIMV of 35.* — *Tielem*

*BS report by Tielem on*
*Pt is unresponsive — gwd Airsex*
*gwd chest movement 2 each cycle*
*of vet*
*BS RESPIA on B*

*Patient lies non alert un*
*Responsive. Minl Chest*
*expansion with ventilator*
*cycle on testing ETT, no*
*Spontaneous Respiration*
*Patient has a 200 — 300cc*
*leak ET tube change to*
*received. notify*

*Bedside report given to Tielem*

**Bear Adult Ventilator Flow Sheet**

Date: 9 – 10 – 88
LTAV Start Date: 8 – 27 – 88
Ventilator #: 7

(Date and sign all notations)

COFIDENTIAL: DOCUMENT PRODUCED
PURSUANT TO PROTECTIVE ORDER
ENTERED IN 12 CV 04428

J 5 8 3444
VALENTINE, FELIX

EXHIBIT
9

CPD 0489



CPD 0046

EXHIBIT



CPD 0048



CPD 0049



EXHIBIT
12
01-21-14

CPD 0103



CPD 0104



CPD 0105



CPD 0106



CPD 0107



CPD 0108



CPD 0109



CPD 0110



CPD 0111

CPD 0112





RFC 01415

RFC 01416



RFC 01417



RFC 01418





RFC 01419



RFC 01420