**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JACQUES RIVERA, ) | |
| ) | Case No. 12 C 4428 |
| *Plaintiff*, ) | |
| ) | Hon. Joan B. Gottschall, |
| v. ) | District Judge |
| ) | |
| REYNALDO GUEVARA, *et al.*, ) | Hon. Mary M. Rowland, |
| ) | Magistrate Judge |
| *Defendants*. ) | |
| ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE
*NUNC PRO TUNC* TWO BUSINESS DAYS LATE HIS OVERSIZED RESPONSE BRIEF**

Plaintiff, JACQUES RIVERA, by his attorneys, respectfully requests leave to file his Response materials *nunc pro tunc*. In support, Plaintiff states as follows:

1. Plaintiff's Response to Defendants' Motions for Summary Judgment was due Friday, September 15, 2017.

2. Plaintiff's counsel have worked diligently on this project, but due to the press of other professional commitments, Plaintiff's counsel required two additional days to complete their Response and to gather the exhibits.

3. Plaintiff's counsel filed the response today, but because it is late, leave of Court *nunc pro tunc* is required. Plaintiff's counsel has inquired with Defendants' counsel, who have indicated no objection.

4. Plaintiff also seeks leave to file an oversized consolidated Response memorandum, responding to two separate summary judgment motions filed by the individual Defendants and the City of Chicago. There are many issues in dispute, and the record is extremely voluminous, including at least 20 depositions and thousands of pages of documents.

Plaintiff has worked hard to provide the Court with sufficient assistance in considering his position. The proposed response is 70 pages, and the Defendants have indicated no objection.

5.  Finally, Plaintiff seeks leave to file a combined 161 statements of fact, covering both the individual and *Monell* claims. Again, the Defendants have indicated no objection.

6.  Because of the new schedule and the volume of Plaintiff's filings, as well as an upcoming vacation by Defendants' counsel, Defendants have asked to communicate to the Court their request that the date for their reply be October 16, 2017. Plaintiff has no objection.

WHEREFORE, Plaintiff respectfully asks the Court to grant leave to file *nunc pro tunc* his oversized summary judgment response pleadings, and allow Defendants until October 16 to file their reply. Plaintiff's proposed response pleadings are being filed along with this motion.

RESPECTFULLY SUBMITTED,

**JACQUES RIVERA**

By: /s/ Steve Art
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Russell Ainsworth
Anand Swaminathan
Steve Art
**LOEVY & LOEVY**
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

Locke E. Bowman
Sheila Bedi
David Shapiro
Alexa Van Brunt
**MACARTHUR JUSTICE CENTER**
Northwestern University School of Law
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
(312) 503-0844

J. Samuel Tenenbaum
BLUHM LEGAL CLINIC
Northwestern University School of Law
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
(312) 503-8576

1

## CERTIFICATE OF SERVICE

I, Steve Art, an attorney, hereby certify that, on September 19, 2017, I filed the foregoing PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE *NUNC PRO TUNC* TWO BUSINESS DAY LATE HIS OVERSIZED RESPONSE BRIEF using the Court's CM/ECF system, which effected service on all counsel of record.

                                             /s/ Steve Art
                                             *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Russell Ainsworth
Anand Swaminathan
Steve Art
**LOEVY & LOEVY**
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

Locke E. Bowman
Sheila Bedi
David Shapiro
Alexa Van Brunt
**MACARTHUR JUSTICE CENTER**
Northwestern University School of Law
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
(312) 503-0844

J. Samuel Tenenbaum
BLUHM LEGAL CLINIC
Northwestern University School of Law
375 E. Chicago Ave., 8th Floor
Chicago, IL 60611
(312) 503-8576