# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jacques Rivera

                     Plaintiff,

v.                                                     Case No.: 1:12−cv−04428
                                                     Honorable Joan B. Gottschall

Reynaldo Guevara, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 21, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's agreed motion for leave to file nunc pro tunc two business days late his oversized response brief [314] is granted. Plaintiff's response is deemed timely filed. Defendant's reply is due 10/16/17. Motion hearing set for 9/22/17 is stricken; no appearance required. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.