# Exhibit 1

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   MICHAEL A. LA PORTA, as Guardian)
     of the estate and person of    )
 4   Michael D. LaPorta, a disabled )
     person,                        )
 5                                  )
                  Plaintiff,        )
 6                                  )
                     v.             )   No. 14 CV 09665
 7                                  )
     CITY OF CHICAGO, a municipal   )
 8   corporation, et al.,           )   Chicago, Illinois
                                    )   October 2, 2017
 9                Defendants.       )   10:00 a.m.

10                            VOLUME 1
                       TRANSCRIPT OF PROCEEDINGS
11            BEFORE THE HONORABLE HARRY D. LEINENWEBER

12   APPEARANCES:

13   For the Plaintiff:        ROMANUCCI & BLANDIN, LLC
                               BY:  MR. ANTONIO M. ROMANUCCI
14                                  MR. MARTIN D. GOULD
                                    MR. BRUNO R. MARASSO
15                                  MS. DEBRA L. THOMAS
                                    MS. NICOLETTE A. WARD
16                             321 North Clark Street, Suite 900
                               Chicago, Illinois 60654
17                             (312) 458-1000

18                             SALVATO & O'TOOLE
                               BY:  MR. CARL S. SALVATO
19                             53 West Jackson Boulevard, Suite 1750
                               Chicago, Illinois 60604
20
     Court Reporter:           Judith A. Walsh, CSR, RDR, CRR
21                             Official Court Reporter
                               219 S. Dearborn Street, Room 1944
22                             Chicago, Illinois 60604
                               (312) 702-8865
23                             judith_walsh@ilnd.uscourts.gov

24

25
```

1  happened on the night in question does not mean that "no one
2  could reasonably believe the witness could have observed,
3  remembered, communicated, or told the truth" as is necessary
4  to justify exclusion under Rule 601.  See *U.S. versus Gutman*.
5  	Competency of a witness to testify as distinguished
6  from the issue of credibility is a limited threshold decision
7  as to whether a proffered witness is capable of testifying in
8  any meaningful fashion whatsoever.  See *U.S. versus Banks*.
9  LaPorta can provide meaningful testimony about what happened
10  on the night in question as he did at depositions and about
11  other relevant issues.
12  	Motion to admit Kelly's deposition and bar reference
13  to his Fifth Amendment invocation.  That's granted in part
14  because plaintiff has -- had every motivation and opportunity
15  to cross-examine Officer Kelly at his 2012 deposition.  The
16  City may offer into evidence his original deposition testimony
17  if indeed he elects to invoke his Fifth Amendment rights when
18  called to the stand.  See Rule 804(b)(1).  Plaintiff may
19  adduce evidence that Kelly invoked the privilege at his 2016
20  deposition and may impeach Kelly accordingly.
21  	In a civil case, an adverse inference may be drawn
22  against a witness who pleads the Fifth Amendment even if that
23  witness is not a party.  See *Daniels versus Pipefitters Local*
24  *597*.  The evidence will not be excluded on grounds of unfair
25  prejudice because it is extraordinarily relevant testimony

Opening Statement - Plaintiff

1  we have it?
2         MS. ROSEN:  Is that the document production, too?
3  It's my understanding there were documents produced and you
4  were provided documents.  I'm just asking.
5         THE COURT:  We don't need to do that now, but satisfy
6  yourself that you've got everything you should have gotten.
7         MR. ROMANUCCI:  Sure.  We'll take care of it.
8         THE COURT:  Pardon?
9         MR. ROMANUCCI:  We'll take care of it.
10        THE COURT:  All right.  We'll see you at 10:00 o'clock
11 tomorrow --
12        MR. ROMANUCCI:  Thank you, your Honor.
13        THE COURT:  -- for the City's opening.  Thank you.
14     (Adjourned at 4:08 p.m.)
15                  *  *  *  *  *  *  *  *  *
16                      C E R T I F I C A T E
17     I certify that the foregoing is a correct transcript of the
18 record of proceedings in the above-entitled matter.
19
20 */s/ LISA H. BREITER*                          November 3, 2017
   LISA H. BREITER, CSR, RMR, CRR
21 Official Court Reporter
22
23
24
25