**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | No. 12 C 4428 |
| *Plaintiff*, | ) | |
| | ) | Hon. Joan B. Gottschall, |
| *v.* | ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | JURY TRIAL DEMANDED |

**WITNESS AND ATTORNEY NAMES**

| Last | First | Designation |
|---|---|---|
| Ainsworth | Russell | Attorney |
| Art | Steven | Attorney |
| Barber | Catherine | Attorney |
| Benjamin | Stacy Ann | Attorney |
| Bowman | Locke | Attorney |
| Brady | Rachel | Attorney |
| Brueggen | David | Attorney |
| Carney | Theresa | Attorney |
| Daffada | James | Attorney |
| Given | Jeffrey | Attorney |
| Golden | Caroline | Attorney |
| Kanovitz | Michael | Attorney |
| Leinenweber | Thomas | Attorney |
| Loevy | Jon | Attorney |
| Mazur | Elizabeth | Attorney |
| Mercado Masters | Silvia | Attorney |
| Polick | Joseph | Attorney |
| Rock | John Joseph | Attorney |
| Rosen | Eileen | Attorney |
| Shapiro | David | Attorney |

| Sotos | James | Attorney |
| Starr | Sean | Attorney |
| Swaminathan | Anand | Attorney |
| Zibolski | Kevin | Attorney |
| Valentin | Felix | Victim |
| Amaro | Lori | Witness |
| Bailey | James | Witness |
| Benitez | Francisco | Witness |
| Boyd | Michael | Witness |
| Boyle | John | Witness |
| Brasfield | Mike | Witness |
| Bryant | Thomas | Witness |
| Buckner | Jerry | Witness |
| Burch | Clarence | Witness |
| Burnett | James | Witness |
| Chavez | Juliara | Witness |
| Crawford | Cathryn | Witness |
| DeLeon | John | Witness |
| Delgado | Juan Michael | Witness |
| Delorto | James | Witness |
| Diaz | Evelyn | Witness |
| Dorsch | William | Witness |
| Dysart | Jennifer | Witness |
| Ekl | Elizabeth | Witness |
| Estes | Cynthia | Witness |
| Fallon | Joseph | Witness |
| Farrel | William | Witness |
| Gallagher | Sean | Witness |
| Garza | Anthony | Witness |
| Gawrys | Steve | Witness |
| Gomez | Edwin | Witness |
| Gonzalez | Aby | Witness |
| Green | Shelton | Witness |
| Guevara | Reynaldo | Witness |
| Guzman | John | Witness |
| Halvorsen | Ernest | Witness |
| Harris | Earl | Witness |
| Hickey | James | Witness |

| | | |
|---|---|---|
| Hill | Kendal | Witness |
| Johnson | Demetrius | Witness |
| Kirkland | Curtis | Witness |
| Klimas | Cmdr. Robert | Witness |
| Lee | Chiao | Witness |
| Leonard | John | Witness |
| Letrich | Craig | Witness |
| Linzer | Jennifer | Witness |
| Lopez | Orlando | Witness |
| Lopez | Ramon | Witness |
| Machain | Stephen | Witness |
| Mallul | John | Witness |
| Marchigiani | Crystal | Witness |
| Matarazzo | Sofia | Witness |
| McDonald | John | Witness |
| McGreal | Thomas | Witness |
| McKenna | John | Witness |
| McLaughlin | Gillian | Witness |
| McMurray | John | Witness |
| Melendez | Jose | Witness |
| Miller | Glen | Witness |
| Mingey | Edward | Witness |
| Moore | Kenneth | Witness |
| Moriarty | James | Witness |
| Mottweiler | Richard | Witness |
| Mullane | Phillip | Witness |
| Murdock | Warren | Witness |
| Murray | Bernard | Witness |
| Nieves | Felipe | Witness |
| Noble | Jeffrey | Witness |
| Noon | Daniel | Witness |
| O'Brien | Darren | Witness |
| O'Donnell | William | Witness |
| Olivero | Carlos | Witness |
| Ortiz | Sal | Witness |
| Osorio | Guillermo | Witness |
| Osorio Serrano | Ida | Witness |
| Perez | Sam | Witness |

| Perry | Darlene | Witness |
|-------|---------|---------|
| Raley | Jane | Witness |
| Reyes | Jose | Witness |

Respectfully Submitted,

/s/Jon Loevy
*Counsel for Plaintiff*

Jon Loevy
Russell Ainsworth
Anand Swaminathan
Steven Art
Rachel Brady
Loevy & Loevy
311 N. Aberdeen St.
Third Floor
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com

Locke Bowman
Solange and Roderick
MacArthur Justice Center
Northwestern University
Pritzker School of Law
375 E. Chicago Ave.
Chicago, Illinois 60611
(312) 503-3100

/s/ Jeffrey N. Given
*Counsel for Defendants Gawrys, Noon, Fallon, Sparks, Zacharias, Guzman, McLaughlin, Mingey, Weingart, Rinaldi; and the Estate of John Leonard*

James G. Sotos
Jeffrey N. Given
Caroline P. Golden
Joseph M. Polick
David A. Brueggen
The Sotos Law Firm, P.C.
550 E. Devon Ave., Suite 150
Itasca, IL 60143
(630) 735-3300
jgiven@sotoslaw.com

/s/ Thomas M. Leinenweber
*Counsel for Defendant Guevara*

Thomas M. Leinenweber
James V. Daffada
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle St., Suite 2000
Chicago, IL 60602
(312) 663-3003
thomas@ilesq.com

/s/ Eileen E. Rosen
*Counsel for City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Rock Fusco & Connelly, LLC
321 N. Clark Street,
Suite 2200
Chicago, Illinois 60654
(312) 494-1000
erosen@rfclaw.com

**CERTIFICATE OF SERVICE**

I, Jon Loevy, an attorney, certify that on May 18, 2018, I filed the foregoing Witness and Attorney List using the Court's CM/ECF system, which effected service on all counsel of record.

 /s/ Jon Loevy
*One of Plaintiff's Attorneys*