**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12 CV 4428 |
| | ) | |
| v. | ) | The Honorable Joan B. Gottschall |
| | ) | Magistrate Judge Mary M. Rowland |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | **Jury Trial Demanded** |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** See Attached Service List

Please take notice that on the 22nd day of June, 2018 at 9:30 a.m., I shall appear before the Honorable Judge Joan B. Gottschall in Courtroom 2325, where she usually presides, or before anyone sitting in her stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendant's Memorandum of Law in Support of Admitting Evidence to Clarify Plaintiff's Post-Conviction Ruling**.

Dated: June 21, 2018                     Respectfully submitted,

/s/ Jeffrey N. Given
JEFFREY N. GIVEN, Attorney No. 6184989
*One of the Attorneys for Individual Defendants*

James G. Sotos
Jeffrey N. Given
Caroline P. Golden
Joseph M. Polick
David M. Brueggen
THE SOTOS LAW FIRM, P.C.
550 East Devon, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
Fax: (630)773-0980
jgiven@jsotoslaw.com

## **CERTIFICATE OF SERVICE**

  I certify under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C.A. § 1746, and that I electronically filed a complete copy of the foregoing **Notice of Motion** with the Clerk of the Court on June 21, 2018, using the CM/ECF system, which will send notification of such filing to the attached service list.

/s/ Jeffrey N. Given
Jeffrey N. Given, Attorney No. 06184989
THE SOTOS LAW FIRM, P.C.
550 East Devon, Suite 150
Itasca, Illinois 60143
Tel: (630) 735-3300
jgiven@jsotoslaw.com
*One of the Attorneys for Individual Defendants*

**SERVICE LIST**
*Rivera v. Guevara, et al.*
Case No.:12 cv 04428

**Attorneys for Plaintiff**
Arthur R. Loevy
Jonathan I. Loevy
Elizabeth N. Mazur
Russell R. Ainsworth
Michael I. Kanovitz
Steven Edwards Art
Anand Swaminathan
Loevy & Loevy
311 N. Aberdeen 3rd Floor
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
loevylaw@loevy.com
jon@loevy.com
elizabethm@loevy.com
russell@loevy.com
mike@loevy.com
steve@loevy.com
anand@loevy.com

J. Samuel Tenenbaum
Bluhm Legal Clinic
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-4808
s-tenenbaum@law.northwestern.edu

Locke E. Bowman, III
Alexa Van Brunt
David M. Shapiro
Roderick Macarthur Justice Center
Northwestern University School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-0844
(312) 503-1272 (fax)
l-bowman@law.northwestern.edu
a-vanbrunt@law.northwestern.edu

**Attorneys for City of Chicago**
Eileen E. Rosen
Stacy A. Benjamin
Catherine M. Barber
Theresa B. Carney
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
(312)494-1000
erosen@rfclaw.com
sbenjamin@rfclaw.com
cbarber@rfclaw.com
tcarney@rfclaw.com

**Attorneys for Reynaldo Guevara**
Thomas M Leinenweber
James V. Daffada
Kevin E. Zibolski
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 2000
(312)663-3003
thomas@ilesq.com
jim@ilesq.com
kevin@ilesq.com