# EXHIBIT B

Russell Ainsworth
Steve Art
Roshna Bala Keen
Vincenzo Field
Gayle Horn
Michael Kanovitz
Heather Lewis Donnell
Samantha Liskow
Arthur Loevy
Danielle Loevy
Jon Loevy

Debra Loevy-Reyes
Elizabeth Mazur
David B. Owens
Scott Rauscher
Rachel Steinback
Anand Swaminathan
Julie Thompson
Tara Thompson
Cindy Tsai
Daniel Twetten
Elizabeth Wang

# LOEVY & LOEVY
## ATTORNEYS AT LAW

312 N. May Street
Suite 100
Chicago, Illinois 60607

Telephone 312.243.5900
Facsimile 312.243.5902

Website www.loevy.com
Email loevylaw@loevy.com

January 30, 2014

*Via electronic mail and U.S. Mail*

| | |
|---|---|
| James G. Sotos | Eileen E. Rosen |
| Elizabeth A. Ekl | John Joseph Rock |
| Jeffrey N. Given | Stacy Ann Benjamin |
| Caroline P. Golden | Catherine Barber |
| The Sotos Firm, P.C. | Rock Fusco & Connelly, LLC |
| 550 East Devon, Suite 150 | 321 N. Clark Street, Suite 2200 |
| Itasca, Illinois 60143 | Chicago, Illinois 60654 |

Re: *Jacques Rivera v. Reynaldo Guevara, et al.*, No. 12 C 4428

Dear Counsel,

Pursuant to the Court's order of January 16, 2014, Plaintiff provides the Defendants the following list of 10 witnesses for trial:

1. Joseph Miedzianowski
2. Salvador Ortiz*
3. Samuel Perez*
4. Wilfredo Rosario*
5. Luis Figueroa
6. David Velazquez
7. Jose Melendez*
8. Edwin Davilla*
9. Julio Sanchez*
10. Robert Ruiz*

All witnesses on this list, with the exception of Mr. Miedzianowski, have been disclosed previously. Please consider this letter a supplement to Plaintiff's previous witness disclosures and discovery responses. In addition, please note that Plaintiff reserves his right to question William Dorsch, who has been disclosed previously by all parties in the case, on any subject at trial.

Plaintiff does not by the above disclosure of trial witnesses limit his right to conduct written discovery and issue subpoenas relating to facts identified in the parties' responses to discovery—including facts identified in Plaintiff's First Supplemental Response to the First Sets of Interrogatories of Defendants Fallon, Gawrys, Guevara, Guzman, Leonard, McLaughlin, Mingey, Noon, Rinaldi, Zacharias, Weingart, Sparks, and the City of Chicago—or to rely upon those facts during discovery and at trial.

January 30, 2014
*Rivera v. Guevara, et al.*
All Counsel of Record
Page 2 of 2



      Finally, please note that the witnesses above marked with an asterisk were deposed by the parties to this case during the *Juan Johnson v. Guevara, et al.* litigation. Given their prior deposition testimony, we trust that the parties will not need to re-depose these third parties in this case. If you disagree, please contact us at your soonest convenience to discuss the issue. Otherwise, we will assume that you will not issue subpoenas for these witnesses' depositions.

      Do not hesitate to contact me with any questions that you may have. Thank you, as always, for your cooperation in this matter.

      Sincerely,

      Steven Art

cc: Roderick MacArthur Justice Center