# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12 cv 004428 |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | The Honorable Joan B. Gottschall |
| | ) | |
| Defendants. | ) | **Jury Trial Demanded** |

**INDIVIDUAL OFFICER DEFENDANTS'
SECOND SUPPLEMENTAL RULE 26 DISCLOSURES**

Individual Officer Defendants Reynaldo Guevara, Stephen Gawrys, Daniel Noon,

John Guzman, Joseph Fallon, Joseph Sparks, Paul Zacharias, Gillian McLaughlin, John Leonard,

Edward Mingey, Russell Weingart and Rocco Rinaldi, by their attorneys, James G. Sotos, Jeffrey

N. Given, Elizabeth A. Ekl, Caroline P. Golden, and Andrew J. Grill of The Sotos Law Firm,

P.C., submit the following supplemental disclosures pursuant to Federal Rules of Civil Procedure

26(a)(1)(A) and 26(e) and state:

**RULE 26(a)(1) DISCLOSURE**

The Individual Officer Defendants' disclosures are based on information and documents

currently available to their counsel. The Individual Defendants reserve the right to supplement or

amend their disclosures at any time.

**A.     WITNESSES.** The following individuals are likely to have discoverable

information Defendants may use to support their defenses:

**Patrick Walsh** 630-794-0300. Mr. Walsh may have information to rebut the allegations
of 404(b) witness David Velasquez. Investigation continues.

**Jason Rivera** No Contact information at this time.  Mr. Rivera may have information to rebut the allegations of 404(b) witness David Velasquez.  Investigation continues.

**Det. Ernest Halvorsen**  Det. Halvorsen may have information to rebut the allegations of 404(b) witness David Velasquez.  Investigation continues.

**Ivar Velasco** 3120 N. Central Park, Chicago, IL. 773-425-0965.  Mr. Velasco may have information to rebut the allegations of 404(b) witness Edwin Davila.  Investigation continues.

**Michael Ybarra** 5051 W. Argyle St., Apt. #1, Chicago, IL. 773-293-6162.  Mr. Ybarra may have information to rebut the allegations of 404(b) witness Edwin Davila.  Investigation continues.

**Det. William Johnston**  Mr. Johnston may have information to rebut the allegations of 404(b) witness Edwin Davila.  Investigation continues.

**Alberto Rodriguez** FCI Forrest City Fed. Penitentiary, 1400 Dale Bumpers Rd., Forrest City, AR. 72335. 719-784-9464.  Mr. Rodriguez may have information to rebut the allegations of 404(b) witness Jose Melendez.  Investigation continues.

**William Farrell** 312-269-8000.  Mr. Farrell may have information to rebut the allegations of 404(b) witness Jose Melendez.  Investigation continues.

**Det. John McMurray** Mr. McMurray may have information to rebut the allegations of 404(b) witness Jose Melendez.  Investigation continues.

**Christopher Wright** 360-876-6401.  Mr. Wright may have information to rebut the allegations of 404(b) witness Julio Sanchez.  Investigation continues.

**Dr. Peter Hull** No contact information at this time.  Dr. Hull may have information to rebut the allegations of 404(b) witness Julio Sanchez.  Investigation continues.

**Ofc. James Henk**  Ofc. Henk may have information to rebut the allegations of 404(b) witness Julio Sanchez.  Investigation continues.

**Ofc. George Figueroa** Ofc. Figueroa may have information to rebut the allegations of 404(b) witness Julio Sanchez.  Investigation continues.

**Efrain Sanchez** 1714 W. Touhy Ave., Chicago, IL. 312-661-6953 or 773-521-3000.  Mr. Sanchez may have information to rebut the allegations of 404(b) witness Julio Sanchez.  Investigation continues.

**Det. A. Riccio, #2620** Det. Riccio may have information to rebut the allegations of 404(b) witness Juilo Sanchez.  Investigation continues.

**Jose Reyes** 10310 Zachary Cir. 51, Riverview, FL. 33578.  813-252-6967.  Mr. Reyes may have information to rebut the allegations of 404(b) witness Robert Ruiz. Investigation continues.

**Sean Gallagher** 708-655-1374.  Mr. Gallagher may have information to rebut the allegations of 404(b) witness Robert Ruiz.  Investigation continues.

**Chiao Lee** 16005 NE 203 Pl., Woodinville, WA.  425-286-6763.  Ms. Lee may have information to rebut the allegations of 404(b) witness Robert Ruiz.  Investigation continues.

**Juan Michel Delgado** 10301 Delmar Cir., Tampa, FL.  813-495-2723.  Mr. Delgado may have information to rebut the allegations of 404(b) witness Salvador Ortiz.  Investigation continues.

**Guillermo Vasquez**  3947 W. Division, Apt. #1, Chicago, IL. 773-381-0540 or 773-725-9529.  Mr. Vasquez may have information to rebut the allegations of 404(b) witness Salvador Ortiz.  Investigation continues.

**Edwin Gomez** 4619 W. Schubert, Chicago, IL. 773-227-6891.  Mr. Gomez may have information to rebut the allegations of 404(b) witness Salvador Ortiz.  Investigation continues.

**Det. William O'Donnell** Det. O'Donnell may have information to rebut the allegations of 404(b) witness Salvador Ortiz.  Investigation continues.

**James Bailey** 312-603-6932.  Mr. Bailey may have information to rebut the allegations of 404(b) witness Salvador Ortiz.  Investigation continues.

**Maria Rodriguez** 3317 N. Keeler, Apt. #2, Chicago, IL.  773-800-7377.  Ms. Rodriguez may have information to rebut the allegations of 404(b) witness Wilfredo Rosario. Investigation continues.

**Eileen Rubin** 312-259-5079.  Ms. Rubin may have information to rebut the allegations of 404(b) witness Salvador Ortiz.  Investigation continues.

The investigation of witnesses the Individual Defendants may use to support their defenses in this matter continues.

Dated: April 1, 2014                                 Respectfully Submitted,


                                                     Andrew J. Grill
                                                     *One of the Attorneys for the Individual Officer*
                                                     *Defendants*

## CERTIFICATE OF SERVICE

Under penalties as provided by law, pursuant to 28 U.S.C.A. § 1746, Andrew J. Grill, states that a true and correct copy of **Individual Officer Defendants Second Supplemental Rule 26 Disclosure** was served upon the below listed attorneys, on April 1, 2014, via electronic mail to the attached service list.

**SERVICE LIST**
*Rivera v. Guevara, et al.*
**Case No.:12 cv 04428**

**Attorneys for Plaintiff**
Arthur R. Loevy
Jonathan I. Loevy
Elizabeth N. Mazur
Russell R. Ainsworth
Michael I. Kanovitz
Steven Edwards Art
Anand Swaminathan
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
loevylaw@loevy.com
jon@loevy.com
elizabethm@loevy.com
russell@loevy.com
mike@loevy.com
steve@loevy.com
anand@loevy.com

**Attorneys for City of Chicago**
Eileen E. Rosen
John J. Rock
Silvia M. Masters
Stacy A. Benjamin
Catherine M. Barber
Erin B,. Bybee
Theresa B. Carney
Rock Fusco & Connelly, LLC
321 North Clark Street, Suite 2200
Chicago, Illinois 60654
(312) 494-1000
(312) 494-1001 (fax)
erosen@rockfuscoconnelly.com
jrock@rockfuscoconnelly.com
smercado@rockfuscoconnelly.com
sbenjamin@rockfuscoconnelly.com
cbarber@rockfuscoconnelly.com
Ebybee@rockfuscoconnelly.com
tberousek@rockfuscoconnelly.com

J. Samuel Tenenbaum
Bluhm Legal Clinic
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-4808
s-tenenbaum@law.northwestern.edu

Locke E. Bowman, III
Alexa Van Brunt
David M. Shapiro
Roderick Macarthur Justice Center
Northwestern University School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-0844
(312) 503-1272 (fax)
l-bowman@law.northwestern.edu
a-vanbrunt@law.northwestern.edu
david.shapiro@law.northwestern.edu

5