# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | No. 12 CV 004428 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | The Honorable Joan B. Gottschall |
| | ) | |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GUEVARA AND MINGEY'S RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants Reynaldo Guevara and Ed Mingey ("Movants"), by their attorneys, move this Honorable Court for the entry of an order pursuant to Federal Rule of Civil Procedure 50 for judgment as a matter of law and state:

Plaintiff has rested his case at trial after having an opportunity to fully be heard on all of his remaining claims. The only evidence presented against Movants at trial was based on the negative inference associated with the Movants' invocation their Fifth Amendment rights. The Supreme Court and the Seventh Circuit have been clear that evidence of a Fifth Amendment invocation is not permissible as the sole affirmative evidence upon any issue. *See Baxter v. Palmigiano*, 425 U.S. 308, 313. Therefore, Plaintiff has presented insufficient evidence upon which a jury could find in Plaintiff's favor for the remaining claims against the Movants.

Accordingly, the lack of any evidence to support Plaintiff's remaining claims against them confirms that the Movants are entitled to judgment as a matter of law. Further, Movants hereby restate and adopt the legal basis and arguments asserted on Summary Judgment and join and adopt the Rule 50 Motion and arguments of Co-Defendants McLaughlin and Gawrys as further basis for judgment as a matter of law in favor of Movants.

WHEREFORE, Defendants Guevara and Mingey request that the Court enter judgment as a matter of law in their favor and against the Plaintiff as to the Counts remaining.

Dated: June 28, 2018                    Respectfully submitted,

                                        /s/Thomas More Leinenweber
                                        Thomas More Lieinenweber
                                        *Counsel for Defendants Guevara and Mingey*

Thomas More Leinenweber
James V. Daffada
Kevin E. Zibolski
Leinenweber Baroni & Daffada, LLC
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
(866)786-3705

# CERTIFICATE OF SERVICE

        I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on June 28, 2018, I electronically filed the foregoing **Defendants Guevara and Mingey's Rule 50 Motion for Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants below.

| **Attorneys for Plaintiff** | **Attorneys for City of Chicago** |
|---|---|
| Arthur R. Loevy | Eileen E. Rosen |
| Jonathan I. Loevy | Stacy A. Benjamin |
| Elizabeth N. Mazur | Catherine M. Barber |
| Russel Ainsworth | Theresa B. Carney |
| Michael I. Kanovitz | Rock Fusco & Connelly, LLC |
| Steven E. Art | 321 N. Clark Street, Suite 2200 |
| Anad Swaminathan | Chicago, IL 60654 |
| Rachel Brady | (312)494-1000 |
| 311 N. Aberdeen | (312)494-1001(fax) |
| Chicago, IL 60607 | erosen@rfclaw.com |
| (312)243-5900 | sbenjamin@rfclaw.com |
| (312) 243-5902 (Fax) | cbarber@rfclaw.com |
| loevylaw@loevy.com | tcarney@rfclaw.com |
| jon@loevy.com | |
| Elizabethm@loevy.com | |
| russell@loevy.com | **Attorneys for Reynaldo Guevara** |
| mike@loevy.com | Thomas M. Leinenweber |
| steve@loevy.com | James V. Daffada |
| annad@loevy.com | Kevin E. Zibolski |
| Brady@loevy.com | Leinenweber Baroni & Daffada, LLC |
| | 120 N. La Salle Street, Suite 2000 |
| J. Samuel Tenenbaum | (312)663-3003 |
| Bluhm Legal Clinic | thomas@ilesq.com |
| 375 East Chicago Avenue | jim@ilesq.com |
| Chicago, IL 60611 | kevin@ilesq.com |
| (312)503-4808 | |
| s-tenenbaul@law.northwestern.edu | |
| | |
| Locke E. Bowman, III | |
| Alexa Van Brunt | |
| Roderick MacArthur Justice Center | |
| Northwestern University School of Law | |
| 375 East Chicago Avenue | |
| Chicago, IL 60611 | |
| (312)503-0844 | |
| (312)503-1272 (fax) | /s/ Thomas More Leinenweber |
| l-bowman@law.northwestern.edu | Thomas More Leinenweber |
| a-vanbrunt@law.northwestern.edu | *Counsel for Defendants Guevara and Mingey* |