**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | No. 12 CV 04428 |
| *Plaintiff*, | ) | |
| | ) | Judge Joan B. Gottschall |
| *v.* | ) | |
| | ) | Magistrate Judge Mary M. Rowland |
| REYNALDO GUEVARA, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) | |

## MOTION TO WITHDRAW APPEARANCE OF ELIZABETH MAZUR

Plaintiff Jacques Rivera by and through his attorneys, Loevy & Loevy, moves to withdraw the appearance of Elizabeth Mazur, stating in support as follows:

1. Elizabeth Mazur, along with other lawyers from Loevy & Loevy, has appeared for Plaintiff in this case.

2. Ms. Mazur no longer works for Loevy & Loevy. Therefore, Plaintiff requests that Ms. Mazur's appearance is withdrawn.

3. Other attorneys from Loevy & Loevy will continue to represent Mr. Rivera in this case.

4. No prejudice will ensue to Plaintiff or any other party if Ms. Mazur is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order permitting the withdrawal of Elizabeth Mazur's appearance as counsel in this matter.

Respectfully Submitted,

**JACQUES RIVERA**

By: /s/ Anand Swaminathan
*One of Plaintiff's Attorneys*

| | |
|---|---|
| Arthur Loevy | Locke E. Bowman |
| Jon Loevy | David Shapiro |
| Russell Ainsworth | Alexa Van Brunt |
| Anand Swaminathan | RODERICK MACARTHUR JUSTICE CENTER |
| Steven Art | Northwestern University School of Law |
| Rachel Brady | 375 E. Chicago Avenue |
| LOEVY & LOEVY | Chicago, Illinois 60611 |
| 311 N Aberdeen, 3rd Floor | (312) 503-0844 |
| Chicago, IL 60607 | |
| (312) 243-5900 | J. Samuel Tenenbaum |
| anand@loevy.com | BLUHM LEGAL CLINIC |
| | Northwestern University School of Law |
| | 375 E. Chicago Avenue |
| | Chicago, Illinois 60611 |
| | (312) 503-8576 |

## **CERTIFICATE OF SERVICE**

I, Anand Swaminathan, an attorney, certify that on July 2, 2018, I filed the foregoing MOTION TO WITHDRAW using the Court's CM/ECF system, which effected service on all counsel of record.

      /s/ Anand Swaminathan
*One of Plaintiff's Attorneys*