IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUES RIVERA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-cv-04428 |
| | ) | |
| v. | ) | |
| | ) | The Hon. Joan B. Gottschall |
| REYNALDO GUEVARA, et al., | ) | |
| | ) | Magistrate Judge Mary M. Rowland |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered in favor of plaintiff Jacques Rivera and against defendants Reynaldo Guevara, Steven Gawrys, Edward Mingey, and City of Chicago in the amount of $294,919 in costs, and $813,955 in attorneys' fees, for a total of $1,108,874.


Date: March 19, 2020

/s/
The Hon. Joan B. Gottschall
United States District Judge